# Exhibit D

**Registration #:** TXu002331981
**Service Request #:** 1-11612675361



Nixon Peabody LLP
Justin D. Swindells
70 West Madison Street, Suite 5200
Chicago, IL 60602 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**TXu 2-331-981**

**Effective Date of Registration:**
August 25, 2022
**Registration Decision Date:**
August 30, 2022

## Title

| | |
|---|---|
| **Title of Work:** | All Glass Software Modules |
| **Content Title:** | DIVIDER_HMI |
| | DIVIDER_PLC |
| | ENDLINE_HMI_Eidos |
| | ENDLINE_HMI_Entrance |
| | ENDLINE_HMI_QE |
| | ENDLINE_PLC |
| | L11_HMI_H |
| | L11_HMI_L |
| | L11_PLC |
| | L12_HMI_H |
| | L12_HMI_L |
| | L12_HMI_PLC |
| | L13_HMI_H |
| | L13_HMI_L |
| | L13_HMI_PLC |
| | LABELER_HMI |
| | LABELER_PLC |
| | PAL11B_HMI_Pal |
| | PAL11B_HMI_Stk |

       PAL11B_PLC

       PAL12A_HMI_Pal

       PAL12A_HMI_Stk

       PAL12A_PLC

       PAL12B_HMI_Pal

       PAL12B_HMI_Stk

       PAL12B_PLC

       PAL13A_HMI_PAL

       PAL13A_HMI_Stk

       PAL13A_PLC

       PAL13B_HMI_PAL

       PAL13B_HMI_Stk

       PAL13B_PLC

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** All Glass s.r.l.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** All Glass s.r.l.
Via Cesare Sarti, 20, Traversetolo (PR), 43029, Italy

## Certification

**Name:** Marco Ballerini
**Date:** August 25, 2022
**Applicant's Tracking Number:** 093929-6

---

**Correspondence:** Yes