# PX0008
# FILED UNDER SEAL