# PX0009
# FILED UNDER SEAL