PX0010

FILED UNDER SEAL