# PX0011
# FILED UNDER SEAL