# PX0012
# FILED UNDER SEAL