# PX0500
# FILED UNDER SEAL