# PX0501
# FILED UNDER SEAL