PX0502

FILED UNDER SEAL