# PX0503
# FILED UNDER SEAL