# PX0504
# FILED UNDER SEAL