# PX0505
# FILED UNDER SEAL