# PX0506
# FILED UNDER SEAL