# PX0507
# FILED UNDER SEAL