# PX0508
# FILED UNDER SEAL