# PX1026
# FILED UNDER SEAL