PX1032
FILED UNDER SEAL