# PX1058
# FILED UNDER SEAL