# PX1070
# FILED UNDER SEAL