# PX1076
# FILED UNDER SEAL