# PX1088
# FILED UNDER SEAL