# PX1119
# FILED UNDER SEAL