PX1120
FILED UNDER SEAL