# PX1121
# FILED UNDER SEAL