# PX1123
# FILED UNDER SEAL