PX1124
FILED UNDER SEAL