# PX1125
# FILED UNDER SEAL