PX1126
FILED UNDER SEAL