PX1127
FILED UNDER SEAL