# PX1128
# FILED UNDER SEAL