PX1129
FILED UNDER SEAL