PX1130
FILED UNDER SEAL