# PX1131
# FILED UNDER SEAL