PX1132
FILED UNDER SEAL