# PX1133
# FILED UNDER SEAL