PX1134
FILED UNDER SEAL