PX2504
FILED UNDER SEAL