# PX2509
# FILED UNDER SEAL