# PX2510
# FILED UNDER SEAL