# PX2511
# FILED UNDER SEAL