# PX2512
# FILED UNDER SEAL