PX2515
FILED UNDER SEAL