# PX2544
# FILED UNDER SEAL