# PX2571
# FILED UNDER SEAL