# PX2572
# FILED UNDER SEAL