# PX2573
# FILED UNDER SEAL