# PX2574
# FILED UNDER SEAL