PX2575
FILED UNDER SEAL