# PX2576
# FILED UNDER SEAL