PX2577
FILED UNDER SEAL