PX2578

FILED UNDER SEAL