# PX2579
# FILED UNDER SEAL