PX2580
FILED UNDER SEAL