# PX2581
# FILED UNDER SEAL