IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IQVIA HOLDINGS INC., <br><br> and <br><br> PROPEL MEDIA, INC. <br><br> Defendants. | Case No.: 1:23-cv-06188-ER <br><br> **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

**DECLARATION OF SCOTT SYMS**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that:

1. I am a citizen of the United States and am over 18 years of age. I am a research analyst in the Bureau of Economics of the U.S. Federal Trade Commission ("FTC" or "Commission"). I submit this declaration in support of the Commission's Motion for a Temporary Restraining Order.

2. I make this declaration based on my own personal knowledge and/or information made known to me in the course of my official duties, and if called to testify to the truth of the matters herein, I could and would do so competently.

3. My responsibilities at the FTC include performing statistical and econometric analyses, researching economic literature, and helping to develop economic models to support investigations conducted by FTC attorneys and economists, including merger investigations. In the normal course of carrying out my responsibilities, I regularly compute market shares using data gathered in investigations.

1

4. In connection with the FTC's investigation of the proposed acquisition of Propel Media, Inc. ("PMI" or "DeepIntent") by IQVIA Holdings Inc. ("IQVIA"), I was tasked to calculate market shares and the Herfindahl-Hirschman Index ("HHI") based on revenue in the alleged relevant antitrust market of U.S. healthcare professional ("HCP") programmatic advertising. I have not otherwise participated in the FTC's investigation, nor have I performed any other work in connection with the investigation. The HHI is calculated by summing the squares of the market shares of each market participant. To calculate the HHI, I used available data supplied by DeepIntent, IQVIA, and other market participants.

5. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████

[Remainder of Page Intentionally Left Blank]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2023.

_____
Scott Syms

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2023, I electronically filed a true and correct copy of the foregoing document using the United States District Court for the Southern District of New York CM/ECF System.

I FURTHER CERTIFY that I served the foregoing document on the following counsel via electronic mail:

Kenneth S. Reinker
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue Northwest
Washington, DC 20037
Tel.: (202) 974-1500
Email: kreinker@cgsh.com

*Counsel for Defendant IQVIA Holdings Inc.*

Alexander Okuliar
MORRISON FOERSTER
2100 L Street NW STE 900
Washington, DC 20037
Tel.: (202) 887-1500
Email: aokuliar@mofo.com

*Counsel for Defendant Propel Media, Inc.*

*S/ Anjelica Sarmiento*

_____
ANJELICA SARMIENTO
Bar No. 5636154
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-725-3429
Email: asarmiento@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*