AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-06188-ER |
| IQVIA Holdings Inc. & Propel Media, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IQVIA Holdings Inc.

Date: 07/19/2023

/s/ Kenneth S. Reinker
*Attorney's signature*

Kenneth S. Reinker (999958)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
*Address*

kreinker@cgsh.com
*E-mail address*

(202) 974-1743
*Telephone number*

(202) 974-1999
*FAX number*