## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                    Plaintiff,

    v.

IQVIA HOLDINGS INC.,

and

PROPEL MEDIA, INC.

                    Defendants.

Case No. 1:23-cv-06188-ER

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern Districts of New York, I Jordan Andrew, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade Commission in the above captioned action.

I am in good standing of the bar of the State of Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmissions by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 19, 2023

Respectfully submitted,

Jordan Andrew (admitted *Pro Hac Vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3678
jandrew@ftc.gov

*Counsel for the Federal Trade Commission*