IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:23-cv-06188-ER<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

I, Jordan Andrew, hereby state:

1. I am admitted to practice before the courts of the State of Maryland and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 19, 2023

Respectfully submitted,

_/s/ Jordan Andrew_
Jordan Andrew

District of Columbia, ss:
Subscribed and sworn to before me, in my presence,
this 19th day of July, 2023

_Jessica S. Drake_
Notary Public, D.C.
My commission expires 1/31/2025

# Supreme Court of Maryland

Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fifteenth day of December, 2009,

## *Jordan Samuel Andrew*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventeenth day of September, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this nineteenth day of July, 2023.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland