AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-06188-ER |
| IQVIA Holdings Inc. & Propel Media, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IQVIA Holdings Inc.

Date: 07/19/2023

/s/ Rahul Mukhi
*Attorney's signature*

Rahul Mukhi (4412516)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Address*

rmukhi@cgsh.com
*E-mail address*

(212) 225-2912
*Telephone number*

(212) 225-3499
*FAX number*