# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-06188-ER |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Chantale Fiebig, of the law firm of Weil, Gotshal & Manges LLP ("Weil") and admitted to the Bar of this Court, hereby enters her appearance in the above-captioned action as counsel for Defendant IQVIA Holdings Inc. and requests that all subsequent papers be served upon her at the address indicated below.

| | |
|---|---|
| Dated: July 19, 2023<br>　　　　Washington, DC | Respectfully submitted,<br><br>　/s/ *Chantale Fiebig*<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Tel:  (202) 682-7000<br>Chantale.fiebig@weil.com<br><br>*Attorney for Defendant IQVIA Holdings Inc.* |