**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>　　　　Defendants. | CASE NO.: 1:23-cv-06188-ER |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant IQVIA Holdings Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: July 19, 2023<br>　　　Washington, DC | WEIL, GOTSHAL & MANGES LLP<br><br>　/s/ *Chantale Fiebig*　　　　　<br>Chantale Fiebig<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Tel:  (202) 682-7000<br>Chantale.fiebig@weil.com<br><br>*Attorney for Defendant IQVIA Holdings Inc.* |