UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>      Defendants. | Case No. 1:23-cv-06188-ER |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Robert W. Taylor, of the law firm of Weil, Gotshal & Manges LLP ("Weil") and admitted to the Bar of this Court, hereby enters his appearance in the above-captioned action as counsel for Defendant IQVIA Holdings Inc. and requests that all subsequent papers be served upon him at the address indicated below.

Dated: July 19, 2023
   New York, NY

Respectfully submitted,

 /s/ *Robert W. Taylor*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Robert.taylor@weil.com

*Attorney for Defendant IQVIA Holdings Inc.*