**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br>        Plaintiff, <br><br> v. <br><br> IQVIA HOLDINGS INC., <br><br> and <br><br> PROPEL MEDIA, INC. <br><br>        Defendants. | Case No. 1:23-cv-06188-ER |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Joshua M. Wesneski, of the law firm of Weil, Gotshal &

Manges LLP ("Weil") and admitted to the Bar of this Court, hereby enters his appearance in the

above-captioned action as counsel for Defendant IQVIA Holdings Inc. and requests that all

subsequent papers be served upon him at the address indicated below.

Dated: July 19, 2023
    Washington, DC

Respectfully submitted,

 /s/ *Joshua M. Wesneski*
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel:  (202) 682-7000
Joshua.wesnecki@weil.com

*Attorney for Defendant IQVIA Holdings*
*Inc.*