UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>       Defendants. | Case No. 1:23-cv-06188-ER |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sarah M. Sternlieb, of the law firm of Weil, Gotshal & Manges LLP ("Weil") and admitted to the Bar of this Court, hereby enters her appearance in the above-captioned action as counsel for Defendant IQVIA Holdings Inc. and requests that all subsequent papers be served upon her at the address indicated below.

Dated: July 19, 2023
   Houston, TX

Respectfully submitted,

 /s/ *Sarah M. Sternlieb*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel: (713) 546-5000
Sarah.sternlieb@weil.com

*Attorney for Defendant IQVIA Holdings, Inc.*