IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>       Defendants. | Case No.1:23-cv-06188-ER<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Michelle Seo, hereby state:

1. I am admitted to practice before the courts of the State of New York and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 19, 2023

Respectfully submitted,

*/s/ Michelle Seo*
Michelle Seo

New York County - NY State
Sworn to before me on:
07/19/2023

KATIE M THAYER
Notary Public - State of New York
NO. 01TH6440034
Qualified in New York County
My Commission Expires Sep 6, 2026



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michelle Jean Seo

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 23, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on July 12, 2023.

*Robert D. Mayberger*

Clerk of the Court

CertID-00128153