UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. IQVIA HOLDINGS INC. and PROPEL MEDIA, INC., *Defendants*. | Case No.: 1:23-cv-6188 (ER) **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David J. Fioccola from the law firm of Morrison & Foerster LLP hereby appears as counsel of record for defendant Propel Media, Inc.

Dated: New York, NY
July 19, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: ___*s/ David J. Fioccola*___
David J. Fioccola
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: DFioccola@mofo.com

*Attorneys for Defendant Propel Media, Inc.*