**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>*Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**DECLARATION OF ALEXANDER OKULIAR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**DECLARATION OF ALEXANDER OKULIAR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Alexander Okuliar, hereby declare:

1.      I am a partner with the law firm of Morrison & Foerster LLP.

2.      I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the Bar of the State of Texas.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      There are no pending disciplinary proceedings in any state or federal court.

7.      I respectfully request admission *pro hac vice* to appear as counsel in this matter for defendant Propel Media, Inc.

8.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


Executed on July 19, 2023
     Washington, D.C.                                                     By:   _____*/s/ Alexander Okuliar*_____
                                                       Alexander Okuliar