**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

*Plaintiff*,

v.

IQVIA HOLDINGS INC. and PROPEL
MEDIA, INC.,

*Defendants*.

Case No.: 1:23-cv-6188 (ER)

**NOTICE OF APPEARANCE**

 

PLEASE TAKE NOTICE that Michael B. Miller from the law firm of Morrison &
Foerster LLP hereby appears as counsel of record for defendant Propel Media, Inc.

Dated: New York, NY
July 19, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: ____*s/ Michael B. Miller*_____
    Michael B. Miller
    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 468-8009
    Facsimile: (212) 468-7900
    Email: MBMiller@mofo.com

*Attorneys for Defendant Propel Media, Inc.*