UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      *Plaintiff*,<br><br>  v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>      *Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**DECLARATION OF ALEXA DICUNZOLO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**DECLARATION OF ALEXA DICUNZOLO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Alexa DiCunzolo, hereby declare:

  1.  I am an associate with the law firm of Morrison & Foerster LLP.

  2.  I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

  3.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the Bar of the State of Maryland.

  4.  I have never been convicted of a felony.

  5.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  6.  There are no pending disciplinary proceedings in any state or federal court.

  7.  I respectfully request admission *pro hac vice* to appear as counsel in this matter for defendant Propel Media, Inc.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2023
  Washington, D.C.        By: _____/s/ Alexa DiCunzolo_____
                  Alexa DiCunzolo