UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>*Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Alexa DiCunzolo for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of the District of Columbia and Maryland; and that her contact information is as follows:

  Alexa DiCunzolo
  Morrison & Foerster LLP
  2100 L Street, NW, Suite 900
  Washington, D.C. 20037
  Telephone: (202) 778-1618
  Fax: (202) 887-0763

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Propel Media, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge