# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. IQVIA HOLDINGS INC. and PROPEL MEDIA, INC., *Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kevin Wang, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Propel Media, Inc. in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Washington, D.C.     Respectfully submitted,
      July 19, 2023

                                      MORRISON & FOERSTER LLP

                                      */s/ Kevin Wang*
                                      Kevin Wang
                                      2100 L Street, NW, Suite 900
                                      Washington, D.C. 20037
                                      Tel:   (202) 572-6798
                                      Fax:  (202) 887-0763
                                      E-mail: KWang@mofo.com

                                      Attorney for Defendant
                                      PROPEL MEDIA, INC.