UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. IQVIA HOLDINGS INC. and PROPEL MEDIA, INC., *Defendants*. | Case No.: 1:23-cv-6188 (ER) **DECLARATION OF KEVIN WANG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**DECLARATION OF KEVIN WANG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kevin Wang, hereby declare:

1. I am an associate with the law firm of Morrison & Foerster LLP.

2. I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings in any state or federal court.

7. I respectfully request admission *pro hac vice* to appear as counsel in this matter for defendant Propel Media, Inc.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2023
Washington, D.C.

By: ____/s/ Kevin Wang_____
Kevin Wang