UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>　　　　　　*Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

**MOTION FOR ADMISSION *PRO HAC VICE***

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Richelle Gernan, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Propel Media, Inc. in the above-captioned action.

　　I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated: Washington, D.C.<br>July 19, 2023 | Respectfully submitted,<br><br>MORRISON & FOERSTER LLP<br><br> /s/  Richelle Gernan<br>Richelle Gernan<br>2100 L Street, NW, Suite 900<br>Washington, D.C. 20037<br>Tel:   (202) 498-8464<br>Fax:   (202) 887-0763<br>E-mail: RGernan@mofo.com<br><br>Attorney for Defendant<br>PROPEL MEDIA, INC. |