**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. IQVIA HOLDINGS INC. and PROPEL MEDIA, INC., *Defendants*. | Case No.: 1:23-cv-6188 (ER) **[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Richelle Gernan for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of the District of Columbia; and that her contact information is as follows:

Richelle Gernan
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 498-8464
Fax: (202) 887-0763

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Propel Media, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge