UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Trade Commission<br><br>    Plaintiff,<br><br> -against-<br><br>IQVIA Holdings Inc.,<br><br>and<br><br>Propel Media, Inc.<br><br>    Defendants. | No: 1:23-cv-06188 (ER) |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Leah Brannon, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for IQVIA Holdings Inc. in the above-captioned action.

  I am in good standing of the bars of Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the declaration pursuant to Local Rule 1.3.

Dated: July 19, 2023

                                                     Respectfully submitted,

                                                     */s/ Leah Brannon*
                                                     Leah Brannon
                                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                     2112 Pennsylvania Avenue, NW
                                                     Washington, DC 20037
                                                     T: 202-974-1508
                                                     F: 202-974-1999
                                                     Email: lbrannon@cgsh.com