## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> IQVIA HOLDINGS INC. and PROPEL MEDIA, INC., <br><br> *Defendants*. | Case No.: 1:23-cv-6188 (ER) <br><br> **MOTION FOR ADMISSION *PRO HAC VICE*** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew J. Molina, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Propel Media, Inc. in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Washington, D.C.  
       July 19, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

*/s/  Andrew J. Molina*
Andrew J. Molina
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Tel:     (202) 887-1520
Fax:    (202) 887-0763
E-mail: AMolina@mofo.com

Attorney for Defendant
PROPEL MEDIA, INC.