UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    *Plaintiff*,<br><br>  v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>    *Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Malavika Madgavkar Fitzgerald from the law firm of Morrison & Foerster LLP hereby appears as counsel of record for defendant Propel Media, Inc.

Dated: New York, NY
   July 19, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By:  *s/ Malavika Madgavkar Fitzgerald*
  Malavika Madgavkar Fitzgerald
  250 West 55th Street
  New York, NY 10019
  Telephone:  (212) 468-8000
  Facsimile:  (212) 468-7900
  Email:  MFitzgerald@mofo.com

*Attorneys for Defendant Propel Media, Inc.*

ny-2595190