IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IQVIA HOLDINGS INC., <br><br> and <br><br> PROPEL MEDIA, INC. <br><br> Defendants. | Case No. 1:23-cv-06188-ER <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Jessica Moy, hereby state:

1. I am admitted to practice before the courts of the State of California and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 19, 2023

Respectfully submitted,

State of Tennessee
County of Davidson

*/s/ Jessica Moy*
Jessica Moy

Sworn to and subscribed before me on
the 19 day of July, 2023

*/s/ Alyssa Ray*
Notary Public's Signature
My Commission Expires 05/09/2026



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>JESSICA MOY</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JESSICA MOY, #272941 was on the 3rd day of December 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 5th day of July 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk