IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br> v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>          Defendants. | Case No. 1:23-cv-06188-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Jessica Moy for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant had declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

  JESSICA MOY
  Federal Trade Commission
  600 Pennsylvania Avenue, NW
  Washington, DC 20580
  Tel: 202-460-9366
  jmoy@ftc.gov

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Couse are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July __, 2023

_____
United States District Judge