# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION.<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>Defendants. | CASE NO.: 1:23-cv-06188-ER<br><br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Mark A. Perry hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant IQVIA Holdings Inc. in the above-captioned action.

I am in good standing of the bar of the State of California and District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, which contains a D.C. Certificate of Good Standing, with a California Certificate of Good Standing forthcoming.

Dated: July 20, 2023      Respectfully submitted,
    Washington, DC

/s/ *Mark A. Perry*
Mark A. Perry
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street
NW, Suite 600, Washington, DC 20036
Telephone: (202) 682-7000
Mark.perry@weil.com

*Attorney for Defendant IQVIA Holdings Inc.*

WEIL:\97960069\1\69396.0009