IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>Defendants. | Case No. 1:23-cv-06188-ER<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, MARK A. PERRY, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP.

2. I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3. I am admitted to practice before the courts of the State of California and District of Columbia and request to appear as counsel for defendant IQVIA Holdings Inc. in this proceeding. A copy of the D.C. Certificate of Good Standing is attached hereto, with a California Certificate of Good Standing forthcoming.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, or disbarred or denied readmission by any court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2023
    Washington, DC

Respectfully submitted,

*/s/ Mark A. Perry*
Mark A. Perry
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Email: Mark.perry@weil.com

*Attorney for Defendant IQVIA Holdings Inc.*