IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>         Defendants. | Case No. 1:23-cv-06188-ER<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Jay Tymkovich, hereby move this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel to Plaintiff Federal Trade Commission in the above-captioned action.

  I am in good standing with the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 18, 2023                    Respectfully submitted,

                                        _____
                                        Jay Tymkovich (admitted *Pro Hac Vice*)
                                        Federal Trade Commission
                                        600 Pennsylvania Avenue, NW
                                        Washington, DC 20580
                                        Tel: 202-651-0154
                                        jtymkovich@ftc.gov

                                        *Counsel for the Federal Trade Commission*