IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

IQVIA HOLDINGS INC.,

and

PROPEL MEDIA, INC.

    Defendants.

Case No. 1:23-cv-06188-ER

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jay Tymkovich, hereby state:

1. I am admitted to practice before the courts of the District of Columbia and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 18, 2023

Respectfully submitted,

_____
Jay Tymkovich

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 20th day of July, 2023

Jessica S Drake
Notary Public, D.C.
My commission expires 1/31/25



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jay L Tymkovich

was duly qualified and admitted on December 4, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 10, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*