## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-06188-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

　　　　The motion of Jay Tymkovich for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

　　　　JAY TYMKOVICH
　　　　Federal Trade Commission
　　　　600 Pennsylvania Avenue, NW
　　　　Washington, DC 20580
　　　　Tel: 202-651-0154
　　　　jtymkovich@ftc.gov

　　　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July __, 2023

_____
United States District Judge