UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>                    Defendants. | Case No. 1:23-cv-06188-ER |

### **STIPULATED TEMPORARY RESTRAINING ORDER**

        The Federal Trade Commission ("FTC") has filed this action seeking to enjoin the proposed acquisition of Propel Media, Inc. ("PMI") by IQVIA Holdings Inc. ("IQVIA") (the "Acquisition"). In connection with that action, IQVIA, PMI, and the FTC hereby stipulate to entry of a Temporary Restraining Order providing that:

    a. IQVIA and PMI shall not consummate the Acquisition until after 11:59 p.m. Eastern Time on (a) November 22, 2023, or (b) the third (3rd) business day after the District Court rules on the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time; and

    b. In connection with the paragraph immediately above, IQVIA and PMI shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Acquisition.

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
July 21, 2023

Dated: July 21, 2023

| | |
|---|---|
| /s/ Jessica Moy | /s/ Chantale Fiebig |
| Jessica Moy (*pro hac vice pending*) | Chantale Fiebig |
| Federal Trade Commission | Mark A. Perry (*pro hac vice* pending) |
| 600 Pennsylvania Avenue NW | Joshua M. Wesneski |
| Washington, DC 20580 | WEIL, GOTSHAL & MANGES LLP |
| jmoy@ftc.gov | 2001 M Street NW, Suite 600 |
| | Washington, DC 20036 |
| *Counsel for Plaintiff Federal Trade Commission* | Chantale.fiebig@weil.com |
| | Mark.perry@weil.com |
| | Joshua.wesneski@weil.com |

*Counsel for Defendant IQVIA Holdings Inc.*

/s/ Kenneth Reinker
CLEARY GOTTLIEB STEEN & HAMILTON LLP
Kenneth Reinker
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel:  (202) 974-1500
kreinker@cgsh.com

Rahul Mukhi
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
rmukhi@cgsh.com

3

/s/ Alexander P. Okuliar
MORRISON & FOERSTER LLP
Alexander P. Okuliar (*pro hac vice* pending)
2100 L Street, NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
aokuliar@mofo.com

David J. Fioccola
Michael B. Miller
Mika M. Fitzgerald
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
dfioccola@mofo.com
mbmiller@mofo.com
mfitzgerald@mofo.com

*Counsel for Defendant Propel Media, Inc.*