UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>*Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David J. Shaw, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Propel Media, Inc. in the above-captioned action.

I am in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Washington, D.C.
       July 24, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

 /s/  David J. Shaw
David Shaw
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Tel:    (202) 887-1689
Fax:    (202) 887-0763
E-mail: DShaw@mofo.com

Attorney for Defendant
PROPEL MEDIA, INC.