# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

David Joseph Shaw

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 2009.

I further certify that so far as the records of this office are concerned, David Joseph Shaw is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 21st day of July
A.D. 2023

By: _____
*Deputy Clerk*