UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Trade Commission<br><br>    Plaintiff,<br><br> -against-<br><br>IQVIA Holdings Inc.,<br><br>and<br><br>Propel Media, Inc.<br><br>    Defendants. | No: 1:23-cv-06188 (ER)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of D. Bruce Hoffman, for admission to practice Pro Hac Vice in the above caption action is granted.

  Applicant has declared that he is a member in good standing of the bars of the state of Florida, and the District of Columbia; and that his contact information is as follows:

  D. Bruce Hoffman
  Cleary Gottlieb Steen & Hamilton LLP
  2112 Pennsylvania Avenue, NW
  Washington, DC 20037
  T: 202-974-1784
  F: 202-974-1999
  Email: bhoffman@cgsh.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for IQVIA Holdings Inc. in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above caption case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District/Magistrate Judge