IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>                      Defendants. | Case No. 1:23-cv-06188-ER<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Stephanie C. Bovee, hereby state:

1. I am admitted to practice before the courts of the Commonwealth of Virginia and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: July 25, 2023

Respectfully submitted,

*/s/ Stephanie Bovee*
Stephanie C. Bovee

County of Loudoun      Commonwealth of Virginia

The foregoing instrument was acknowledged before me this 25 day of July, 2023 by Stephanie Bovee

10/31/2027

Rani Hassan Ibrahim
Commonwealth of Virginia
Notary Public
Commission No. 8067695
My Commission expires 10/31/2027

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **STEPHANIE CATHERINE BOVEE** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MS. BOVEE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2001,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued July 21, 2023

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**