**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>IQVIA HOLDINGS INC.,<br><br>    and<br><br>PROPEL MEDIA, INC.,<br><br>    Defendants. | Case No. 1:23-cv-06188-ER<br><br><br>**DECLARATION OF ELIZABETH Y. RYAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, ELIZABETH Y. RYAN, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm of Weil, Gotshal & Manges LLP.

2.    I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3.    I am admitted to practice before the court of the State of Texas and request to appear as counsel for Defendant IQVIA Holdings Inc. in this proceeding. A copy of the Texas Certificate of Good Standing is attached hereto.

4.    I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5.    I have never been convicted of a felony.

6.    I have never been censured, suspended, or disbarred or denied readmission by any court.

7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2023                    Respectfully submitted,


                                        */s/ Elizabeth Y. Ryan*
                                        Elizabeth Y. Ryan
                                        WEIL, GOTSHAL & MANGES LLP
                                        200 Crescent Court, Suite 300
                                        Dallas, TX 75201
                                        Telephone: (214) 746-7700
                                        Email: Liz.ryan@weil.com


                                        *Attorney for Defendant IQVIA Holdings Inc.*