## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>IQVIA HOLDINGS INC.,<br><br>    and<br><br>PROPEL MEDIA, INC.,<br><br>    Defendants. | Case No. 1:23-cv-06188-ER<br><br><br>**DECLARATION OF LISA MADALONE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, LISA MADALONE, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am counsel with the law firm of Weil, Gotshal & Manges LLP.

2.      I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3.      I am admitted to practice before the court of the State of New York and request to appear as counsel for Defendant IQVIA Holdings Inc. in this proceeding. A copy of the N.Y. Certificate of Good Standing is attached hereto.

4.      I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, or disbarred or denied readmission by any court.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2023                    Respectfully submitted,


                                        _/s/ Lisa Madalone_
                                        Lisa Madalone
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, NY 10153
                                        Telephone: (212) 310-8000
                                        Email: Lisa.pieters@weil.com


                                        _Attorney for Defendant IQVIA Holdings Inc._