IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION.<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br>and<br>PROPEL MEDIA, INC.<br><br>Defendants. | CASE NO.: 1:23-cv-06188-ER<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Elizabeth Y. Ryan hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant IQVIA Holdings Inc. in the above-captioned action.

I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 26, 2023   Respectfully submitted,
   Dallas, TX

/s/ *Elizabeth Y. Ryan*
Elizabeth Y. Ryan
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Liz.ryan@weil.com

*Attorney for Defendant IQVIA Holdings Inc.*