# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>Defendants. | Case No. 1:23-cv-06188-ER<br><br>**DECLARATION OF ANDREW S. TULUMELLO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, ANDREW S. TULUMELLO, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP.

2. I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3. I am admitted to practice before the courts of the State of California and District of Columbia and request to appear as counsel for Defendant IQVIA Holdings Inc. in this proceeding. A copy of the Certificates of Good Standing are attached hereto.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, or disbarred or denied readmission by any court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2023                                              Respectfully submitted,


                                                                  */s/ Andrew S. Tulumello*
                                                                  Andrew S. Tulumello
                                                                  WEIL, GOTSHAL & MANGES LLP
                                                                  2001 M Street, NW, Suite 600
                                                                  Washington, DC 20036
                                                                  Telephone: (202) 682-7000
                                                                  Email: Drew.tulumello@weil.com


                                                                  *Attorney for Defendant IQVIA Holdings Inc.*