# EXHIBIT A

**EXHIBIT A:**
**FTC PROPOSED DATES, ASSUMING NOVEMBER 13, 2023 PI HEARING START DATE, 80 HOUR PI HEARING**

Issues/Notes
- Compressed time period for expert discovery.
- Timing that drifts past November 22 (under Plaintiff's PI Hearing duration proposal (and likely Defendants' PI Hearing Proposal).

| Event | Deadline |
| --- | --- |
| Discovery Commences | July 27, 2023 |
| Defendants' Answer to Plaintiff's Complaint | July 31, 2023 |
| Parties serve initial disclosures | August 4, 2023 |
| Plaintiff's Preliminary Fact Witness & Expert Witness Lists | August 10, 2023 |
| Defendants' Preliminary Fact Witness Lists & Expert Witness Lists | August 15, 2023 |
| Parties Exchange Updated Fact Witness Lists | September 15, 2023 |
| Close of Fact Discovery (Party and Non-Party) | October 6, 2023 |
| Plaintiff Serves Initial Expert Report(s) | October 6, 2023 |
| Plaintiff's Memorandum of Law in Support of Preliminary Injunction Motion | October 11, 2023 |
| Defendants Serve Expert Report(s) | October 17, 2023 |
| Defendants' Oppositions to Plaintiff's Motion for Preliminary Injunction | October 20, 2023 |
| Parties Exchange Final Fact Witness Lists | October 23, 2023 |
| Plaintiff Serves Rebuttal Expert Report(s) | October 26, 2023 |
| Plaintiff's Reply to Defendants' Oppositions to Preliminary Injunction Motion | October 27, 2023 |
| Close of Expert Discovery | November 3, 2023 |
| Exchange of Exhibit Lists | November 3, 2023 |
| Motions *In Limine* Deadline | November 6, 2023 |

2

| **Event** | **Deadline** |
|---|---|
| Objections to Exhibit Lists | November 7, 2023 |
| Motions *In Limine* Response Deadline | November 9, 2023 |
| Pre-Hearing Conference | November 10, 2023 |
| Hearing Begins | November 13, 2023 |
| Hearing Duration (80 hours total, assuming no court days 11/22-11/24 related to the Thanksgiving holiday) | <ul><li>11/13 Week (14 hours, 3 hours/day per judge's other trial schedule)</li><li>11/20-11/21 (14 hours, full trial days)</li><li>11/27-12/1 (35 hours, full trial days)</li><li>12/4-12/5 (14 hours, full trial days)</li><li>12/6 (3 hours, half trial day)</li></ul> |
| Post-Hearing Proposed Findings of Fact and Conclusions of Law | December 20, 2023 (14 days from end of hearing) |
| Judge Ruling | *X days from submission of Post-Hearing Proposed Findings of Fact and Conclusions of Law* |