# EXHIBIT B

**EXHIBIT B:**
**FTC PROPOSED DATES BASED ON BRIEFING ON THE PAPERS**
**& NO PI HEARING**

Issues/Notes
- Same fact and expert discovery timeline as FTC's Exhibit A.
- Provides longer time period for PI briefing and for the judge to review and rule.
- PI briefing to be complete by Nov. 13.

| Event | Deadline |
|---|---|
| Discovery Commences | July 27, 2023 |
| Defendants' Answer to Plaintiff's Complaint | July 31, 2023 |
| Parties serve initial disclosures | August 4, 2023 |
| Plaintiff's Preliminary Fact Witness & Expert Witness Lists | August 10, 2023 |
| Exchange of Expert Witness Lists | August 10, 2023 |
| Defendants' Preliminary Fact Witness & Expert Witness Lists | August 15, 2023 |
| Exchange of Updated Fact Witness Lists | September 15, 2023 |
| Close of Fact Discovery (Party and Non-Party) | October 6, 2023 |
| Plaintiff Serves Initial Expert Report(s) | October 6, 2023 |
| Plaintiff's Memorandum of Law in Support of Preliminary Injunction Motion | October 16, 2023 |
| Defendants Serve Expert Report(s) | October 17, 2023 |
| Exchange of Final Fact Witness Lists | October 23, 2023 |
| Plaintiff Serves Rebuttal Expert Report(s) | October 26, 2023 |
| Defendants' Oppositions to Plaintiff's Motion for Preliminary Injunction | October 30, 2023 |
| Close of Expert Discovery | November 3, 2023 |
| Plaintiff's Reply to Defendants' Oppositions to Preliminary Injunction Motion | November 6, 2023 |
| Parties Findings of Fact and Conclusions of Law | November 13, 2023 |
| Judge Ruling | *Before November 22, 2023* |