# EXHIBIT C

## **EXHIBIT C:  DEFENDANTS' PROPOSED SCHEDULE**

| Event | Deadline |
| --- | --- |
| Discovery Commences | July 27, 2023 |
| Parties serve initial disclosures | August 4, 2023 |
| Plaintiff's Preliminary Fact Witness Lists | August 10, 2023 |
| Deadline to Serve Written Discovery to Parties | August 16, 2023 |
| Defendants' Preliminary Fact Witness Lists | August 15, 2023 |
| Close of Party Fact Discovery | October 6, 2023 |
| Plaintiff Serves Initial Expert Report(s) | October 6, 2023 |
| Plaintiff's Memorandum of Law in Support of Preliminary Injunction Motion | October 13, 2023 |
| Defendants Serve Expert Report(s) | October 24, 2023 |
| Defendants' Oppositions to Plaintiff's Motion for Preliminary Injunction | October 27, 2023 |
| Close of Non-Party Fact Discovery | October 27, 2023 |
| Exchange of Final Fact Witness Lists | October 27, 2023 |
| Exchange of Exhibit Lists | October 30, 2023 |
| Plaintiff Serves Rebuttal Expert Report(s) | October 31, 2023 |
| Motions *In Limine* Deadline | November 2, 2023 |
| Plaintiff's Reply to Defendants' Oppositions to Preliminary Injunction Motion | November 3, 2023 |
| Motions *In Limine* Response Deadline | November 8, 2023 |
| Close of Expert Discovery | November 8, 2023 |
| Pre-Hearing Proposed Findings of Fact and Conclusions of Law | November 9, 2023 |
| Hearing Begins | November 13, 2023 |
| Post-Hearing Proposed Findings of Fact and Conclusions of Law | *To be determined* |