IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>                      Defendants. | Case No. 1:23-cv-01688-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

      The motion of Christina Perez for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant had declared that she is a member in good standing of the bar of the State of Texas, and that her contact information is as follows:

      CHRISTINA PEREZ
      Federal Trade Commission
      600 Pennsylvania Avenue, NW
      Washington, DC 20580
      Tel: 202-326-2048
      cperez@ftc.gov

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August __, 2023

_____
United States District Judge