IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>                    Defendants. | Case No. 1:23-cv-06188-ER<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Stephanie C. Bovee, hereby state:

1. I am admitted to practice before the courts of the Commonwealth of Virginia and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 5, 2023

Respectfully submitted,

_/s/ Stephanie Bovee_
Stephanie C. Bovee

State of: Virginia
County of: Loudoun
The foregoing instrument was acknowledged before me 5th day of August, 2023

_Shruti Sagar_
Notary Public
My Commission Expires Nov 30, 2025

SHRUTI SAGAR
Notary Public
Commonwealth of Virginia
Registration No. 7942857
My Commission Expires Nov 30, 2025

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Stephanie Catherine Bovee

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, Stephanie Catherine Bovee is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 2nd day of August
A.D. 2023

By: _____
Deputy Clerk