IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>         Defendants. | Case No. 1:23-cv-06188-ER<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

   Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern Districts of New York, I Christina Perez, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade Commission in the above captioned action.

   I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmissions by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  August 10, 2023

Respectfully submitted,

/s/ Christina Perez

Christina Perez (admitted *Pro Hac Vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-2048
cperez@ftc.gov

*Counsel for the Federal Trade Commission*