IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

IQVIA HOLDINGS INC.,

and

PROPEL MEDIA, INC.

    Defendants.

Case No.1:23-cv-06188-ER

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Christina Perez, hereby state:

1. I am admitted to practice in the State of Texas and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 10, 2023

Respectfully submitted,

_/s/ Christina Perez_
Christina Perez

District of Columbia, ss
Subscribed and sworn to before me, in my presence, this 10th day of August, 2023

_Jessica S. Drake_
Notary Public, D.C.
My commission expires 1/31/2025

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christina R. Perez**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 1993.

I further certify that the records of this office show that, as of this date

**Christina R. Perez**

is presently enrolled with the State Bar of Texas as an active member in good standing, but because of this attorney's voluntary non-practicing election, is not authorized to practice law in the State of Texas.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 11th day of July, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1924C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.