AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Federal Trade Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-06188-ER |
| IQVIA Holdings Inc. & Propel Media, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IQVIA Holdings Inc.

Date:   08/11/2023

/s/ Carl Lawrence Malm
*Attorney's signature*

Carl Lawrence Malm (1004489)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
*Address*

lmalm@cgsh.com
*E-mail address*

(202) 974-1959
*Telephone number*

(202) 974-1999
*FAX number*