**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               *Plaintiff*,<br><br>    v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>               *Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>**DECLARATION OF EVAN M. HARRIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**DECLARATION OF EVAN M. HARRIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Evan M. Harris, hereby declare:

    1.    I am an associate with the law firm of Morrison & Foerster LLP.

    2.    I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

    3.    As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the Bar of the State of Maryland.

    4.    I have never been convicted of a felony.

    5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    6.    There are no pending disciplinary proceedings in any state or federal court.

    7.    I respectfully request admission *pro hac vice* to appear as counsel in this matter for defendant Propel Media, Inc.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2023
Washington, D.C.

By: ____*/s/ Evan M. Harris*____
     Evan M. Harris