# Supreme Court of Maryland

Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the sixteenth day of December, 2014,

## *Evan Matthew Harris*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the ninth day of October, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this tenth day of August, 2023.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland