UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,<br><br>*Defendants*. | Case No.: 1:23-cv-6188 (ER)<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Evan M. Harris for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of the District of Columbia and Maryland; and that his contact information is as follows:

> Evan M. Harris
> Morrison & Foerster LLP
> 2100 L Street, NW, Suite 900
> Washington, D.C. 20037
> Telephone: (202) 887-1575
> Fax: (202) 887-0763

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Propel Media, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                          _____
                                          United States District/Magistrate Judge