UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Trade Commission<br><br>    Plaintiff,<br><br> -against-<br><br>IQVIA Holdings Inc.,<br><br>and<br><br>Propel Media, Inc.<br><br>    Defendants. | No: 1:23-cv-06188 (ER) |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Garrett Shinn, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for IQVIA Holdings Inc. in the above-captioned action.

  I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: August 16, 2023

                                                  Respectfully submitted,

                                                  */s/ Garrett Shinn*  
                                                  Garrett Shinn  
                                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP  
                                                  2112 Pennsylvania Avenue, NW  
                                                  Washington, DC 20037  
                                                  T: 202-974-1943  
                                                  F: 202-974-1999  
                                                  Email: gshinn@cgsh.com