UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Trade Commission<br><br>        Plaintiff,<br><br>-against-<br><br>IQVIA Holdings Inc.,<br><br>and<br><br>Propel Media, Inc.<br><br>        Defendants. | No: 1:23-cv-06188 (ER) |

**DECLARATION OF GARRETT SHINN IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Garrett Shinn, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm Cleary Gottlieb Steen & Hamilton LLP.

2. I respectfully submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured suspended, disbarred, or denied admission or readmission by any court.

6. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the state of California, and the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on : August 16, 2023 in Washington, D.C.

Respectfully submitted,

<u>/s/ Garrett Shinn</u>
Garrett Shinn
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: 202-974-1943
F: 202-974-1999
Email: gshinn@cgsh.com

*Counsel for Defendant IQVIA Holding Inc.*