UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Trade Commission<br><br>                    Plaintiff,<br><br>     -against-<br><br>IQVIA Holdings Inc.,<br><br>and<br><br>Propel Media, Inc.<br><br>                    Defendants. | No: 1:23-cv-06188 (ER)<br><br>**[PROPOSED] ORDER FOR<br>ADMISSION PRO HAC VICE** |

      The motion of Garrett Shinn, for admission to practice Pro Hac Vice in the above caption

action is granted.

      Applicant has declared that he is a member in good standing of the bars of the state of

California, and the District of Columbia; and that his contact information is as follows:

      Garrett Shinn
      Cleary Gottlieb Steen & Hamilton LLP
      2112 Pennsylvania Avenue, NW
      Washington, DC 20037
      T: 202-974-1943
      F: 202-974-1999
      Email: gshinn@cgsh.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

IQVIA Holdings Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above caption case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:_____

_____
United States District/Magistrate Judge