UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IQVIA HOLDINGS INC., <br><br> and <br><br> PROPEL MEDIA, INC. <br> Defendants. | Case No. 1:23-cv-06188-ER |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Nicolas Stebinger of the Federal Trade Commission and admitted to the Bar of this Court, hereby enters his appearance in the above-captioned action as counsel for Plaintiff Federal Trade Commission and requests that all subsequent papers be served upon him at the address indicated below.

Dated: August 17, 2023
   Washington, DC

Respectfully submitted,

*s/ Nicolas Stebinger*
Nicolas Stebinger
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20528
Tel: (202) 326-2688
nstebinger@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*