IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

               Plaintiff,

v.

IQVIA HOLDINGS INC.,

and

PROPEL MEDIA, INC.

               Defendants.

Case No. 1:23-cv-06188-ER

**ORDER FOR ADMISSION
PRO HAC VICE**

      The motion of Lisa De Marchi Sleigh for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant had declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

      LISA DE MARCHI SLEIGH
      Federal Trade Commission
      600 Pennsylvania Avenue, NW
      Washington, DC 20580
      Tel: 202-326-2535
      ldemarchisleigh@ftc.gov

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 21, 2023

_____
Edgardo Ramos, U.S.D.J.