# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>      Defendants. | Case No. 1:23-cv-06188-ER |

### [FTC'S PROPOSED] AMENDED TEMPORARY RESTRAINING ORDER

The Federal Trade Commission ("FTC") has filed this action seeking to enjoin the proposed acquisition of Propel Media, Inc. ("PMI") by IQVIA Holdings Inc. ("IQVIA") (the "Acquisition"). In connection with that action:

 a. IQVIA and PMI shall not consummate the Acquisition until after (i) 11:59 p.m. Eastern Time on the third business day after the district court rules on the FTC's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act or (ii) the date set by the district court, whichever is later;

 b. In connection with the paragraph immediately above, IQVIA and PMI shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Acquisition.

SO ORDERED

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Dated: _____