IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                     Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>                     Defendants. | Case No.1:23-cv-06188-ER<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

I, Gary Mitchell London, hereby state:

1. I am admitted to practice before the courts of the District of Columbia and am an attorney for the Federal Trade Commission, plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 24, 2023

Respectfully submitted,

/s/ Gary Mitchell London
Gary Mitchell London

District of Columbia, ss:
Subscribed and sworn to before me, in my presence,
this 24th day of August, 2023

/s/ Jessica L Drake
Notary Public, D.C.
My commission expires 1/31/25



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Gary Mitchell London*

was duly qualified and admitted on November 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 24, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*