IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                          Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>                         Defendants. | Case No.1:23-cv-06188-ER<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

I, Yan Gao, hereby state:

1. I am admitted to practice before the courts of New York and am an attorney for the Federal Trade Commission, plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: August 25, 2023

Respectfully submitted,

_/s/ Yan Gao_
Yan Gao

THE UPS STORE
6312 SEVEN CORNERS CENTER
FALLS CHURCH, VA 22044

City/County of fairfax
Commonwealth of Virginia
Sworn to and subscribed before me this 25
day of August, 2023
Witness my hand and official seal
_____ Notary Public

[Notary Seal: PENTECOSTE KAWOMERA, NOTARY PUBLIC, REG. #8065626, MY COMMISSION EXPIRES 06/30/2027, COMMONWEALTH OF VIRGINIA]



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Yan Gao

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 14, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on August 24, 2023.

*Robert D Mayberger*

Clerk of the Court

CertID-00134250



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022