IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br> v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>         Defendants. | Case No. 1:23-cv-06188-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

   The motion of Yan Gao for admission to practice Pro Hac Vice in the above captioned action is granted.

   Applicant had declared that he is a member in good standing of the bar of New York, and that his contact information is as follows:

   YAN GAO
   Federal Trade Commission
   600 Pennsylvania Avenue, NW
   Washington, DC 20580
   Tel: 202-326-2071
   ygao@ftc.gov

   Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

   **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August ____, 2023

_____
United States District Judge