# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>    Defendants. | Case No. 1:23-cv-06188-ER |

**DECLARATION OF CHRISTOPHER PAQUETTE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S LETTER REQUESTING A PRE-MOTION CONFERENCE REGARDING THE TEMPORARY RESTRAINING ORDER**

I, Christopher Paquette, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. My name is Christopher Paquette. I am over the age of twenty-one years and of sound mind. The statements set forth in this declaration are true and within my personal knowledge. If called as a witness, I would and could competently testify to the matters set forth herein.

2. I am the Chief Executive Officer of DeepIntent Technologies, Inc., which is owned by Propel Media, Inc. ("DeepIntent").

3. The Federal Trade Commission has imposed an enormous burden on DeepIntent, a relatively small company, over the past 10 months. The FTC has demanded and received more than 850,000 documents during the agency's investigation, over 4 million pages of material. These have come from nearly 10% of the company's workforce, including a majority of senior

1

leadership. Additionally, DeepIntent has provided nearly a terabyte of data. And three key executives, including me, have been deposed.

4. The Federal Trade Commission's investigation has come at an enormous cost to DeepIntent. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████.

5. DeepIntent could only feasibly continue with this litigation into early December ███████████████████████████████████████████████████

████████████████████████████.

6. Any further delay in closing the proposed transaction between IQVIA and DeepIntent would be prohibitively costly in terms of time, resources, and personal strain on DeepIntent company executives.

7. As we get closer to December, the company will have to prepare for a second, costly, administrative trial at the Federal Trade Commission Office of Administrative Law Judges, which is scheduled to start December 20, 2023. My understanding is that if it were to move forward, the administrative trial could last weeks and would most likely require DeepIntent ███████████████████████████.

8. The fourth quarter of the year is also a critical time for DeepIntent's business. Many of DeepIntent's advertising customers plan their advertising budgets for fiscal year 2024 during the second half of 2023. ███████████████████████████

███████████████████████████████████████████████████

████████████████████████.

2

9. ███████████████████████████████████
███████████████████████████ – while the company is still healthy and growing, continued delay could ███████████████████████████
███████████████████████████████. Customers can switch to many other competitors with the flip of a virtual switch.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of August, 2023, in New York, New York.

*/s/ Christopher Paquette*
Christopher Paquette
DeepIntent Technologies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on August 28, 2023, I served the foregoing document on the following counsel via electronic mail:

Jennifer Fleury
Jessica Moy
Jordan Andrew
Wade Lippard
Michelle Seo
Jay Tymkovich
Habin Chung
Lily Verbeck
Cory Gordon
Christina Perez
Stephanie C. Bovee
Anjelica G. Sarmiento
Lisa DeMarchi Sleigh
Nicolas Stebinger
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Tel.: (202) 326-3287
jfleury@ftc.gov
jmoy@ftc.gov
jandrew@ftc.gov
wlippard@ftc.gov
mseo@ftc.gov
jtymkovich@ftc.gov
hchung1@ftc.gov
lverbeck@ftc.gov
cgordon@ftc.gov
cperez@ftc.gov
sbovee@ftc.gov
asarmiento@ftc.gov
ldemarchisleigh@ftc.gov
nstebinger@ftc.gov

*Counsel for Federal Trade Commission*

Kenneth Reinker
Clotilde Le Roy
Leah Brannon
D. Bruce Hoffman
Carl Lawrence Malm
Garrett Shinn
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
Tel.: (202) 974-1743
kreinker@cgsh.com
cleroy@cgsh.com
lbrannon@cgsh.com
bhoffman@cgsh.com
lmalm@cgsh.com
gshinn@cgsh.com

Rahul Mukhi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
rmukhi@cgsh.com

Chantale Fiebig
Mark A. Perry
Joshua M. Wesneski
Andrew S. Tulumello
Michael Moiseyev
Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel.: (202) 682-7000
Chantale.fiebig@weil.com
Mark.perry@weil.com
Joshua.wesneski@weil.com
Drew.tulumello@weil.com
Michael.moiseyev@weil.com

Robert W. Taylor
Lisa Madalone
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Robert.taylor@weil.com
Lisa.pieters@weil.com

Sarah M. Sternlieb
Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel: (713) 546-5000
Sarah.sternlieb@weil.com

Elizabeth Y. Ryan
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Tel.: (214) 746-7700
Liz.ryan@weil.com

Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel: 650-802-3083
Bambo.obaro@weil.com

Counsel for *IQVIA Holdings Inc.*


/s/ Chantale Fiebig
Chantale Fiebig

5