UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                Plaintiff,

    -against-

IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,

                Defendants.

**ORDER**

23-cv-6188 (ER)

Ramos, D.J.:

    The telephonic conference previously scheduled for Wednesday, September 6, 2023, at 2:30 p.m. is hereby rescheduled to Wednesday, September 6, 2023, at 12:30 p.m.  The parties are directed to dial 877-411-9748 and enter access code 3029857# when prompted.

    It is SO ORDERED.

Dated:  August 30, 2023
       New York, New York

_____
Edgardo Ramos, U.S.D.J.