## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>　　　　　　　　　　　Defendants. | Case No. 1:23-cv-06188-ER<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern Districts of New York, I Varnitha Siva, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade Commission in the above captioned action.

　　　　I am in good standing of the bar of the State of State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmissions by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: ~~August~~, 2023
       Sept. 05

Respectfully submitted,

/s/ Varnitha Siva

Varnitha Siva (admitted *pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-2951
vsivaprasad@ftc.gov

*Counsel for the Federal Trade Commission*