# Ex. B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA,
STATE OF ILLINOIS,
STATE OF MINNESOTA,
STATE OF NEW YORK,
STATE OF WASHINGTON
and
STATE OF WISCONSIN,

    *Plaintiffs*,

v.

AMGEN INC.
and
HORIZON THERAPEUTICS PLC,

    *Defendants*.

Case No. 1:23-cv-03053

Judge John F. Kness

**STATEMENT CONCERNING
AGREED BRIEFING SCHEDULE FOR MOTIONS
WITH RESPECT TO DEFENDANTS' COUNTERCLAIMS**

In accordance with the Court's motions policy, and subject to the Court's approval, the parties have agreed on the following schedule to govern briefing of (i) Defendants' motion for summary judgment on certain of their counterclaims and (ii) Plaintiffs' motion to dismiss and/or cross-motion for summary judgment on Defendants' counterclaims, and the page limits set forth below:

| Filing | Deadline | Page Limit |
|---|---|---|
| Defendants' summary judgment motion | 8/21/2023 | 20 |
| Plaintiffs' brief in opposition to Defendants' summary judgment motion and in support of Plaintiffs' motion to dismiss and/or cross-motion for summary judgment | 9/25/2023 | 25 |
| Defendants' brief in reply to Plaintiffs' summary judgment opposition brief and in opposition to Plaintiffs' motion to dismiss and/or for summary judgment | 10/16/2023 | 20 |
| Plaintiffs' reply in support of their motion to dismiss and/or cross-motion for summary judgment | 10/26/2023 | 15 |
| Oral argument requested | Week of 11/6/2023 | — |

Dated: August 21, 2023

New York, New York

Respectfully submitted,

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
Timothy G. Cameron (*admitted pro hac vice*)
tcameron@cravath.com
Daniel K. Zach (*admitted pro hac vice*)
dzach@cravath.com
Jesse M. Weiss (*admitted pro hac vice*)
jweiss@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

/s/ Ethan Glass

Ethan Glass
eglass@cooley.com
Jacqueline Grise (*admitted pro hac vice*)
jgrise@cooley.com
David Burns (*admitted pro hac vice*)
dburns@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Renata B. Hesse (*admitted pro hac vice*)
hesser@sullcrom.com
Samantha F. Hynes (*admitted pro hac vice*)
hyness@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20006
Telephone: (202) 956-7575

James R. Figliulo
jfigliulo@sgrlaw.com
Dylan Smith
dylansmith@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
10 S. LaSalle, Suite 3600
Chicago, IL 60603
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

*Attorneys for Defendant Amgen Inc.*

Matthew Kutcher
mkutcher@cooley.com
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

*Attorneys for Defendant Horizon Therapeutics plc*