**Ex. C**

GILBERT,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:23-cv-03053

Federal Trade Commission V. Amgen Inc., et al.
Assigned to: Honorable John F. Kness
Cause: 15:0053 Federal Trade Commission Act

Date Filed: 05/16/2023
Date Terminated: 09/01/2023
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Federal Trade Commission**

represented by **Nathan Daniel Brenner**
Federal Trade Commission
U.S. Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
202-326-2314
Email: nbrenner@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Scheperle**
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
202-326-3801
Fax: Not a member
Email: ascheperle@ftc.gov
*ATTORNEY TO BE NOTICED*

**Anjelica Sarmiento**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-2632
Fax: Not a member
Email: asarmiento@ftc.gov
*ATTORNEY TO BE NOTICED*

**Cynthia Liao**
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
202-531-1325
Fax: Not a member
Email: cynthia.f.liao@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel John Matheson**
Federal Trade Commission
400 7th Street S.W.
Washington, DC 22204
202-326-2075
Email: dmatheson@ftc.gov
*ATTORNEY TO BE NOTICED*

**Dylan P. Naegele**
Federal Trade Commission

400 7th Street, SW
Washington, DC 20024
202-326-2433
Fax: Not a member
Email: dnaegele@ftc.gov
*ATTORNEY TO BE NOTICED*

**Evan Johnson**
Federal Trade Commission
400 7th St SW
Washington, DC 20024
202-326-3688
Fax: Not a member
Email: ejohnson3@ftc.gov
*ATTORNEY TO BE NOTICED*

**Evelyn Hopkins**
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
202-326-3803
Fax: Not a member
Email: ehopkins@ftc.gov
*ATTORNEY TO BE NOTICED*

**Hilla Shimshoni**
Federal Trade Commission
600 Pennsylvania Ave
Washington, DC 20580
202-731-8818
Fax: Not a member
Email: hshimshoni@ftc.gov
*ATTORNEY TO BE NOTICED*

**Jacob Danziger**
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
202-326-2351
Fax: Not a member
Email: jdanziger@ftc.gov
*ATTORNEY TO BE NOTICED*

**Jessica B. Weiner**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-2081
Email: jweiner@ftc.gov
*ATTORNEY TO BE NOTICED*

**Jordan Andrew**
Federal Trade Commission
400 7th Street, SW
Washington, DC 20024
202-326-3678
Fax: Not a member
Email: jandrew@ftc.gov
*ATTORNEY TO BE NOTICED*

**Matthew E. Joseph**
Federal Trade Commission
400 7th Street, SW
Washington, DC 20024
202-326-2876
Fax: Not a member

Email: mjoseph1@ftc.gov
*ATTORNEY TO BE NOTICED*

**Noel Miller**
Federal Trade Commission
400 7th Street, SW
Washington, DC 20024
202-326-3639
Fax: Not a member
Email: nmiller2@ftc.gov
*ATTORNEY TO BE NOTICED*

**Rachel F. Sifuentes**
Federal Trade Commission
230 S. Dearborn St.
Suite 3030
Chicago, IL 60604
312-960-5617
Fax: Active
Email: rsifuentes@ftc.gov
*ATTORNEY TO BE NOTICED*

**Robert Tyler Sanborn**
Federal Trade Commission
Federal Trade Commission
400 7th Street SW
Washington, DC 20024
202-660-8529
Fax: Not a member
Email: rsanborn@ftc.gov
*ATTORNEY TO BE NOTICED*

**Stephen Mohr**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-2850
Fax: Not a member
Email: smohr@ftc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York, State of**                           represented by **Elinor Hoffmann**
Office of the New York Attorney General
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
212-416-8269
Fax: Not a member
Email: elinor.hoffmann@ag.ny.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard S. Schultz**
Illinois Attorney General's Office
Antitrust Bureau
100 W. Randolph Street
Chicago, IL 60601
872-272-0996
Fax: Active
Email: richard.schultz@ilag.gov

**Saami Zain**
NYS Office of The Attorney General
Antitrust Bureau
28 Liberty Street

New York, NY 10005
212-416-6360
Fax: Not a member
Email: saami.zain@ag.ny.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**                     represented by **Malinda Lee**
California Department Of Justice, Office Of The
Attorney Gen
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6223
Fax: Not a member
Email: Malinda.Lee@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Richard S. Schultz**
(See above for address)

**Sophia Tonnu**
Office of California Attorney General
Public Rights Division
455 Golden Gate Avenue
Suite #11000
San Francisco, CA 94102
(415) 510-3529
Email: sophia.tonnu@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**                     represented by **Elizabeth Louise Maxeiner**
Office of the Illinois Attorney General
Antitrust Bureau
100 W. Randolph Street
Chicago, IL 60601
(312) 814-5470
Fax: Not a member
Email: elizabeth.maxeiner@ilag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul James Harper**
Office Of The Illinois Attorney General
100 W. Randolph St
Chicago, IL 60601
(773) 590-6837
Fax: Not a member
Email: paul.harper@ilag.gov
*ATTORNEY TO BE NOTICED*

**Richard S. Schultz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**                     represented by **Justin Moor**
Minnesota Attorney General's Office
Residential Utilities and Antitrust Division
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
651-724-9627
Fax: Not a member

Email: justin.moor@ag.state.mn.us
*ATTORNEY TO BE NOTICED*

**Richard S. Schultz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Washington**                    represented by **Luminita Nodit**
                                           State of Washington Attorney General's Office
                                           800 5th Ave., Ste. 2000
                                           Seattle, WA 98104
                                           (206) 254-0568
                                           Fax: MDL
                                           Email: lumi.nodit@atg.wa.gov
                                           *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

                                           **Richard S. Schultz**
                                           (See above for address)

**Plaintiff**

**State of Wisconsin**                     represented by **Gwendolyn Jean Cooley**
                                           Wisconsin Department of Justice
                                           17 West Main Street
                                           Post Office Box 7857
                                           Madison, WI 53703
                                           (608) 261-5810
                                           Fax: Pro Hac Vice
                                           Email: cooleygj@doj.state.wi.us
                                           *ATTORNEY TO BE NOTICED*

                                           **Richard S. Schultz**
                                           (See above for address)

**Plaintiff**

**BIO et al**                              represented by **Asheesh Agarwal**
                                           4638 Hickory Court
                                           Zionsville, IN 46077
                                           703-338-3913
                                           Fax: Not a member
                                           Email: chitown9401@yahoo.com
                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amgen Inc.**                             represented by **David Marriott**
                                           Cravath, Swaine & Moore LLP
                                           825 Eighth Avenue
                                           New York, NY 10019
                                           212-474-1000
                                           Email: dmarriott@cravath.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Daniel Zach**
                                           Cravath, Swaine & Moore LLP
                                           825 Eighth Avenue
                                           New York, NY 10019
                                           212-474-1000
                                           Fax: 212-474-3700
                                           Email: dzach@cravath.com
                                           *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

**Dylan D. Smith**
Smith, Gambrell & Russell, LLP
311 South Wacker Drive
Ste 3000
Chicago, IL 60606
312-360-6394
Fax: Active
Email: dylansmith@sgrlaw.com
*ATTORNEY TO BE NOTICED*

**James R. Figliulo**
Smith, Gambrell & Russell, LLP
311 S Wacker Dr
Ste 3000
Chicago, IL 60606
312-264-1003
Fax: Active
Email: jfigliulo@sgrlaw.com
*ATTORNEY TO BE NOTICED*

**Jesse Weiss**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
Fax: 212-474-3700
Email: jweiss@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith R. Hummel**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212-474-1000
Fax: 212-474-3700
Email: khummel@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Renata B. Hesse**
Sullivan & Cromwell LLP
1700 New York Ave NW
Suite 700
Washington, DC 20006
202-956-7575
Fax: Pro Hac Vice
Email: hesser@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samantha Frances Hynes**
Sullivan & Cromwell LLP
1700 New York Ave NW
Suite 700
Washington, DC 20006
202-956-7520
Email: hyness@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
825 Eighth Avenue

New York, NY 10019
212-474-1000
Fax: 212-474-3700
Email: tcameron@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Horizon Therapeutics PLC**                                     represented by **Ethan Charles Glass**
Cooley LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
202-776-2244
Email: eglass@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lawrence Kutcher**
Cooley LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 881-6500
Fax: Active
Email: mkutcher@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Burns**
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 728-7147
Fax: Pro Hac Vice
Email: dburns@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Marriott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline I Grise**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 728-7001
Fax: Not a member
Email: jgrise@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**International Center for Law & Economics**          represented by **Alexandra C. Eynon**
MoloLamken LLP
430 Park Avenue
New York, NY 10022
(646) 618-5430
Fax: Pro Hac Vice
Email: aeynon@mololamken.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**

Molo Lamken Llp
600 New Hampshire Avenue N.W.
Washington, DC 20037
(202) 556-2010
Fax: Pro Hac Vice
Email: jlamken@mololamken.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark W. Kelley**
MoloLamken LLP
430 Park Avenue
New York, NY 10022
(602) 616-2532
Fax: Pro Hac Vice
Email: mkelley@mololamken.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Cunniff Church**
MoloLamken LLP
300 N. LaSalle St., Suite 5350
Chicago, IL 60654
(312) 450-6716
Fax: Active
Email: mchurch@mololamken.com
*ATTORNEY TO BE NOTICED*

**Michael G. Pattillo , Jr.**
Mololamken Llp
600 New Hampshire Avenue, N.w.
Suite 660
Washington, DC 20037
(202) 556-2012
Fax: Pro Hac Vice
Email: mpattillo@mololamken.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Scholars of Antitrust Law and Economics**      represented by **Alexandra C. Eynon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark W. Kelley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Cunniff Church**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Pattillo , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Pharmaceutical Research and Manufacturers of America**

<u>Amicus</u>

| | | |
|---|---|---|
| **The Chamber of Commerce of the United States of America** | represented by | **John S. Playforth**<br>Covington & Burling LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-5635<br>Fax: Pro Hac Vice<br>Email: jplayforth@cov.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**The National Association of Manufacturers**

**Amicus**

| | | |
|---|---|---|
| **The Committee for Justice** | represented by | **John Reeeves**<br>Reeves Law Llc<br>7733 Forsyth Blvd.<br>Suite 1100--#1192<br>St. Louis, MO 63105<br>(314) 775-6985<br>Fax: Not a member<br>Email: reeves@appealsfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

| | | |
|---|---|---|
| **Regeneron Pharmaceuticals, Inc.** | represented by | **Eric S. Hochstadt**<br>Weil, Gotshal & Manges Llp<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8538<br>Fax: Pro Hac Vice<br>Email: eric.hochstadt@weil.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren Jennifer Caisman**<br>Bryan Cave Leighton Paisner LLP<br>161 North Clark Street<br>Suite 4300<br>Chicago, IL 60601<br>(312) 602-5079<br>Fax: Active<br>Email: lauren.caisman@bclplaw.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Amgen Inc.** | represented by | **David Marriott**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Zach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Dylan D. Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**James R. Figliulo**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Jesse Weiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith R. Hummel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renata B. Hesse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Frances Hynes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy G. Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Horizon Therapeutics PLC**                    represented by **Ethan Charles Glass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lawrence Kutcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Burns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline I Grise**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Federal Trade Commission**                    represented by **Nathan Daniel Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Scheperle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anjelica Sarmiento**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cynthia Liao**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan P. Naegele**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evelyn Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hilla Shimshoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob Danziger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica B. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Andrew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew E. Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel F. Sifuentes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Tyler Sanborn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Mohr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2023 | 1 | SEALED DOCUMENT by Plaintiff Federal Trade Commission (Brenner, Nathan) (Entered: 05/16/2023) |
| 05/16/2023 | 2 | CIVIL Cover Sheet (Attachments: # 1 Civil Cover Sheet Attachment of Counsel)(Brenner, Nathan) (Entered: 05/16/2023) |
| 05/16/2023 | 3 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Nathan Daniel Brenner (Brenner, Nathan) (Entered: 05/16/2023) |
| 05/16/2023 | 4 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Rachel F. Sifuentes (Sifuentes, Rachel) (Entered: 05/16/2023) |
| 05/16/2023 | 5 | CORRECTED CIVIL Cover Sheet (Attachments: # 1 Civil Cover Sheet Attachment of Counsel)(Brenner, Nathan) (Entered: 05/16/2023) |
| 05/16/2023 | | CASE ASSIGNED to the Honorable John F. Kness. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. Case assignment: Random assignment. (lw, ) (Entered: 05/16/2023) |
| 05/16/2023 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (lw, ) (Entered: 05/16/2023) |
| 05/16/2023 | 6 | MOTION by Plaintiff Federal Trade Commission to seal document sealed document 1 |

| | | |
|---|---|---|
| | | (Brenner, Nathan) (Entered: 05/16/2023) |
| 05/16/2023 | 7 | COMPLAINT *Redacted* filed by Federal Trade Commission; (Brenner, Nathan) (Entered: 05/16/2023) |
| 05/17/2023 | 8 | ATTORNEY Appearance for Defendant Amgen Inc. by David Marriott (Marriott, David) (Entered: 05/17/2023) |
| 05/17/2023 | 9 | MOTION by Plaintiff Federal Trade Commission for order *entering Joint Stipulation* (Brenner, Nathan) (Entered: 05/17/2023) |
| 05/17/2023 | 10 | MINUTE entry before the Honorable John F. Kness. Before the Court is the parties' joint emergency motion 9 for entry of a stipulated order to delay temporarily the consummation of Defendant Amgen's acquisition of Defendant Horizon. For the reasons provided by the parties, the Joint Motion is granted. Enter separate stipulated order. A case management conference is set for 5/23/2023 at 09:00 AM to consider the parties' forthcoming proposed case management order. Plaintiff's unopposed motion 6 to seal is granted. Mailed notice (ef, ) (Entered: 05/17/2023) |
| 05/17/2023 | 11 | STIPULATED ORDER TO ADDRESS THE FTC's REQUEST FOR A TEMPORARY RESTRAINING ORDER signed by the Honorable John F. Kness on 5/17/2023. Mailed notice(ef, ) (Entered: 05/17/2023) |
| 05/17/2023 | 12 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Amgen Inc. (Marriott, David) (Entered: 05/17/2023) |
| 05/18/2023 | 13 | ATTORNEY Appearance for Defendant Horizon Therapeutics PLC by Ethan Charles Glass (Glass, Ethan) (Entered: 05/18/2023) |
| 05/18/2023 | 14 | MINUTE entry before the Honorable John F. Kness: The case management conference set for 5/23/2023 will be held **in-person**. Mailed notice (ef, ) (Entered: 05/18/2023) |
| 05/18/2023 | 15 | SEALED MOTION by Plaintiff Federal Trade Commission (Brenner, Nathan) (Entered: 05/18/2023) |
| 05/18/2023 | 16 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Horizon Therapeutics PLC (Glass, Ethan) (Entered: 05/18/2023) |
| 05/18/2023 | 17 | MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiff's unopposed motion 15 for entry of an order sealing Plaintiff's Redacted Complaint 7 . For the reasons provided by Plaintiff, the unopposed motion to seal is granted. Enter separate order. Mailed notice (ef, ) (Entered: 05/18/2023) |
| 05/18/2023 | 18 | ORDER DIRECTING THE FILING UNDER SEAL OF PLAINTIFF'S REDACTED COMPLAINT signed by the Honorable John F. Kness on 5/18/2023. Mailed notice(ef, ) (Entered: 05/18/2023) |
| 05/18/2023 | 19 | ATTORNEY Appearance for Defendant Horizon Therapeutics PLC by Matthew Lawrence Kutcher (Kutcher, Matthew) (Entered: 05/18/2023) |
| 05/18/2023 | 20 | COMPLAINT *Redacted (Corrected)* filed by Federal Trade Commission; (Brenner, Nathan) (Entered: 05/18/2023) |
| 05/18/2023 | 21 | MOTION by Plaintiff Federal Trade Commission for protective order *(Interim)* (Brenner, Nathan) (Entered: 05/18/2023) |
| 05/19/2023 | 22 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20654868. (Hesse, Renata) (Main Document 22 replaced on 5/19/2023) (cdh, ). (Entered: 05/19/2023) |
| 05/19/2023 | 23 | MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint motion 21 for entry of an interim confidentiality order. For the reasons provided by the parties, the motion is granted. The interim confidentiality order will be entered separately. Emailed notice (cdh, ) (Entered: 05/19/2023) |
| 05/19/2023 | 24 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20654917. (Hynes, Samantha) (Main Document 24 replaced on 5/19/2023) (cdh, ). (Entered: 05/19/2023) |
| 05/19/2023 | 25 | INTERIM CONFIDENTIALITY ORDER Signed by the Honorable John F. Kness on 5/19/2023. Emailed notice(cdh, ) (Entered: 05/19/2023) |
| 05/19/2023 | 26 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20656100. (Burns, David) (Entered: 05/19/2023) |
| 05/19/2023 | 27 | MINUTE entry before the Honorable John F. Kness: Motions by Renata B. Hesse and Samantha Hynes for leave to appear pro hac vice on behalf of Defendant Amgen Inc. 22 , 24 are granted. Emailed notice (cdh, ) (Entered: 05/19/2023) |
| 05/19/2023 | 28 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Dylan Naegele (Naegele, Dylan) (Entered: 05/19/2023) |

| 05/19/2023 | 29 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Hilla Shimshoni (Shimshoni, Hilla) (Entered: 05/19/2023) |
| 05/19/2023 | 30 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Robert Tyler Sanborn (Sanborn, Robert) (Entered: 05/19/2023) |
| 05/19/2023 | 31 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Matthew E. Joseph (Joseph, Matthew) (Entered: 05/19/2023) |
| 05/19/2023 | 32 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Anjelica Sarmiento (Sarmiento, Anjelica) (Entered: 05/19/2023) |
| 05/19/2023 | 33 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Jessica B. Weiner (Weiner, Jessica) (Entered: 05/19/2023) |
| 05/19/2023 | 34 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Evelyn Johns (Johns, Evelyn) (Entered: 05/19/2023) |
| 05/19/2023 | 35 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Andrew Scheperle (Scheperle, Andrew) (Entered: 05/19/2023) |
| 05/19/2023 | 36 | ATTORNEY Appearance for Defendant Amgen Inc. by Samantha Frances Hynes (Hynes, Samantha) (Entered: 05/19/2023) |
| 05/19/2023 | 37 | ATTORNEY Appearance for Defendant Amgen Inc. by Renata B. Hesse (Hesse, Renata) (Entered: 05/19/2023) |
| 05/22/2023 | 38 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Stephen Mohr (Mohr, Stephen) (Entered: 05/22/2023) |
| 05/22/2023 | 39 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Jordan Andrew (Andrew, Jordan) (Entered: 05/22/2023) |
| 05/22/2023 | 40 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20660527. (Hummel, Keith) (Entered: 05/22/2023) |
| 05/22/2023 | 41 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20660576. (Zach, Daniel) (Entered: 05/22/2023) |
| 05/22/2023 | 42 | MOTION by Plaintiff Federal Trade Commission for order *(Proposed Case Management and Scheduling Order)* (Brenner, Nathan) (Entered: 05/22/2023) |
| 05/22/2023 | 43 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20662242. (Cameron, Timothy) (Entered: 05/22/2023) |
| 05/22/2023 | 44 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20662276. (Weiss, Jesse) (Entered: 05/22/2023) |
| 05/22/2023 | 45 | MINUTE entry before the Honorable John F. Kness: Motion by David Burns for leave to appear pro hac vice on behalf of Defendant Horizon Therapeutics PLC 26 is granted. Motions by Keith R. Hummel, Daniel K. Zach, Timothy G. Cameron, and Jesse M. Weiss on behalf of Defendant Amgen Inc. 40 , 41 , 43 , and 44 are granted. Emailed notice. (cdh, ) (Entered: 05/22/2023) |
| 05/23/2023 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20663202. (Grise, Jacqueline) (Entered: 05/23/2023) |
| 05/23/2023 | 47 | ATTORNEY Appearance for Defendant Horizon Therapeutics PLC by David Burns (Burns, David) (Entered: 05/23/2023) |
| 05/23/2023 | 48 | ENTERED IN ERROR. (jh, ) Modified on 5/23/2023 (jh, ). (Entered: 05/23/2023) |
| 05/23/2023 | 49 | NOTICE of Correction regarding 48 . (jh, ) (Entered: 05/23/2023) |
| 05/23/2023 | 50 | MINUTE entry before the Honorable John F. Kness: In-person status hearing held on 5/23/2023. For the reasons discussed on the record, the parties will file a joint status report concerning scheduling matters on or before 5/30/2023. An evidentiary hearing on Plaintiff's request for preliminary injunctive relief is set for 9/11/2023 at 9:30 a.m. Additional future hearings will be set by separate order once the parties have filed their joint status report. Mailed notice. (kp, ) (Entered: 05/24/2023) |
| 05/30/2023 | 51 | MOTION by Plaintiff Federal Trade Commission for order *(Proposed Case Management and Scheduling Order)* |

| | | (Attachments: # 1 Exhibit A)(Brenner, Nathan) (Entered: 05/30/2023) |
|---|---|---|
| 05/30/2023 | 52 | STATUS Report *(Letter Supporting the FTC's Proposed Schedule)* by Federal Trade Commission<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brenner, Nathan) (Entered: 05/30/2023) |
| 05/30/2023 | 53 | STATUS Report *("Defendants' Letter in Support of Their Proposed Schedule")* by Amgen Inc., Horizon Therapeutics PLC<br><br>(Marriott, David) (Entered: 05/30/2023) |
| 05/30/2023 | 54 | WAIVER OF SERVICE returned executed by Federal Trade Commission. Amgen Inc. waiver sent on 5/22/2023, answer due 7/21/2023. (Brenner, Nathan) (Entered: 05/30/2023) |
| 05/30/2023 | 55 | WAIVER OF SERVICE returned executed by Federal Trade Commission. Horizon Therapeutics PLC waiver sent on 5/22/2023, answer due 7/21/2023. (Brenner, Nathan) (Entered: 05/30/2023) |
| 05/31/2023 | 57 | MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint motion for entry of a case management order 51 . The parties have agreed on dates for all but a few deadlines and, in their respective status reports 52 53 , have proposed competing schedules for the disputed dates. After reviewing the parties' competing schedules and respective arguments in support, the Court adopts Defendants' proposed schedule and grants the motion 51 . Enter separate Case Management Order. The parties' previously filed joint motion for entry of a case management order 42 is dismissed as moot. In addition, the motion 46 by Jacqueline Grise for leave to appear pro hac vice on behalf of Defendant Horizon Therapeutics is granted. Mailed notice (ef, ) (Entered: 06/01/2023) |
| 05/31/2023 | 58 | CASE MANAGEMENT ORDER signed by the Honorable John F. Kness on 5/31/2023. Mailed notice(ef, ) (Entered: 06/01/2023) |
| 06/01/2023 | 56 | MOTION by Plaintiff Federal Trade Commission for order *entering Joint Stipulation*<br><br>(Attachments: # 1 Exhibit A)(Brenner, Nathan) (Entered: 06/01/2023) |
| 06/02/2023 | 59 | MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint motion 56 for entry of a stipulated order concerning a new temporary restraining order. For the reasons provided by the parties, the Joint Motion is granted. Enter separate stipulated order. Mailed notice (ef, ) (Entered: 06/02/2023) |
| 06/02/2023 | 60 | STIPULATED ORDER TO ADDRESS THE FTC'S REQUEST FOR A TEMPORARY RESTRAINING ORDER signed by the Honorable John F. Kness on 6/2/2023. Mailed notice(ef, ) (Entered: 06/02/2023) |
| 06/09/2023 | 61 | ANSWER to Complaint by Amgen Inc., Horizon Therapeutics PLC(Marriott, David) (Entered: 06/09/2023) |
| 06/15/2023 | 62 | ATTORNEY Appearance for Defendant Horizon Therapeutics PLC by Jacqueline I Grise (Grise, Jacqueline) (Entered: 06/15/2023) |
| 06/16/2023 | 63 | ATTORNEY Appearance for Defendant Amgen Inc. by James R. Figliulo (Figliulo, James) (Entered: 06/16/2023) |
| 06/16/2023 | 64 | ATTORNEY Appearance for Defendant Amgen Inc. by Dylan D. Smith (Smith, Dylan) (Entered: 06/16/2023) |
| 06/22/2023 | 65 | SEALED DOCUMENT by Plaintiffs Federal Trade Commission, New York, State of, CALIFORNIA STATE OF, State of Illinois, MINNESOTA STATE OF, WASHINGTON STATE OF, WISCONSIN STATE OF (Brenner, Nathan) (Entered: 06/22/2023) |
| 06/22/2023 | 66 | AMENDED complaint by WASHINGTON STATE OF, CALIFORNIA STATE OF, WISCONSIN STATE OF, New York, State of, Federal Trade Commission, MINNESOTA STATE OF, State of Illinois against All Defendants (Brenner, Nathan) (Entered: 06/22/2023) |
| 06/22/2023 | 67 | MOTION by Plaintiff Federal Trade Commission to seal *Plaintiffs' Unredacted Amended Complaint*<br><br>(Brenner, Nathan) (Entered: 06/22/2023) |
| 06/23/2023 | 68 | ATTORNEY Appearance for Plaintiff State of Illinois by Richard S. Schultz (Schultz, Richard) (Entered: 06/23/2023) |
| 06/26/2023 | 69 | ATTORNEY Appearance for Plaintiff State of Illinois by Elizabeth Louise Maxeiner (Maxeiner, Elizabeth) (Entered: 06/26/2023) |
| 06/26/2023 | 70 | ATTORNEY Appearance for Plaintiff State of Illinois by Paul James Harper (Harper, Paul) (Entered: 06/26/2023) |
| 06/27/2023 | 71 | ATTORNEY Appearance for Plaintiff State of Wisconsin by Gwendolyn Jean Cooley (Cooley, Gwendolyn) (Entered: 06/27/2023) |
| 06/27/2023 | 72 | ATTORNEY Appearance for Plaintiff State of Washington by Luminita Nodit (Nodit, Luminita) (Entered: |

| | | 06/27/2023) |
|---|---|---|
| 06/27/2023 | 73 | ATTORNEY Appearance for Plaintiff State of California by Malinda Lee (Lee, Malinda) (Entered: 06/27/2023) |
| 06/28/2023 | 74 | Attorney Appearance Form by State of California (Tonnu, Sophia) (Entered: 06/28/2023) |
| 06/29/2023 | 75 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Jacob Danziger (Danziger, Jacob) (Entered: 06/29/2023) |
| 06/29/2023 | 76 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Evan Johnson (Johnson, Evan) (Entered: 06/29/2023) |
| 06/29/2023 | 77 | ANSWER to amended complaint , COUNTERCLAIM filed by Amgen Inc., Horizon Therapeutics PLC against Federal Trade Commission . by Amgen Inc., Horizon Therapeutics PLC(Marriott, David) (Entered: 06/29/2023) |
| 06/30/2023 | 78 | MINUTE entry before the Honorable John F. Kness: For the reasons provided by Plaintiffs, the unopposed motion 67 for entry of an order directing the filing under seal of Plaintiffs' unredacted Amended Complaint 65 is granted. The unredacted Amended Complaint 65 shall remain under seal until further order of the Court. Mailed notice (ef, ) (Entered: 06/30/2023) |
| 06/30/2023 | 79 | MOTION by Defendants Amgen Inc., Horizon Therapeutics PLC for order *("Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Motion to Modify the Interim Confidentiality Order")*<br><br>(Attachments: # 1 Certificate of Service, # 2 Declaration of J. Weiss in Support of Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Motion to Modify the Interim Confidentiality Order, # 3 Exhibit A (Redline of Interim Confidentiality Order (Dkt. 25) and Proposed Modified Confidentiality Order), # 4 Exhibit B (Declaration of J. Graham), # 5 Exhibit C (Declaration of K. Dunne), # 6 Exhibit D (Declaration of W. Diaz), # 7 Declaration of D. Burns in Support of Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Motion to Modify the Interim Confidentiality Order, # 8 Exhibit E (Declaration of S. Clayton), # 9 Exhibit F (Declaration of N. Alexander))(Marriott, David) (Entered: 06/30/2023) |
| 06/30/2023 | 80 | STATEMENT Concerning Agreed-To Briefing Schedule by Amgen Inc., Horizon Therapeutics PLC. (Marriott, David) Docket Text Modified on 7/6/2023 (ef, ). (Entered: 06/30/2023) |
| 07/05/2023 | 81 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20800932.<br><br>(Nodit, Luminita) (Entered: 07/05/2023) |
| 07/06/2023 | 82 | MINUTE entry before the Honorable John F. Kness: The Court adopts the parties' agreed briefing schedule 80 . The motion of counsel Luminita Nodit to appear pro hac vice 81 is granted. Counsel is directed to review LR 83.15(a) and to be prepared to designate local counsel. Mailed notice (ef, ) (Entered: 07/06/2023) |
| 07/07/2023 | 83 | MOTION by Plaintiff Federal Trade Commission for leave to file excess pages<br><br>(Brenner, Nathan) (Entered: 07/07/2023) |
| 07/07/2023 | 84 | SEALED DOCUMENT by Plaintiff Federal Trade Commission (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit PX0002, # 3 Exhibit PX0009, # 4 Exhibit PX0010, # 5 Exhibit PX1000, # 6 Exhibit PX1007, # 7 Exhibit PX1025, # 8 Exhibit PX1027, # 9 Exhibit PX1038, # 10 Exhibit PX1039, # 11 Exhibit PX1046, # 12 Exhibit PX1052, # 13 Exhibit PX1056, # 14 Exhibit PX1060, # 15 Exhibit PX1070, # 16 Exhibit PX1081, # 17 Exhibit PX1084, # 18 Exhibit PX1085, # 19 Exhibit PX1086, # 20 Exhibit PX1087, # 21 Exhibit PX1091, # 22 Exhibit PX1095, # 23 Exhibit PX1098)(Brenner, Nathan) (Entered: 07/07/2023) |
| 07/07/2023 | 85 | SEALED DOCUMENT by Plaintiff Federal Trade Commission (Attachments: # 1 Exhibit PX1100, # 2 Exhibit PX1101, # 3 Exhibit PX1241, # 4 Exhibit PX1247, # 5 Exhibit PX1251, # 6 Exhibit PX1259, # 7 Exhibit PX1272, # 8 Exhibit PX1274, # 9 Exhibit PX1278, # 10 Exhibit PX3004, # 11 Exhibit PX3006, # 12 Exhibit PX3010, # 13 Exhibit PX3020, # 14 Exhibit PX3022, # 15 Exhibit PX3029, # 16 Exhibit PX3042, # 17 Exhibit PX3065, # 18 Exhibit PX3067, # 19 Exhibit PX3068, # 20 Exhibit PX3072)(Brenner, Nathan) (Entered: 07/08/2023) |
| 07/08/2023 | 86 | SEALED DOCUMENT by Plaintiff Federal Trade Commission (Attachments: # 1 Exhibit PX3076, # 2 Exhibit PX3077, # 3 Exhibit PX3078, # 4 Exhibit PX5008, # 5 Exhibit PX5016, # 6 Exhibit PX5025, # 7 Exhibit PX5026, # 8 Exhibit PX5028, # 9 Exhibit PX5030, # 10 Exhibit PX5031, # 11 Exhibit PX5033, # 12 Exhibit PX5036, # 13 Exhibit PX5046, # 14 Exhibit PX6000, # 15 Exhibit PX6001, # 16 Exhibit PX6006, # 17 Exhibit PX7000, # 18 Exhibit PX7001, # 19 Exhibit PX7002, # 20 Exhibit PX7003)(Brenner, Nathan) (Entered: 07/08/2023) |
| 07/08/2023 | 87 | SEALED DOCUMENT by Plaintiff Federal Trade Commission (Attachments: # 1 Exhibit PX7006, # 2 Exhibit PX7007, # 3 Exhibit PX7008, # 4 Exhibit PX7009, # 5 Exhibit PX7012, # 6 Exhibit PX8001, # 7 Exhibit PX8002, # 8 Exhibit PX8005, # 9 Exhibit PX8007, # 10 Exhibit PX8010, # 11 Exhibit PX8021, # 12 Exhibit PX8022, # 13 Exhibit PX8025, # 14 Exhibit PX9000, # 15 Exhibit PX9001, # 16 Exhibit PX9002, # 17 Exhibit PX9003) (Brenner, Nathan) (Entered: 07/08/2023) |

| 07/08/2023 | 88 | SEALED DOCUMENT by Plaintiff Federal Trade Commission (Attachments: # 1 Exhibit PX5037-a, # 2 Exhibit PX5037-b, # 3 Exhibit PX5037-c)(Brenner, Nathan) (Entered: 07/08/2023) |
|---|---|---|
| 07/08/2023 | 89 | MOTION by Plaintiff Federal Trade Commission to seal *Memorandum of Law in Support of Motion for Preliminary Injunction and Accompanying Exhibits*<br><br>(Brenner, Nathan) (Entered: 07/08/2023) |
| 07/08/2023 | 90 | ATTORNEY Appearance for Plaintiff New York, State of by Elinor Hoffmann (Hoffmann, Elinor) (Entered: 07/08/2023) |
| 07/10/2023 | 91 | MINUTE entry before the Honorable John F. Kness: For the reasons provided by the Plaintiffs, the unopposed motion 83 for leave to file excess pages is granted. In addition, the unopposed motion 89 for entry of an order directing the filing under seal of Plaintiffs' memorandum of law and accompanying exhibits is granted. Plaintiffs' Memorandum of Law in Support of their Motion for a Preliminary Injunction 84 , and Accompany Exhibits 84 85 86 87 88 shall be sealed until further order of the Court. Mailed notice (ef, ) (Entered: 07/10/2023) |
| 07/10/2023 | 92 | RESPONSE by Federal Trade Commissionin Opposition to MOTION by Defendants Amgen Inc., Horizon Therapeutics PLC for order *("Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Motion to Modify the Interim Confidentiality Order")*<br><br>79 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Sarmiento, Anjelica) (Entered: 07/10/2023) |
| 07/12/2023 | 93 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20821180.<br><br>(Hoffmann, Elinor) (Entered: 07/12/2023) |
| 07/12/2023 | 94 | MOTION by Intervenor Regeneron Pharmaceuticals, Inc. to intervene *(Unopposed)*<br><br>(Attachments: # 1 Exhibit A - Regeneron/Amgen Protective Order (D. Del.), # 2 Exhibit B - FTC Admin Protective Order, # 3 Exhibit C - Proposed Opposition Brief, # 4 Exhibit 1 to Proposed Opposition Brief - Graham LinkedIn, # 5 Exhibit 2 to Proposed Opposition Brief - FT Article, # 6 Exhibit D - Amgen Subpoena, # 7 Exhibit E - FTC Subpoena)(Caisman, Lauren) (Entered: 07/12/2023) |
| 07/12/2023 | 95 | ATTORNEY Appearance for Intervenor Regeneron Pharmaceuticals, Inc. by Lauren Jennifer Caisman (Caisman, Lauren) (Entered: 07/12/2023) |
| 07/12/2023 | 96 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Regeneron Pharmaceuticals, Inc. (Caisman, Lauren) (Entered: 07/12/2023) |
| 07/12/2023 | 97 | CERTIFICATE of Service *of Defendant Amgen Inc. and Horizon Therapeutics plc's Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Amended Complaint (ECF 77)* by David Marriott on behalf of Amgen Inc., Horizon Therapeutics PLC (Marriott, David) (Entered: 07/12/2023) |
| 07/13/2023 | 98 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20826811.<br><br>(Hochstadt, Eric) (Entered: 07/13/2023) |
| 07/13/2023 | 99 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20827067.<br><br>(Zain, Saami) (Entered: 07/13/2023) |
| 07/13/2023 | 100 | ATTORNEY Appearance for Plaintiff New York, State of by Saami Zain (Zain, Saami) (Entered: 07/13/2023) |
| 07/14/2023 | 101 | ATTORNEY Appearance for Plaintiff State of California by Richard S. Schultz *as Local Counsel* (Schultz, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 102 | ATTORNEY Appearance for Plaintiff New York, State of by Richard S. Schultz *as Local Counsel* (Schultz, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 103 | ATTORNEY Appearance for Plaintiff State of Washington by Richard S. Schultz *as Local Counsel* (Schultz, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 104 | ATTORNEY Appearance for Plaintiff State of Wisconsin by Richard S. Schultz *as Local Counsel* (Schultz, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 105 | ATTORNEY Appearance for Plaintiff State of Minnesota by Richard S. Schultz *as Local Counsel* (Schultz, Richard) (Entered: 07/14/2023) |
| 07/14/2023 | 106 | MEMORANDUM *in Support of Motion for a Preliminary Injunction* (Brenner, Nathan) (Entered: 07/14/2023) |

| 07/14/2023 | 107 | REPLY by Defendants Amgen Inc., Horizon Therapeutics PLC to motion for order,,, 79 *("Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Reply in Support of Their Joint Motion to Modify the Interim Confidentiality Order")* (Attachments: # 1 Declaration of J. Weiss in Support of Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Reply in Support of Their Joint Motion to Modify the Interim Confidentiality Order, # 2 Exhibit A (Supplemental Declaration of J. Graham), # 3 Declaration of D. Burns in Support of Defendants Amgen Inc. and Horizon Therapeutics plc's Joint Reply in Support of Their Joint Motion to Modify the Interim Confidentiality Order, # 4 Exhibit B (Supplemental Declaration of S. Clayton))(Marriott, David) (Entered: 07/14/2023) |
|---|---|---|
| 07/18/2023 | 108 | MINUTE entry before the Honorable John F. Kness: Before the Court is Regeneron Pharmaceutical's unopposed motion 94 to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. Regeneron seeks to intervene in this matter for the limited purpose of opposing Defendants' motion 79 to modify the interim confidentiality order. According to Regeneron, Defendants' motion to modify, if granted, will cause disclosure of Regeneron's proprietary and highly confidential business information. The Court agrees with Regeneron that the requirements for intervention under Rule 24 are satisfied. Accordingly, Regeneron's motion to intervene is granted. Regeneron's brief [94-3] in opposition to Defendants' motion to modify the protective order is deemed filed *instanter*. Motions by counsel for leave to appear pro hac vice 93 98 99 are granted. Mailed notice (ef, ) (Entered: 07/18/2023) |
| 07/18/2023 | 109 | ATTORNEY Appearance for Counter Defendant Federal Trade Commission, Plaintiff Federal Trade Commission by Rachel F. Sifuentes *Amended* (Sifuentes, Rachel) (Entered: 07/18/2023) |
| 07/18/2023 | 110 | ATTORNEY Appearance for Intervenor Regeneron Pharmaceuticals, Inc. by Eric S. Hochstadt (Hochstadt, Eric) (Entered: 07/18/2023) |
| 07/18/2023 | 111 | ATTORNEY Appearance for Plaintiff State of Minnesota by Justin Moor (Moor, Justin) (Entered: 07/18/2023) |
| 07/20/2023 | 112 | Letter by Amgen Inc. *("Defendant Amgen Inc.'s Letter Requesting Adjustment to Preliminary Injunction Hearing Schedule")* (Marriott, David) (Entered: 07/20/2023) |
| 07/20/2023 | 113 | MOTION by Plaintiff Federal Trade Commission to strike *certain of Defendants' affirmative defenses*<br><br>(Attachments: # 1 Exhibit 1)(Brenner, Nathan) (Entered: 07/20/2023) |
| 07/20/2023 | 114 | Concerning Agreed-To Briefing Schedule STATEMENT by Federal Trade Commission (Brenner, Nathan) (Entered: 07/20/2023) |
| 07/21/2023 | 115 | MINUTE entry before the Honorable John F. Kness: Before the Court is a letter 112 from Defendant Amgen (on behalf of all parties) dated 7/20/2023. In summary, Amgen's letter requests "a modest adjustment" to the existing schedule for the upcoming evidentiary hearing on Plaintiff's motion for a preliminary injunction. Specifically, to accommodate the participation of Amgen's counsel in ongoing proceedings before the Fifth Circuit, Amgen requests (and the parties all agree) that the evidentiary hearing remain scheduled to start on 9/11/2023; adjourn for the full day on 9/12/2023; and resume on 9/13/2023. For the reasons stated by Amgen, the request is granted, and the schedule is amended as noted. Separately before the Court is Plaintiff FTC's opposed motion 113 to strike certain of Defendants' affirmative defenses. The parties have proposed an acceptable briefing schedule 114 . Briefing on the motion to strike will thus proceed on the schedule set forth at Docket 114 . Mailed notice (ags) (Entered: 07/21/2023) |
| 07/24/2023 | 116 | MOTION by Plaintiff Federal Trade Commission for order *entering Stipulated Remote Deposition Protocol*<br><br>(Attachments: # 1 Text of Proposed Order)(Brenner, Nathan) (Entered: 07/24/2023) |
| 07/28/2023 | 117 | MINUTE entry before the Honorable John F. Kness: Joint Motion to enter Remote Deposition Protocol 116 is granted. Enter separate order. Mailed notice (ef, ) (Entered: 07/28/2023) |
| 07/28/2023 | 118 | STIPULATED ORDER GOVERNING REMOTE DEPOSITION PRACTICES AND PROTOCOLS signed by the Honorable John F. Kness on 7/28/2023. Mailed notice(ef, ) (Entered: 07/28/2023) |
| 08/10/2023 | 119 | MEMORANDUM by Amgen Inc., Horizon Therapeutics PLC in Opposition to motion to strike 113 *Certain of Defendants' Affirmative Defenses* (Marriott, David) (Entered: 08/10/2023) |
| 08/15/2023 | 120 | ATTORNEY Appearance for Counter Defendant Federal Trade Commission, Plaintiff Federal Trade Commission by Cynthia Liao (Liao, Cynthia) (Entered: 08/15/2023) |
| 08/17/2023 | 121 | MOTION by Defendants Amgen Inc., Horizon Therapeutics PLC for leave to file excess pages *("Defendants' Unopposed Motion to Enlarge Page Limit")*<br><br>(Marriott, David) (Entered: 08/17/2023) |
| 08/17/2023 | 122 | MOTION by Defendants Amgen Inc., Horizon Therapeutics PLC to seal *("Defendants' Unopposed Motion for Leave to File Documents Under Seal)*<br><br>(Marriott, David) (Entered: 08/17/2023) |

| 08/21/2023 | 123 | STATEMENT by Amgen Inc., Horizon Therapeutics PLC *("Statement Concerning Agreed Briefing Schedule for Motions with Respect to Defendants' Counterclaims")* (Marriott, David) (Entered: 08/21/2023) |
|---|---|---|
| 08/21/2023 | 124 | MOTION by Amgen Inc., Horizon Therapeutics PLC *("Defendants' Unopposed Motion to Enlarge Page Limit for Summary Judgment Brief")* (Marriott, David) (Entered: 08/21/2023) |
| 08/21/2023 | 125 | Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on Defendants' Constitutional Counterclaims by Defendants Amgen Inc., Horizon Therapeutics PLC (Marriott, David) Docket Text Modified on 8/30/2023 (ef, ). (Entered: 08/21/2023) |
| 08/21/2023 | 126 | LR 56.1(a)(2) STATEMENT by Amgen Inc., Horizon Therapeutics PLC *("Defendants' LR 56.1(a)(2) Statement of Material Facts in Support of Their Motion for Summary Judgment on Certain of Their Counterclaims")* (Marriott, David) (Entered: 08/21/2023) |
| 08/21/2023 | 127 | DECLARATION of David R. Marriott *in Support of Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on Defendants' Constitutional Counterclaims* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Marriott, David) (Entered: 08/21/2023) |
| 08/21/2023 | 128 | SEALED RESPONSE by Amgen Inc., Horizon Therapeutics PLC to sealed document,, 84 (Marriott, David) (Entered: 08/21/2023) |
| 08/21/2023 | 129 | SEALED DOCUMENT by Defendants Amgen Inc., Horizon Therapeutics PLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28)(Marriott, David) (Entered: 08/21/2023) |
| 08/22/2023 | 130 | MEMORANDUM by Amgen Inc., Horizon Therapeutics PLC *in Opposition to Plaintiffs' Motion for Preliminary Injunction* (Marriott, David) (Entered: 08/22/2023) |
| 08/24/2023 | 131 | ATTORNEY Appearance for Amicus Parties International Center for Law & Economics, Scholars of Antitrust Law and Economics by Megan Cunniff Church (Church, Megan) (Entered: 08/24/2023) |
| 08/24/2023 | 132 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20968006. (Lamken, Jeffrey) (Entered: 08/24/2023) |
| 08/24/2023 | 133 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20968050. (Pattillo, Michael) (Entered: 08/24/2023) |
| 08/24/2023 | 134 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Noel Miller (Miller, Noel) (Entered: 08/24/2023) |
| 08/24/2023 | 135 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20968081. (Kelley, Mark) (Entered: 08/24/2023) |
| 08/24/2023 | 136 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20968100. (Eynon, Alexandra) (Entered: 08/24/2023) |
| 08/24/2023 | 137 | MOTION by Amicus Parties International Center for Law & Economics, Scholars of Antitrust Law and Economics for leave to file *Amicus Brief* (Attachments: # 1 Exhibit A (Proposed Amicus Brief))(Church, Megan) (Entered: 08/24/2023) |
| 08/24/2023 | 138 | REPLY by Federal Trade Commission to memorandum in opposition to motion 119 , MOTION by Plaintiff Federal Trade Commission to strike *certain of Defendants' affirmative defenses* 113 (Miller, Noel) (Entered: 08/24/2023) |
| 08/24/2023 | 139 | MOTION by Plaintiff BIO et al for leave to file *Amicus Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction* (Agarwal, Asheesh) (Entered: 08/24/2023) |
| 08/25/2023 | 140 | ATTORNEY Appearance for Plaintiff BIO et al by Asheesh Agarwal (Agarwal, Asheesh) (Entered: 08/25/2023) |
| 08/25/2023 | 141 | ATTORNEY Appearance for Plaintiff Federal Trade Commission by Daniel John Matheson (Matheson, Daniel) (Entered: 08/25/2023) |

| 08/25/2023 | 142 | Letter by Federal Trade Commission *(Parties' Letter to Court Requesting Preliminary Pretrial/Status Conference)* (Miller, Noel) (Entered: 08/25/2023) |
|---|---|---|
| 08/25/2023 | 143 | MOTION by Amicus Pharmaceutical Research and Manufacturers of America for leave to file *Amicus Curiae Brief Supporting Defendants*<br><br>(Attachments: # 1 Exhibit A)(Geverola, Andre) (Entered: 08/25/2023) |
| 08/28/2023 | 144 | Preliminary Pretrial Conference STATEMENT by Federal Trade Commission (Brenner, Nathan) (Entered: 08/28/2023) |
| 08/28/2023 | 145 | STATEMENT by Amgen Inc., Horizon Therapeutics PLC *on Issues for Preliminary Pretrial Conference* (Marriott, David) (Entered: 08/28/2023) |
| 08/28/2023 | 146 | MOTION by Plaintiff Federal Trade Commission for order *entering Joint Stipulation*<br><br>(Brenner, Nathan) (Entered: 08/28/2023) |
| 08/28/2023 | 147 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20979062.<br><br>(Playforth, John) (Entered: 08/28/2023) |
| 08/28/2023 | 148 | MOTION by Plaintiff The Chamber of Commerce of the United States of America, Amicus The National Association of Manufacturers for leave to file *Amicus Curiae Brief Supporting Defendants*<br><br>(Attachments: # 1 Exhibit Proposed Amicus Brief)(Playforth, John) (Entered: 08/28/2023) |
| 08/29/2023 | 149 | MINUTE entry before the Honorable John F. Kness: The motions of counsel Jeffrey A. Lamken 132 , Michael G. Pattillo 133 , Jr., Mark W. Kelley 135 , Alexandra C. Eynon 136 , and John S. Playforth 147 to appear pro hac vice are granted. Counsel are directed to review LR 83.15(a) and to be prepared to designate local counsel. Mailed notice (ef, ) (Entered: 08/29/2023) |
| 08/29/2023 | 150 | MINUTE entry before the Honorable John F. Kness: Telephonic status conference set for 8/31/2023 at 10:30 AM to discuss the issues raised by the parties in their letter 142 filed on 8/25/2023. In the interest of efficiency, each party must designate one lead attorney to announce their appearance and to speak on the party's behalf at the teleconference. Other attorneys on the teleconference should refrain from introducing themselves unless their appearance becomes necessary to discuss an outstanding issue. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice (ef, ) (Entered: 08/29/2023) |
| 08/30/2023 | 151 | ATTORNEY Appearance for Amicus Parties International Center for Law & Economics, Scholars of Antitrust Law and Economics by Jeffrey A. Lamken (Lamken, Jeffrey) (Entered: 08/30/2023) |
| 08/30/2023 | 152 | ATTORNEY Appearance for Amicus Parties International Center for Law & Economics, Scholars of Antitrust Law and Economics by Michael G. Pattillo, Jr (Pattillo, Michael) (Entered: 08/30/2023) |
| 08/30/2023 | 153 | ATTORNEY Appearance for Amicus Parties International Center for Law & Economics, Scholars of Antitrust Law and Economics by Mark W. Kelley (Kelley, Mark) (Entered: 08/30/2023) |
| 08/30/2023 | 154 | ATTORNEY Appearance for Amicus Parties International Center for Law & Economics, Scholars of Antitrust Law and Economics by Alexandra C. Eynon (Eynon, Alexandra) (Entered: 08/30/2023) |
| 08/30/2023 | 155 | MINUTE entry before the Honorable John F. Kness: At the Court's instance, the telephonic status conference set for 8/31/2023 is reset to 9/5/2023 at 10:30 AM. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice (ef, ) (Entered: 08/30/2023) |
| 08/30/2023 | 156 | ATTORNEY Appearance for Amicus The Committee for Justice by John Reeeves (Reeeves, John) (Entered: 08/30/2023) |
| 08/30/2023 | 157 | MOTION by Amicus The Committee for Justice for leave to file *brief of amicus curiae in support of defendants*<br><br>(Attachments: # 1 Exhibit 1--Proposed Amicus Brief)(Reeeves, John) (Entered: 08/30/2023) |
| 09/01/2023 | 158 | MOTION by Plaintiff Federal Trade Commission for order *entering stipulation, staying deadlines pending dismissal of this action, and dissolving temporary restraining order* |

| | | (Attachments: # <u>1</u> Exhibit 1 (ACCO and D&O), # <u>2</u> Text of Proposed Order)(Brenner, Nathan) (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | <u>159</u> | MOTION by Plaintiff Federal Trade Commission to dismiss *(Joint Motion)*<br><br>(Attachments: # <u>1</u> Exhibit 1 (ACCO and D&O))(Brenner, Nathan) (Entered: 09/01/2023) |
| 09/01/2023 | <u>160</u> | MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint motion (Dkt. 158, joined by all parties except the State of Wisconsin, which does not oppose the motion) to enter a stipulation, stay all deadlines, and dissolve the existing Temporary Restraining Order (Dkt. 60). For the reasons stated by the parties, the motion is granted. Enter separate stipulation and order. All deadlines and hearings are stayed. The existing Temporary Restraining Order (Dkt. 60) is dissolved effective immediately. Mailed notice (ef, ) (Entered: 09/01/2023) |
| 09/01/2023 | <u>161</u> | JOINT STIPULATION AND ORDER STAYING ALL DEADLINES PENDING DISMISSAL OF THIS ACTION AND DISSOLVING TEMPORARY RESTRAINING ORDER signed by the Honorable John F. Kness on 9/1/2023. Mailed notice(ef, ) (Entered: 09/01/2023) |
| 09/01/2023 | <u>162</u> | MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint motion (Dkt. 159, joined by all parties except the State of Wisconsin, which does not oppose the motion) to dismiss this case and all counterclaims. For the reasons stated by the parties, the motion is granted, and the case is dismissed. Enter separate order of dismissal, which addresses the prejudicial effect of this dismissal. All deadlines are vacated, and the evidentiary hearing set to begin on 9/11/2023 is stricken. All other pending motions are dismissed as moot. Civil case terminated. Mailed notice (ef, ) (Entered: 09/01/2023) |
| 09/01/2023 | <u>163</u> | ORDER DISMISSING ACTION signed by the Honorable John F. Kness on 9/1/2023. Mailed notice(ef, ) (Entered: 09/01/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/19/2023 09:49:19 | | |
| **PACER Login:** | dennisabby | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-03053 |
| **Billable Pages:** | 22 | **Cost:** | 2.20 |