IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>Defendants. | Case No. 1:23-cv-06188-ER<br><br>**DECLARATION OF JASON N. KLEINWAKS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, JASON N. KLEINWAKS, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm of Weil, Gotshal & Manges LLP.

2. I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3. I am admitted to practice before the courts of the State of New York and District of Columbia and request to appear as counsel for Defendant IQVIA Holdings Inc. in this proceeding. A copy of the Certificates of Good Standing are attached hereto.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, or disbarred or denied readmission by any court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2023

Respectfully submitted,

*/s/ Jason N. Kleinwaks*
Jason N. Kleinwaks
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7052
Email: Jason.Kleinwaks@weil.com

*Attorney for Defendant IQVIA Holdings Inc.*