UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>      Defendants. | Case No. 1:23-cv-06188-ER |

## STIPULATED AMENDED TEMPORARY RESTRAINING ORDER

  The Federal Trade Commission ("FTC") has filed this action seeking to enjoin the proposed acquisition of Propel Media, Inc. ("PMI") by IQVIA Holdings Inc. ("IQVIA") (the "Acquisition"). In connection with that action, IQVIA, PMI, and the FTC hereby stipulate to entry of a Temporary Restraining Order ("TRO") providing that:

  a. IQVIA and PMI shall not consummate the Acquisition until after 11:59 p.m. Eastern Time on (a) December 29, 2023, or (b) the third business day after the district court rules on the FTC's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Ac, whichever occurs earlier in time; and

  b. In connection with the paragraph immediately above, IQVIA and PMI shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Acquisition.

SO ORDERED:

_____

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE


Dated: _____



Dated: September 25, 2023


| | |
|---|---|
| /s/ *Jennifer Fleury* | /s/ *Chantale Fiebig* |
| Jennifer Fleury *(pro hac vice)* | Chantale Fiebig |
| Federal Trade Commission | Mark A. Perry *(pro hac vice)* |
| 600 Pennsylvania Avenue NW | Joshua M. Wesneski |
| Washington, DC 20580 | WEIL, GOTSHAL & MANGES LLP |
| jfleury@ftc.gov | 2001 M Street NW, Suite 600 |
| | Washington, DC 20036 |
| *Counsel for Plaintiff Federal Trade Commission* | Chantale.fiebig@weil.com |
| | Mark.perry@weil.com |
| | Joshua.wesneski@weil.com |
| | |
| | *Counsel for Defendant IQVIA Holdings Inc.* |
| | |
| | /s/ *Kenneth Reinker* |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | Kenneth Reinker |
| | 2112 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| | Tel: (202) 974-1500 |
| | kreinker@cgsh.com |
| | |
| | Rahul Mukhi |
| | One Liberty Plaza |
| | New York, NY 10006 |
| | Tel: (212) 225-2000 |
| | rmukhi@cgsh.com |

/s/ *Alexander P. Okuliar*
MORRISON & FOERSTER LLP
Alexander P. Okuliar (*pro hac vice*)
2100 L Street, NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
aokuliar@mofo.com

David J. Fioccola
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
dfioccola@mofo.com
mbmiller@mofo.com
mfitzgerald@mofo.com

*Attorneys for Defendant Propel Media, Inc.*