UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>      Defendants. | Case No. 1:23-cv-06188-ER |

## STIPULATED AMENDED TEMPORARY RESTRAINING ORDER

  The Federal Trade Commission ("FTC") has filed this action seeking to enjoin the proposed acquisition of Propel Media, Inc. ("PMI") by IQVIA Holdings Inc. ("IQVIA") (the "Acquisition"). In connection with that action, IQVIA, PMI, and the FTC hereby stipulate to entry of a Temporary Restraining Order ("TRO") providing that:

  a.  IQVIA and PMI shall not consummate the Acquisition until after 11:59 p.m. Eastern Time on (a) December 29, 2023, or (b) the third business day after the district court rules on the FTC's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Ac, whichever occurs earlier in time; and

  b.  In connection with the paragraph immediately above, IQVIA and PMI shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Acquisition.

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2023
       New York, New York

Dated: September 25, 2023

/s/ *Jennifer Fleury*
Jennifer Fleury *(pro hac vice)*
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
jfleury@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

/s/ *Chantale Fiebig*
Chantale Fiebig
Mark A. Perry (*pro hac vice*)
Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Chantale.fiebig@weil.com
Mark.perry@weil.com
Joshua.wesneski@weil.com

*Counsel for Defendant IQVIA Holdings Inc.*

/s/ *Kenneth Reinker*
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
Kenneth Reinker
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
kreinker@cgsh.com

Rahul Mukhi
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
rmukhi@cgsh.com

/s/ *Alexander P. Okuliar*
MORRISON & FOERSTER LLP
Alexander P. Okuliar (*pro hac vice*)
2100 L Street, NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
aokuliar@mofo.com

David J. Fioccola
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
dfioccola@mofo.com
mbmiller@mofo.com
mfitzgerald@mofo.com

*Attorneys for Defendant Propel Media, Inc.*