IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>Defendants. | Case No. 1:23-cv-06188-ER<br><br>**DECLARATION OF LUKE M. SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, LUKE M. SULLIVAN, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm of Weil, Gotshal & Manges LLP.

2. I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3. I am admitted to practice before the courts of the State of Virginia and District of Columbia and request to appear as counsel for Defendant IQVIA Holdings Inc. in this proceeding. A copy of the Certificates of Good Standing are attached hereto.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, or disbarred or denied readmission by any court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2023                                  Respectfully submitted,


                                                        <u>*/s/ Luke M. Sullivan*</u>
                                                        Luke M. Sullivan
                                                        WEIL, GOTSHAL & MANGES LLP
                                                        2001 M Street, NW, Suite 600
                                                        Washington, DC 20036
                                                        Telephone: (202) 682-7006
                                                        Email: Luke.Sullivan@weil.com

                                                        *Attorney for Defendant IQVIA Holdings Inc.*