# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Luke Michael Sullivan

was admitted to practice as an attorney and counsellor at the bar of this Court on December 6, 2017.

I further certify that so far as the records of this office are concerned, Luke Michael Sullivan is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of September
A.D. 2023

By: _[signature]_
Deputy Clerk