IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>Defendants. | Case No. 1:23-cv-06188-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Daniel J. Nadratowski, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Virginia and District of Columbia, and that his contact information is as follows:

Daniel J. Nadratowski
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202-682-7130
Email: Daniel.Nadratowski@weil.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant IQVIA Holdings Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  October __, 2023

_____
United States District Judge