UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>IQVIA HOLDINGS INC.,<br><br>  and<br><br>PROPEL MEDIA, INC.,<br><br>        Defendants. | Case No. 1:23-cv-06188-ER |

PLEASE TAKE NOTICE that upon the annexed declaration of David J. Fioccola in support of this motion, Defendant Propel Media, Inc. will move this Court for an Order permitting David J. Fioccola of the firm of Morrison & Foerster LLP to withdraw as counsel of record for Defendant and to be removed from the CMECF service list.

Dated: New York, NY
       October 13, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By:   */s/ David J. Fioccola*
     David J. Fioccola
     250 West 55th Street
     New York NY 10019
     Tel.: (212) 468-8000
     dfioccola@mofo.com

*Counsel for Defendant Propel Media, Inc.*