UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.,<br><br>Defendants. | Case No. 1:23-cv-06188-ER |

ORDER OF WITHDRAWAL OF
DAVID J. FIOCCOLA AS COUNSEL OF RECORD

Upon consideration of the motion to withdraw the appearance of David J. Fioccola and the Declaration in Support, dated October 13, 2023, it is,

ORDERED that David J. Fioccola, be withdrawn as counsel of record for Defendant and it is further,

ORDERED that the clerk is directed to remove Mr. Fioccola from the Court's electronic service list.

SO ORDERED

Dated: October __ 2023

_____
Hon. Edgardo Ramos
United States District Judge

ny-2632668