IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case. No.: 1:23-cv-06188-ER |
| v. | **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |
| IQVIA HOLDINGS INC., | |
| And | |
| PROPEL MEDIA, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the attached Memorandum of Law and accompanying Exhibits in support of Plaintiff Federal Trade Commission ("Plaintiff" or "Commission") Motion for Preliminary Injunction ("Motion"), Plaintiff, by and through its undersigned counsel, respectfully move this Court for an order granting its Motion.

Dated: October 25, 2023    Respectfully submitted,

/s/ *Jennifer Fleury*

Jennifer Fleury
Jordan Andrew
Stephanie Bovee
Habin Chung
Lisa DeMarchi Sleigh
Yan Gao
Cory Gordon
Christopher Lamar
Wade Lippard
Jessica Moy
Christina Perez
Michelle Seo
Varnitha Siva
Anjelica Sarmiento
Jay Tymkovich
Lily Verbeck

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3805
jfleury@ftc.gov