# EXHIBITS CITED IN PLAINTIFFS PI BRIEF
### (FILED UNDER SEAL)

| | | | | | |
|---|---|---|---|---|---|
| PX0007 | PX0548 | PX1131 | PX1614 | PX2581 | PX4024 |
| PX0008 | PX0549 | PX1137 | PX1625 | PX2696 | PX4042 |
| PX0009 | PX0550 | PX1140 | PX1626 | PX2731 | PX4044 |
| PX0010 | PX0551 | PX1169 | PX1628 | PX2732 | PX4047 |
| PX0500 | PX0552 | PX1170 | PX1713 | PX2733 | PX4072 |
| PX0501 | PX0553 | PX1205 | PX1715 | PX2736 | PX4086 |
| PX0502 | PX0555 | PX1229 | PX1735 | PX2746 | PX4088 |
| PX0503 | PX0556 | PX1230 | PX1736 | PX2747 | PX4108 |
| PX0504 | PX0557 | PX1236 | PX1739 | PX2749 | PX4112 |
| PX0505 | PX0558 | PX1252 | PX1740 | PX2755 | PX4133 |
| PX0506 | PX0559 | PX1254 | PX1741 | PX2758 | PX4160 |
| PX0507 | PX0561 | PX1255 | PX1743 | PX2764 | PX4162 |
| PX0508 | PX0563 | PX1259 | PX1745 | PX2767 | PX4163 |
| PX0510 | PX0564 | PX1260 | PX1746 | PX2771 | PX4164 |
| PX0511 | PX0565 | PX1261 | PX1747 | PX2772 | PX4165 |
| PX0514 | PX0566 | PX1279 | PX1749 | PX2788 | PX4168 |
| PX0515 | PX0567 | PX1284 | PX1750 | PX2797 | PX4170 |
| PX0516 | PX0568 | PX1287 | PX2501 | PX2798 | PX4171 |
| PX0517 | PX0569 | PX1292 | PX2504 | PX2799 | PX6006 |
| PX0519 | PX0570 | PX1295 | PX2506 | PX2800 | PX6007 |
| PX0520 | PX0571 | PX1296 | PX2507 | PX2804 | PX6008 |
| PX0521 | PX0572 | PX1303 | PX2508 | PX2808 | PX6020 |
| PX0522 | PX0573 | PX1307 | PX2509 | PX2812 | PX6500 |
| PX0523 | PX0574 | PX1309 | PX2510 | PX2816 | |
| PX0524 | PX0575 | PX1344 | PX2511 | PX2818 | |
| PX0525 | PX0576 | PX1351 | PX2512 | PX2822 | |
| PX0526 | PX0578 | PX1355 | PX2517 | PX2831 | |
| PX0527 | PX1026 | PX1375 | PX2525 | PX2838 | |
| PX0528 | PX1032 | PX1377 | PX2535 | PX2843 | |
| PX0529 | PX1044 | PX1379 | PX2538 | PX2847 | |
| PX0530 | PX1056 | PX1380 | PX2544 | PX2860 | |
| PX0531 | PX1062 | PX1431 | PX2554 | PX2862 | |
| PX0532 | PX1063 | PX1433 | PX2557 | PX2876 | |
| PX0533 | PX1064 | PX1439 | PX2564 | PX2880 | |
| PX0534 | PX1070 | PX1443 | PX2570 | PX2919 | |
| PX0535 | PX1093 | PX1452 | PX2571 | PX2957 | |
| PX0538 | PX1117 | PX1530 | PX2572 | PX2958 | |
| PX0539 | PX1123 | PX1583 | PX2573 | PX2959 | |
| PX0540 | PX1124 | PX1584 | PX2575 | PX2960 | |
| PX0541 | PX1125 | PX1586 | PX2576 | PX2961 | |
| PX0542 | PX1127 | PX1592 | PX2578 | PX2963 | |
| PX0544 | PX1128 | PX1606 | PX2579 | PX2964 | |
| PX0546 | PX1129 | PX1612 | PX2580 | PX2965 | |