

PX5042-001

# Third-Party Access Program

/ About Us  / Third Party Access Program   — Explore More ⌄

The Third-Party Access program allows IQVIA clients to request a limited use license agreement for a third-party vendor to perform services for that client.

These third-party limited license agreements permit IQVIA clients to share IQVIA information with vendors for a pre-defined purpose and solely for the benefit of the requesting IQVIA client.

*The third-party vendor may not use IQVIA data for their own benefit.*

## Program Request Process

To initiate a third-party access request, clients can obtain a portal ID and password by contacting their IQVIA account representative. Once you have an ID, access the portal and follow these steps:

- Client identifies the vendor contact, key dates, intended uses, and IQVIA licensed offerings to be shared.
- Vendor contact is automatically notified and enters required vendor information.
- IQVIA processes the request and sends the IQVIA Third Party Limited License Agreement to the Vendor.
- Vendor signs and electronically submits forms back to IQVIA.
- IQVIA notifies the client contact and vendor that data sharing is permitted.

## Third-Party Portal Support

Our Clients can obtain a portal user ID and password by contacting their IQVIA account representative.

For general questions regarding TPA Agreement tracking, please contact us.



PX5042-001

## Resources and Materials

[Tutorial - Overview of Third Party Program](#)

[Client and Vendor Resources](#)

## Contact

Click the link below for a list of countries supported by the IQVIA Third Party Program.

[Countries Supported](#)

## Submit a Request

After you receive your portal ID and password, click on the portal link below to begin the request process.

[Portal Access](#)

## Helpful Hints for Third Party Vendors: Handling IQVIA Data

IQVIA and TPA Vendors have mutual clients, so we must work together to maximize value for these clients. As a result, IQVIA provides limited licenses (TPA Agreements) to TPA Vendors.  The TPA Agreements identify what is IQVIA Data, the access TPA Vendors may have to it, the permissible use, the need to maintain confidentiality and only disclose it in certain enumerated circumstances, and the requirement to return or destroy it at the end of a project.  Below are some hints to help TPA Vendors properly handle IQVIA Data.

[Find Helpful Hints here](#)



| | |
|---|---|
| Investor Relations | Third-Party Access |
| Customer Portal | Suppliers |
| Careers | Privacy |
| Code of Conduct | Your Privacy Choices |
| Events | Terms of Use |
| Contact Us | Sitemap |

PX5042-002

©2023 IQVIA Inc, All Rights Reserved.    

PX5042-003