**CASE STUDY**

# DeepIntent's Eligibility Data Increases Exposure Among HCPs Prior to Patient Visits, an Industry First



> "It's always been far more challenging to identify and reach healthcare providers before they meet with clinically-relevant patients, as opposed to during or after the visits. DeepIntent's eligibility data has been a fantastic solution to this problem. As a result, we've increased exposure during the discovery period and driven new patient starts, ultimately improving patient outcomes."
>
> SR. DIRECTOR OF MARKETING, PHARMACEUTICAL COMPANY

## Challenge

A pharmaceutical company that specializes in rare diseases sought to raise awareness of an injectable drug therapy that treats acute attacks of HAE (Hereditary Angioedema). Because HAE attacks tend to occur infrequently, HCPs needed to be engaged in a precise, proactive way.

The brand needed a digital media solution that could maximize exposure among treating HCPs within the two- to three- week period preceding a clinically-relevant patient visit. Generating timely, recent awareness during this opportune period keeps the drug top of mind, increasing the likelihood that it will be considered and prescribed.

## Solution

+ DeepIntent is the first DSP to use eligibility data to reach HCPs during the opportune weeks leading up to a relevant patient visit.

+ A custom HCP audience was created by:
    + Collecting NPIs who are scheduled to see relevant patients based on campaign-specific ICD-10 codes
    + Verifying HCP relevancy by mapping those NPIs to the brand's target list and/or specialties in DeepIntent healthcare database

+ The audience was delivered to DeepIntent's DSP, and physicians were targeted prior to patient visits.

## Results



### ~2.5x ROI

Driven by new patient starts



PX5057-001