



Proven to drive higher audience quality and script lift

PX5229-001



## Plan

Create highly-qualified patient and HCP audience segments and forecast real-time performance potential to reach your most clinically-relevant audiences.

[Learn More]

+ Access clinically-precise audiences from the first and only healthcare data marketplace

+ Onboard existing segments to our data-agnostic platform

+ Reach HCPs who are actively treating, or about to treat, relevant patients, using eligibility and labs data

[Learn More]



## Activate

Address your audiences immediately using our homegrown, award-winning DSP. Trade directly with publishers, buy across the open exchange, and access the first Connected TV Marketplace built for healthcare advertisers.

[Learn More]

+ Reach more than 75%+ of addressable CTV households with curated inventory from programmers like Hulu, NBCUniversal, and Discovery+

+ Tap into the only healthcare DSP integrated with LG TV viewership data

+ Enjoy zero-fee trading on direct deals with leading publishers, like Haymarket, Bulletin Healthcare, and Everyday Health

+ Seamlessly activate custom or ready-to-use patient and HCP audience segments via Audience Marketplace

+ Dynamically update HCP target lists with seamless platform integrations

[Learn More]

## Measure & Optimize

Drive higher audience quality and script lift with DeepIntent Outcomes™, our patented, award-winning solution that automatically optimizes live campaigns based on real-world clinical data and machine learning.

[Learn More]

+ Proven to improve performance for patient, HCP, and integrated campaigns

+ Insightful analysis to understand and improve performance drivers within and across campaigns

+ Daily provider-level data (PLD) reporting for all HCP audiences

[Learn More]

---

DeepIntent Healthcare Advertising Platform

# ARE YOU READY TO SEE THE PLATFORM IN ACTION?

[Schedule A Demo]



### Reach your optimal audience

Maximize your audience quality and patient reach with pre-optimized audience segments

### Maximize your media investment

Connect media exposure to real-time clinical outcomes and uncover insights that help evolve your strategy

### Drive performance and efficiency

Understand how certain channels are performing and then make adjustments to ensure your campaign influences more patient-to-provider interaction

Learn More



## Data and Identity Foundation Built for a Cookieless Future Since 2019



Maximize cookieless reach with our proprietary identity solution that directly connects healthcare datasets to anonymized clinical,

Discover the first and only cookieless by design HCP and patient data marketplace, powered by the

Access one of the first demand side platforms integrated with LiveRamp RampID for cookieless bidding and biddable IDs

Leverage direct integrations with publisher first-party data, such as NPIs and hashed emails, via DeepIntent's

PX5229-003





## Our Commitment to a Privacy-First and Brand-Safe Advertising Environment



Create unique, personalized, and relevant messaging in a privacy-compliant way



Protect patient identity with a patented modeling process that combines artificial intelligence and emerging privacy technologies, like differential privacy



Achieve a high viewability, brand-safe environment with industry-leading verification partners such as DoubleVerify and Integral Ad Sciences (IAS)



### How Sun Pharma and Fingerpaint Grew Verified Patient Reach 5.7X

DeepIntent Outcomes™ machine learning algorithms auto-optimized all campaign parameters in-flight, helping Sun Pharma and its consumer agency of record, Fingerpaint, raise awareness for ILUMYA® while decreasing cost-per-verified patient by 83%.

Get the Case Study

PX5229-004

deepintent+  Platform ⌄   For Marketers   For Publishers   About ⌄   Insights   Contact Us   Login



Download Now

_"The DeepIntent Healthcare Advertising Platform is incredibly innovative and provides us access to custom healthcare audiences with the ability to measure and optimize all within one DSP toward claims-based outcomes."_

NICK BARTOLOMEO
VP, OMNICHANNEL, FINGERPAINT

## More Insights

PRESS RELEASE



### DeepIntent Wins AdExchanger Award for Best Demand-Side Technology

10-10-2023

Purposefully built for the pharmaceutical industry, the DeepIntent Healthcare Advertising Platform is proven to drive higher audience quality and script performance NEW YORK, October 10,…

Read More

BLOG POST



### 5 Essentials for Improving Pharma Campaign Performance

9-28-2023

With the rise of artificial intelligence and machine learning, new innovations in healthcare advertising seem to crop up every day. However, it can be challenging…

Read More

BLOG POST



### Artificial Intelligence and a Patient-Centric Approach: Highlights from DPE 2023

9-19-2023

As one of the most important events in our industry, Digital Pharma East is crucial for furthering the conversation around trends that will impact healthcare…

Read More

PX5229-005

Email

Company

Phone

I am interested in

Message

**Recaptcha**

I'm not a robot

reCAPTCHA
Privacy - Terms

**Submit**

**DeepIntent HQ**
1450 Broadway, Floor 23
New York, NY 10018
updates@deepintent.com

©2023 DeepIntent



