IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| | Case No.1:23-cv-06188-ER |
| v. | |
| IQVIA HOLDINGS INC., | AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |
| and | |
| PROPEL MEDIA, INC. | |
| Defendants. | |

I, William Sohn, hereby state:

1. I am admitted to practice before the courts of the District of Columbia and am an attorney for the Federal Trade Commission, plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: October 26, 2023

Respectfully submitted,

William Sohn



District of Columbia
Subscribed and sworn to before me, in my presence, this 26th day of October, 2023

Jessica S. Drake
Notary Public, D.C.
My commission expires 1/31/2025



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# William Becker Sohn

was duly qualified and admitted on November 1, 2013 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 26, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*