IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br> v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>         Defendants. | Case No. 1:23-cv-06188-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Evelyn Johns Hopkins for admission to practice Pro Hac Vice in the above captions action is granted.

  Applicant declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

  Evelyn Johns Hopkins
  Federal Trade Commission
  600 Pennsylvania Avenue, NW
  Washington, DC 20580
  Tel: 202-509-1572
  ehopkins1@ftc.gov

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  October ___, 2023

_____
United States District Judge