IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

IQVIA HOLDINGS INC.,

and

PROPEL MEDIA, INC.

        Defendants.

Case No. 1:23-cv-06188-ER

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Michael Barnett, hereby state:

1. I am admitted to practice before the courts of the State of Texas and am an attorney for the Federal Trade Commission, plaintiff in this proceeding. A copy of the Certificates of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: November 1, 2023

Respectfully submitted,

District of Columbia
Signed and sworn to (or affirmed) before me
on 11/1/2023 by Michael Barnett
   Date      Name(s) of Individual(s) making statement

Signature of notarial officer

NOTARY PUBLIC
Title of Office
My comission expires: 14 JUNE 2028

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 31, 2023

Re: Mr. Michael R. Barnett, State Bar Number 24006801

To Whom It May Concern:

This is to certify that Mr. Michael R. Barnett was licensed to practice law in Texas on November 06, 1998, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; and is not presently under either administrative or disciplinary suspension from the practice of law. However, because the attorney has chosen an exemption from Minimum Continuing Legal Education, they are not eligible to practice in the State of Texas.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Michael R. Barnett**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1998.

I further certify that the records of this office show that, as of this date

**Michael R. Barnett**

is presently enrolled with the State Bar of Texas as an active member in good standing, but because of this attorney's voluntary non-practicing election, is not authorized to practice law in the State of Texas.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 31st day of October, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3762C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.