

UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Jennifer Fleury
Bureau of Competition
Phone: (202) 326-3806
Email: jfleury@ftc.gov

November 8, 2023

Via ECF

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     Federal Trade Commission v. IQVIA Holdings, Inc. et al., 23-cv-06188-ER – Motion for Extension of Time

Dear Judge Ramos:

Pursuant to this Court's Rule of Individual Practice 1(E), the Federal Trade Commission ("FTC") respectfully submits this letter-motion seeking an Order extending the deadline for any motions *in limine* related to Dr. Yael Hochberg until November 17, 2023, with responses due November 20, 2023. This letter-motion is filed with the consent of Defendants IQVIA Holdings Inc. and Propel Media, Inc.

Under the Case Management Plan and Scheduling Order, Dkt. No. 104, motions *in limine* are due November 13, and responses November 16. Dr. Hochberg's deposition was originally scheduled for November 1. However, on October 24, Defendants informed the FTC that Dr. Hochberg would be unavailable November 1 due to a family emergency and asked to reschedule her deposition for November 13. The FTC agreed, subject to Defendants' agreement to extend the deadlines for motions *in limine* and responses related to Dr. Hochberg to November 17 and November 20, respectively.

1

-2-

      This is the first request for such an extension of time. There is good cause for the extension. No other dates in the case schedule will be affected. As such, the FTC respectfully requests that this letter-motion be granted.

                                        Respectfully submitted,

                                        */s/ Jennifer Fleury*

                                        JENNIFER FLEURY
                                        Federal Trade Commission
                                        600 Pennsylvania Avenue, NW
                                        Washington, DC 20580
                                        Tel: 202-725-3805
                                        Email: jfleury@ftc.gov

cc:     All counsel of record (via ECF)