**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

                     Plaintiff,

        v.

IQVIA HOLDINGS INC.,

and

PROPEL MEDIA, INC.

                     Defendants.

Case No. 1:23-cv-06188-ER

**DECLARATION OF**
**CHANTALE FIEBIG**

**CHANTALE FIEBIG**, an attorney duly admitted to practice in the Southern District of New York, declares the following under penalty of perjury:

1.      I am a partner at the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant IQVIA Holdings Inc.  I respectfully submit this Declaration in Opposition to the FTC's Motion for a Preliminary Injunction.

2.      Attached hereto as Exhibit 1 is a true and correct copy of DX0118**,** the VideoWeek article by Tim Cross, *Magnite Circumvents DSPs with Launch of ClearLine*.

3.      Attached hereto as Exhibit 2 is a true and correct copy of DX0111**,** the eMarketer report, *US Healthcare and Pharma Digital Ad Spending: Adjusting to the New Normal in Digital Engagement*.

4.      Attached hereto as Exhibit 3 is a true and correct copy of DX0119**,** the Yahoo! Finance article from Optimize RX Corp., *Optimize Rx Announces Agreement to Acquire Medicx Health for $95 Million to Expand its Omnichannel Reach to Consumers*.

5.      Attached hereto as Exhibit 4 is a true and correct copy of DX0114**,** the Digiday article by Seb Joseph, *"Capture what may go to outside tech providers": WPP's Mark Read Says It Will Rival Ad Tech Buyers*.

6.      Attached hereto as Exhibit 5 is a true and correct copy of DX0081, ████████
████████████████████████

7.      Attached hereto as Exhibit 6 is a true and correct copy of DX0082, █████
██████████████████

8.      Attached hereto as Exhibit 7 is a true and correct copy of DX0083, █████
█████████████

9.      Attached hereto as Exhibit 8 is a true and correct copy of DX0021, the Deposition Transcript of Kathleen Aalderink.

10.      Attached hereto as Exhibit 9 is a true and correct copy of DX0010, the Declaration of ████████████████████

11.      Attached hereto as Exhibit 10 is a true and correct copy of DX0068, the Deposition Transcript of ████████████████████

12.      Attached hereto as Exhibit 11 is a true and correct copy of DX0012, the ████████████████████

13.      Attached hereto as Exhibit 12 is a true and correct copy of DX0071, the ████████████████████████

14.      Attached hereto as Exhibit 13 is a true and correct copy of DX0058, the ████████████████████████

15.      Attached hereto as Exhibit 14 is a true and correct copy of DX0042, the Deposition Transcript of Michael Colarossi.

16.      Attached hereto as Exhibit 15 is a true and correct copy of DX0085, a document produced by DeepIntent bearing the Bates number range DI-2R-0000972398–DI-2R-0000972399.

17.      Attached hereto as Exhibit 16 is a true and correct copy of DX0086, a document produced by DeepIntent bearing the Bates number range DI-2R-0000998370–DI-2R-0000998372.

18.      Attached hereto as Exhibit 17 is a true and correct copy of DX0087, a document produced by DeepIntent bearing the Bates number range DI-2R-0001289952–DI-2R-0001289954.

19.     Attached hereto as Exhibit 18 is a true and correct copy of DX0088, a document produced by DeepIntent bearing the Bates number range DI-2R-0001343355–DI-2R-0001343358.

20.     Attached hereto as Exhibit 19 is a true and correct copy of DX0089, a document produced by DeepIntent bearing the Bates number range DI-2R-0001822074–DI-2R-0001822076.

21.     Attached hereto as Exhibit 20 is a true and correct copy of DX0090, a document produced by DeepIntent bearing the Bates number DI-2R-0001947265.

22.     Attached hereto as Exhibit 21 is a true and correct copy of DX0091, a document produced by DeepIntent bearing the Bates number range DI-2R-0002225637–DI-2R-0002225665.

23.     Attached hereto as Exhibit 22 is a true and correct copy of DX0092, a document produced by DeepIntent bearing the Bates number range DI-2R-0002680359– DI-2R-0002680360.

24.     Attached hereto as Exhibit 23 is a true and correct copy of DX0093, a document produced by DeepIntent bearing the Bates number DI-2R-0002753533.

25.     Attached hereto as Exhibit 24 is a true and correct copy of DX0094, a document produced by DeepIntent bearing the Bates number DI-2R-0002940292.

26.     Attached hereto as Exhibit 25 is a true and correct copy of DX0095, a document produced by DeepIntent bearing the Bates number DI-2R-0002945488.

27.     Attached hereto as Exhibit 26 is a true and correct copy of DX0096, a document produced by DeepIntent bearing the Bates number DI-2R-0003749889.

28.     Attached hereto as Exhibit 27 is a true and correct copy of DX0097, a document produced by DeepIntent bearing the Bates number range DI-LIT-0000128297–DI-LIT-0000128314.

29.     Attached hereto as Exhibit 28 is a true and correct copy of DX0098, a document produced by DeepIntent bearing the Bates number range DI-LIT-0000381875–DI-LIT-0000381880.

30.     Attached hereto as Exhibit 29 is a true and correct copy of DX0039, the Deposition Transcript of Michael DiNorscio.

31.     Attached hereto as Exhibit 30 is a true and correct copy of DX0008, the ████████████████████████████████

32.     Attached hereto as Exhibit 31 is a true and correct copy of DX0035, the ████████████████████████████████████

33.     Attached hereto as Exhibit 32 is a true and correct copy of DX0032, the Deposition Transcript of Dave Escalante.

34.     Attached hereto as Exhibit 33 is a true and correct copy of DX0070, the Deposition Transcript of ███████████████

35.     Attached hereto as Exhibit 34 is a true and correct copy of DX0030, the Deposition Transcript of Greg Field.

36.     Attached hereto as Exhibit 35 is a true and correct copy of DX0025, the Deposition Transcript of Jody Fisher.

37.     Attached hereto as Exhibit 36 is a true and correct copy of DX0007, the ████████████████████████████

38.     Attached hereto as Exhibit 37 is a true and correct copy of DX0049, the

███████████████████████████████████████

39.     Attached hereto as Exhibit 38 is a true and correct copy of DX0099, a document produced by the FTC bearing the Bates number FTC_IQVIA_00000600.

40.     Attached hereto as Exhibit 39 is a true and correct copy of DX0066, the

███████████████████████████████████████████

41.     Attached hereto as Exhibit 40 is a true and correct copy of DX0064, the

█████████████████████████████████████████

42.     Attached hereto as Exhibit 41 is a true and correct copy of DX0100, a document produced by ████ bearing the Bates number GOOG-IQVIA-00000784.

43.     Attached hereto as Exhibit 42 is a true and correct copy of DX0101, a document produced by ████ bearing the Bates number GOOG-IQVIA-00001695

44.     Attached hereto as Exhibit 43 is a true and correct copy of DX0060, the

█████████████████████████████████████████████

45.     Attached hereto as Exhibit 44 is a true and correct copy of the Rough Deposition Transcript of Dr. Kostis Hatzitaskos.

46.     Attached hereto as Exhibit 45 is a true and correct copy of DX0074, the Expert Report of Dr. Kostis Hatzitaskos.

47.     Attached hereto as Exhibit 46 is a true and correct copy of DX0122, Exhibit 1 to the Expert Report of Dr. Kostis Hatzitaskos.

48.     Attached hereto as Exhibit 47 is a true and correct copy of DX0036, the

██████████████████████████████████████████████

49.     Attached hereto as Exhibit 48 is a true and correct copy of DX0077**,** the Expert Report of Dr. Yael Hochberg.

50.     Attached hereto as Exhibit 49 is a true and correct copy of DX0013, the

█████████████████████████████

51.     Attached hereto as Exhibit 50 is a true and correct copy of DX0014, the

██████████████████████████████

52.     Attached hereto as Exhibit 51 is a true and correct copy of DX0051, the

████████████████████████████████████

53.     Attached hereto as Exhibit 52 is a true and correct copy of DX0117, IQVIA's Amended Responses and Objections to the FTC's Second Set of Interrogatories.

54.     Attached hereto as Exhibit 53 is a true and correct copy of DX0112, IQVIA's FY2022 Form 10-K.

55.     Attached hereto as Exhibit 54 is a true and correct copy of DX0102, a document produced by IQVIA bearing the Bates number range IQVIA-FTC-000118824- IQVIA-FTC-000118826.

56.     Attached hereto as Exhibit 55 is a true and correct copy of DX0103**,** a document produced by IQVIA bearing the Bates number IQVIA-FTC-001321061.

57.     Attached hereto as Exhibit 56 is a true and correct copy of DX0104, a document produced by IQVIA bearing the Bates number IQVIA-FTC-001881702.

58.     Attached hereto as Exhibit 57 is a true and correct copy of DX0105, a document produced by IQVIA bearing the Bates number range IQVIA-FTC-002573835–IQVIA-FTC-002573837.

59.     Attached hereto as Exhibit 58 is a true and correct copy of DX0106, a document produced by IQVIA bearing the Bates number range IQVIA-FTC-003244637–IQVIA-FTC-003244648.

60.     Attached hereto as Exhibit 59 is a true and correct copy of DX0107, a document produced by IQVIA bearing the Bates number IQVIA-FTC-100608812.

61.     Attached hereto as Exhibit 60 is a true and correct copy of DX0108, a document produced by IQVIA bearing the Bates number range IQVLIT-000125792–IQVLIT-000125807.

62.     Attached hereto as Exhibit 61 is a true and correct copy of DX0109, a document produced by IQVIA bearing the Bates number range IQVLIT-000792111–IQVLIT-000792114.

63.     Attached hereto as Exhibit 62 is a true and correct copy of DX0110, a document produced by IQVIA bearing the Bates number range IQVLIT-000792115–IQVLIT-000792117.

64.     Attached hereto as Exhibit 63 is a true and correct copy of DX0113, a document produced by IQVIA bearing the Bates number range IQVLIT-000798670–IQVLIT-000798712.

65.     Attached hereto as Exhibit 64 is a true and correct copy of DX0115, a document produced by IQVIA bearing the Bates number range IQVLIT-000798713–IQVLIT-000798848.

66.     Attached hereto as Exhibit 65 is a true and correct copy of **DX0076,** the Expert Report of Dr. Mark A. Israel.

67.     Attached hereto as Exhibit 66 is a true and correct copy of DX0011, the

█████████████████████████████

68.     Attached hereto as Exhibit 67 is a true and correct copy of DX0075, the Expert Report of Dr. Anupam B. Jena.

69.     Attached hereto as Exhibit 68 is a true and correct copy of DX0001, the

█████████████████████████████

70.     Attached hereto as Exhibit 69 is a true and correct copy of DX0033, the

███████████████████████████████

71.     Attached hereto as Exhibit 70 is a true and correct copy of DX0057, the

███████████████████████████████

72.     Attached hereto as Exhibit 71 is a true and correct copy of DX0023, the

Deposition Transcript of Frank Lin.

73.     Attached hereto as Exhibit 72 is a true and correct copy of DX0029, the

Deposition Transcript of John Mangano.

74.     Attached hereto as Exhibit 73 is a true and correct copy of DX0044, the

Deposition Transcript of Jay Margolis.

75.     Attached hereto as Exhibit 74 is a true and correct copy of DX0020, the

Deposition Transcript of Barry Miller.

76.     Attached hereto as Exhibit 75 is a true and correct copy of DX0031, the

Deposition Transcript of Jane O'Brien.

77.     Attached hereto as Exhibit 76 is a true and correct copy of DX0002, the

███████████████████████████████

78.     Attached hereto as Exhibit 77 is a true and correct copy of DX0009, the

███████████████████████████████

79.     Attached hereto as Exhibit 78 is a true and correct copy of DX0055, the

███████████████████████████████

80.     Attached hereto as Exhibit 79 is a true and correct copy of DX0026, the

Deposition Transcript of Christopher Paquette.

81.     Attached hereto as Exhibit 80 is a true and correct copy of the PX6007,

███████████████████████████████████

82.     Attached hereto as Exhibit 81 is a true and correct copy of DX0040, the

Deposition Transcript of Jared Pobre.

83.     Attached hereto as Exhibit 82 is a true and correct copy of **DX0121,** a document

produced by PulsePoint bearing the Bates number range PP00054–PP00061.

84.     Attached hereto as Exhibit 83 is a true and correct copy of PX0009.

85.     Attached hereto as Exhibit 84 is a true and correct copy of PX2511.

86.     Attached hereto as Exhibit 85 is a true and correct copy of PX2812.

87.     Attached hereto as Exhibit 86 is a true and correct copy of PX2816.

88.     Attached hereto as Exhibit 87 is a true and correct copy of PX2818.

89.     Attached hereto as Exhibit 88 is a true and correct copy of PX4167.

90.     Attached hereto as Exhibit 89 is a true and correct copy of DX0037, the

Deposition Transcript of Jon Resnick.

91.     Attached hereto as Exhibit 90 is a true and correct copy of DX0018, the

Deposition Transcript of Ross Sandler.

92.     Attached hereto as Exhibit 91 is a true and correct copy of DX0022, the

Deposition Transcript of Stephan Serfontein.

93.     Attached hereto as Exhibit 92 is a true and correct copy of DX0019, the

Deposition Transcript of Anthony Sherry.

94.     Attached hereto as Exhibit 93 is a true and correct copy of DX0073, the

███████████████████████████████████

95.     Attached hereto as Exhibit 94 is a true and correct copy of DX0120, a document produced by Throtle bearing the Bates number Throtle-0004376.

96.     Attached hereto as Exhibit 95 is a true and correct copy of DX0003, the

█████████████████████████████

97.     Attached hereto as Exhibit 96 is a true and correct copy of DX0027, the Deposition Transcript of Robert Whiting.

98.     Attached hereto as Exhibit 97 is a true and correct copy of DX0047, the

█████████████████████████████████████

99.     Attached hereto as Exhibit 98 is a true and correct copy of DX0015, the

█████████████████████████████

100.    Attached hereto as Exhibit 99 is a true and correct copy of DX0116, a document produced by IQVIA bearing the Bates number IQVLIT-000799503.

Dated: November 9, 2023

Respectfully submitted,

/s/ *Chantale Fiebig*

WEIL, GOTSHAL & MANGES LLP
Chantale Fiebig
Mark Perry (*pro hac vice*)
Andrew Tulumello (*pro hac vice*)
Mike Moiseyev (*pro hac vice*)
Joshua M. Wesneski
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
chantale.fiebig@weil.com
mark.perry@weil.com
drew.tulumello@weil.com
michael.moiseyev@weil.com
joshua.wesneski@weil.com

Robert Taylor
Lisa Pieters
767 Fifth Avenue
New York, NY 10153
robert.taylor@weil.com
lisa.pieters@weil.com

Sarah M. Sternlieb
700 Louisiana Street, Suite 1700
Houston, TX 77002
sarah.sternlieb@weil.com

Elizabeth Y. Ryan (*pro hac vice*)
200 Crescent Court, Suite 300
Dallas, TX 75201
liz.ryan@weil.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Kenneth Reinker
Leah Brannon
Bruce Hoffman
Clotilde Le Roy
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
kreinker@cgsh.com
lbrannon@cgsh.com
bhoffman@cgsh.com
cleroy@cgsh.com

Rahul Mukhi
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
rmukhi@cgsh.com

*Attorneys for Defendant IQVIA Holdings Inc.*