# FIEBIG DECL. EXHIBITS 5 to 99 (Filed Under Seal)