IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>         *Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS, INC.; and PROPEL MEDIA, INC.,<br>         *Defendants*. | Case No. 1:23-cv-06188-ER |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Jeffrey M. Harris, move this Court for an order of admission to practice *pro hac vice* to appear as counsel for Proposed Amicus Curiae Chamber of Commerce of the United States of America in this case.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia and have no past or pending disciplinary proceedings against me in any court. I have never been convicted of a felony. And I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to 28 U.S.C. §1746 and Local Rule 1.3.

Dated: November 13, 2023

                Respectfully submitted,

                */s/ Jeffrey M. Harris*
                Jeffrey M. Harris (DC Bar No. 994058)
                CONSOVOY MCCARTHY PLLC
                1600 Wilson Blvd., Ste. 700
                Arlington, VA 22209
                (703) 243-9423
                jeff@consovoymccarthy.com