IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS, INC.; and PROPEL MEDIA, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-06188-ER |

# [PROPOSED] ORDER

The motion of Jeffrey M. Harris for admission *pro hac vice* in the above captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia; and that his contact information is as follows:

> Jeffrey M. Harris
> CONSOVOY MCCARTHY PLLC
> 1600 Wilson Blvd., Ste. 700
> Arlington, VA 22209
> (703) 243-9423
> jeff@consovoymccarthy.com

It is hereby ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November ____, 2023

_____
Edgardo Ramos
United States District Judge

1