IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>*Plaintiff*,<br><br>v.<br><br>IQVIA HOLDINGS, INC.; and PROPEL MEDIA, INC.,<br>*Defendants*. | Case No. 1:23-cv-06188-ER |

**DECLARATION OF FRANK H. CHANG
IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. §1746, I, Frank H. Chang, hereby declare under penalty of perjury the following:

1. I am an associate at the law firm Consovoy McCarthy PLLC.

2. I submit this declaration in support of my motion for admission *pro hac vice*.

3. I am a member in good standing with the bars of the District of Columbia and the Commonwealth of Pennsylvania.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. There are no past or pending disciplinary proceedings against me in any court.

Executed on November 13, 2023

/s/ *Frank H. Chang*
Frank H. Chang (DC Bar No. 1686578)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
frank@consovoymccarthy.com

*Supervised by principals admitted to practice in VA*

1