

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Frank Hyok Chang, Esq.**

DATE OF ADMISSION

*October 27, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 7, 2023

*Nicole Traini*
Nicole Traini
Chief Clerk