AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| FTC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No. 1:23-cv-6188-ER |
| IQVIA Holdings, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chamber of Commerce of the United States of America.

Date: 11/13/2023

/s/ Daniel M. Vitagliano
*Attorney's signature*

Daniel M. Vitagliano (SDNY No. 5856703)
*Printed name and bar number*
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

dvitagliano@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*