UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>              Defendants. | Case No. 1:23-cv-06188-ER<br><br>NOTICE OF MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ANUPAM B. JENA |

PLEASE TAKE NOTICE that upon the attached Memorandum of Law and accompanying Exhibits in support of Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") Motion *In Limine* To Exclude Testimony of Anupam B. Jena ("Motion"), Plaintiff, by and through its undersigned counsel, respectfully move this Court for an order granting its Motion.

Dated: November 13, 2023              Respectfully submitted,

                                                /s/ *Varnitha Siva*

                                                Varnitha Siva
                                                Jennifer Fleury
                                                Stephen Mohr
                                                Jordan Andrew

                                                Federal Trade Commission
                                                600 Pennsylvania Avenue, NW
                                                Washington, DC 20580
                                                (202) 326-2951
                                                vsivaprasad@ftc.gov