# EXHIBITS CITED IN PLAINTIFF'S MOTION *IN LIMINE* RE DR. ANUPAM B. JENA
## (FILED UNDER SEAL)

| |
|---|
| PX0524 |
| PX0548 |
| PX0583 |
| PX4001 |
| PX6503 |