UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> IQVIA HOLDINGS INC. AND PROPEL MEDIA, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-06188-ER <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for non-party Throtle, Inc. in the above-captioned matter. Please serve copies of all pleadings, notices, and other communications upon the undersigned.

Dated: November 15, 2023

*s/ Marsha J. Indych*
Marsha J. Indych
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: marsha.indych@faegredrinker.com

*Attorneys for Non-Party Throtle, Inc.*