UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>IQVIA HOLDINGS INC. AND PROPEL MEDIA, INC.,<br><br>                    Defendants. | Civil Action No.:  1:23-cv-06188-ER<br><br>**NON-PARTY THROTLE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Non-Party Throtle, Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: November 15, 2023                    *s/ Marsha J. Indych*
                                                   Marsha J. Indych
                                                   **FAEGRE DRINKER BIDDLE & REATH LLP**
                                                   1177 Avenue of the Americas, 41st Floor
                                                   New York, New York 10036
                                                   Telephone: (212) 248-3140
                                                   Facsimile: (212) 248-3141
                                                   Email: marsha.indych@faegredrinker.com

                                                   *Attorneys for Non-Party Throtle, Inc.*