# EXHIBIT F

Page 1

1                 UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4        ------------------------------)

5    FEDERAL TRADE COMMISSION,        )

6              Plaintiff,             )        CASE NO.

7         vs.                         )   1:23-cv-06188-ER

8    IQVIA HOLDINGS, INC., and        )

9    PROPEL MEDIA, INC.,              )

10             Defendants.            )

11       ------------------------------)

12

13

14         * * C O N F I D E N T I A L * *

15      30(B)(6) VIDEOTAPE DEPOSITION OF THROTLE, INC.

16              BY WITNESS: PAUL CHACHKO

17                APPEARING REMOTE FROM

18                RED BANK, NEW JERSEY

19

20                 OCTOBER 24, 2023

21                   1:01 P.M.

22

23    Reported Remotely By:

24    Judith L. Leitz Moran

25    RPR, RSA, CCR-B-2312

CONFIDENTIAL                                    October 24, 2023

Page 2

1          REMOTE APPEARANCES OF COUNSEL

2

3    ON BEHALF OF THE PLAINTIFF:

4        FEDERAL TRADE COMMISSION

5        BY:  YAN GAO, ESQUIRE

6          LISA DeMARCHI SLEIGH, ESQUIRE

7          600 Pennsylvania Avenue, N W

8          Washington, D C  20580

9

10   ON BEHALF OF THE DEFENDANT IQVIA HOLDINGS, INC :

11       WEIL GOTHSALL & MANGES LLP

12       BY:  LUKE SULLIVAN, ESQUIRE

13         2001 M Street, N W

14         Washington, D C  20036

15

16   ON BEHALF OF THE DEFENDANT PROPEL MEDIA, INC  ALSO

17   KNOWN AS DEEPINTENT:

18       MORRISON & FOERSTER LLP

19       BY:  DAVID J  SHAW, ESQUIRE

20         2100 L Street, N W

21         Suite 900

22         Washington, D C  20037

23

24

25

Page 3

1          REMOTE APPEARANCES OF COUNSEL (CONT.)

2

3    ON BEHALF OF THROTLE, INC., AND THE WITNESS:

4        FAEGRE DRINKER BIDDLE & REATH, LLP

5        BY:  KENNETH M. VORRASI, ESQUIRE

6          1500 K Street, N.W.

7          Suite 1100

8          Washington, D.C.  20005

9

10   ALSO PRESENT:

11       *  ELLEN HEBERT, VIRTUAL VIDEO TECHNICIAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    I N D E X

2    EXAMINATION                        PAGE

3        BY MR. SULLIVAN ......................   7

4        BY MR. GAO ...........................   39

5        BY MR. SULLIVAN ......................   70

6        BY MR. GAO ...........................   80

7

8

9

10                  E X H I B I T S

11       (EXHIBITS SUBMITTED ELECTRONICALLY)

12   THROTLE EXHIBIT NO.                   PAGE

13   Exhibit 1      Throtle, Inc., Revenue by     27

14                Healthcare Clients Spreadsheet

15                Healthcare Customer 2023-2024

16                (Throtle-0004375 xlsx)

17   Exhibit 2      4000 Page Document; Subset     62

18                Document - Convertible Note

19                Purchase by and between

20                Throtle, Inc., and IQVIA,

21                Inc. Signing/Closing Date:

22                March 22, 2023

23                (Throtle-0000001, 0000010,

24                0000040)

25

Page 5

1    WITNESS APPEARED REMOTELY FROM RED BANK, NJ

2        OCTOBER 24, 2023 - 1:01 P.M.

3

4        VIDEO TECHNICIAN:  Good afternoon.  We

5    are going on the record at 1:01 p.m.

6        The date today is October 24th, 2023.

7        Please note that this deposition is being

8    conducted virtually.  Quality of recording depends

9    on the quality of camera and internet connection of

10   participants.

11       What is seen from the witness and heard

12   on screen is what will be recorded.  Audio and

13   video recording will continue to take place unless

14   all parties agree to go off the record.

15       This is Media Unit No. 1 of the 30(b)(6)

16   video recorded deposition of Throtle, Incorporated.

17   The witness's name is Paul Chachko.

18       Taken by counsel for Defendants in the

19   matter of Federal Trade Commission v. IQVIA

20   Holdings, Incorporated and Propel Media,

21   Incorporated, filed in the United States District

22   Court for the Southern District of New York.  Case

23   No. 1:23-cv-06188-ER.

24       This deposition is being conducted --

25   conducted remotely using virtual technology.

2 (Pages 2 - 5)

CONFIDENTIAL                                    October 24, 2023

Page 6

1        My name is Ellen Hebert from Veritext.  I
2   am the videographer.  The court reporter is Judi
3   Leitz from Veritext.
4        If there are any objections to
5   proceeding, please state them at the time of your
6   appearance.
7        Counsel will now state their appearances
8   and affiliations for the record beginning with the
9   noticing attorney.
10       MR. SULLIVAN:  Luke Sullivan on behalf of
11   IQVIA.
12       MR. SHAW:  David Shaw on behalf of Propel
13   Media a/k/a DeepIntent.
14       MR. GAO:  This is Yan Gao on behalf of
15   the Federal Trade Commission.
16       MR. VORRASI:  Again, this is Ken Vorrasi
17   of Faegre Drinker, counsel to Throtle and
18   Mr. Chachko.
19       VIDEO TECHNICIAN:  Thank you.  Will the
20   court reporter please swear in the witness and then
21   counsel may proceed.
22       PAUL CHACHKO,
23   being first duly sworn, was examined as follows:
24       MR. CHACHKO:  I do.
25       THE COURT REPORTER:  Okay.

Page 7

1            EXAMINATION
2   BY MR. SULLIVAN:
3    Q   Can you please state your name for the
4   record?
5    A   Paul Chachko.
6    Q   And what is your title at Throtle?
7    A   Founder, CEO.
8    Q   And how long have you worked at Throtle?
9    A   Since November 2016.
10   Q   Okay.  Can you describe what programmatic
11   advertising is?
12   A   You know, to the best of my ability, it
13   may not be right, may not be wrong, but the best of
14   my ability is it's the ability to target consumers
15   across the open web or within the walled gardens
16   using specific information to target them.
17   Identify and target them.
18   Q   Okay.  Can you describe what a DSP is?
19   A   It's a demand-side platform.  It's where
20   advertisers come to gather audiences to distribute
21   media to them whether for advertising or marketing
22   purposes.
23   Q   Can you describe what an SSP is?
24   A   That's a supply-side platform where the
25   consumers are actually showing up to read content

Page 8

1   or search for content.
2        It could be a website, it could be the --
3   any sort of website, the open web or within a
4   walled garden.  But that's where the DSPs connect
5   to to actually deploy the media.
6    Q   Are you familiar with the term "HCP" in
7   the advertising context?
8    A   I am.
9    Q   Can you describe what that term means?
10   A   We use it as healthcare professionals.
11   Q   Okay.  And does Throtle provide products
12   and services related to digital advertising to
13   HCPs?
14   A   We do.
15   Q   Can you describe just at a high level for
16   now what those products and services are?
17   A   Yeah, basically they revolve around
18   identity.  And what I mean by identity is being
19   able to identify the user behind any specific
20   identification within that user stream, whether it
21   would be an IP address or email address, physical
22   address, a mobile ad ID.
23       And the solutions that we provide to --
24   to HCP users would be the identity of those HCP
25   candidates, whether they be a healthcare

Page 9

1   professional that's a doctor or a healthcare
2   professional that's something other than a doctor,
3   we can provide that identity in an accurate way.
4        We provide activation services which
5   means we are hooked to a number of DSPs and
6   connected and integrated with a number of DSPs that
7   allow for us to i- -- understand what their --
8   where they are locating these consumers.  And then
9   we tie the two together.
10       It's a fairly sophisticated --
11   sophisticated capability.
12       And then once we identify an HCP, we have
13   them in our graphs and we have an integration and a
14   sync with a DSP, we're able to assist the
15   advertiser in being able to target that advertiser
16   for, again, advertising or marketing.
17       And then with that provide ancillary
18   services like measurement and log reporting, we can
19   enhance data, we can do a host of analytical
20   capabilities.
21       But it all starts for us with the
22   identity of -- of that particular HCP.
23   Q   Okay.  And how -- strike that.
24       How big do you view the market for
25   programmatic advertising to HCPs?

3 (Pages 6 - 9)

CONFIDENTIAL                                    October 24, 2023

Page 10

1        MR. GAO:  Objection, foundation.
2    A   I've seen some -- some research reports
3 that are in the 20 plus billion just specific for
4 HCPs and healthcare programmatic marketing.  And
5 that's out of a broader market of, you know,
6 probably a hundred and -- hundred plus billion.
7        So it's fairly sizable market.
8 BY MR. SULLIVAN:
9    Q   Okay.  And can programmatic advertising
10 to HCPs occur in multiple digital advertising
11 channels?
12   A   Oh, yeah.  Yep.
13   Q   Can you just, you know, identify what
14 those channels are?
15   A   Sure.  So there's HCP availability in
16 DSPs, and you have DSPs that are wholly focused on
17 -- on HCP.  And then you have DSPs that are more
18 broad based and vertically agnostic.
19       And then you have social media channels.
20 You have mobile channels.  You have CTV channels.
21       So within each of those channels, there's
22 providers of services to deploy that media from a
23 DSP perspective.
24       And Throtle's position in that -- that
25 world is we connect to everybody.

Page 11

1        So if a client comes to us and says, we
2 would like to send data to a specific, you know,
3 HCP-focused DSP, we can do that.  If they want to
4 do it to a nonspecific HCP, we can do that.
5        If they want to send it down a social
6 media channel, that, you know, obviously is across
7 all verticals, we can do that.  Across all mobile
8 networks, we can do that.  Or if we want to put it
9 in the -- in the CTV channel, we can do that.
10       So, you know, from a Throtle perspective,
11 our job is to be able to identify those HCPs and do
12 the distribution across all of the -- the
13 associated channels that they're available in.
14   Q   And can HCP programmatic advertising
15 occur in all of the channels that you just listed?
16   A   Yeah.
17       MR. GAO:  Objection, form, foundation.
18 BY MR. SULLIVAN:

Page 12

16 BY MR. SULLIVAN:
17   Q   Okay.  So is it fair to say that Throtle
18 is focused on ensuring it -- you know, it's
19 integrated with the partners that it views as the
20 biggest and most important for advertising to HCPs?
21       MR. GAO:  Objection, form, leading.
22   A   You know, our -- our job is to be an
23 independent provider of services, right?
24       So whoever comes to us from a healthcare
25 perspective and wants to deliver their -- their

Page 13

1 media to a certain DSP or social media channel or
2 whatever channel they're trying to reach, our job
3 is to make sure we are connected and integrated
4 with all of them that make sense.
5        If a big client comes to us and says,
6 we'd like you to go to a channel that we're not
7 currently connected -- or a -- a platform that
8 we're not currently connected to, between the
9 client and us we will get connected to that new --
10 new platform, stand them up and be able to deliver
11 that data for the client there.
12       So we're not looking to be connected to
13 every single one, but we're looking to be connected
14 to all the ones that matter.
15 BY MR. SULLIVAN:



4 (Pages 10 - 13)

CONFIDENTIAL                                    October 24, 2023

Page 14



11    Q   Okay.  And you described around 2020 --
12  before 2022, Throtle had a more general focus and
13  since then it has begun to focus more exclusively
14  on healthcare; is that right?
15    A   Correct.
16        MR. GAO:  Objection, form.
17  BY MR. SULLIVAN:
18    Q   Have you seen other companies in the HCP
19  programmatic space make a similar transition from
20  being more generally focused to focusing, you know,
21  more specifically on healthcare?
22        MR. GAO:  Objection, form, foundation,
23  leading.
24    A   I haven't.  There -- there -- at least as
25  it pertains to what we do for a business, which I

Page 15

1   think is -- is fairly well understood within the
2   eco system, it's really complex what we do.
3        And on top of that, you know, layer on
4   the healthcare concerns for, you know, the
5   treatment of data, HIPAA, you know, security,
6   privacy, et cetera, you have to be good at what you
7   do to do it.
8        So to do what we do specifically and --
9   and exclusively, I think as a general provider you
10  don't have the same -- you don't address it the
11  same.  You sort of look at it as, like, yeah, we
12  can do it, but we're not going to focus and really
13  be a provider there.
14        But, you know, I'm speaking on the
15  identity side.  The identity is really different.
16  BY MR. SULLIVAN:
17    Q   Okay.  And do you -- you know, on the
18  identity side, does Throtle still compete with
19  other identity solutions that have a more general
20  focus?
21    A   We do.
22        MR. GAO:  Objection, form.
23    A   We do.
24  BY MR. SULLIVAN:
25    Q   Okay.  Does Throtle provide products and

Page 16

1   services related to audience creation?
2     A   Yes.
3     Q   Could you describe --
4     A   Broadly speaking.  Broadly speaking.
5         Yeah, so Throtle assists our clients who
6   already have existing data, whether they have an
7   NPI list, whether they have an HCP list.  Sometimes
8   those lists are partial, they're incomplete,
9   they're inaccurate.
10        We work across the spectrum of clients to
11  bring that data in and do the work that we need to
12  do on our side to fix that data, repair that data,
13  make that data stronger, more accurate, more
14  useful.
15        So from that standpoint, you know, we
16  have a -- we have a role in the audience creation,
17  but Throtle doesn't have data per se that we own,
18  that we sell, that we create audiences and market
19  audiences and knock on doors and say "buy our
20  data."  We don't do that, that's not our business.
21        We're -- we're -- we're the intermediary,
22  we're the middleman between, you know, those who
23  have data and want to utilize that data in an -- in
24  an intelligent, accurate way and distribute that
25  data to DSPs or, you know, CTV social channels or

Page 17

1   wherever else.
2     Q   Okay.  And so a customer of Throtle could
3   bring a list of NPIs, for example, to Throtle and
4   upload it and Throtle would clean up the data and
5   enable it to be used in HCP programmatic
6   advertising; is that right?
7         MR. GAO:  Objection, form, leading,
8   mischaracterizes testimony.
9     A   Yes, that's what we do.  We help the
10  industry, the healthcare community to work on their
11  data so their data is more useful, more accurate,
12  more responsive than it would be if we weren't
13  involved in the process.
14  BY MR. SULLIVAN:
15    Q   Okay.  And you mentioned different types
16  of clients before.  What types of clients bring NPI
17  lists to Throtle to create audiences of HCPs?
18    A   Almost everybody.  It could be a brand
19  like a pharma brand.
20        It could be a -- a consumer-focused
21  company that is an insurance, you know, so, you
22  know, whether it's an Aetna or Blue Cross or
23  something like that.
24        It could be a -- a data company that has
25  compiled these lists of NPIs that are old and stale

Page 18

1  and they needed them updated.
2       They could be an analytics company that's
3  having trouble seeing this data from a response
4  perspective and they want to model the responses
5  and they need help kind of attaching old data to
6  new data, and what is that connection between the
7  data types.
8       Certainly agencies.
9       So, you know, I guess when you look at
10  the healthcare community of -- of programmatic
11  clients and -- and users, they all do it.
12      Q   Okay.  And you mentioned insurance
13  companies in your answer.
14          Is it fair to say that not only -- or
15  strike that.
16          Do companies other than, like,
17  pharmaceutical manufacturers bring NPI lists to
18  Throtle to engage in HCP programmatic advertising?
19      A   At times, yeah.
20      Q   And can you describe some examples of the
21  type of companies that do that?
22      A   Yeah.  So when you have insurance
23  companies or you have somebody other than a brand
24  wanting to reach healthcare providers, they're
25  either going to come with a list of NPIs that

Page 19

1  they've curated somewhere or they've -- they've
2  generated through their own practice.
3       And practice, I don't mean healthcare
4  practice practice, meaning their business practice.
5  A client of theirs brought it to them and they want
6  to do a program against that, so.
7       And really the generation of the data
8  comes from everywhere and from, you know, insurance
9  folks to pharma folks to agencies.
10      Whoever wants to reach that healthcare
11  practitioner.  And it doesn't have to be, you know,
12  a hundred percent doctors, it could be, you know,
13  down the line from doctors.
14      The -- the -- service that we provide
15  is being able to accurately figure out those NPIs,
16  who they're associated with, and be able to provide
17  that programmatic linkage back to the DSPs or the
18  channel that they want to market to.
19      And our quote/unquote expertise is being
20  able to do that very accurately.
21      Q   Okay.  You mentioned activation earlier.
22  Can you just describe in a bit more detail the
23  products and services that are related to
24  activation that Throtle offers?
25      A   Yeah.  So when -- when you -- when you

Page 20

1  want to market to a group of individuals that make
2  up an audience in the programmatic world, you can't
3  just -- you know, it's not like taking a set of
4  data and going to a mail house and say mail it to
5  this group of folks.
6       That data has to be put into a position
7  where we can find them on a digital footprint, and
8  that's where identity comes in.
9       So once we, you know, have the correct
10  identity of an individual in a digital way and
11  that's, you know, whether using an IP address,
12  email address, physical address, a mobile ad ID, a
13  cookie, whatever the case -- case may be, we are
14  integrated with all of the platforms that I said,
15  you know, in -- in the prior question.
16      And when I say "integrated," you know, we
17  have an ID of a specific user.  They have an ID of
18  a specific user.  We integrate those two, so we
19  both share that ID now.  We have their ID, they
20  have our ID.
21      When a client comes to us with a list or
22  a set of data and wants to bring that data to an
23  endpoint, a destination, a DSP, if you will, the --
24  the function of matching those two data sets, the
25  one that is in our systems with the one that is in

Page 21

1  the platform system is called activating it.
2       So when we talk about activating
3  audiences, we talk about accurately taking an
4  audience from a client, finding and -- and
5  associating that data with the platform's data.
6       And then the platform is able to now
7  deploy media whenever they see that particular
8  piece of data show up in the digital eco system or
9  the digital industry.
10      Q   So Throtle can activate an audience of
11  HCPs on any of the, you know, channels or partners
12  with which it is integrated; is that correct?
13      A   That's correct.
14          MR. GAO:  Objection, form,
15  mischaracterizes the testimony.
16  BY MR. SULLIVAN:
17      Q   And we discussed earlier that Throtle
18  integrated with partners on all different types of
19  channels, such as social media, DSPs, connected TV,
20  video and others; is that right?
21      A   Correct.
22          MR. GAO:  Objection, form,
23  mischaracterizes the testimony.
24  BY MR. SULLIVAN:
25      Q   So on all of those channels, Throtle can

CONFIDENTIAL                                    October 24, 2023

Page 22

1  LiveRamp -- Throttle can -- sorry, strike that.
2        On all -- on all of those channels,
3  Throtle can activate an audience of HCPs to enable
4  programmatic advertising; is that correct?
5        MR. GAO:  Objection, form,
6  mischaracterizes testimony, leading.
7     A   Hundred percent, yes.
8  BY MR. SULLIVAN:
9     Q   And is -- would you categorize the
10 advertising on all of those channels as one-to-one
11 HCP programmatic advertising?
12       MR. GAO:  Objection, form.
13    A   That's a good question.  We know when we
14 do it.  When we -- we -- we know when we're
15 providing these activations it's -- it's a
16 deterministic match.
17       So I would say, yes, you know, as far as
18 Throtle's concerned, that's an accurate statement.
19 BY MR. SULLIVAN:
20    Q   Okay.  And you mentioned
21 healthcare-focused DSPs and -- and a vertically
22 agnostic DSPs earlier.  Do you remember that?
23    A   I do.

Page 23

18 BY MR. SULLIVAN:
19    Q   And Throtle today activates audiences of
20 HCPs on other general and nonhealthcare-focused
21 DSPs; is that correct?
22       MR. GAO:  Objection, form, leading.
23    A   Yes.
24 BY MR. SULLIVAN:
25    Q   And when Throtle activates an audience of

Page 24

1  HCPs on a general DSP, those general DSPs are
2  engaging an HCP programmatic advertising on a
3  one-to-one basis; is that correct?
4        MR. GAO:  Objection, form, leading,
5  foundation.
6     A   Yes.
7  BY MR. SULLIVAN:
8     Q   Okay.  Can you describe the measurement
9  services that Throtle offers in connection with HCP
10 programmatic advertising?
11    A   Yeah, we -- we actually don't provide the
12 end result of measurement or the end result of
13 analytics.
14       We support measurement companies and
15 analytic companies with getting the raw data they
16 need to make their -- their assumptions or their --
17 their conclusions.
18       So we sit in the middle between the DSPs
19 and the log reports and the websites and the -- the
20 visitations they get.
21       And we're able to tie all of that data
22 together back to the audience that was originally
23 deployed, the media, and provide that raw data back
24 to folks that do that work.
25       From a competitive standpoint, could we

Page 25

1  do it, yep, we could do it all day long.  From a
2  decisioning standpoint, it's just not something
3  that we're -- we're interested in proceeding right
4  now.



CONFIDENTIAL                                              October 24, 2023

Page 26

[redacted]

Page 28

1  it on my screen, too.
2      A   It would be easier for me if you put it
3  up on the screen here versus --
4  BY MR. SULLIVAN:
5      Q   Sure, sure.
6      A   -- logging into something else.  I will
7  undoubtedly screw it up.
8      Q   Let me try to do that right now.
9          Do you see the document on the screen?
10     A   Yes.
11     Q   Okay.  Let me try to zoom out so you can
12  see the whole thing.  Is that visible now for you?
13     A   Yes, sir.
14     Q   Okay.  Do you recognize this document?
15     A   I do.
16     Q   Can you describe what it is?
17     A   Yeah, this was an exhibit I put together
18  when Ken asked me to identify the healthcare
19  clients we currently have, what the revenue is that
20  we're generating by each of these clients, and the
21  type of revenue.
22          So I assembled this last week just to
23  give him a quick snapshot of what we have as
24  current clients and what we have as upcoming
25  clients.

Page 27

[redacted]

8          (Deposition Throtle Exhibit 1 marked.)
9  BY MR. SULLIVAN:
10     Q   Okay.  I'm going to introduce a document
11  now.  You should see it on your screen or in
12  Exhibit Share in just a second here.
13         I think it will not have the exhibit
14  stamp because it is an Excel document.
15         It has the Bates number, just for the
16  record, Throtle-0004375.
17         Let me know when you see that document.
18         MR. VORRASI:  Luke, are you going to put
19  that on the screen, the Zoom screen, or should we
20  get it through that other site?
21         MR. SULLIVAN:  I was just going to have
22  you get it through the Exhibit Share if that works.
23         MR. VORRASI:  That's really, Paul, up to
24  you.
25         MR. SULLIVAN:  If it's easier, I could do

Page 29

1      Q   And do you see the top of the document
2  says "Healthcare Clients"?
3      A   I do.
4      Q   So is this just a kind of subset of
5  healthcare clients that work in the healthcare
6  vertical?
7      A   Yes.
8      Q   Okay.  And there are a couple of
9  different -- under -- in column E, it says "Type"
10  and they are different entries there.
11         Can you describe the type of work that is
12  performed for the entries labeled DSP?
13     A   The type of work that we do for the label
14  DSP?
15     Q   Yes.
16     A   Yeah.  So there's a variety of things we
17  provide for the DSPs.  The most common one is just
18  the pure activation.
19         So where we would have a sync with that
20  particular platform, an ID sync, and we're able to
21  go ahead and send data over, audiences over, so
22  they can deploy media to them.
23         So that's -- that's the -- you know, the
24  bare bones relationship we would have then.  Once
25  we get a partner, they give us an audience, we



8 (Pages 26 - 29)

CONFIDENTIAL                                          October 24, 2023

Page 30

1  activate that audience to the platform, the
2  platform puts the data in, the partner seat on that
3  platform, then the partner can deploy the media
4  they want to that particular audience that they've
5  -- they've asked us to activate.
6          We also license our data graph, our --
7  our consumer graph to a lot of these DSPs in the
8  healthcare and nonhealthcare space.
9          And the reasoning for that is gives them
10 a better understanding of the data that they're
11 receiving on their side to pair that up with our
12 graph and be able to create an identity for that
13 particular feed that's coming in, that digital feed
14 that's coming in.
15         So instead of being able to say we don't
16 know anything about this person or this particular
17 digital element, they can match it up against their
18 graph and be able to actually identify it.
19         We do log reporting.  So the data that's
20 actually being deployed -- or the media that's
21 actually being deployed to that data is logged on
22 these DSPs and those DSPs oftentimes send us those
23 log reports.
24         We're able to associate that back to the
25 -- the data and the audience that we had activated.

Page 31

1          And we can send that data back to our
2  measurement partners, our clients, our agencies,
3  our analytical partners, and they can do whatever
4  kind of number crunching they want with who's
5  actually been deployed, the media that -- that's
6  been intended.
7          Same thing on the -- the pixel side of
8  this equation.
9          So a DSP would deploy media to an
10 audience, somebody in that audience would click on
11 that media.  When they click on that media, they go
12 to a website.  We have a tag on that website.
13 We're able to identify who on that audience clicked
14 on that website.
15         And same as the log reports, we're able
16 to take that information and send it back to our
17 clients, the analytical company, the measurement
18 company, whoever, so they can identify not only who
19 has deployed the media, they can actually know who
20 actually activated or created an action against
21 that -- that particular media that was deployed to
22 them.
23     Q   Okay.
24     A   Yeah.  And so, I mean, and then we just
25 license a lot of other data to DSPs for identity

Page 32

1  purposes and connect with a lot of new DSPs to
2  create APIs and faster channels to get audiences
3  over to them.
4          So behind the scenes of products there's
5  a lot of, you know, technical servicing that we do
6  with DSPs.
7     Q   Okay.  And on the -- you mentioned
8  reporting in the answer on enabling clients to see
9  who clicked on an advertisement; is that right?
10         MR. GAO:  Objection, form.
11 BY MR. SULLIVAN:
12     Q   Does Throtle work with a broad variety of
13 partners to enable them to, you know, have
14 reporting that shows which person clicked on an
15 advertisement?
16         MR. GAO:  Objection, form.
17     A   Oh, we do.  And -- and Ken, you might
18 want to jump in here because the -- the exhibit
[19 ███████████████████████████████]
[20 ███████████████████████████████]
[21 ████████████████████████████████████]
[22 ████████████████████████]
[23 ]
24         And so to answer your question, yes, so
25 we work, Luke, with customers that are within

Page 33

1  healthcare and across all verticals that are not
2  healthcare -- healthcare focused.
3  BY MR. SULLIVAN:
4     Q   Okay.  And you mentioned a different
5  spreadsheet.  So does Throtle track -- or strike
6  that.
7          This spreadsheet only reflects DSPs, for
8  example, that are healthcare-focused DSPs that
9  Throtle works with; is that right?
10         MR. GAO:  Objection, form,
11 mischaracterizes testimony.
12     A   This list doesn't focus specifically on
13 DSPs, it focuses on just revenue by a healthcare
14 client.  So if the client is in the healthcare
15 vertical, they'll be on this list.
16         There's another list I created that is
17 revenue by clients that generate healthcare
18 revenue.
19         So, for instance, The Trade Desk would be
20 in that list, and we generated a ton of revenue
21 from The Trade Desk, but they're across all
22 verticals so they weren't on this initial list.
23         They were on a list that was more
24 exaggerated than this one from a -- from a
25 healthcare revenue standpoint.

9 (Pages 30 - 33)

CONFIDENTIAL                                October 24, 2023

Page 34

1   BY MR. SULLIVAN:
2       Q   Okay.  So general -- general DSPs that
3   work in multiple verticals, including healthcare,
4   Throtle generated revenue from them, but it's not
5   included on this spreadsheet; is that true?
6       A   That's correct.
7           MR. GAO:  Objection, form.
8   BY MR. SULLIVAN:



25          MR. SULLIVAN:  Okay.  Can we take a

Page 35

1   five-minute break and go off the record.
2           VIDEO TECHNICIAN:  Going off the record.
3   The time is 1:39 p.m.
4           (Recess taken.)
5           VIDEO TECHNICIAN:  Going back on the
6   record.  The time is 1:52 p.m.
7   BY MR. SULLIVAN:
8       Q   Mr. Chachko, before the break we
9   discussed a spreadsheet that listed healthcare
10  clients of Throtle's.  Do you remember that?
11      A   Yes.
12      Q   And you mentioned that Throtle tracks in
13  a different spreadsheet revenue it generates from
14  nonhealthcare clients.  Do you remember that?
15      A   Yes.

21          MR. SULLIVAN:  Okay.  I'm just going to
22  state for the record that Defendants believe that
23  spreadsheet that lists nonhealthcare clients is
24  responsive to our subpoena and we would like to
25  have that produced.

Page 36

1           MR. GAO:  FTC objects to documents that
2   are prepared and/or produced after this deposition.
3           MR. SULLIVAN:  Okay.
4           MR. VORRASI:  Luke, your request is
5   noted, I'll leave it at that.
6           MR. SULLIVAN:  Thank you.
7   BY MR. SULLIVAN:
8       Q   Before our break we also discussed how
9   Throtle can activate an audience of HCPs to engage
10  in HCP programmatic advertising on general DSPs.
11  Do you remember that?
12      A   Yes.
13          MR. GAO:  Objection, misstates testimony,
14  form.
15  BY MR. SULLIVAN:
16      Q   And you provided some examples of general
17  DSPs that Throtle has activated HCP audiences on.
18  Do you remember that?
19      A   Yes.

Page 37

25      Q   Okay.  So Throtle, for all of the DSPs

Page 38

1  that you mentioned previously and now, whether they
2  are general DSPs or healthcare-focused DSPs,
3  Throtle serves audiences of HCPs to those DSPs and
4  activates it in order for those DSPs to conduct
5  programmatic advertising to HCPs on a one-to-one
6  basis; is that correct?
7        MR. GAO: Objection, form, leading,
8  mischaracterizes testimony.
9     A  It's a hundred percent correct, yeah.
10       MR. SULLIVAN: Okay. I will reserve the
11  rest of my time for rebuttal and give the witness
12  to the FTC.
13       MR. GAO: Thank you.
14       Can we get a quick time check on how much
15  time Defendants have used?
16       MR. VORRASI: You want to go off the
17  record?
18       MR. GAO: Yeah, that would be great.
19       VIDEO TECHNICIAN: Going off the record.
20  The time is 1:56 p.m.
21       (Off the record.)
22       VIDEO TECHNICIAN: Going back on the
23  record. The time is 1:57 p.m.
24
25

Page 39

1              EXAMINATION
2  BY MR. GAO:
3     Q  Good afternoon, Mr. Chachko.
4        Previously you and defense counsel
5  discussed DSPs. Do you remember that?
6     A  I do.
7     Q  Is Throtle a DSP?
8     A  No.
9     Q  What differentiates Throtle from a DSP?
10    A  You know, just in a -- in a super high
11  level, a DSP will have seats that clients license
12  for the housing of audiences that will then be
13  utilized for the DSP to deploy media against those
14  audiences.
15       They also most times have data stores
16  available to them that clients could come in and --
17  and license -- or not license -- can utilize for
18  audience selection for media to be deployed to
19  them.
20       We don't do any of that. It's not our
21  business. Our business is pure identity and
22  activation.
23    Q  Does Throtle itself provide HCP
24  programmatic advertising services?
25    A  Well, in a broad sense, we provide

Page 40

1  support services for HCP programmatic marketing.
2  But, you know, we're part of the value chain, but
3  we're not a DSP.
4     Q  What do you mean when you say "support
5  services"?
6     A  So I -- I -- you know, I said it in my
7  prior testimony here that we provide identity.
8        So ensuring that the audiences that are
9  coming in that are not digital and are not yet
10  activated, that we can work with that data to
11  create a stronger data set, more accurate data set,
12  be able to activate that data set which means, you
13  know, make sure we have the proper IDs associated
14  with which whatever DSP we're utilizing so that DSP
15  and the clients thereof will have audiences
16  available to them on their chosen DSP to do the
17  media exposure that they want to send.
18       So we're, if you will, the -- the conduit
19  from off line data and information to activate it
20  to become available in the digital eco system.
21    Q  When you talk about Throtle helping to
22  activate data, what do you mean by "activate"?
23    A  Yeah. So activate is taking a -- a -- a
24  piece of data. Let's just call it an off line
25  audiences and for this purpose HCP.

Page 41

1        So an off line audience of healthcare
2  professionals, let's say it's an audience of a
3  hundred, and a specific advertiser would want to
4  advertise to those hundred people, but only when
5  they see them on Facebook or only when they see
6  them on Trade Desk or only when they see them, you
7  know, using their partnership with DeepIntent.
8        We would utilize our capabilities to take
9  that off line data and associate them to an online
10  identifier that would crosswalk and associate
11  itself with a platform identifier.
12       And we'd send that data over to that
13  platform, and it would now be available for that
14  platform to understand what that data component is
15  and how to recognize it in their stream -- their
16  bidstream. And when it's recognized, they can
17  deploy the media to it.
18    Q  In order for an HCP programmatic
19  advertising campaign to occur, does a customer
20  require the use of both Throtle and a DSP or can
21  they just use Throtle?
22    A  No, they have to use Throtle and a DSP.
23    Q  Does Throtle's revenue come from
24  providing HCP programmatic advertising services
25  itself?

11 (Pages 38 - 41)

CONFIDENTIAL                                    October 24, 2023

Page 42

1    A   Partially.
2    Q   How so partially?
3    A   Well, some of the things that we do don't
4  have anything to do with media deployment for DSPs.
5  It has to do with identity and it has to do with
6  data quality and things that are outside the actual
7  deployment of media to an audience.
8        So if you're speaking just specifically
9  to advertising, it's partial.  We get paid
10 partially for that.
11   Q   And that partial revenue comes from the
12 identity and data quality that you just discussed?
13   A   Yep, that's right.
14   Q   Previously you stated that some DSPs
15 focus on HCPs and some were more agnostic; is that
16 correct?
17   A   Yes.
18   Q   How are HCP-focused DSPs different from
19 agnostic DSPs?
20   A   You know, I think it's the nuances.  You
21 know, if -- if -- if you had asked me, you know,
22 just off the street is there any differences, I
23 would say, you know, there isn't, there really
24 isn't a difference.
25       Anybody who's not vertically focused in

Page 43

1  the healthcare space could easily become focused in
2  the healthcare space with just a couple of -- of
3  changes to the way they're going to manage data,
4  treat data, maybe hook into specific publisher
5  networks, et cetera.
6        I don't think there's any magic to it.  I
7  don't think there's any walls of differentiation.
8  I think the -- the base capabilities are identical.
9        And, you know, just by way of identity,
10 you know, how we made that pivot from being a
11 vertically agnostic company to just focus on
12 healthcare, we didn't do a whole heck of a lot in
13 changing our infrastructure or our systems, we just
14 started focusing on healthcare data.
15       Yes, we had to become HIPAA certified.
16 And, yes, we had to have SOC 2 come in and do a
17 little bit more on the securities side.
18       But those aren't, you know, barriers to
19 entry, those are just things you have to do.
20       So if you're asking me, you know, could a
21 Trade Desk stop all of their other business and
22 become healthcare focused, they can do that in two
23 days if they wanted to.  It's not that hard.
24       You know, there's folks that decided they
25 want to be in the healthcare business because

Page 44

1  there's a specific reason for healthcare.
2        And for Throtle, I would seem -- I would
3  -- I would think the same logic and thinking from
4  a -- from a -- an executive standpoint that we
5  apply goes for anybody in the DTC business -- or
6  the DSP business.
7        And that would be would we rather focus
8  on one vertical and be experts at it and -- and
9  know it really well or do we want to focus on 20
10 verticals and be okay on all of those 20 verticals.
11       The end product is basically the same,
12 but we just felt comfortable because we're a
13 smaller business to say let's just focus on
14 healthcare.
15       I particularly think that's the same way
16 it is with a DSP, an SSP, measurement company, an
17 analytics company, a social company, they all can
18 make that pivot fairly straight and fairly easy.
19 It's not that -- it's not that difficult to do.
20   Q   So you -- when you discuss generalist
21 DSPs pivoting to HCP-focused DSPs, have -- what is
22 your knowledge of this transition?
23   A   Yeah, I mean, first of all, you know, and
24 I may be -- I may be wrong here and that's okay.  I
25 don't know a pure play HCP/DSP platform in

Page 45

1  healthcare.
2        I know that there is DSPs that focus on
3  healthcare, which would mean they focus on HCPs and
4  consumers.
5        So the first thing I would -- I would
6  suggest is that anybody who is making a switch to
7  healthcare don't focus specifically on -- on HCPs
8  specific on healthcare.
9        Which mean across the broad spectrum of
10 whatever healthcare data there is, whether it's
11 HCPs, whether it's NPIs, whether it is consumers or
12 whether it's, you know, professionals down the
13 value chain of an HCP.
14       So in that sense you just have to know
15 that data structure and understand where that data
16 is coming from in order to do the exact same thing
17 you're doing today for potato chips from P&G.
18       I mean, it's just -- it's the same
19 process, it's just you're focusing on a different
20 data set.
21   Q   And considering that Throtle itself is
22 not a DSP, do you have personal experience in
23 making that transition from a generalist DSP to an
24 HCP-focused DSP?
25   A   No.  As I said up front, I may be wrong.

12 (Pages 42 - 45)

CONFIDENTIAL                                    October 24, 2023

Page 46

1    I said as far as my experience goes in doing it
2    with Throtle, that's how I see it.
3           You know, Throtle operates in a fairly
4    small universe of identity providers.  So for us it
5    made a lot of sense.
6           Since there's, you know, a multiple of
7    providers in the DSP world, you know, the ones that
8    are in that have to make a decision based on
9    competitive reasons to -- to make the switch from
10   an agnostic provider to a healthcare provider.
11          Why they do it, why they don't do it,
12   they have to have that answer on their own.  But my
13   -- my logic is it doesn't seem to be that difficult
14   to do.
15   Q    You just stated that there was a small
16   universe of identity providers.  What do you mean
17   by that?
18   A    I said there was a smaller.
19   Q    Smaller universe of identity providers,
20   excuse me.
21   A    Yeah.
22   Q    What does that mean?
23   A    Well, it just means the folks that I
24   compete with, the number of companies in the
25   programmatic space that compete in the identity

Page 47

1    world are a lot smaller than DSP.
2           It's a lot more complicated to do, takes
3    a lot more resources, you lose a hell of a lot more
4    money up front and nobody wants to do that.
5           So it's just, you know -- it's a game of
6    -- of billion dollar companies, which we are not,
7    and we're sword fighting every day.
8           But, you know, it's a smaller universe of
9    players that offer the services we offer.

[black redaction bars]

17   Q    I do not mean to test you, Mr. Chachko.
18          Is there a difference in data between
19   HCPs and consumers?
20   A    Yes.
21   Q    What is that difference?
22   A    Well, HCP are healthcare professionals,
23   right?  So those are people that have a
24   professional profile, work in the healthcare
25   industry, have NPIs that are associated with them.

Page 48

1           They could be, of course, across the
2    spectrum of professional talents there, whether
3    they're oncologists or whether they're
4    dermatologists or whatever.
5           There's a -- you know, a universe of --
6    I'm throwing out the number 5 million or so that
7    make up the HCP, you know, marketable community.
8           On the DTC side, it's consumers.  It's
9    all of us on this call.  We all participate in a
10   healthcare vertical by way of going to doctors,
11   getting prescriptions, having a broken leg,
12   whatever ailments we have.
13          And so the two pieces of healthcare is
14   you can market to doctors and folks within the
15   healthcare profession to be aware of certain
16   conditions, certain medications, certain issues
17   going on in healthcare.
18          Or you can choose to market to the
19   consumers to say be aware of this healthcare
20   condition coming around, this particular
21   pharmaceutical coming around, this new treatment
22   for this type of an ailment.
23          And so you have two types of audiences
24   that are being utilized in healthcare.
25          And Throtle plays on both sides of that

Page 49

1    continuum of -- of, you know, part of our business
2    is HCP and part of it is DTC.
3           And I would say that DTC is multiples
4    larger than the HCP.
5    Q    So do advertisers reach HCPs differently
6    than consumers?
7    A    Only with different data.  The execution,
8    the process is identical.
9           But the data, where it originates, how
10   you treat it, how you identify it, how you -- how
11   you perfect it, how you -- how you make it
12   accurate, those two pieces are -- are -- I don't
13   want to say vastly different, but they're very
14   different.
15          But once you get the data correct and get
16   it to a DSP, it's pretty much identical.
17   Q    What is the difference in -- in the data?
18   A    Well, as I -- as I testified earlier, you
19   know, healthcare professional data comes in and
20   it's kind of dirty.  You know, you got a lot of
21   people that change practices, leave practices, come
22   into practices.
23          The government keeps an NPI.  They update
24   it, you know, not as frequently as they should.
25   NPIs get shared.

13 (Pages 46 - 49)

CONFIDENTIAL                                              October 24, 2023

Page 50

1    You know, office practices move from
2  location to location.  People change from hospital
3  to hospital.
4        So there's a lot of movement in
5  healthcare data in the professional side.
6        You can imagine when you're trying to
7  track them and -- and -- send them programmatic
8  marketing or advertising, making sure you get the
9  right message to the right recipient all is
10  dependent on making sure that you have the right
11  audience to begin with.
12        So that's our job.  That's what Throtle
13  does.  Throtle makes sure that that data is as
14  accurate as it possibly can be.
15        On the consumer side, it's as equally
16  dirty as the HCP side, but magnify the audiences
17  by, you know, 50.  Maybe more.  Oh, I'm sorry,
18  by -- yeah, by 50.
19        And, you know, fortunately on the
20  consumer side you have a postal address that is a
21  fixed address that when people change their
22  physical address, that particular address travels
23  with them to the new address.  The person travels.
24        And oftentimes phone numbers, email
25  addresses and other identifiers do not change.

Page 51

1        You will get phone numbers that change
2  often, you will get physical addresses that change
3  often, and IP addresses that change often.
4        So on the HCP side you have a whole
5  schema of data treatment versus the DTC side which
6  has a whole different scheme of data treatment.
7        No matter what data set we get in from
8  whatever customer, whatever pharma, whatever
9  agency, whoever it may be, depending on what side
10  of that data structure they need to be, we process
11  the data accordingly and then send it exactly the
12  same way to every single DSP.
13        The only thing that's changing in a DSP
14  is the file layout.  They wanted -- they wanted ABC
15  on this side and this guy wants it CBA on that
16  side.  That's basically the only difference.
17        But, you know, the -- the critical
18  services we provide is the data fixing and
19  structures up front so the advertisers can get
20  accurate marketing.
21        And then the modelers and measurement
22  companies and analytic companies on the back end
23  can get accurate data that they can utilize across
24  the whole continuum and attribution cycle of saying
25  this person was directly targeted, this was the

Page 52

1  media associated with them, they made this action,
2  and from this action we know it was the right
3  person in that audience.
4        And then this person actually went to
5  this doctor or went to this pharmacy or went to
6  this location and actually got services or spent
7  money on that particular product.  And you kind of
8  create the full circle.
9        And once you do that, then you have a
10  very solid system in place.
11        But it all starts, you know, at the tip
12  of the spear and that's -- that's the identity
13  piece.
14    Q    Do advertisers seek to reach HCPs on a
15  one-to-one basis?
16    A    Yes.
17    Q    Do advertisers seek to reach the DTC side
18  on a one-to-one basis?
19    A    Yes.  There -- you know, I'll -- I don't
20  know if I should educate you, but I will.
21        There are advertisers that -- not on the
22  HCP side, on the DT side, say, we'd prefer to
23  advertise like a shotgun approach versus a laser
24  approach.
25        So instead of one-on-one, they prefer to

Page 53

1  do it a little bit more shotgunnish because of just
2  HIPAA concerns.
3        They want to know that their -- their --
4  their target is within that cluster, but they're
5  okay if that cluster has a couple of individuals
6  that are not really their necessary target.
7        But for the most part, it's all
8  one-to-one.  They'll just throw a lot of known un--
9  known targets that aren't the correct targets just
10  because they want a little bit less of a -- a known
11  audience in aggregate.
12        I don't know if that makes sense, but
13  it's a nuance in the DTC side.
14    Q    When you talk about fixing the data, what
15  do you mean?
16    A    Well, as I said, you know, HCP data comes
17  in all across the -- you know, the spectrum of
18  problems.
19        Our capabilities and our -- our
20  intellectual property allows for us to be able to
21  say, no, we saw that doctor, he moved last week to
22  this new location, so that information is slightly
23  wrong, this is the updated information.  We'll fix
24  their information to -- to give them the updated
25  information.

14 (Pages 50 - 53)

CONFIDENTIAL

October 24, 2023

Page 54

1  Same goes for the identifiers.  They may
2  have two email addresses, but the provider, you
3  know, our client, only has one email address.
4  Our client may want to do connected
5  television and doesn't have an IP address but we
6  have the IP address.
7  So we'll append the IP address to the --
8  the client's audience set and be able to expand
9  their data and be able to perfect their data in
10  ways they have no idea of how to do it.
11  The same exact sequence is on the DTC
12  side, there's no difference.  Instead of calling
13  them a doctor, call them a DTC, the same process
14  takes place.



Page 55

12  Q  Previously you stated that Throtle does
13  not provide the end result of measurement, that
14  Throtle plays a support role.  Do you remember
15  that?
16  A  Yes.
17  MR. SULLIVAN:  Object to the form.
18  BY MR. GAO:
19  Q  What aspects of measurement does Throtle
20  not provide that is necessary for measurement?
21  A  We don't --
22  MR. SULLIVAN:  Object to the form.
23  A  We don't do any of the -- the
24  measurement-based work.  We don't come up with
25  conclusions.  We don't come up with results.  We

Page 56

1  don't, you know, issue reports.  We are -- we are
2  the movers of the data.
3  So we'll connect the -- you know, the --
4  the platform information with the client facility
5  where they want that data to be deposited, in the
6  form that they want it to be deposited, and in the
7  frequency they want it to be deposited.
8  They may want it every 15 minutes, they
9  want -- maybe want it once a day, they may want it
10  once a week or once a month.  We're just moving the
11  data.
12  So if -- and I know this is a really dumb
13  analogy but I'll do it anyway.
14  If you had a -- you know, a warehouse of
15  products and you wanted to have it, you know, sent
16  around to a bunch of different locations so those
17  locations can sell it, you know, we take the data
18  from the warehouse and we're the truckers that move
19  it to the different locations.
20  So from the publisher site or the DSP,
21  we're taking all that data and moving it to
22  analytical companies, measurement companies,
23  reporting companies, back to the -- you know, the
24  original advertiser.
25  So we're just the movers of the data.  We

Page 57

1  make sure it's packaged the right way, we make sure
2  it's delivered the right way, but we don't have any
3  idea what the results of that data means when the
4  end company or end user gets it to modify it for
5  reporting analytical purposes, charts, you know,
6  graphs, and all the other stuff they do with it.
7  BY MR. GAO:
8  Q  Previously when you stated that
9  advertisers sometime reach DTC on a one-to-one
10  basis, in those instances are they targeting
11  consumers on a one-to-one basis by name?
12  MR. SULLIVAN:  Object to the form.
13  A  In the HCP side, it's often appropriate
14  and legal to use surnames and first names to direct
15  media.
16  On the DTC side, depending on the product
17  that you're -- you're offering, first name can or
18  cannot be used based on a bunch of different laws.
19  So it really needs to get ridiculously
20  granular for me to answer that question you want.
21  So I would say it depends on really the
22  application that's being -- being used at that
23  time.  There's a huge amount of legislation around
24  it as you guys probably know.
25  But when it -- when it becomes HIPAA

15 (Pages 54 - 57)

CONFIDENTIAL                                      October 24, 2023

Page 58

1  protected data, we go through tokenization, which
2  is a complete separate set of -- of identity
3  technology.  And at that point it becomes
4  anonymized and impossible to be de-anonymized.

9  BY MR. GAO:
10     Q   I'd like for you to pull up the exhibit
11  that you looked at previously.  I believe this has
12  been marked by Defendant as Exhibit Throtle 1 with
13  the Bate stamp Throtle-0004375.
14         Let me know once you've pulled that back
15  up.
16         MR. VORRASI:  Yan, is that something you
17  can put on the screen like Luke did?
18         MR. GAO:  So, unfortunately, I have kind
19  of a dual setup here.  I'm not able to pull it up,
20  I apologize.
21         Is there any way that we can --
22  otherwise, this is a small document.  I think I'll
23  -- I'm able to email it if that works for everyone
24  as well.
25         MR. VORRASI:  Do you want to put it in

Page 59

1  the chat?
2          MR. GAO:  So, once again, this setup and
3  my video, I'm not able to do that.  And -- and -- I
4  think email would work best.
5          And if that works -- let's go off the
6  record for a minute and then we can figure this
7  out.
8          VIDEO TECHNICIAN:  Going off the record.
9  The time is 2:23 p.m.
10         (Off the record.)
11         VIDEO TECHNICIAN:  Going back on the
12  record.  The time is 2:28 p.m.
13  BY MR. GAO:
14     Q   Welcome back, Mr. Chachko.
15         During the break I sent out an email with
16  Defendant's exhibit.  Do you have the spreadsheet
17  pulled up?
18     A   I have the spreadsheet and I have a PDF.
19     Q   Yes, I sent over two files.  We will get
20  to the PDF shortly.

Page 60

Page 61



www.CapitalReportingCompany.com

CONFIDENTIAL                                          October 24, 2023

Page 62



21   Q   Put that aside for now.
22       (Deposition Throtle Exhibit 2 marked.)
23       MR. GAO:  I'd like to introduce another
24   document.  This one was emailed to all parties.  It
25   is marked PX4060.

Page 63

1       This is a document that's Bate stamped
2   Throtle-0000001.  This is a document that we have
3   shrank down to three pages due to the voluminous
4   size of the original document that starts with Bate
5   stamp Throtle-0000001 which is over 4000 pages
6   long.
7       Since we're unable to load such a large
8   document to Exhibit Share or email, PX4060 focuses
9   on three pages in that large document.
10      I encourage all parties to also open up
11  the native version of Throtle-000001 if you have it
12  available.
13  BY MR. GAO:
14      Q   Mr. Chachko, please go to the first page
15  of PX4060, and let me know once you are there.
16      A   I'm there.

Page 64

Page 65

CONFIDENTIAL                                          October 24, 2023



Page 66

Page 68

9          MR. SULLIVAN:  The spreadsheets?
10    BY MR. GAO:
11        Q   Yes, the spreadsheet, Throtle Exhibit 1.
12            Let me know once you have that pulled up.
13        A   I'm good.
14        Q   Mr. Chachko, is this a document that you
15    keep in the ordinary course of business?
16        A   It's a subset of a document I do, yes.
17        Q   So previously you testified: "when Ken
18    asked me to identify the healthcare clients we
19    currently have, what the revenue we're generating
20    by each of these clients, and the type of revenue.
21            "So I assembled this last week just to
22    give him a quick snapshot of what we have, its
23    current clients, and what we have as upcoming
24    clients."
25            This is what you testified, correct?

Page 67

Page 69

1        A   I assume that's what I said.  I -- I
2    don't have that kind of recall.  I assume it is,
3    yeah.
4        Q   So this was assembled last week in
5    response to subpoena.
6        A   Yes.
7            MR. GAO:  Okay.  Let's go off the record.
8    Take a short break.
9            VIDEO TECHNICIAN:  Going off the record.
10    The time is 2:42 p.m.
11            (Recess taken.)
12            VIDEO TECHNICIAN:  Going back on the
13    record.  The time is 2:49 p.m.
14    BY MR. GAO:
15        Q   Welcome back, Mr. Chachko.
16            Earlier with Defendant you mentioned
17    Google.  Are you familiar with Google's policies on
18    targeted healthcare advertisements?
19        A   Not intimately, no.
20            MR. GAO:  Those are all the questions I
21    had right now.  I'd like to reserve the rest of the
22    time.
23            MR. SULLIVAN:  Okay.  I have some
24    additional questions and I'm ready to go right now.
25

18 (Pages 66 - 69)

Page 70

1        FURTHER EXAMINATION
2    BY MR. SULLIVAN:



Page 71

8    general DSPs and healthcare DSPs.  Do you remember
9    that?
10       A   I do.
11       Q   And in your work at Throtle, do you have
12   significant interactions with both general DSPs and
13   healthcare DSPs?
14       A   We do.
15       Q   Through your work at Throtle, do you have
16   significant knowledge about the programmatic
17   advertising process and DSP's role in it?
18           MR. GAO:  Objection, form.
19       A   Me, as an individual, I don't have as
20   deep as knowledge as the company has through other
21   employees and folks that, you know, are -- are more
22   intimately involved with the -- the technology
23   thereof.  But I've got a fairly strong
24   understanding of how all this stuff works.
25   BY MR. SULLIVAN:

Page 72

1        Q   Okay.  Is your understanding of how
2    programmatic advertising works informed by the fact
3    that Throtle works with both general DSPs and
4    healthcare-specific DSPs?
5            MR. GAO:  Objection, form.
6        A   Yes, I mean, you know, from a -- from a
7    company standpoint we hold dev meetings a couple of
8    times a week.  And --
9            THE COURT REPORTER:  I'm sorry, what kind
10   of meetings?
11       A   Dev, D-E-V, development meetings, several
12   times a week.  And that review the priorities and
13   the existing clients and the -- the demands that
14   they need on a weekly basis to make sure that we
15   get everything through the system.
16           So through those meetings, prioritization
17   and, you know, the specific solutions we're working
18   with, you know, I -- I get a good handle on what --
19   what DSPs -- what DSP is doing what and who is
20   competing with who and what types of things are
21   they strong in, what types of things they're weak
22   in.
23           And as I said, you know, Throtle plays a
24   unique position in this eco system.  Whereas, we
25   get to see a lot of the players that both compete

Page 73

1    against each other and work with each other.
2    BY MR. SULLIVAN:
3        Q   Do you agree that given the identity
4    services for HCP programmatic advertising that
5    Throtle provides, it has significant visibility
6    into the HC programmatic advertising industry?
7            MR. GAO:  Objection, form, leading.
8        A   Very much so, yes.
9    BY MR. SULLIVAN:
10       Q   Do you agree that if a Throtle customer
11   brings an NPI list to Throtle to activate on a DSP,
12   that customer can pick between dozens of DSPs?
13           MR. GAO:  Objection, form, leading.
14       A   They often do, yes.
15   BY MR. SULLIVAN:
16       Q   And do the DSPs that a customer of
17   Throtle can choose from to activate an HCP audience
18   include both general DSPs and healthcare-specific
19   DSPs?
20           MR. GAO:  Objection, form, leading.
21       A   In the majority of the time, yes.
22   BY MR. SULLIVAN:
23       Q   During your testimony with the FTC, you
24   mentioned the mechanics of DSPs executing
25   advertising campaigns to audiences.  Do you

19 (Pages 70 - 73)

Page 74

1  remember that?
2      A   I do.
3      Q   Do you agree that the mechanics of
4  campaign execution for DSPs is essentially the same
5  for DTC audiences and HCP audiences?
6          MR. GAO:  Objection, form, leading.
7      A   Yes.
8  BY MR. SULLIVAN:
9      Q   And you testified -- do you remember
10 testifying -- you used the word "file" in
11 connection to the audience that a DSP receives.  Do
12 you remember that?
13     A   I do, yes.
14     Q   And is the audience contained in that
15 file?
16     A   Yeah, you can use the word "audience,"
17 "file," "records," "data," all interchangeably.  It
18 all essentially means the same thing.
19         It's the data you're sending over to a
20 DSP for activation and deployment immediate to.
21         So if I use a file, it's the same thing
22 as sending an audience, same thing as sending a
23 group of records, same thing as sending data.  It's
24 all used interchangeably.
25         And I should probably be more consistent,

Page 75

1  but it's -- it's the -- the back end meaning is
2  identical.
3      Q   Okay.  And -- so I'll just use the word
4  "file" for this question.
5          So do you agree that if a DSP receives a
6  file that contains an audience for it to execute an
7  advertising campaign on, the DSP might not know
8  whether the audience is comprised of HCPs or
9  comprised of a DTC audience?
10         MR. GAO:  Objection, form, vague,
11 leading.
12     A   I don't have specific answer for that.
13 I'm not sure if they know or don't know.
14         My -- well, I'm not going to guess.
15 I don't know if they have awareness of whether it's
16 a DTC or an HCP.
17         It's an easy answer to get, but I don't
18 have it.
19 BY MR. SULLIVAN:





Page 78

Page 80

7        MR. SULLIVAN:  Okay.  I'm going to
8   reserve the rest of my time and those are my only
9   questions for now.
10       MR. GAO:  All right.
11       FURTHER EXAMINATION
12   BY MR. GAO:

Page 79

7        MR. SULLIVAN:  Okay.  Can we take a --
8   just a two-minute break and go off the record.
9        VIDEO TECHNICIAN:  Going off the record.
10   The time is 3:02 p.m.
11       (Recess taken.)
12       VIDEO TECHNICIAN:  Going back on the
13   record.  The time is 3:05 p.m.
14   BY MR. SULLIVAN:

Page 81

10       MR. GAO:  Those are all the questions I
11   had.
12       I would like to reserve the rest of my
13   time in case there are any follow-ups.
14       MR. SULLIVAN:  I have no --
15       MR. VORRASI:  Well, I think you both
16   have -- have gotten your rebuttals here.  Are we
17   going to keep going here?
18       MR. SULLIVAN:  I -- I have no more
19   questions.
20       MR. VORRASI:  Okay.
21       MR. GAO:  Then no more questions on our
22   end as well.
23       MR. VORRASI:  Okay.  Great.
24       Before we go off the record, I just want
25   to be clear, because I know there are defaults

21 (Pages 78 - 81)

Page 82

1  under the scheduler.
2      But we're designating the entirety of
3  this testimony as confidential. And we'll follow
4  the protocols set forth by the court and any future
5  court orders concerning the use of this testimony
6  or our documents.
7      We've designated all of the Throtle
8  documents as confidential under the protective
9  order. Including in your briefing, your expert
10 reports and any use at any, you know, trial
11 proceeding whether that be in federal court or the
12 Part 3 action.
13     I just want to get that on the record. I
14 know there are court rules about that, but Throtle
15 takes the confidentiality of this testimony and its
16 documents very seriously.
17     I think that's all we have for now.
18     VIDEO TECHNICIAN: We are off the record
19 at 3:09 p.m.
20     This concludes today's testimony given by
21 Paul Chachko.
22     The total number of media units used is
23 seven and will be retained by Veritext.
24     (Deposition concluded at 3:09 p.m.)
25     (Signature reserved.)

Page 83

1      The following reporter and firm
   disclosures were presented by me at this proceeding
2  for review by counsel:
        REPORTER DISCLOSURES
3      The following representations and
   disclosures are made in compliance with Georgia
4  Law, more specifically:
        Article 10 (B) of the Rules and
5  Regulations of the Board of Court Reporting
   (disclosure forms)
6      OCGA Sections 9-11-28 (c)
   (disqualification of reporter for financial
7  interest)
        OCGA Sections 15-14-37 (a) and (b)
8  (prohibitions against contracts except on a
   case-by-case basis)
9  - I am a certified court reporter in the state of
   Georgia
10 - I am a subcontractor for Veritext
   - I have been assigned to make a complete and
11 accurate record of these proceedings
   - I have no relationship of interest in the matter
12 on which I am about to report which would
   disqualify me from making a verbatim record or
13 maintaining my obligation of impartiality in
   compliance with the Code of Professional Ethics
14 - I have no direct contract with any party in this
   action, and my compensation is determined solely by
15 the terms of my subcontractor agreement
        FIRM DISCLOSURES
16 - Veritext was contacted to provide reporting
   services by the noticing or taking attorney in this
17 matter
   - There is no agreement in place that is prohibited
18 by OCGA 15-14-37(a) and (b)  Any case-specific
   discounts are automatically applied to all parties,
19 at such time as any party receives a discount
   - Transcripts: The transcript of this proceeding
20 as produced will be a true, correct, and complete
   record of the colloquies, questions, and answers as
21 submitted by the certified court reporter
   - Exhibits: No changes will be made to the
22 exhibits as submitted by the reporter, attorneys,
   or witnesses
23 - Password-Protected Access: Transcripts and
   exhibits relating to this proceeding will be
24 uploaded to a password-protected repository, to
   which all ordering parties will have access
25

Page 84

1          C E R T I F I C A T E
2      Deposition of: PAUL CHACHKO
       Date of Deposition: OCTOBER 24, 2023
3
4  STATE OF GEORGIA:
5
6      I hereby certify that the foregoing
7  transcript was stenographically recorded by me
8  via Zoom as stated in the caption. The deponent
9  was duly sworn to tell the truth, the whole truth,
10 and nothing but the truth. And the colloquies,
11 statements, questions and answers thereto were
12 reduced to typewriting under my direction and
13 supervision and the deposition is a true and
14 correct record, to the best of my ability, of
15 the testimony/evidence given by the deponent.
16     I further certify that I am not a
17 relative or employee or attorney or counsel to
18 any of the parties in the case, nor am I a
19 relative or employee of such attorney or counsel,
20 nor am I financially interested in the action.
21     This, the 25th day of October 2023.
22
23
24     Judith L. Leitz Moran, CCR-B-2312
       Registered Professional Reporter
25

Page 85

1      FIRM CERTIFICATE AND DISCLOSURE
2
3  Veritext represents that the foregoing transcript
   as produced by our Production Coordinators, Georgia
4  Certified Notaries, is a true, correct and complete
   transcript of the colloquies, questions and answers
5  as submitted by the certified court reporter in
   this case. Veritext further represents that the
6  attached exhibits, if any, are a true, correct and
   complete copy as submitted by the certified
7  reporter, attorneys or witness in this case; and
   that the exhibits were handled and produced
8  exclusively through our Production Coordinators,
   Georgia Certified Notaries. Copies of notarized
9  production certificates related to this proceeding
   are available upon request to
10 production@veritext.com
11 Veritext is not taking this deposition under any
   relationship that is prohibited by OCGA 15-14-37
12 (a) and (b). Case-specific discounts are
   automatically applied to all parties, at such time
13 as any party receives a discount. Ancillary
   services such as calendar and financial reports are
14 available to all parties upon request.
15
16
17
18
19
20
21
22
23
24
25

22 (Pages 82 - 85)

CONFIDENTIAL                                    October 24, 2023

Page 86

1  Kenneth M. Vorrasi, Esquire
2  kenneth.vorrasi@faegredrinker.com
3           October 25th, 2023
4  RE:Federal Trade Commission v. IQVIA Holdings, Inc., And Propel
5   10/24/2023, Paul Chachko (#6277132)
6    The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 (erratas-cs@veritext.com).
16
17   Return completed errata within 30 days from
18 receipt of testimony.
19   If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

Page 87

1  Federal Trade Commission v. IQVIA Holdings, Inc., And Propel
2  Paul Chachko (#6277132)
3       E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Paul Chachko              Date
25

Page 88

1  Federal Trade Commission v. IQVIA Holdings, Inc., And Propel
2  Paul Chachko (#6277132)
3       ACKNOWLEDGEMENT OF DEPONENT
4    I, Paul Chachko, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 Paul Chachko              Date
13 *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25

| & | 2 | 2:49  69:13 | 8 |
|---|---|---|---|

**&**   2:11,18 3:4

**0**

**0000001**   4:23 63:2,5
**000001**   63:11
**0000010**   4:23
**0000040**   4:24
**0004375**   27:16 58:13
**0004375.xlsx**   4:16
**06188**   1:7 5:23

**1**

**1**   4:13 5:15 27:8 58:12 59:22 68:11 75:22 77:9 79:16
**10**   83:4
**10/24/2023**   86:5
**1100**   3:7
**1278**   84:23
**15**   56:8
**15-14-37**   83:7 83:18 85:11
**1500**   3:6
**1:01**   1:21 5:2,5
**1:23**   1:7 5:23
**1:39**   35:3
**1:52**   35:6
**1:56**   38:20
**1:57**   38:23

**2**   4:17 43:16 62:22
**20**   10:3 12:8 44:9,10 63:19 88:15
**20005**   3:8
**2001**   2:13
**20036**   2:14
**20037**   2:22
**2016**   7:9
**2020**   14:11
**2022**   13:24 14:12
**2023**   1:20 4:22 5:2,6 59:24 60:22 61:10 62:2 63:19 64:3 84:2,21 86:3
**2023-2024**   4:15
**2024**   61:22
**20580**   2:8
**2100**   2:20
**22**   4:22 63:19 64:3
**2312**   1:25 84:24
**24**   1:20 5:2 62:18 84:2
**24th**   5:6
**25th**   84:21 86:3
**27**   4:13 61:15
**2:23**   59:9
**2:28**   59:12
**2:42**   69:10

**3**

**3**   82:12
**30**   1:15 5:15 37:24 54:20 66:3 67:2 86:17
**36**   65:1,2,5,6 65:15 81:4
**39**   4:4
**3:02**   79:10
**3:05**   79:13
**3:09**   82:19,24

**4**

**40**   12:2 54:17 54:20
**4000**   4:17 63:5
**42**   61:16
**45**   54:17

**5**

**5**   27:1 48:6
**50**   12:2,12 50:17,18 54:20 70:18

**6**

**6**   1:15 5:15
**60**   37:24
**600**   2:7
**62**   4:17
**6277132**   86:5 87:2 88:2

**7**

**7**   4:3
**70**   4:5 12:3,13

**8**

**8**   81:9
**80**   4:6 12:9
**80/20**   12:7

**9**

**9-11-28**   83:6
**900**   2:21

**a**

**abc**   51:14
**ability**   7:12,14 7:14 84:14
**able**   8:19 9:14 9:15 11:11 13:10 19:15,16 19:20 21:6 24:21 29:20 30:12,15,18,24 31:13,15 40:12 53:20 54:8,9 54:23 58:7,19 58:23 59:3 66:20 78:22
**above**   60:15 86:6 88:7
**acceptable**   55:7,8
**accepted**   67:14
**access**   83:23,24
**accrual**   65:2
**accuracy**   55:3 86:9
**accurate**   9:3 16:13,24 17:11 22:18 40:11 49:12 50:14 51:20,23 55:10

83:11
**accurately**
19:15,20 21:3
26:24
**acknowledge...**
88:3
**acknowledg...**
86:12
**acquire** 66:23
67:16
**acquired** 66:19
67:3,25
**acquisition**
65:24 67:18
68:5
**action** 31:20
52:1,2 82:12
83:14 84:20
**activate** 11:21
11:23 21:10
22:3,24 30:1,5
35:18 36:9
40:12,19,22,22
40:23 73:11,17
**activated** 25:11
30:25 31:20
36:17 40:10
**activates** 23:7
23:12,14,19,25
38:4
**activating** 21:1
21:2 36:22
**activation** 9:4
19:21,24 29:18
39:22 55:11
74:20
**activations**
22:15

**actual** 42:6
**actually** 7:25
8:5 23:2 24:11
30:18,20,21
31:5,19,20
37:11,16 52:4
52:6 68:8
**ad** 8:22 20:12
**add** 12:2,14
**additional**
37:22 61:20
69:24
**additions** 88:6
**address** 8:21
8:21,22 15:10
20:11,12,12
50:20,21,22,22
50:23 54:3,5,6
54:7
**addresses**
50:25 51:2,3
54:2
**adfire** 60:16
**adloop** 60:12
**adstra** 47:12
**adtheorent**
37:13
**advertise** 41:4
52:23
**advertisement**
32:9,15
**advertisements**
69:18
**advertiser** 9:15
9:15 41:3
56:24
**advertisers**
7:20 49:5

51:19 52:14,17
52:21 57:9
**advertising**
7:11,21 8:7,12
9:16,25 10:9
10:10 11:14
12:20 13:20
14:9 17:6
18:18 22:4,10
22:11 24:2,10
26:11 34:13,19
35:19 36:10
38:5 39:24
41:19,24 42:9
50:8 61:1,11
71:17 72:2
73:4,6,25 75:7
76:15 77:25
78:4,15 79:19
79:24
**aetna** 17:22
**affiliations** 6:8
**afternoon** 5:4
39:3
**agencies** 14:6
18:8 19:9 31:2
**agency** 51:9
**aggregate**
53:11
**agnostic** 10:18
22:22 42:15,19
43:11 46:10
**agree** 5:14 73:3
73:10 74:3
75:5 77:22
78:2,10,12
**agreement**
63:18,24 64:2

83:15,17
**ah** 61:16
**ahead** 29:21
**ailment** 48:22
**ailments** 48:12
**align** 76:7
**allotted** 86:20
**allow** 9:7 77:23
**allows** 53:20
78:13
**amount** 26:6
57:23
**analogy** 56:13
**analytic** 24:15
51:22
**analytical** 9:19
31:3,17 56:22
57:5
**analytics** 18:2
24:13 44:17
**ancillary** 9:17
85:13
**anniversary**
66:4
**anonymized**
58:4,4
**answer** 18:13
23:5 32:8,24
46:12 57:20
75:12,17 79:6
**answers** 83:20
84:11 85:4
**anybody** 42:25
44:5 45:6
80:20
**anyway** 56:13
**apis** 32:2

**apologize**
  58:20
**appearance** 6:6
**appearances**
  2:1 3:1 6:7
**appeared** 5:1
**appearing** 1:17
**append** 54:7
**appended** 88:7
**applicable** 86:8
**application**
  57:22
**applied** 83:18
  85:12
**apply** 44:5
**approach**
  52:23,24
**appropriate**
  57:13
**approve** 66:24
**article** 83:4
**ascertain** 61:7
**aside** 62:21
**asked** 28:18
  30:5 42:21
  63:20 65:15
  68:18 70:3
  71:7 75:20
  76:5
**asking** 34:23
  43:20
**aspects** 55:19
**assembled**
  28:22 68:21
  69:4
**assigned** 80:20
  83:10

**assist** 9:14
**assists** 16:5
**associate** 30:24
  41:9,10
**associated**
  11:13 19:16
  40:13 47:25
  52:1 62:9
**associating**
  21:5
**assume** 62:18
  69:1,2
**assuming**
  61:17
**assumptions**
  24:16
**attached** 85:6
  86:11
**attaching** 18:5
**attention** 59:21
**attorney** 6:9
  83:16 84:17,19
  86:13
**attorneys**
  83:22 85:7
**attributed**
  61:10
**attribution**
  51:24
**audience** 16:1
  16:16 20:2
  21:4,10 22:3
  22:24 23:25
  24:22 26:9
  29:25 30:1,4
  30:25 31:10,10
  31:13 36:9
  39:18 41:1,2

42:7 50:11
  52:3 53:11
  54:8 61:3
  73:17 74:11,14
  74:16,22 75:6
  75:8,9
**audiences** 7:20
  11:21,24 16:18
  16:19 17:17
  21:3 23:8,14
  23:19 25:11
  29:21 32:2
  36:17,22 38:3
  39:12,14 40:8
  40:15,25 48:23
  50:16 73:25
  74:5,5
**audio** 5:12
**automatically**
  83:18 85:12
**availability**
  10:15
**available** 11:13
  12:6 39:16
  40:16,20 41:13
  63:12 85:9,14
  86:6
**avenue** 2:7
**aware** 36:21
  48:15,19
**awareness**
  75:15

**b**

**b** 1:15,25 4:10
  5:15 83:4,7,18
  84:24 85:12

**back** 19:17
  24:22,23 25:5
  30:24 31:1,16
  35:5 38:22
  51:22 56:23
  58:14 59:11,14
  68:7 69:12,15
  75:1 79:12
**ballpark** 11:22
**bank** 1:18 5:1
**bare** 29:24
**barriers** 43:18
**base** 43:8
**based** 10:18
  46:8 55:24
  57:18 76:1
**basically** 8:17
  44:11 51:16
**basis** 24:3
  26:12 38:6
  52:15,18 57:10
  57:11 72:14
  83:8
**bate** 58:13 63:1
  63:4
**bates** 27:15
**beginning** 6:8
  13:24 64:5
  66:2
**begun** 14:13
**behalf** 2:3,10
  2:16 3:3 6:10
  6:12,14 34:24
**believe** 35:22
  58:11 62:14
**best** 7:12,13
  59:4 71:3
  84:14

**better** 30:10
**bid** 66:20
**biddle** 3:4
**bidstream**
  41:16
**big** 9:24 13:5
**bigger** 64:7
**biggest** 12:20
**billion** 10:3,6
  47:6 54:20
**bit** 13:22 19:22
  43:17 53:1,10
  77:4
**blank** 61:15
**blanks** 61:19
  62:2
**blue** 17:22
**board** 64:13
  66:24 70:13,16
  80:14,18,23
  81:1 83:5
**bona** 66:5
**bones** 29:24
**bottom** 34:10
  62:7
**brand** 17:18,19
  18:23
**brands** 14:5
  32:20
**break** 35:1,8
  36:8 59:15
  69:8 79:8,15
**briefing** 82:9
**bring** 16:11
  17:3,16 18:17
  20:22 54:19
**bringing** 34:22

**brings** 73:11
**broad** 10:18
  32:12 39:25
  45:9
**broader** 10:5
**broadly** 16:4,4
**broken** 48:11
**brought** 19:5
  60:20
**build** 67:21
**building** 64:21
**built** 54:22
**bunch** 56:16
  57:18
**business** 14:25
  16:20 19:4
  23:2 39:21,21
  43:21,25 44:5
  44:6,13 49:1
  67:20 68:15
  76:1 77:20
**businesses**
  67:21
**buy** 16:19

---
**c**
---

**c** 1:14 83:6
  84:1,1
**calendar** 85:13
**call** 40:24 48:9
  54:13
**called** 21:1
  26:19
**calling** 54:12
**camera** 5:9
**campaign**
  41:19 74:4
  75:7

**campaigns**
  35:19 73:25
**candidates**
  8:25
**capabilities**
  9:20 41:8 43:8
  53:19
**capability** 9:11
**capital** 68:2
**caption** 84:8
**capture** 76:22
**careful** 79:5
**case** 1:6 5:22
  20:13,13 66:24
  67:24 81:13
  83:8,8,18
  84:18 85:5,7
  85:12
**cases** 55:1,1,1
  60:6
**catch** 76:19
**categorize** 22:9
**cba** 51:15
**ccr** 1:25 84:24
**center** 55:5
**ceo** 7:7
**certain** 13:1
  26:5 48:15,16
  48:16 64:17,17
**certainly** 18:8
**certificate** 85:1
**certificates**
  85:9
**certified** 43:15
  83:9,21 85:4,5
  85:6,8
**certify** 84:6,16

**cetera** 15:6
  23:5 43:5
  64:11
**chachko** 1:16
  5:17 6:18,22
  6:24 7:5 35:8
  39:3 47:17
  59:14 63:14
  65:15 68:14
  69:15 70:3
  80:13 82:21
  84:2 86:5 87:2
  87:24 88:2,4
  88:12
**chain** 40:2
  45:13
**chance** 67:8
**change** 49:21
  50:2,21,25
  51:1,2,3 66:7
  79:5 87:4,7,10
  87:13,16,19
**changes** 43:3
  83:21 86:10
  88:6
**changing** 43:13
  51:13
**channel** 11:6,9
  13:1,2,6 19:18
**channels** 10:11
  10:14,19,20,20
  10:21 11:13,15
  11:20 16:25
  21:11,19,25
  22:2,10 32:2
**charts** 57:5
**chat** 59:1

check  38:14
cherrypicked
  65:11
chips  45:17
choose  48:18
  66:23 73:17
  81:2
chooses  27:3
chosen  40:16
circle  52:8
clean  17:4
clear  81:25
click  31:10,11
clicked  31:13
  32:9,14
client  11:1 13:5
  13:9,11 19:5
  20:21 21:4
  33:14,14 54:3
  54:4 56:4
  76:22 77:1
client's  54:8
clients  4:14
  13:17,19 16:5
  16:10 17:16,16
  18:11 28:19,20
  28:24,25 29:2
  29:5 31:2,17
  32:8 33:17
  34:11,12,22
  35:10,14,23
  37:23 39:11,16
  40:15 61:14
  62:5,8 68:18
  68:20,23,24
  70:18,20 72:13
  75:23 76:13,18
  77:5,8,10,11

79:17,19,23
80:1,5,6
close  12:12,13
  61:25 62:12
  64:14
closing  4:21
  66:3,4
cluster  53:4,5
code  83:13
collect  77:3
colloquies
  83:20 84:10
  85:4
column  29:9
  59:23 60:1,3,4
  60:22 61:9,14
  61:16 62:1,16
columns  60:2
  76:7
comb  54:21
come  7:20
  18:25 39:16
  41:23 43:16
  47:14 49:21
  54:16 55:24,25
  64:9
comes  11:1
  12:8,24 13:5
  19:8 20:8,21
  42:11 49:19
  53:16 54:17
comfortable
  44:12 78:25
  79:3
coming  30:13
  30:14 40:9
  45:16 48:20,21

commission  1:5
  2:4 5:19 6:15
  86:4 87:1 88:1
common  29:17
communicati...
  71:2
community
  14:6 17:10
  18:10 48:7
  66:17
companies
  14:18 18:13,16
  18:21,23 24:14
  24:15 46:24
  47:6 51:22,22
  56:22,22,23
  60:24 66:15,18
  67:4
company  17:21
  17:24 18:2
  31:17,18 43:11
  44:16,17,17
  57:4 60:13
  64:7,21,21,25
  66:5,21,23
  67:24 71:20
  72:7
compensation
  83:14
compete  15:18
  46:24,25 70:21
  72:25
competing
  72:20
competition
  78:3,15,18
competitive
  24:25 46:9

compiled  17:25
complete  58:2
  83:10,20 85:4
  85:6 88:8
completed
  86:17
completely
  14:3
complex  15:2
compliance
  83:3,13
complicated
  47:2
component
  41:14
comprised  75:8
  75:9
concerned  14:4
  22:18
concerning
  82:5
concerns  15:4
  53:2
concluded
  82:24
concludes
  82:20
conclusions
  24:17 55:25
condition
  48:20
conditions
  48:16
conduct  38:4
conducted  5:8
  5:24,25
conduit  40:18

confidential
82:3,8
confidentiality
82:15
connect  8:4
10:25 32:1
56:3
connected  9:6
13:3,7,8,9,12
13:13 21:19
26:19,20,21
54:4
connection  5:9
18:6 24:9
74:11
considering
45:21
consistent
74:25
consumer
17:20 30:7
50:15,20
consumers
7:14,25 9:8
45:4,11 47:19
48:8,19 49:6
57:11
cont  3:1
contacted
83:16
contain  77:3
contained
74:14
contains  75:6
content  7:25
8:1
context  8:7

continue  5:13
12:14 64:7
77:24 78:14
continuing
78:2
continuum
49:1 51:24
55:3
contract  83:14
contracts  83:8
control  66:7
70:7,13
conversation
67:6
conversations
67:18 68:5
convert  64:18
80:21
converted
64:23
convertible
4:18 63:17,23
64:1,15 70:4
70:25 77:18,23
78:13
converts  64:16
cookie  20:13
coordinators
85:3,8
copies  85:8
86:14
copy  85:6
core  55:5,9
correct  14:15
20:9 21:12,13
21:21 22:4
23:8,15,21
24:3 26:16

27:7 34:6 37:6
38:6,9 42:16
49:15 53:9
68:25 76:16
77:13,14 80:15
80:16,24 81:5
81:6 83:20
84:14 85:4,6
88:8
corrections
88:6
counsel  2:1 3:1
5:18 6:7,17,21
39:4 83:2
84:17,19 86:14
couple  29:8
37:13 43:2
53:5 72:7
course  48:1
68:15 78:1
court  1:1 5:22
6:2,20,25 72:9
82:4,5,11,14
83:5,9,21 85:5
create  16:18
17:17 30:12
32:2 40:11
52:8
created  31:20
33:16
creating  27:5
creation  16:1
16:16
critical  51:17
cross  17:22
crosswalk
26:19,22 41:10

crunching  31:4
cs  86:15
ctv  10:20 11:9
16:25
curated  19:1
current  28:24
68:23 80:22
currently  13:7
13:8 28:19
68:19
customer  4:15
17:2 41:19
51:8 73:10,12
73:16
customers
32:25 34:22
cv  1:7 5:23
cycle  51:24

**d**

d  1:14 4:1
72:11
d.c.  2:8,14,22
3:8
daily  55:1 76:9
data  9:19 11:2
13:11 14:5
15:5 16:6,11
16:12,12,13,17
16:20,23,23,25
17:4,11,11,24
18:3,5,6,7 19:7
19:9 20:4,6,22
20:22,24 21:5
21:5,8 24:15
24:21,23 26:6
26:19,20,20,21
26:21,22,25

29:21 30:2,6
30:10,19,21,25
31:1,25 37:11
37:16,23 39:15
40:10,11,11,12
40:19,22,24
41:9,12,14
42:6,12 43:3,4
43:14 45:10,15
45:15,20 47:18
49:7,9,15,17
49:19 50:5,13
51:5,6,7,10,11
51:18,23 53:14
53:16 54:9,9
54:15,17,24,24
54:25 55:5,7,7
55:9 56:2,5,11
56:17,21,25
57:3 58:1,5
61:20,22 74:17
74:19,23 76:3
79:3
**data's**  26:19
62:19
**date**  4:21 5:6
66:3,4 84:2
87:24 88:12
**david**  2:19 6:12
**day**  25:1 47:7
56:9 70:10,10
84:21 88:15
**days**  37:24
43:23 86:17
**de**  58:4
**deal**  61:24
62:12

**deals**  61:17
**debt**  64:10,15
64:15,22 65:1
**december**
61:25
**decide**  67:1
**decided**  43:24
**decision**  13:25
46:8 64:13
**decisioning**
25:2
**declare**  88:4
**dedicated**
60:17
**deemed**  88:6
**deep**  71:20
**deepintent**
2:17 6:13 41:7
58:6
**default**  66:25
78:19
**defaults**  81:25
**defendant**  2:10
2:16 58:12
69:16
**defendant's**
59:16,22
**defendants**
1:10 5:18
35:22 38:15
**defense**  39:4
**defined**  66:7
**definitely**
78:21
**degradation**
26:25
**deliver**  12:25
13:10

**delivered**  57:2
**demand**  7:19
12:15
**demands**  72:13
**demarchi**  2:6
**dependent**
50:10
**depending**  51:9
57:16
**depends**  5:8
57:21
**deploy**  8:5
10:22 21:7
29:22 30:3
31:9 39:13
41:17
**deployed**  24:23
30:20,21 31:5
31:19,21 39:18
**deployment**
42:4,7 74:20
**deponent**  84:8
84:15 86:13
88:3
**deposing**  86:13
**deposited**  56:5
56:6,7
**deposition**  1:15
5:7,16,24 27:8
36:2 62:22
82:24 84:2,2
84:13 85:11
**dermatologists**
48:4
**describe**  7:10
7:18,23 8:9,15
13:19 16:3
18:20 19:22

24:8 28:16
29:11
**described**
14:11 77:18
**designated**
82:7
**designating**
82:2
**desk**  23:5,15
33:19,21 35:18
37:1 41:6
43:21 58:6
**destination**
20:23
**detail**  19:22
**determined**
83:14
**deterministic**
22:16
**dev**  72:7,11
**development**
72:11
**difference**
42:24 47:18,21
49:17 51:16
54:12
**differences**
42:22
**different**  15:15
17:15 21:18
29:9,10 33:4
35:13 42:18
45:19 49:7,13
49:14 51:6
54:18 56:16,19
57:18 64:10
66:16

differentiates 39:9

differentiation 43:7

differently 49:5

difficult 44:19 46:13

digital 8:12 10:10 20:7,10 21:8,9 30:13 30:17 34:13 40:9,20 54:18

direct 25:21 57:14 83:14

direction 84:12

directionally 79:22 80:3

directly 25:8 51:25

directors 70:13 70:16 80:15,18

dirty 49:20 50:16

disclose 25:14

disclosed 37:1

disclosure 83:5 85:1

disclosures 83:1,2,3,15

discount 83:19 85:13

discounts 83:18 85:12

discuss 44:20

discussed 21:17 35:9 36:8 39:5

42:12

discussing 25:6 65:7

discussion 77:17

disqualificati... 83:6

disqualify 83:12

distill 54:23

distinction 60:19

distribute 7:20 16:24

distribution 11:12

district 1:1,2 5:21,22

doctor 9:1,2 52:5 53:21 54:13

doctors 19:12 19:13 48:10,14

document 4:17 4:18 27:10,14 27:17 28:9,14 29:1 58:22 62:24 63:1,2,4 63:8,9 65:4,10 65:22 68:7,14 68:16

documents 36:1 82:6,8,16

doing 27:2 45:17 46:1 55:2 72:19 79:2

dollar 47:6 62:13 66:21,23

doors 16:19

dozen 37:22

dozens 73:12

draw 59:21

drinker 3:4 6:17

dsp 7:18 9:14 10:23 11:3 13:1 14:5 20:23 22:25 23:1 24:1 25:7 25:12 26:10 29:12,14 31:9 39:7,9,11,13 40:3,14,14,16 41:20,22 44:6 44:16,25 45:22 45:23,24 46:7 47:1 49:16 51:12,13 56:20 58:5 72:19 73:11 74:11,20 75:5,7

dsp's 71:17

dsps 8:4 9:5,6 10:16,16,17 16:25 19:17 21:19 22:21,22 23:4,21 24:1 24:18 25:6 29:17 30:7,22 30:22 31:25 32:1,6,19,22 33:7,8,13 34:2 35:18 36:10,17 36:21 37:25

38:2,2,3,4 39:5 42:4,14,18,19 44:21,21 45:2 71:8,8,12,13 72:3,4,19 73:12,16,18,19 73:24 74:4 78:25

dt 52:22

dtc 44:5 48:8 49:2,3 51:5 52:17 53:13 54:11,13 57:9 57:16 61:8 74:5 75:9,16 76:25

dual 58:19

due 63:3

duly 6:23 84:9

dumb 56:12

**e**

e 1:14 4:1,10 29:9 72:11 84:1,1 87:3,3,3

earlier 19:21 21:17 22:22 49:18 69:16

early 68:6

easier 27:25 28:2

easily 43:1 61:8

easy 44:18 75:17

eco 15:2 21:8 40:20 54:19 72:24

educate 52:20
effectively
26:24
eight 54:23
either 18:25
55:6 65:19
68:1
election 64:19
elections 64:17
electronically
4:11
element 30:17
ellen 3:11 6:1
email 8:21
20:12 50:24
54:2,3 58:23
59:4,15 63:8
emailed 62:24
employee
84:17,19
employees
71:21
enable 17:5
22:3 32:13
77:19 78:24
enabling 32:8
encourage
25:24 26:2
63:10
endpoint 20:23
engage 18:18
36:9
engaging 24:2
26:11
enhance 9:19
ensuring 12:18
40:8

entire 14:7
entirety 82:2
entitled 80:19
81:1
entries 29:10
29:12
entry 43:19
60:11
equally 50:15
equation 31:8
equity 64:16,24
67:10
er 1:7 5:23
ergo 26:21
errata 86:11,13
86:17
erratas 86:15
esquire 2:5,6
2:12,19 3:5
86:1
essentially 74:4
74:18
estimate 11:22
et 15:6 23:5
43:5 64:11
ethics 83:13
everybody
10:25 17:18
evidence 84:15
exact 45:16
54:11
exactly 27:7
51:11 66:13
exaggerated
33:24
examination
4:2 7:1 39:1
70:1 80:11

examined 6:23
example 17:3
33:8 76:23
examples 18:20
36:16,20
excel 27:14
75:22
except 83:8
exclusively
13:25 14:13
15:9 85:8
excuse 46:20
execute 75:6
executing
73:24
execution 49:7
74:4
executive 44:4
exhibit 4:12,13
4:17 27:8,12
27:13,22 28:17
32:18 58:10,12
59:16,22 61:15
62:22 63:8
65:11 68:11
75:22 77:9
79:16
exhibits 4:11
83:21,22,23
85:6,7
existing 16:6
25:25 27:5
62:5 72:13
76:9
expand 54:8
expansive 77:4
experian 47:11

experience
45:22 46:1
expert 82:9
expertise 19:19
experts 44:8
exposure 40:17
extend 62:18
extrapolated
62:20

**f**

f 1:14 84:1
facebook 41:5
58:6 76:23,25
77:12
facility 56:4
fact 70:24 71:2
72:2
faegre 3:4 6:17
faegredrinker...
86:2
fails 86:19
fair 12:17
18:14 26:6
fairly 9:10 10:7
15:1 44:18,18
46:3 71:23
familiar 8:6
69:17
far 14:4 22:17
46:1
faster 32:2
64:8
federal 1:5 2:4
5:19 6:15
82:11 86:4
87:1 88:1

feed 30:13,13
felt 44:12
fide 66:5
fighting 47:7
figure 19:15
  59:6
file 51:14 74:10
  74:15,17,21
  75:4,6
filed 5:21
files 59:19
filled 61:19
financial 64:10
  83:6 85:13
financially
  84:20
financing 64:6
  77:19
find 20:7
finding 21:4
finish 61:18
finished 14:3
finishing 37:12
firm 83:1,15
  85:1
first 6:23 44:23
  45:5 57:14,17
  59:21 62:13
  63:14,22 65:24
  66:9,10,12
  77:2
five 35:1 66:16
  67:3
fix 16:12 53:23
fixed 50:21
fixing 51:18
  53:14

focus 14:12,13
  15:12,20 33:12
  42:15 43:11
  44:7,9,13 45:2
  45:3,7
focused 10:16
  11:3 12:18
  13:23 14:20
  17:20 22:21,25
  23:1,20 33:2,8
  38:2 42:18,25
  43:1,22 44:21
  45:24 80:4,6
focuses 33:13
  63:8
focusing 14:20
  43:14 45:19
foerster 2:18
folks 14:8 19:9
  19:9,9 20:5
  23:4 24:24
  43:24 46:23
  48:14 71:21
follow 81:13
  82:3
following 83:1
  83:3
follows 6:23
footprint 14:1
  20:7
forecasted
  61:22
forecasting
  76:4,11
foregoing 84:6
  85:3 88:5
form 11:17,25
  12:21 14:16,22

15:22 17:7
21:14,22 22:5
22:12 23:10,16
23:22 24:4
25:13 32:10,16
33:10 34:7,15
34:20 36:14,23
38:7 55:17,22
56:6 57:12
66:6 71:1,18
72:5 73:7,13
73:20 74:6
75:10 76:17
77:15 78:5
80:2
forms 83:5
forth 82:4
fortunately
  50:19
forward 64:13
  67:6
foundation
  10:1 11:17
  14:22 24:5
  36:24
founder 7:7
four 37:15
  47:14
frequency 56:7
frequently
  49:24
fringe 55:5
front 45:25
  47:4 51:19
ftc 36:1 38:12
  71:7 73:23
  75:20 77:17

full 52:8 62:19
  62:20
function 20:24
fund 64:7
further 70:1
  80:11 84:16
  85:5
future 76:10
  82:4

g

gain 67:10
game 47:5
gao 2:5 4:4,6
  6:14,14 10:1
  11:17,25 12:21
  14:16,22 15:22
  17:7 21:14,22
  22:5,12 23:10
  23:16,22 24:4
  25:13 26:13,15
  32:10,16 33:10
  34:7,15,20
  36:1,13,23
  38:7,13,18
  39:2 55:18
  57:7 58:9,18
  59:2,13 62:23
  63:13 65:14,20
  68:10 69:7,14
  69:20 71:1,18
  72:5 73:7,13
  73:20 74:6
  75:10 76:17
  77:15 78:5,17
  80:2,10,12
  81:10,21

**garden** 8:4
**gardens** 7:15
**gather** 7:20
**general** 14:12
15:9,19 22:25
23:20 24:1,1
25:6 34:2,2
35:17 36:10,16
36:21 38:2
71:8,12 72:3
73:18
**generalist**
44:20 45:23
**generally** 14:20
**generate** 33:17
76:24 77:5
**generated** 19:2
33:20 34:4
79:25
**generates**
35:13 76:14
79:24
**generating**
28:20 61:5
68:19
**generation**
19:7
**georgia** 83:3,9
84:4 85:3,8
**getting** 24:15
48:11 61:4
**give** 28:23
29:25 37:9
38:11 47:16
53:24 68:22
**given** 64:16
73:3 82:20
84:15 88:9

**gives** 30:9
**go** 5:14 13:6,25
25:5,25 27:4
29:21 31:11
34:9 35:1
38:16 58:1
59:5 63:14
69:7,24 79:8
81:24
**goes** 44:5 46:1
54:1 66:8
76:10
**going** 5:5 13:22
15:12 18:25
20:4 27:10,18
27:21 35:2,5
35:21 38:19,22
43:3 47:16
48:10,17 58:7
59:8,11 61:25
62:12 68:7
69:9,12 75:14
79:9,12 80:7
81:17,17
**good** 5:4 15:6
22:13 25:17
39:3 55:3
68:13 72:18
**google** 25:22
26:7,10,21,22
27:3 37:1
69:17
**google's** 25:7
25:12 26:10
69:17
**gothsall** 2:11
**gotten** 81:16

**government**
49:23
**granular** 57:20
**graph** 30:6,7
30:12,18
**graphs** 9:13
57:6
**great** 38:18
81:23
**group** 20:1,5
74:23
**grow** 64:7
77:19,24 78:3
**growing** 34:19
34:21 78:14
**grows** 12:1
**growth** 34:13
**guess** 18:9
75:14 76:20
**guy** 51:15
66:11
**guys** 57:24

## h

**h** 4:10 87:3
**half** 37:22
**handle** 72:18
**handled** 85:7
**happen** 67:11
**happens** 26:18
26:23,24 66:10
**happy** 66:11
**hard** 43:23
47:13 78:20
**hc** 73:6
**hcp** 8:6,24,24
9:12,22 10:15
10:17 11:3,4

11:14,21 13:20
14:18 16:7
17:5 18:18
22:11 24:2,9
26:7,11 34:18
34:24 35:18
36:10,17 39:23
40:1,25 41:18
41:24 42:18
44:21,25 45:13
45:24 47:22
48:7 49:2,4
50:16 51:4
52:22 53:16
57:13 59:23
60:5,9,14,22
60:25 61:3,8,9
61:10,14,20
62:1,5,9,20
73:4,17 74:5
75:16 76:15,25
77:11,24 78:4
78:15 79:18,24
80:4
**hcps** 8:13 9:25
10:4,10 11:11
12:20 17:17
21:11 22:3,24
23:8,12,14,20
24:1 25:11
26:10 36:9,22
38:3,5 42:15
45:3,7,11
47:19 49:5
52:14 75:8
**healthcare**
4:14,15 8:10
8:25 9:1 10:4

12:24 13:23,25
14:4,6,8,10,14
14:21 15:4
17:10 18:10,24
19:3,10 22:21
22:25 23:4
28:18 29:2,5,5
30:8 32:20,22
32:23 33:1,2,2
33:8,13,14,17
33:25 34:3,14
35:9 37:8 38:2
41:1 43:1,2,12
43:14,22,25
44:1,14 45:1,3
45:7,8,10
46:10 47:22,24
48:10,13,15,17
48:19,24 49:19
50:5 60:8,12
60:13,16,18,21
66:17 68:18
69:18 70:18,20
71:8,13 72:4
73:18 75:23
76:13,18,21,22
77:1,6,10,12
78:23 79:17
80:1,5
**hear**  65:17
**heard**  5:11
**heavier**  23:3
**hebert**  3:11 6:1
**heck**  43:12
**hell**  47:3
**help**  17:9 18:5
**helping**  40:21

**hereto**  88:7
**high**  8:15 13:18
  39:10
**hipaa**  15:5
  43:15 53:2
  57:25
**history**  67:21
**hold**  72:7
**holdings**  1:8
  2:10 5:20 86:4
  87:1 88:1
**hook**  43:4
**hooked**  9:5
**hope**  66:10
**hospital**  50:2,3
**host**  9:19
**house**  20:4
**housing**  39:12
**huge**  57:23
**hundred**  10:6,6
  19:12 22:7
  38:9 41:3,4
  60:17 61:2,4
**hundreds**  12:6

**i**

**idea**  54:10 57:3
**identical**  43:8
  49:8,16 75:2
**identification**
  8:20
**identified**  67:4
**identifier**  41:10
  41:11
**identifiers**
  50:25 54:1
**identify**  7:17
  8:19 9:12

10:13 11:11
28:18 30:18
31:13,18 49:10
68:18
**identities**  13:18
**identity**  8:18
  8:18,24 9:3,22
  15:15,15,18,19
  20:8,10 30:12
  31:25 39:21
  40:7 42:5,12
  43:9 46:4,16
  46:19,25 52:12
  55:11 58:2
  73:3 78:23
**ids**  26:22 40:13
**ignore**  26:2
**imagine**  50:6
**immediate**
  74:20
**impartiality**
  83:13
**important**
  12:20
**impossible**
  58:4
**inaccurate**
  16:9
**include**  35:17
  73:18 77:10
  79:18
**included**  34:5
**includes**  77:9
**including**  34:3
  82:9
**incomplete**
  16:8

**incorporated**
  5:16,20,21
**independent**
  12:23
**individual**
  20:10 58:8
  71:19
**individuals**
  20:1 53:5
**industry**  17:10
  21:9 26:23
  47:25 73:6
**influenced**
  70:23
**information**
  7:16 31:16
  40:19 53:22,23
  53:24,25 56:4
**informed**  72:2
**infrastructure**
  43:13
**initial**  33:22
**innovate**  77:24
  78:3
**innovating**
  78:14
**instance**  33:19
**instances**  57:10
**instrument**
  64:15
**insurance**
  17:21 18:12,22
  19:8
**integrate**  20:18
**integrated**  9:6
  12:19 13:3
  20:14,16 21:12
  21:18 25:7

**integration**
9:13
**integrations**
27:4 37:13
**intellectual**
53:20
**intelligent**
16:24
**intended** 31:6
**intentions**
67:20
**interactions**
71:12
**interchangea...**
74:17,24
**interest** 64:6
65:2 67:25
81:9 83:7,11
**interested** 14:8
14:9 25:3 67:5
67:9 68:3
84:20
**interests** 80:22
**intermediary**
16:21 25:9,11
25:15 26:3
**internet** 5:9
**intimately**
69:19 71:22
**introduce**
27:10 62:23
**introduced**
65:11
**investment**
64:22 81:4,8
**investors** 71:6
**involved** 17:13
71:22

**involvement**
70:10
**ip** 8:21 20:11
51:3 54:5,6,7
**iqvia** 1:8 2:10
4:20 5:19 6:11
63:18 64:2,14
64:25 65:2
66:19,21 67:4
67:8,15 70:4,7
70:9,9,13,17
70:21,24 71:2
77:22 78:12
80:14,17,21,23
81:4,7 86:4
87:1 88:1
**issue** 56:1
**issues** 48:16

**j**

**j** 2:19
**jersey** 1:18
**job** 11:11 12:22
13:2 50:12
**judi** 6:2
**judith** 1:24
84:24
**jump** 32:18

**k**

**k** 3:6 6:13
**keep** 68:15
81:17
**keeps** 49:23
**ken** 6:16 28:18
32:17 68:17
**kenneth** 3:5
86:1

**kenneth.vorr...**
86:2
**kept** 76:3
**kind** 18:5
26:16 29:4
31:4 49:20
52:7 58:18
69:2 72:9
**knock** 16:19
**know** 7:12 10:5
10:13 11:2,6
11:10,20 12:5
12:7,8,18,22
13:16,21 14:8
14:20 15:3,4,5
15:14,17 16:15
16:22,25 17:21
17:22 18:9
19:8,11,12
20:3,9,11,15
20:16 21:11
22:13,14,17
25:15,17 26:5
27:1,17 29:23
30:16 31:19
32:5,13 37:24
39:10 40:2,6
40:13 41:7
42:20,21,21,23
43:9,10,18,20
43:24 44:9,23
44:25 45:2,12
45:14 46:3,6,7
47:5,8 48:5,7
49:1,19,20,24
50:1,17,19
51:17 52:2,11
52:19,20 53:3

53:12,16,17
54:3 55:4,4,6,6
56:1,3,12,14
56:15,17,23
57:5,24 58:7
58:14 60:24
61:6,19 63:15
67:19 68:12
71:21 72:6,17
72:18,23 75:7
75:13,13,15
76:2,6,24
77:11 78:19
79:4 81:25
82:10,14
**knowledge**
25:10 44:22
71:16,20
**known** 2:17
53:8,9,10

**l**

**l** 1:14,24 2:20
84:24
**label** 29:13
**labeled** 29:12
59:23
**large** 63:7,9
**larger** 49:4
79:25 80:5
**laser** 52:23
**law** 83:4
**laws** 57:18
**layer** 15:3
**layout** 51:14
**lead** 78:3,14,18
**leading** 12:21
14:23 17:7

22:6 23:22
24:4 34:20
36:23 38:7
73:7,13,20
74:6 75:11
77:15 78:5
80:2
**leave** 36:5
49:21
**left** 60:3
**leg** 48:11
**legal** 57:14
86:23
**legislation**
57:23
**leitz** 1:24 6:3
84:24
**lent** 64:25
**lesser** 27:4
**level** 8:15
13:18 39:11
**license** 30:6
31:25 39:11,17
39:17
**line** 19:13
40:19,24 41:1
41:9 61:15,16
61:18 87:4,7
87:10,13,16,19
**lineage** 26:17
**linkage** 19:17
**lisa** 2:6
**list** 16:7,7 17:3
18:25 20:21
33:12,15,16,20
33:22,23 34:11
73:11

**listed** 11:15
35:9 37:7 62:3
**lists** 16:8 17:17
17:25 18:17
35:23
**literally** 54:20
**little** 13:22
43:17 53:1,10
77:4 80:3
**live** 37:24
**liveintent**
47:15
**liveramp** 22:1
47:12
**llp** 2:11,18 3:4
**load** 63:7
**locating** 9:8
**location** 50:2,2
52:6 53:22
**locations** 25:20
56:16,17,19
**log** 9:18 24:19
30:19,23 31:15
**logged** 30:21
**logging** 28:6
**logic** 44:3
46:13
**long** 7:8 25:1
63:6
**look** 15:11 18:9
60:11,15 67:13
**looked** 58:11
**looking** 13:12
13:13 61:13
**lose** 27:1 47:3
**lot** 14:4 27:1
30:7 31:25
32:1,5 43:12

46:5 47:1,2,3,3
49:20 50:4
53:8 72:25
**lotame** 25:16
25:18 26:7,10
26:20,20
**luke** 2:12 6:10
27:18 32:25
36:4 58:17

**m**

**m** 2:13 3:5 86:1
**made** 43:10
46:5 52:1
64:13 81:4
83:3,21 88:5
**magic** 43:6
**magnify** 50:16
**magnite** 37:18
**mail** 20:4,4
**maintaining**
83:13
**majority** 73:21
**make** 12:3 13:3
13:4 14:19
16:13 20:1
24:16 40:13
44:18 46:8,9
48:7 49:11
57:1,1 60:19
72:14 83:10
**makes** 50:13
53:12 66:18
79:2
**making** 13:24
45:6,23 50:8
50:10 83:12

**manage** 27:3
43:3
**management**
70:10
**managing** 79:3
**manges** 2:11
**manufacturers**
18:17
**march** 4:22
63:18,19 64:3
**marked** 27:8
58:12 62:22,25
75:21 77:9
**market** 9:24
10:5,7 16:18
19:18 20:1
34:18 48:14,18
64:4
**marketable**
48:7
**marketing** 7:21
9:16 10:4 14:9
40:1 50:8
51:20
**match** 22:16
30:17 60:7
**matching**
20:24
**materially**
61:20
**matter** 5:19
12:9,10 13:14
51:7 83:11,17
**mature** 12:3
**mean** 8:18 19:3
31:24 34:21
40:4,22 44:23
45:3,9,18

46:16,22 47:17
53:15 62:3
72:6
**meaning** 19:4
75:1
**means** 8:9 9:5
40:12 46:23
57:3 62:5
74:18
**measurement**
9:18 24:8,12
24:14 31:2,17
44:16 51:21
55:13,19,20,24
56:22
**mechanics**
73:24 74:3
**media** 1:9 2:16
5:15,20 6:13
7:21 8:5 10:19
10:22 11:6
13:1,1 21:7,19
24:23 29:22
30:3,20 31:5,9
31:11,11,19,21
39:13,18 40:17
41:17 42:4,7
52:1 57:15
82:22
**medications**
48:16
**meetings** 72:7
72:10,11,16
**members** 80:14
**mention** 54:15
**mentioned**
11:19 13:16
17:15 18:12

19:21 22:20
32:7 33:4
35:12 38:1
69:16 73:24
**message** 50:9
**middle** 24:18
65:23
**middleman**
16:22
**million** 48:6
65:1,2,5,6,16
81:4
**minimal** 71:3
**minority** 80:22
**minuses** 55:7
**minute** 35:1
59:6 79:8
**minutes** 56:8
**mischaracteri...**
17:8 21:15,23
22:6 26:15
33:11 38:8
**misstates** 36:13
**mobile** 8:22
10:20 11:7
20:12
**model** 18:4
76:4,11
**modelers** 51:21
**modify** 57:4
**money** 47:4
52:7
**month** 12:1
54:21 56:10
66:3
**monthly** 55:1
**months** 67:2

**moran** 1:24
84:24
**morrison** 2:18
**move** 50:1
56:18 64:13
67:6 68:1
**moved** 53:21
**movement** 50:4
**movers** 56:2,25
**moving** 56:10
56:21
**multiple** 10:10
34:3 46:6
62:16
**multiples** 49:3

**n**

**n** 1:14,14 4:1
**n.w.** 2:7,13,20
3:6
**name** 5:17 6:1
7:3 57:11,17
**names** 57:14
**native** 63:11
**necessary** 53:6
55:20 88:6
**need** 13:17
16:11 18:5
24:16 25:24
51:10 72:14
**needed** 18:1
**needs** 57:19
**networks** 11:8
43:5
**new** 1:2,18
5:22 13:9,10
18:6 27:5 32:1
34:11,12 47:11

48:21 50:23
53:22 61:14
**nj** 5:1
**nonbinding**
66:6
**nondigital**
54:19
**nonfocused**
23:4
**nonhcp** 80:5
**nonhealthcare**
14:2 23:1,20
30:8 35:14,23
77:5 78:24
79:19,23 80:6
**nonspecific**
11:4
**notaries** 85:4,8
**notarized** 85:8
**notary** 88:13
88:19
**note** 4:18 5:7
63:17,23 64:1
66:8 70:4,25
77:18,23 78:13
80:22 86:10
**noted** 36:5 88:7
**noticing** 6:9
83:16
**noting** 75:22
**november** 7:9
61:25
**npi** 16:7 17:16
18:17 49:23
73:11
**npis** 17:3,25
18:25 19:15
45:11 47:25

49:25
**nuance** 53:13
76:19
**nuances** 42:20
**number** 9:5,6
25:23 27:15
31:4 46:24
48:6 61:23
62:16 66:15
82:22
**numbers** 50:24
51:1

**o**

**o** 1:14
**object** 55:17,22
57:12 65:9
**objection** 10:1
11:17,25 12:21
14:16,22 15:22
17:7 21:14,22
22:5,12 23:10
23:16,22 24:4
25:13 26:13
32:10,16 33:10
34:7,15,20
36:13,23 38:7
71:1,18 72:5
73:7,13,20
74:6 75:10
76:17 77:15
78:5 80:2
**objections** 6:4
78:17
**objective** 67:23
**objects** 36:1
**obligation**
83:13

**observed** 80:20
**observers**
80:17,19
**obtaining**
80:23
**obviously** 11:6
**occur** 10:10
11:15 41:19
**ocga** 83:6,7,18
85:11
**october** 1:20
5:2,6 61:25
84:2,21 86:3
**offer** 47:9,9
66:5,6,18,22
**offering** 57:17
**offers** 19:24
24:9 66:21
67:13
**office** 50:1
**oftentimes**
30:22 50:24
**oh** 10:12 32:17
47:11 50:17
**okay** 6:25 7:10
7:18 8:11 9:23
10:9 12:17
13:16 14:11
15:17,25 17:2
17:15 18:12
19:21 22:20
23:7 24:8 25:5
25:10 26:9
27:10 28:11,14
29:8 31:23
32:7 33:4 34:2
34:9,25 35:21
36:3 37:20,25

38:10 44:10,24
53:5 69:7,23
71:5 72:1 75:3
75:20 76:12
77:8 79:7,15
80:7 81:20,23
**old** 17:25 18:5
**once** 9:12 20:9
29:24 49:15
52:9 56:9,10
56:10 58:14
59:2 63:15
68:12
**oncologists**
48:3
**ones** 12:9 13:14
36:25 37:6,9
46:7 62:9
**online** 41:9
**open** 7:15 8:3
63:10
**operates** 46:3
**opportunity**
66:19 67:3
**order** 38:4
41:18 45:16
82:9
**ordering** 83:24
**orders** 82:5
**ordinary** 68:15
**original** 56:24
63:4
**originally**
24:22
**originates** 49:9
**outside** 36:25
37:5 42:6

**owe** 65:1
**own** 16:17 19:2
46:12
**owner's** 64:19

**p**

**p&g** 45:17
**p.m.** 1:21 5:2,5
35:3,6 38:20
38:23 59:9,12
69:10,13 79:10
79:13 82:19,24
**packaged** 57:1
**page** 4:2,12,17
63:14,22 65:3
65:16,21,22
87:4,7,10,13
87:16,19
**pages** 63:3,5,9
**paid** 42:9
**pair** 30:11
**paper** 66:14
**paragraph**
65:4,5
**part** 40:2 49:1
49:2 53:7 62:4
62:7 82:12
**partial** 16:8
42:9,11
**partially** 42:1,2
42:10
**participants**
5:10
**participate**
48:9 66:19
67:9
**participating**
68:3

**particular**  9:22
  21:7 29:20
  30:4,13,16
  31:21 48:20
  50:22 52:7
**particularly**
  44:15
**parties**  5:14
  62:24 63:10
  64:9 83:18,24
  84:18 85:12,14
**partner**  29:25
  30:2,3
**partners**  11:20
  11:23 12:19
  21:11,18 27:5
  31:2,3 32:13
  54:18
**partnership**
  25:18 41:7
**partnerships**
  27:6
**party**  68:1
  83:14,19 85:13
**pass**  77:2
**password**
  83:23,24
**path**  68:1
**paul**  1:16 5:17
  6:22 7:5 27:23
  82:21 84:2
  86:5 87:2,24
  88:2,4,12
**pdf**  59:18,20
**pending**  65:13
**pennsylvania**
  2:7

**people**  25:23
  41:4 47:23
  49:21 50:2,21
**percent**  12:8,9
  19:12 22:7
  26:5 27:1 38:9
  60:17 61:2,4
  81:9
**perfect**  49:11
  54:9 71:6
**perfected**
  54:24
**performed**
  29:12
**period**  66:2
**person**  30:16
  32:14 50:23
  51:25 52:3,4
**personal**  45:22
**perspective**
  10:23 11:10
  12:25 18:4
  64:24
**pertains**  14:25
**pharma**  14:5
  17:19 19:9
  51:8
**pharmaceutical**
  18:17 48:21
**pharmacy**  52:5
**phone**  50:24
  51:1
**physical**  8:21
  20:12 50:22
  51:2
**pick**  73:12
**piece**  21:8
  40:24 52:13

**pieces**  48:13
  49:12
**pipe**  25:21
**pipeline**  37:16
**pipes**  25:20,24
  25:25
**pivot**  13:22
  43:10 44:18
**pivoting**  44:21
**pixel**  31:7
**place**  5:13
  52:10 54:14
  83:17
**places**  25:22
**plaintiff**  1:6
  2:3
**platform**  7:19
  7:24 13:7,10
  21:1,6 29:20
  30:1,2,3 41:11
  41:13,14 44:25
  56:4
**platform's**  21:5
**platforms**
  20:14
**play**  44:25
  54:21
**players**  32:23
  47:9,10 72:25
**plays**  48:25
  55:14 72:23
**please**  5:7 6:5
  6:20 7:3 63:14
  65:21
**plus**  10:3,6
  55:6 65:2
**point**  12:2 58:3
  64:16 67:15,23

**policies**  69:17
**position**  10:24
  20:6 72:24
**possibly**  50:14
**postal**  50:20
**potato**  45:17
**practice**  19:2,3
  19:4,4,4
**practices**  49:21
  49:21,22 50:1
**practitioner**
  19:11
**prefer**  52:22,25
**prepared**  36:2
  76:20
**prescriptions**
  48:11
**present**  3:10
**presented**  83:1
**pressed**  78:20
**presumably**
  64:20
**presume**  61:18
**presumed**
  61:23
**pretty**  14:7
  25:17 26:4
  49:16
**previous**  68:7
**previously**
  36:25 38:1
  39:4 42:14
  55:12 57:8
  58:11 68:17
  80:13
**price**  67:5
**prior**  20:15
  40:7 76:3

priorities  72:12
prioritization
  72:16
privacy  15:6
probably  10:6
  12:1,2,3,5,12
  12:13 23:3
  37:15,21 47:13
  57:24 74:25
problems
  53:18
proceed  6:21
proceeding  6:5
  25:3 82:11
  83:1,19,23
  85:9
proceedings
  83:11
process  17:13
  45:19 49:8
  51:10 54:13
  71:17
processing
  61:3
produced
  35:25 36:2
  83:20 85:3,7
product  44:11
  52:7 57:16
production
  85:3,8,9,10
products  8:11
  8:16 15:25
  19:23 32:4
  56:15 60:23,25
profession
  48:15

professional
  9:1,2 47:24
  48:2 49:19
  50:5 83:13
  84:24
professionals
  8:10 41:2
  45:12 47:22
  60:18
profile  47:24
program  19:6
programmatic
  7:10 9:25 10:4
  10:9 11:14
  13:20 14:10,19
  17:5 18:10,18
  19:17 20:2
  22:4,11 24:2
  24:10 26:11
  34:19 35:19
  36:10 38:5
  39:24 40:1
  41:18,24 46:25
  50:7 61:1,10
  71:16 72:2
  73:4,6 76:15
  77:11,25 78:4
  78:15 79:18,24
prohibited
  83:17 85:11
prohibitions
  83:8
projected
  34:11,12 61:14
  62:8
propel  1:9 2:16
  5:20 6:12 86:4
  87:1 88:1

proper  40:13
property  53:20
protected  58:1
  83:23,24
protective  82:8
protocols  82:4
provide  8:11
  8:23 9:3,4,17
  15:25 19:14,16
  24:11,23 29:17
  36:20 39:23,25
  40:7 51:18
  55:13,20 60:23
  78:22 79:1
  83:16
provided  36:16
  70:5,24 76:18
provider  12:23
  15:9,13 46:10
  46:10 54:2
providers
  10:22 14:5
  18:24 46:4,7
  46:16,19 64:11
provides  73:5
providing
  22:15 41:24
  77:22 78:12
provision
  66:25
public  88:19
publisher  43:4
  56:20
pull  58:10,19
pulled  58:14
  59:17 68:12
pulsepoint
  37:18

purchase  4:19
  63:17,23 64:1
pure  29:18
  32:19,23 39:21
  44:25
purpose  40:25
purposes  7:22
  32:1 37:17
  57:5
pushed  26:6
pushes  26:9
put  11:8 20:6
  27:18 28:2,17
  58:17,25 61:24
  62:11,21 64:25
puts  30:2
px4060  62:25
  63:8,15

q

q3  64:5
q4  64:5
quality  5:8,9
  42:6,12 79:1
query  76:6
question  20:15
  22:13 32:24
  57:20 63:20
  65:12 75:4
  78:7 81:2
questions
  69:20,24 70:4
  71:7 75:20
  80:9 81:10,19
  81:21 83:20
  84:11 85:4
quick  28:23
  38:14 68:22

76:6
**quickly** 34:9
**quote** 19:19
77:1

**r**

**r** 84:1 87:3,3
**raising** 64:6
68:2
**rather** 27:4
44:7 67:9
**raw** 24:15,23
**reach** 13:2
18:24 19:10
49:5 52:14,17
57:9
**read** 7:25 86:9
88:5
**ready** 69:24
**really** 15:2,12
15:15 19:7
27:23 42:23
44:9 47:13
53:6 55:2,9
56:12 57:19,21
67:25
**reason** 44:1
86:11 87:6,9
87:12,15,18,21
**reasoning** 30:9
**reasons** 46:9
**reath** 3:4
**rebuild** 54:25
**rebuttal** 38:11
**rebuttals** 81:16
**recall** 69:2
**receipt** 86:18

**received** 64:12
**receives** 66:5
74:11 75:5
83:19 85:13
**receiving** 30:11
**recess** 35:4
69:11 79:11
**recipient** 50:9
**recognize**
28:14 41:15
**recognized**
41:16 62:13
**recollect** 66:14
**record** 5:5,14
6:8 7:4 27:16
35:1,2,6,22
38:17,19,21,23
59:6,8,10,12
65:10 69:7,9
69:13 79:8,9
79:13 81:24
82:13,18 83:11
83:12,20 84:14
**recorded** 5:12
5:16 84:7
**recording** 5:8
5:13
**records** 54:20
74:17,23 76:1
**red** 1:18 5:1
**reduced** 84:12
**reducing** 14:1
**referenced**
86:6
**reflect** 34:13
76:14
**reflected** 75:25
77:2

**reflects** 33:7
76:12
**refusal** 65:24
66:9,12
**registered**
84:24
**regulations**
83:5
**related** 8:12
16:1 19:23
76:15 85:9
**relating** 83:23
**relationship**
29:24 83:11
85:11
**relative** 84:17
84:19
**remember**
22:22 35:10,14
36:11,18 39:5
55:14 70:5
71:8 74:1,9,12
75:23 77:20
79:20
**remote** 1:17
2:1 3:1
**remotely** 1:23
5:1,25
**repair** 16:12
**repeat** 78:7
**rephrase** 63:20
**report** 83:12
**reported** 1:23
**reporter** 6:2,20
6:25 72:9 83:1
83:2,6,9,21,22
84:24 85:5,7

**reporting** 9:18
30:19 32:8,14
56:23 57:5
83:5,16
**reports** 10:2
24:19 30:23
31:15 56:1
82:10 85:13
**repository**
83:24
**representations**
83:3
**represents**
60:21 85:3,5
**request** 36:4
85:9,14
**require** 41:20
**required** 88:13
**research** 10:2
**reserve** 38:10
69:21 80:8
81:12
**reserved** 82:25
**resources** 47:3
**respect** 66:7
**response** 18:3
69:5 78:20
**responses** 18:4
**responsive**
17:12 35:24
**rest** 38:11
69:21 76:10
80:8 81:12
**result** 24:12,12
55:13 80:23
**results** 55:25
57:3

retained 82:23
return 81:7
  86:13,17
returned 64:23
revenue 4:13
  28:19,21 33:13
  33:17,18,20,25
  34:4 35:13,17
  41:23 42:11
  59:24 60:4,5,7
  60:8,9,9,14,16
  60:20,21,22
  61:4,5,9 62:1,6
  62:8,9 68:19
  68:20 75:22,25
  76:10,13,14,19
  76:21,24 77:6
  77:9,11 79:17
  79:18,23,25
review 72:12
  83:2 86:7
revolve 8:17
ridiculously
  57:19
right 7:13
  12:12,23 14:14
  17:6 21:20
  23:2 25:3
  26:12 28:8
  32:9 33:9
  35:19 37:9
  42:13 47:23
  50:9,9,10 52:2
  57:1,2 60:3,4
  61:13,21 65:24
  66:9,12 67:12
  67:17 69:21,24
  80:10

role 16:16
  55:14 71:17
round 64:6
rpr 1:25
rsa 1:25
rule 12:8
rules 82:14
  83:4

**s**

s 4:10 87:3
saw 53:21
saying 51:24
  76:2 78:20
says 11:1 13:5
  29:2,9 60:16
  62:7 63:23
  66:22 67:8
scale 26:1
scenes 32:4
scheduler 82:1
schema 51:5
scheme 51:6
screen 5:12
  27:11,19,19
  28:1,3,9 58:17
screw 28:7
se 16:17
search 8:1
seat 30:2
seats 39:11
  70:15 80:23
  81:1
second 27:12
  60:11 65:3,4,5
secret 67:22
sections 83:6,7

sector 14:2
securities
  43:17
security 15:5
see 21:7 27:11
  27:17 28:9,12
  29:1 32:8
  34:10,18 41:5
  41:5,6 46:2
  59:23 60:7
  61:14,21 62:19
  63:22 65:24
  66:13 72:25
seeing 18:3
seek 52:14,17
  67:15,17
seem 44:2
  46:13
seems 78:24
seen 5:11 10:2
  14:18
sees 65:15
selection 39:18
sell 16:18 56:17
  64:22 67:22
send 11:2,5
  29:21 30:22
  31:1,16 40:17
  41:12 50:7
  51:11
sending 37:16
  37:23 74:19,22
  74:22,23
sense 12:4 13:4
  39:25 45:14
  46:5 53:12
  79:22

sent 37:11
  56:15 58:5
  59:15,19 86:14
separate 58:2
sequence 54:11
series 70:3
serious 68:4
seriously 82:16
serves 38:3
service 19:14
services 8:12
  8:16 9:4,18
  10:22 12:23
  13:20 16:1
  19:23 24:9
  39:24 40:1,5
  41:24 47:9
  51:18 52:6
  60:23,25 73:4
  78:23 83:16
  85:13
servicing 32:5
set 20:3,22
  40:11,11,12
  45:20 51:7
  54:8,24 55:9
  58:2 82:4
sets 20:24
setup 58:19
  59:2
seven 82:23
several 64:9
  72:11
share 20:19
  27:12,22 63:8
shared 49:25
shaw 2:19 6:12
  6:12 65:9

Case 1:23-cv-06188-ER Document 229 Filed 11/15/23 Page 45 of 52
CONFIDENTIAL October 24, 2023
[sheet - states] Page 21

sheet 66:6
86:11
sheets 64:12
short 69:8
shortly 59:20
shotgun 52:23
shotgunnish
53:1
show 12:15
21:8 60:1
showing 7:25
32:19 77:5
shows 32:14,21
61:21
shrank 63:3
side 7:19,24
15:15,18 16:12
30:11 31:7
43:17 48:8
50:5,15,16,20
51:4,5,9,15,16
52:17,22,22
53:13 54:12
55:6 57:13,16
60:9 62:20
67:10
sides 48:25
60:7
sign 86:12
signature
82:25 84:23
signed 63:18
64:2 86:20
significant
71:12,16 73:5
signing 4:21
similar 14:19

single 13:13
51:12
sir 28:13
sit 24:18 81:2
site 27:20
56:20
sizable 10:7
size 63:4
sleigh 2:6
slightly 53:22
80:5
small 25:23
46:4,15 58:22
67:24
smaller 44:13
46:18,19 47:1
47:8
snapshot 28:23
68:22
soc 43:16
social 10:19
11:5 13:1
16:25 21:19
44:17
solely 83:14
solid 52:10
solutions 8:23
15:19 72:17
86:23
somebody
18:23 31:10
sophisticated
9:10,11
sorry 22:1
23:13 50:17
65:17 72:9
78:10

sort 8:3 12:4
15:11
southern 1:2
5:22
space 14:19
30:8 43:1,2
46:25 68:3
77:25 78:16,23
78:25 79:3
speaking 15:14
16:4,4 42:8
spear 52:12
specific 7:16
8:19 10:3 11:2
13:17 20:17,18
37:8 41:3 43:4
44:1 45:8 72:4
72:17 73:18
75:12 77:12
83:18 85:12
specifically
14:21 15:8
33:12 42:8
45:7 60:10
83:4
spectrum 14:7
16:10 25:18
45:9 48:2
53:17 70:19
speculations
78:6
spent 52:6
spreadsheet
4:14 33:5,7
34:5,10 35:9
35:13,17,23
59:16,18 68:11
75:22 76:1,7,8

76:12 77:8
79:16,17
spreadsheets
68:9
ssp 7:23 44:16
stackadapt
37:14
stages 37:23
stale 17:25
stamp 27:14
58:13 63:5
stamped 63:1
stand 13:10
standing 37:10
standpoint
16:15 24:25
25:2 33:25
44:4 72:7
start 14:1
47:11
started 13:24
43:14
starts 9:21
52:11 63:4
state 6:5,7 7:3
35:22 83:9
84:4
stated 35:16
42:14 46:15
55:12 57:8
84:8
statement
22:18
statements
84:11
states 1:1 5:21
65:4 66:2

stenographic...
    84:7
steps   67:19
stop   43:21
stores   39:15
straight   44:18
strategic   64:10
stream   8:20
    26:18 41:15
street   2:13,20
    3:6 42:22
strike   9:23
    18:15 22:1
    23:13 33:5
    78:11
strong   71:23
    72:21
stronger   16:13
    40:11 78:23
structure   45:15
    51:10
structures
    51:19
stuff   57:6
    71:24
subcontractor
    83:10,15
submitted   4:11
    83:21,22 85:5
    85:6
subpoena
    35:24 69:5
subscribed
    88:14
subset   4:17
    29:4 68:16
suggest   45:6

suite   2:21 3:7
sullivan   2:12
    4:3,5 6:10,10
    7:2 10:8 11:18
    12:16 13:15
    14:17 15:16,24
    17:14 21:16,24
    22:8,19 23:11
    23:18,24 24:7
    26:8 27:9,21
    27:25 28:4
    32:11 33:3
    34:1,8,17,25
    35:7,21 36:3,6
    36:7,15 37:3
    38:10 55:17,22
    57:12 68:9
    69:23 70:2
    71:4,25 73:2,9
    73:15,22 74:8
    75:19 77:7,16
    78:8 79:7,14
    80:7 81:14,18
super   39:10
supervision
    84:13
supply   7:24
support   24:14
    40:1,4 55:14
sure   10:15 13:3
    26:4 28:5,5
    40:13 50:8,10
    50:13 57:1,1
    61:24 62:12,17
    66:13 72:14
    75:13 78:9
surnames
    57:14

swear   6:20
switch   45:6
    46:9
sword   47:7
sworn   6:23
    84:9 88:14
sync   9:14 29:19
    29:20
system   15:2
    21:1,8 40:20
    52:10 54:19
    72:15,24
systems   20:25
    43:13 54:22

                t

t   1:14 4:10
    62:16 84:1,1
    87:3,3
table   64:9
tag   31:12
take   5:13 31:16
    34:25 41:8
    56:17 66:20
    67:10 69:8
    79:7
taken   5:18 35:4
    69:11 79:11
takes   47:2
    54:14 82:15
talents   48:2
talk   21:2,3
    40:21 53:14
    67:18,19
talked   68:8
    79:15
talks   65:23

target   7:14,16
    7:17 9:15 53:4
    53:6
targeted   51:25
    69:18
targeting   57:10
targets   53:9,9
technical   32:5
technician   3:11
    5:4 6:19 35:2,5
    38:19,22 59:8
    59:11 69:9,12
    79:9,12 82:18
technology
    5:25 58:3
    71:22
television   54:5
tell   84:9
term   8:6,9
    64:12 66:6
terms   83:15
test   37:23
    47:17
testified   49:18
    68:17,25 74:9
    80:13
testifying   74:10
testimony   17:8
    21:15,23 22:6
    26:15 33:11
    36:13 38:8
    40:7 70:23
    73:23 76:3
    82:3,5,15,20
    84:15 86:9,18
    88:8
testing   37:17
    47:15

thank   6:19
  36:6 38:13
theirs   19:5
thereof   40:15
  71:23
thereto   84:11
thing   28:12
  31:7 37:8 45:5
  45:16 51:13
  74:18,21,22,23
things   25:19
  29:16 42:3,6
  43:19 72:20,21
think   12:11
  15:1,9 27:13
  42:20 43:6,7,8
  44:3,15 58:22
  59:4 66:16
  75:21 78:18
  81:15 82:17
thinking   44:3
third   65:21
thought   47:13
  79:5
thousand   26:5
three   37:15
  47:14 63:3,9
throtle   1:15 3:3
  4:12,13,16,20
  4:23 5:16 6:17
  7:6,8 8:11
  11:10,20,23
  12:17 13:19
  14:12 15:18,25
  16:5,17 17:2,3
  17:4,17 18:18
  19:24 21:10,17
  21:25 22:1,3

22:24 23:7,12
  23:14,19,25
  24:9 25:6,10
  26:9 27:8,16
  32:12 33:5,9
  34:4,14 35:12
  36:9,17,21
  37:25 38:3
  39:7,9,23
  40:21 41:20,21
  41:22 44:2
  45:21 46:2,3
  48:25 50:12,13
  55:12,14,19
  58:12,13 59:22
  62:22 63:2,5
  63:11,18 64:2
  64:4 65:1
  66:18 67:14,16
  68:11 70:5,7
  70:10,14,17,21
  70:25 71:11,15
  72:3,23 73:5
  73:10,11,17
  75:21 76:1,14
  77:9,19,23,23
  78:2,10,13,13
  79:16,24 80:17
  81:5 82:7,14
throtle's   10:24
  13:16 22:18
  35:10 41:23
  60:24 80:14
throw   53:8
throwing   48:6
tie   9:9 24:21
  26:17

time   6:5 26:23
  35:3,6 38:11
  38:14,15,20,23
  57:23 59:9,12
  64:16 67:23
  69:10,13,22
  73:21 79:10,13
  80:8 81:13
  83:19 85:12
  86:19
timeframe   86:8
times   18:19
  39:15 72:8,12
tip   52:11
title   7:6
today   5:6 23:7
  23:12,14,19
  37:10 45:17
  70:11,23
today's   82:20
together   9:9
  24:22 26:17
  28:17
tokenization
  58:1
ton   33:20
top   15:3 29:1
  62:4
topic   25:5
total   59:23
  60:4,9,22 61:9
  62:1 66:16
  82:22
track   33:5 50:7
  76:9
tracks   35:12
trade   1:5 2:4
  5:19 6:15 23:4

23:15 33:19,21
  35:18 37:1
  41:6 43:21
  58:6 86:4 87:1
  88:1
transaction
  64:14,22
transcript
  83:19 84:7
  85:3,4 86:6,20
  88:5,8
transcripts
  83:19,23
transition
  14:19 44:22
  45:23
transunion
  47:12
travels   50:22
  50:23
treat   43:4
  49:10
treatment   15:5
  48:21 51:5,6
trial   82:10
tried   60:19
triggers   64:17
trouble   18:3
truckers   56:18
true   34:5 83:20
  84:13 85:4,6
  88:8
truth   84:9,9,10
try   25:25 28:8
  28:11 64:14
trying   13:2
  50:6

turn  65:3,21
tv  21:19
two  9:9 20:18
   20:24 43:22
   48:13,23 49:12
   54:2 59:19
   60:2 79:8
type  18:21
   28:21 29:9,11
   29:13 48:22
   60:20 62:9
   68:20 79:1
types  13:19
   17:15,16 18:7
   21:18 48:23
   64:10 66:16
   72:20,21
typewriting
   84:12

**u**

ultimately
   60:25
un  53:8
unable  63:7
under  29:9
   82:1,8 84:12
   85:11
understand  9:7
   41:14 45:15
understanding
   30:10 71:24
   72:1
understood
   15:1
undoubtedly
   28:7

unfortunately
   58:18
unique  72:24
unit  5:15
united  1:1 5:21
units  82:22
universe  46:4
   46:16,19 47:8
   48:5
unquote  19:19
   77:1
upcoming
   28:24 68:23
update  49:23
   77:2
updated  18:1
   53:23,24
upload  17:4
uploaded  83:24
ups  81:13
use  8:10 25:25
   26:2 41:20,21
   41:22 55:10
   57:14 74:16,21
   75:3 76:9 82:5
   82:10
used  17:5
   38:15 57:18,22
   60:25 74:10,24
   82:22 86:20
useful  16:14
   17:11
user  8:19,20
   20:17,18 57:4
users  8:24
   18:11
using  5:25 7:16
   20:11 25:8

41:7 54:22
utilize  16:23
   25:19 39:17
   41:8 51:23
utilized  39:13
   48:24
utilizing  40:14

**v**

v  5:19 72:11
   86:4 87:1 88:1
vague  75:10
value  40:2
   45:13 64:20,24
variety  29:16
   32:12
various  37:22
vastly  49:13
verbatim  83:12
verify  86:9
veriheal  60:12
veritext  6:1,3
   82:23 83:10,16
   85:3,5,11
   86:14,23
veritext.com
   85:10 86:15
version  63:11
versus  27:5
   28:3 51:5
   52:23
vertical  29:6
   33:15 44:8
   48:10 60:13
vertically
   10:18 22:21
   42:25 43:11

verticals  11:7
   33:1,22 34:3
   44:10,10
viant  23:5 37:1
video  3:11 5:4
   5:13,16 6:19
   21:20 35:2,5
   38:19,22 59:3
   59:8,11 69:9
   69:12 79:9,12
   82:18
videographer
   6:2
videotape  1:15
view  9:24
views  12:19
virtual  3:11
   5:25
virtually  5:8
visibility  73:5
visible  28:12
visitations
   24:20
voluminous
   63:3
vorrasi  3:5
   6:16,16 27:18
   27:23 36:4
   38:16 58:16,25
   65:12,19 81:15
   81:20,23 86:1
vs  1:7

**w**

walk  67:10
walled  7:15 8:4
walls  43:7

**want** 11:3,5,8
16:23 18:4
19:5,18 20:1
30:4 31:4
32:18 34:9
38:16 40:17
41:3 43:25
44:9 49:13
53:3,10 54:4
56:5,6,7,8,9,9
56:9 57:20
58:25 66:22
67:1 78:7
81:24 82:13
**wanted** 43:23
51:14,14 56:15
**wanting** 18:24
**wants** 12:25
19:10 20:22
47:4 51:15
**warehouse**
56:14,18
**washington** 2:8
2:14,22 3:8
**way** 9:3 16:24
20:10 27:2
43:3,9 44:15
48:10 51:12
57:1,2 58:21
70:7,24 76:23
**ways** 54:10
**we've** 26:6 55:2
82:7
**weak** 72:21
**web** 7:15 8:3
**website** 8:2,3
31:12,12,14

**websites** 24:19
**week** 28:22
53:21 56:10
68:21 69:4
72:8,12
**weekly** 55:1
72:14
**weighted** 23:3
**weil** 2:11
**welcome** 59:14
69:15
**went** 52:4,5,5
**whatsoever**
70:12
**wholly** 10:16
**witness** 1:16
3:3 5:1,11 6:20
38:11 85:7
86:8,10,12,19
**witness's** 5:17
**witnesses** 83:22
**word** 67:17
74:10,16 75:3
**work** 14:4
16:10,11 17:10
24:24 29:5,11
29:13 32:12,25
34:3,23 40:10
47:24 55:11,24
59:4 70:17
71:11,15 73:1
78:25 79:2
**worked** 7:8
**working** 32:20
32:22 72:17
**works** 27:22
33:9 58:23
59:5 70:21

71:24 72:2,3
**world** 10:25
20:2 46:7 47:1
**wrong** 7:13
44:24 45:25
53:23

**x**

**x** 4:1,10

**y**

**yahoo** 23:5,8
37:2 77:12
**yan** 2:5 6:14
58:16
**yeah** 8:17
10:12 11:16
13:21 15:11
16:5 18:19,22
19:25 23:2,5
24:11 26:14
28:17 29:16
31:24 34:21
37:21 38:9,18
40:23 44:23
46:21 50:18
61:2 62:4
63:22 64:4
69:3 74:16
76:2 78:1,1
**year** 12:13,14
62:15,19,20
64:5
**years** 54:23
55:2
**yep** 10:12 25:1
42:13
**york** 1:2 5:22

**z**

**zoom** 27:19
28:11 84:8

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.