UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-06188-ER<br><br>**DECLARATION OF CHANTALE FIEBIG** |

**CHANTALE FIEBIG**, an attorney duly admitted to practice in the Southern District of New York, declares the following under penalty of perjury:

1. I am a partner at the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant IQVIA Holdings Inc. I respectfully submit this Declaration in Opposition to the FTC's Motion in Limine to Exclude Certain Opinions of Dr. Anupam B. Jena.

2. Attached hereto as Exhibit 1 is a true and correct copy of DX1889, the Deposition Transcript of Dr. Kostis Hatzitaskos.

3. Attached hereto as Exhibit 2 is a true and correct copy of DX0074, the Expert Report of Dr. Kostis Hatzitaskos.

4. Attached hereto as Exhibit 3 is a true and correct copy of DX1890, the Deposition Transcript of Dr. Anupam B. Jena.

5. Attached hereto as Exhibit 4 is a true and correct copy of DX0075, the Expert Report of Dr. Anupam B. Jena.

6. Attached hereto as Exhibit 5 is a true and correct copy of DX0019, the Deposition Transcript of [REDACTED].

7. Attached hereto as Exhibit 6 is a true and correct copy of DX0854, a document produced by IQVIA bearing the Bates number IQVLIT-000792288.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by IQVIA bearing the Bates number IQVIA-FTC-004732582.

Dated: November 16, 2023

Respectfully submitted,

/s/      *Chantale Fiebig*

WEIL, GOTSHAL & MANGES LLP
Chantale Fiebig
Mark Perry (*pro hac vice*)
Andrew Tulumello (*pro hac vice*)
Mike Moiseyev (*pro hac vice*)
Joshua M. Wesneski
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
chantale.fiebig@weil.com
mark.perry@weil.com
drew.tulumello@weil.com
michael.moiseyev@weil.com
joshua.wesneski@weil.com

Robert Taylor
Lisa Pieters
767 Fifth Avenue
New York, NY 10153
robert.taylor@weil.com
lisa.pieters@weil.com

Sarah M. Sternlieb
700 Louisiana Street, Suite 1700
Houston, TX 77002
sarah.sternlieb@weil.com

Elizabeth Y. Ryan (*pro hac vice*)
200 Crescent Court, Suite 300
Dallas, TX 75201
liz.ryan@weil.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Kenneth Reinker
Leah Brannon
Bruce Hoffman
Clotilde Le Roy
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
kreinker@cgsh.com
lbrannon@cgsh.com

bhoffman@cgsh.com
cleroy@cgsh.com

Rahul Mukhi
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
rmukhi@cgsh.com

*Attorneys for Defendant IQVIA Holdings Inc.*