<table>
<tr><td>Anna M. Rathbun<br>Direct Dial: 202-637-3381<br>Email: anna.rathbun@lw.com</td><td>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C.  20004-1304<br>Tel: +1.202.637.2200  Fax: +1.202.637.2201<br>www.lw.com</td></tr>
</table>

# LATHAM & WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

November 26, 2023

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Federal Trade Commission v. IQVIA Holdings Inc. and Propel Media, Inc.,
No. 1:23-cv-06188-ER (S.D.N.Y.)

Dear Judge Ramos,

Interested Party Komodo Health Inc. submits an application, appended hereto as Exhibit A, for an Order permitting the listed individuals to bring electronic devices into the Courthouse for use during the hearing on November 27, 2023.

We thank Your Honor for your consideration of this request.

Respectfully Submitted,

*/s/ Anna M. Rathbun*

Anna M. Rathbun (*pro hac vice* pending)
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)