**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FEDERAL TRADE COMMISSION,

                Plaintiff,

       - against -

IQVIA HOLDINGS, INC. and PROPEL MEDIA, INC.,

                Defendant.

1:23-cv-06188-ER

---

## MOTION FOR ADMISSION PRO HAC VICE

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua Soven, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for non-party Veeva Systems, Inc. ("Veeva") in the above-captioned action.

        I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated:   Washington, DC
          November 26, 2023

                      PAUL, WEISS, RIFKIND, WHARTON &
                        GARRISON LLP

                      By:  /s/ Joshua Soven
                          Joshua Soven

                      2001 K Street, NW
                      Washington, DC 20006-1047
                      Tel:    (202) 223-7482
                      Fax:   (202) 204-7388
                      Email: jsoven@paulweiss.com

                      *Attorney for Non-Party*
                        *Veeva Systems, Inc.*