PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(202) 223-7482

WRITER'S DIRECT FACSIMILE

(202) 204-7388

WRITER'S DIRECT E-MAIL ADDRESS

jsoven@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JARRYD E. ANDERSON
ALLAN J. ARFFA
STEFAN ARNOLD-SOULBY*
JONATHAN H. ASHTOR
ROBERT A. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
ROBERT A. BRITTON
BRAD BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER
ALEXIA D. KORBERG
DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
MATTHEW N. LEIST*
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
MATTHEW MERKLE
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
CIAN O'CONNOR*
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
ANDREAS PHILIPSON*
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
RAVI PUROHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
NEEL V. SACHDEV*
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
ERIC J. WEDEL
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

November 26, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Court Judge
United States District Court Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

*Federal Trade Commission* v. *IQVIA Holdings Inc.*, No. 1:23-cv-06188-ER (S.D.N.Y.)

Dear Judge Ramos:

This firm represents non-party Veeva Systems, Inc. ("Veeva") in connection with the above-referenced matter. Pursuant to this Court's Rule of Individual Practice 3(ii), Paragraph 11 of the Amended Protective Order and Section I.f of the Court's Pre-Hearing Order,[1] Veeva respectfully submits this letter-motion seeking an Order granting *in camera* treatment for certain documents containing Veeva's Confidential Information

---

1 *Federal Trade Commission* v. *IQVIA Holdings Inc.*, No. 1:23-cv-06188-ER, ECF No. 230 (S.D.N.Y. Nov. 16, 2023).

that the Federal Trade Commission ("FTC") and/or IQVIA Holdings, Inc. ("IQVIA" and together with the FTC, the "Parties") have informed Veeva they intend to introduce at trial (the "Hearing Exhibits").[2] Veeva also requests that any trial testimony related to the Hearing Exhibits be granted *in camera* treatment pending further discussions between Veeva and the parties.

We understand that the FTC intends to call Mr. Asaf Evenhaim to testify at the hearing on November 27, 2023. Mr. Evenhaim is the CEO of Veeva Crossix, a unit of Veeva that competes with IQVIA in the audiences and measurement & optimization businesses. In anticipation of Mr. Evenhaim's anticipated trial testimony, on November 25 and 26, 2023, the Parties informed Veeva of the documents the Parties intend to use at the hearing. Several of the documents contain highly confidential, commercially sensitive trade secret information, including about Veeva Crossix's customers, products and business strategy ("Confidential Information"). On November 26, 2023, counsel for the Parties and Veeva met and conferred regarding appropriate steps to ensure the proper treatment of Veeva's Confidential Information.

During the meet and confer, Veeva attempted to work with the Parties and proposed an approach to the treatment of Confidential Information that was exactly what the Parties afforded to non-party PulsePoint earlier in the proceeding.[3] While IQVIA does not dispute that Veeva's documents are highly confidential, IQVIA has requested that its three in-house counsel be permitted to sit through the testimony relating to the Hearing Exhibits and/or Veeva's Confidential Information ("Confidential Trial Testimony").

Because non-party Veeva cannot know the nature of Mr. Evenhaim's testimony before the hearing, the issues contain core competitively sensitive information that IQVIA could use to harm Veeva Crossix's business. Veeva respectfully submits that no IQVIA personnel should be permitted to attend the Confidential Trial Testimony live. As such, Veeva has proposed the same framework agreed to by IQVIA for use in the testimony of non-party PulsePoint: that, if the Court is willing to allow Mr. Evenhaim to testify in a closed session, then within as short a time as is reasonably feasible after receiving transcripts of the Confidential Trial Testimony, Veeva will propose redactions to the Confidential Trial Testimony sufficient to protect Veeva's Confidential Information expeditiously, then share with IQVIA's in-house counsel. To the extent that the Parties disagree with those proposed redactions, after meeting and conferring in good faith, the Parties and/or Veeva may present any disputes to the Court as soon as reasonably practicable. Veeva would act expeditiously in recognition of the fast-moving nature of this matter. Indeed, to the extent convenient to the Court, Veeva would work with the

---

[2] Appendix A to this letter identifies the documents and testimony transcripts to be treated *in camera*.

[3] *See Federal Trade Commission* v. *IQVIA Holdings Inc.*, No. 1:23-cv-06188-ER, ECF No. 242 (S.D.N.Y. Nov. 19, 2023).

Parties in good faith to present any disputes about the *in camera* treatment of Mr. Evenhaim's Confidential Trial Testimony no later than the morning of Wednesday, November 29 and any other trial testimony as soon as reasonably practicable in light of all the circumstances.

To be sure, it is possible that Mr. Evenhaim's trial testimony regarding Veeva's Confidential Information will not reveal or disclose any Veeva Confidential Information, but Veeva cannot know that in advance. Therefore, Veeva submits that the protocol proposed herein, which is exactly what IQVIA agreed to with PulsePoint, will afford Veeva and the Parties adequate time to address any confidentiality concerns arising from Mr. Evenhaim's trial testimony.

Accordingly, Veeva respectfully requests the Court grant its motion to provide *in camera* treatment to the Hearing Exhibits and Mr. Evenhaim's testimony featuring Veeva's Confidential Information. Veeva requests, to the extent these exhibits and testimony are discussed in court, that the Court seal the courtroom and any related trial testimony until such time as Veeva shall have had a reasonable opportunity to propose appropriate redactions to protect against the disclosure of Veeva's Confidential Information.

We appreciate the Court's consideration of this request.

Sincerely,

/s/ Joshua Soven

Joshua Soven

cc: All parties (by ECF)

**Appendix A**

| Exhibit No. | Title |
|---|---|
| DX1993 | Veeva Crossix Publisher Data Ingestion |
| PX4166<br>DX2020 | TTD Org Structure & DIFA Impressions Deep Dive |
| DX2001 | Commercial Operations |
| PX0515 | Asaf Evenhaim IH Transcript |
| PX0576<br>DX0070 | Asaf Evenhaim Deposition Transcript |
| DX2059 | Email from A. Evenhaim to P. Gassner |
| DX2060 | Veeva Crossix Q4'23 Market Summary |