**Elizabeth Prewitt**
Direct Dial: 212-906-1354
Email: elizabeth.prewitt@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

November 27, 2023

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Federal Trade Commission v. IQVIA Holdings Inc. and Propel Media, Inc.*, No. 1:23-cv-06188-ER (S.D.N.Y.): Request to Bring Electronic Devices into the Courthouse for Use During November 27, 2023 Hearing

Dear Judge Ramos,

Interested Party The Trade Desk, Inc. submits an application, appended hereto as Exhibit A, for an Order permitting the listed individuals to bring electronic devices into the Courthouse for use during the hearing starting November 27, 2023.

We thank Your Honor for your consideration of this request.

Respectfully Submitted,

*[signature]*

Elizabeth Prewitt
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)