# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

| Phone: | (212) 885-5345 |
| --- | --- |
| Fax: | (917) 332-3736 |
| Email: | Andrew.hambelton@blankrome.com |

November 29, 2023

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Federal Trade Commission v. IQVIA Holdings Inc., et al.*,
                  Case No. 1:23-cv-06188-ER

Dear Judge Ramos:

    Non-parties HealthVerity, Inc. ("HealthVerity") and Andrew Kress, HealthVerity's CEO, hereby submit an application, which is appended hereto as Exhibit A, for an Order permitting the individuals listed in the exhibit to bring electronic devices into the Courthouse on November 30, 2023, in connection with the hearing of this matter.

    Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          */s/ Andrew T. Hambelton*

                                          Andrew T. Hambelton