**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>IQVIA HOLDINGS INC.,<br><br>         and<br><br>PROPEL MEDIA, INC.,<br><br>                    Defendants. | Case No. 1:23-cv-06188-ER |

**THIRD-PARTY REAL CHEMISTRY, INC.' AND CHARLES HEMANN'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION**

- 2 -

Third-Party Real Chemistry, Inc. ("Real Chemistry") and Charles Hemann ("Mr. Hemann") hereby withdraw their Motion to Quash Plaintiff Federal Trade Commission's ("FTC" or "Plaintiff") Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, filed on November 21, 2023. The FTC informed legal counsel for Real Chemistry and Mr. Hemann on November 28, 2023 that it is withdrawing its subpoena, which removes the need for the motion.

Dated: November 29, 2023                      ROPES & GRAY LLP

/s/ Jonathan Klarfeld
**ROPES & GRAY LLP**
Jonathan Klarfeld
Chong S. Park (admitted *pro hac vice*)
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
jonathan.klarfeld@ropesgray.com
chong.park@ropesgray.com

*Counsel for Third-Party Real Chemistry*