UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>IQVIA HOLDINGS INC.,<br><br>and<br><br>PROPEL MEDIA, INC.<br><br>      Defendants. | Case No. 1:23-cv-06188-ER |

# JOINT EXHIBIT LIST

| Witness | FTC | Defendants |
|---|---|---|
| **Day 1 - 11/20/2023** | | |
| | FTC Opening | Defendants' Opening (D-IQVIA-DEMO-1) |
| **Justin Freid - CMI** | | DX0049 |
| | | WPP Annual Report & Accounts 2022 |
| | | DSPs Used by CMI (D-FREID-DEMO-2) |
| | | |
| **Konrad Gerszke - PulsePoint** | | DX0066 |
| | | Pulsepoint slides (D-GERSZKE-DEMO-1) |
| | | DX1852 |
| | | DX1924 |
| | | DX1928 |
| | | DX1929 |
| | | |
| **Day 2- 11/21/2023** | | |
| **David Leitner - Klick** | | DX1664 |
| | | |
| **Michael Colarossi - IQVIA** | PX1625 | |
| | PX1628 | |
| | PX1901 | |
| | | |
| **Frank Lin - IQVIA** | PX1026 | DX0583 |
| | PX1126 | CMS.gov (D-LIN-DEMO-1) |
| | PX1254 | CMS.gov (D-LIN-DEMO-2) |

| Witness | FTC | Defendants |
|---|---|---|
| | PX1284 | DMD HCP Audience Partners (D-LIN-DEMO-3) |
| | PX1962 | IQVIA HCP Audience Partners (D-LIN-DEMO-4) |
| | PX1981 | Stages Of Programmatic Advertising (D-LIN-DEMO-5) |
| | PX2775 | Different Types of Advertising Inventory (D-LIN-DEMO-6) |
| | PX2779 | Providers of Opted-In HCP Data (D-LIN-DEMO-7) |
| | PX2780 | |
| | | |
| **Ross Sandler - DeepIntent** | PX2736 | |
| | PX2750 | |
| | | |
| **Plaintiff Witness: Ekaterina Karlova – EMD Serono** | Joint Video Clip of Ekaterina Karlova - EMD Serono | |
| | | |
| | | |
| **Day 3- 11/22/2023** | | |
| **Mark Brosso - PurpleLab** | FTC - Purple Lab Timeline | HCP/DTC/Measurement - PurpleLab (D-MB-1) |
| | | DSPs - PurpleLab (D-MB-2) |
| | | Data Companies - PurpleLab (D-MB-3) |
| | | PurpleLab Everywhere (D-MB-4) |
| | | PurpleLab Timeline - Edits (D-MB-5) |
| | | |
| **Defendant Witness: William Veltre - BMS** | Joint Clip Report of William Veltre - BMS | |
| | | |
| **Jay Margolis – Former IQVIA** | PX0008 | PX1091 |
| | PX1259 | DX0082 |
| | PX1349 | DX0083 |
| | PX1377 | |
| | FTC Demonstrative | |
| | | |
| **Day 4- 11/27/2023** | | |
| **Greg Field - IQVIA** | DX0581 | DX0103 |
| | DX0675 | DX0581 |
| | PX1062 | DX0617 |
| | PX1064 | DX0660 |
| | PX1069 | DX0667 |
| | PX1433 | DX0675 |
| | PX1439 | DX0677 |
| | PX1450 | DX0678 |
| | PX1451 | DX0753 |
| | PX1606 | DX0764 |
| | PX5152 | DX2033 |
| | PX5156 | DX2035 |
| | PX5286 | |

| Witness | FTC | Defendants |
|---|---|---|
| | | |
| **Asaf Evenheim -Veeva** | PX0081 | DX0115 |
| | | Table of Top Participants in IQVIA's TPA Program 2018-2023 (D-VEEVA-DEMO-1) |
| | | DX1993 |
| | | DX2020 |
| | | DX2021 |
| | | DX2042 |
| | | DX2059 |
| | | |
| | | |
| **Chris Paquette - DeepIntent** | PX2507 | DX0220 |
| | PX2508 | DX0332 |
| | PX2515 | DX0373 |
| | PX2519 | DX2034 |
| | PX2520 | PX2509 |
| | PX2559 | PX2507 |
| | PX2804 | PX2508 |
| | PX2809 | PX2515 |
| | PX2812 | PX2520 |
| | PX2816 | PX2809 |
| | PX2847 | PX2812 |
| | PX5121 | Chris Paquette - DeepIntent Product Offerings (D-DEMO-CP-1) |
| | PX5174 | |
| | | |
| **Day 5- 11/28/2023** | | |
| **Khara Hutchinson - Bayer** | | Bayer Low Dose Asprin Demonstrative (D-BAYER-DEMO-1) |
| | | Children's Claritin Demonstrative (D-BAYER-DEMO-2) |
| | | MiraLAX Demonstrative (D-BAYER-DEMO-3) |
| | | |
| **Baron Harper – The Trade Desk** | PX1733 | DX0510 |
| | PX4083 | DX0518 |
| | PX4086 | DX0528 |
| | | DX0614 |
| | | DX1604 |
| | | DX2091 |
| | | DX2092 |
| | | DX2093 |
| | | DX2094 |
| | | DX2097 |
| | | DX2098 |
| | | DX2099 |
| | | DX2100 |
| | | DX2101 |
| **James Lawson - AdTheorent** | PX4088 | |
| | | |
| **Kostis Hatzitaskos - FTC Expert** | FTC - ELMO Demo re Figures | |

| Witness | FTC | Defendants |
|---|---|---|
|  | FTC Demonstratives Kostis Hatzitaskos |  |
|  |  |  |
| **Day 6 - 11/29/2023** |  |  |
| **Kostis Hatzitaskos (Cross)** |  | DX0066 |
| **FTC Expert** |  | DX0074 |
|  |  | DX0078 |
|  |  | DX1703 |
|  |  | DX1889 |
|  |  | DX1924 |
|  |  | DX1929 |
|  |  | DX2020 |
|  |  | DX2035 |
|  |  | DX2059 |
|  |  | DX2069 |
|  |  | FTC Complaint |
|  |  | Hearing Transcript Day 1 |
|  |  | Dr. Hatzitaskos' demonstrative |
|  |  |  |
| **Andrea Palmer - Publicis** |  |  |
|  |  |  |
| **Yael Hochberg - Defendants' Expert** |  | Yael Hochberg Demonstratives (D-HOCHBERG-DEMO-1 C) |
|  |  |  |
| **Defendant Witness: Justin Chase - Eversana** | PX2938 (used in video) |  |
|  | Joint Clip Report of Justin Chase - Eversana |  |
|  |  |  |
| **Defendant Witness: Paul Chachko - Throtle** | PX4160 (used in video) |  |
|  | Joint Clip Report of Paul Chachko - Throtle |  |
|  |  |  |
| **Day 7- 11/30/2023** |  |  |
| **Mark Israel - Defendants' Expert** | PX0572 |  |
|  | PX1024 |  |
|  | FTC Dr. Israel Cross Examination | Dr. Mark A. Israel's demonstrative (D-ISRAEL-DEMO-1) |
|  |  |  |
| **Plaintiff Witness: Arif Nathoo - Komodo** | Joint Clip Report of Arif Nathoo - Komodo |  |
|  |  |  |
| **Andrew Kress – HealthVerity** |  |  |
|  |  |  |
| **Day 8- 12/1/2023** |  |  |
| **Defendant Witness: Sam Temes - Google** | PX0009 (used in video) |  |

| Witness | FTC | Defendants |
|---|---|---|
| | PX4090 (used in video) | DX0548 (used in video) |
| | PX4092 (used in video) | DX0551 (used in video) |
| | PX4095 (used in video) | DX1887 (used in video) |
| | Joint Clip Report of Sam Temes - Google | |
| | | |
| **Jon Resnick - IQVIA** | PX1031 | DX0037 |
| | PX1100 | Jon Resnick Demonstrative (D-RESNICK-DEMO-1) |
| | PX1295 | |
| | PX1538 | |
| | PX1540 | |
| | PX1596 | |
| | PX1598 | |
| | PX1735 | |
| | PX1785 | |
| | PX4160 | |
| | | |
| **Dr. Anupam Jena – Defendants' Expert** | PX0583 | Anupam B. Jena Demonstrative (D-JENA-DEMO-1) |
| | PX6503 | |
| | PX1032 | |
| | PX1402 | |
| | PX1596 | |
| | PX1973 | |
| | PX2826 | |
| | | |
| **Various dates** | | |
| **Frank Lin, Jon Resnick** | | Magnetic Board (D-IQVIA-DEMO-2) |

**Exhibits**

| Day 1 - 11/20/2023 | FTC | Defendants |
|---|---|---|
| Justin Freid |  | DX0049 |
| CMI |  |  |
|  |  |  |
|  |  |  |
| Konrad Gerszke |  | DX0066 |
| Pulsepoint |  | DX1852 |
|  |  | DX1924 |
|  |  | DX1928 |
|  |  | DX1929 |
|  |  |  |
|  |  |  |
| Day 2- 11/21/2023 |  | DX1664 |
| David Leitner |  |  |
| Klick |  |  |
|  |  |  |
| Michael Colarossi | PX1625 |  |
| IQVIA | PX1628 |  |
|  | PX1901 |  |
|  |  |  |
| Frank Lin | PX1026 | DX0583 |
| IQVIA | PX1126 |  |
|  | PX1254 |  |
|  | PX1284 |  |
|  | PX1962 |  |
|  | PX1981 |  |
|  | PX2775 |  |
|  | PX2779 |  |
|  | PX2780 |  |
|  |  |  |
| Ross Sandler | PX2736 |  |
| DeepIntent | PX2750 |  |
|  |  |  |
| Day 3- 11/22/2023 |  |  |
| Mark Brosso |  |  |
| PurpleLab |  |  |
|  |  |  |
| Jay Margolis | PX0008 | PX1091 |
| Former IQVIA | PX1259 | DX0082 |
|  | PX1349 | DX0083 |
|  | PX1377 |  |
|  |  |  |
| Day 4- 11/27/2023 |  |  |
| Greg Field | DX0581 | DX0103 |
| IQVIA | DX0675 | DX0581 |
|  | PX1062 | DX0617 |
|  | PX1064 | DX0660 |

| Day 1 - 11/20/2023 | FTC | Defendants |
|---|---|---|
| | PX1069 | DX0667 |
| | PX1433 | DX0675 |
| | PX1439 | DX0677 |
| | PX1450 | DX0678 |
| | PX1451 | DX0753 |
| | PX1606 | DX0764 |
| | PX5152 | DX2033 |
| | PX5156 | DX2035 |
| | PX5286 | |
| | | |
| | | |
| Asaf Evenheim | PX0081 | DX0115 |
| Veeva | | DX1993 |
| | | DX2020 |
| | | DX2021 |
| | | DX2042 |
| | | DX2059 |
| | | |
| Chris Paquette | PX2507 | DX0220 |
| IQVIA | PX2508 | DX0332 |
| | PX2515 | DX0373 |
| | PX2519 | DX2034 |
| | PX2520 | PX2509 |
| | PX2559 | PX2507 |
| | PX2804 | PX2508 |
| | PX2809 | PX2515 |
| | PX2812 | PX2520 |
| | PX2816 | PX2809 |
| | PX2847 | PX2812 |
| | PX5121 | |
| | PX5174 | |
| | | |
| Day 5- 11/28/2023 | | |
| Khara Hutchinson | | |
| Bayer | | |
| | | |
| Baron Harper | PX1733 | DX0510 |
| The Trade Desk | PX4083 | DX0518 |
| | PX4086 | DX0528 |
| | | DX0614 |
| | | DX1604 |
| | | DX2091 |
| | | DX2092 |
| | | DX2093 |
| | | DX2094 |
| | | DX2097 |
| | | DX2098 |

| Day 1 - 11/20/2023 | FTC | Defendants |
|---|---|---|
| | | DX2099 |
| | | DX2100 |
| | | DX2101 |
| James Lawson | PX4088 | |
| AdTheorent | | |
| | | |
| Kostis Hatzitaskos | | |
| FTC Expert | | |
| | | |
| Day 6 - 11/29/2023 | | |
| Kostis Hatzitaskos (Cross) | | DX0066 |
| FTC Expert | | DX0074 |
| | | DX0078 |
| | | DX1703 |
| | | DX1889 |
| | | DX1924 |
| | | DX1929 |
| | | DX2020 |
| | | DX2035 |
| | | DX2059 |
| | | DX2069 |
| | | FTC Complaint |
| | | Hearing Transcript Day 1 |
| | | |
| Andrea Palmer | | |
| Publicis | | |
| | | |
| Yael Hochberg | | |
| Defendants' Expert | | |
| | | |
| Justin Chase | PX2938 (used in video) | |
| Eversana | | |
| | | |
| Paul Chachko | PX4160 (used in video) | |
| Throtle | | |
| | | |
| Day 7- 11/30/2023 | | |
| Mark Israel | PX0572 | |
| Defendants' Expert | PX1024 | |
| | | |
| Arif Nathoo | Video | |
| Komodo | | |
| | | |
| Andrew Kress | | |
| HealthVerity | | |
| | | |
| Day 8- 12/1/2023 | | |
| Sam Temes | PX0009 (used in video) | |

| Day 1 - 11/20/2023 | FTC | Defendants |
|---|---|---|
| Google | PX4090 (used in video) | DX0548 (used in video) |
|  | PX4092 (used in video) | DX0551 (used in video) |
|  | PX4095 (used in video) | DX1887 (used in video) |
|  |  |  |
|  |  |  |
| Jon Resnick | PX1031 | DX0037 |
| IQVIA | PX1100 |  |
|  | PX1295 |  |
|  | PX1538 |  |
|  | PX1540 |  |
|  | PX1596 |  |
|  | PX1598 |  |
|  | PX1735 |  |
|  | PX1785 |  |
|  | PX4160 |  |
|  |  |  |
| Dr. Anupam Jena | PX0583 |  |
| Defendants' Expert | PX6503 |  |
|  | PX1032 |  |
|  | PX1402 |  |
|  | PX1596 |  |
|  | PX1973 |  |
|  | PX2826 |  |

**Demonstratives**

| Date | Party | Demonstrative | Description | Witness |
|---|---|---|---|---|
| 11/20/2023 | FTC | | FTC Opening | NA |
| 11/20/2023 | Defendant | D-IQVIA-DEMO-1 | Defendants' Opening | NA |
| 11/20/2023 | Defendant | D-FREID-DEMO-1 | WPP Annual Report & Accounts 2022 | Justin Freid |
| 11/20/2023 | Defendant | D-FREID-DEMO-2 | DSPs Used by CMI | Justin Freid |
| 11/20/2023 | Defendant | D-GERSZKE-DEMO-1 | Pulsepoint slides | Konrad Gerszke |
| 11/21/2023 | Defendant | D-LIN-DEMO-1 | CMS.gov | Frank Lin |
| 11/21/2023 | Defendant | D-LIN-DEMO-2 | CMS.gov | Frank Lin |
| 11/21/2023 | Defendant | D-LIN-DEMO-3 | DMD HCP Audience Partners | Frank Lin |
| 11/21/2023 | Defendant | D-LIN-DEMO-4 | IQVIA HCP Audience Partners | Frank Lin |
| 11/21/2023 | Defendant | D-LIN-DEMO-5 | Stages Of Programmatic Advertising | Frank Lin |
| 11/21/2023 | Defendant | D-LIN-DEMO-6 | Different Types of Advertising Inventory | Frank Lin |
| 11/21/2023 | Defendant | D-LIN-DEMO-7 | Providers of Opted-In HCP Data | Frank Lin |
| 11/22/2023 | Defendant | D-MB-1 | HCP/DTC/Measurement - PurpleLab | Mark Brosso |
| 11/22/2023 | Defendant | D-MB-2 | DSPs - PurpleLab | Mark Brosso |
| 11/22/2023 | Defendant | D-MB-3 | Data Companies - PyrpleLab | Mark Brosso |
| 11/22/2023 | Defendant | D-MB-4 | PurpleLab Everywhere | Mark Brosso |
| 11/22/2023 | Defendant | D-MB-5 | PurpleLab Timeline - Edits | Mark Brosso |
| 11/22/2023 | FTC | FTC - Purple Lab Timeline | Purple Lab Timeline | Mark Brosso |
| 11/22/2023 | FTC | FTC Margolis Demonstrative | FTC Margolis Demonstrative | Jay Margolis |
| 11/27/2023 | Defendant | D-DEMO-CP-1.pptx | Chris Paquette - DeepIntent Product Offerings | Chris Paquette |
| 11/27/2023 | Defendant | D-VEEVA-DEMO-1 | Table of Top Participants in IQVIA's TPA Program 2018-2023 | Asaf Evenhaim |
| 11/28/2023 | Defendant | D-BAYER-DEMO-1 | Bayer Low Dose Asprin Demonstrative | Khara Hutchinson |
| 11/28/2023 | Defendant | D-BAYER-DEMO-2 | Children's Claritin Demonstrative | Khara Hutchinson |
| 11/28/2023 | Defendant | D-BAYER-DEMO-3 | MiraLAX Demonstrative | Khara Hutchinson |
| 11/28/2023 | FTC | FTC - ELMO Demo re Figures | FTC - ELMO Demo re Figures | Kostis Hatzitaskos |

| Date | Party | Demonstrative | Description | Witness |
|------|-------|---------------|-------------|---------|
| 11/28/2023 | FTC | FTC Demonstratives_Kostis Hatzitaskos | FTC Demonstratives_Kostis Hatzitaskos | Kostis Hatzitaskos |
| 11/29/2023 | Defendant | Dr. Hatzitaskos' demonstrative | Dr. Hatzitaskos' Kostis Hatzitaskos demonstrative | |
| 11/29/2023 | Defendant | D-HOCHBERG-DEMO-1 (C) | Yael Hochberg Demonstratives (Confidential) | Yael Hochberg |
| 11/29/2023 | Defendant | D-HOCHBERG-DEMO-1 (NC) | Yael Hochberg Demonstratives (Not Confidential) | Yael Hochberg |
| 11/30/2023 | Defendant | D-ISRAEL-DEMO-1 | Dr. Mark A. Israel's demonstrative | Mark A. Israel |
| 11/30/2023 | FTC | FTC Dr. Israel Cross Examination | FTC Dr. Israel Cross Examination | Mark A. Israel |
| 12/1/2023 | Defendant | D-JENA-DEMO-1 | Anupam B. Jena Demonstrative | Anupam B. Jena |
| 12/1/2023 | Defendant | D-RESNICK-DEMO-1 | Jon Resnick Demonstrative | Jon Resnick |
| Various dates | Defendant | D-IQVIA-DEMO-2 | Magnetic Board | Frank Lin, Jon Resnick |

## **Clip Reports**

| Date | Party | Description | Witness |
| --- | --- | --- | --- |
| 11/21/2023 | FTC | Clip Report of Ekaterina Karlova - EMD Serono | Ekaterina Karlova |
| 11/22/2023 | Defendants | Clip Report of William Veltre - BMS | William Veltre |
| 11/29.2023 | Defendants | Clip Report of Paul Chachko - Throtle | Paul Chachko |
| 11/30/2023 | Defendants | Clip Report of Justin Chase - Eversana | Justin Chase |
| 11/30/2023 | FTC | Clip Report of Arif Nathoo - Komodo | Arif Nathoo |
| 12/1/2023 | Defendants | Clip Report of Sam Temes - Google | Sam Temes |

Dated: December 7, 2023                                Respectfully submitted,

/s/
Chantale Fiebig
Mark A. Perry
Joshua M. Wesneski
Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Chantale.fiebig@weil.com
Mark.perry@weil.com
Joshua.wesneski@weil.com

Kenneth Reinker
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
kreinker@cgsh.com

Rahul Mukhi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
rmukhi@cgsh.com

*Counsel for Defendant IQVIA Holdings, Inc.*

/s/
MORRISON & FOERSTER LLP
Alexander P. Okuliar (pro hac vice)
David J. Shaw (pro hac vice pending)
Alexa Rae DiCunzolo (pro hac vice)
Evan M. Harris (pro hac vice)
Andrew J. Molina (pro hac vice)
Kevin Wang (pro hac vice)
Richelle Gernan (pro hac vice)
2100 L Street, NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
aokuliar@mofo.com
dshaw@mofo.com
adicunzolo@mofo.com
eharris@mofo.com

amolina@mofo.com
kwang@mofo.com
rgernan@mofo.com

Michael B. Miller
Mika M. Fitzgerald
250 West 55th Street
New York NY 10019
T: (212) 468-8000
mbmiller@mofo.com
mfitzgerald@mofo.com
*Counsel for Defendant Propel Media, Inc.*

/s/
Jennifer Fleury (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
jfleury@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*