IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IQVIA HOLDINGS INC., <br><br> and <br><br> PROPEL MEDIA, INC., <br><br> Defendants. | Civil Action No. 1:23-cv-06188-ER <br><br> Hon. Edgardo Ramos |

### DECLARATION OF KWAKU A. AKOWUAH

Pursuant to 28 U.S.C. § 1746, I, Kwaku A. Akowuah, hereby declare under penalty of perjury the following:

1. I am admitted to practice before this Court and am a Partner at the law firm of Sidley Austin LLP, counsel to the Coalition for Healthcare Communication ("CHC").

2. I submit this Declaration on behalf of CHC in order to provide the court with a copy of the amicus curiae brief that CHC seeks to file in this case.

3. CHC's proposed amicus brief is attached hereto as Exhibit A.

Executed: December 7, 2023.

By: /s/ *Kwaku A. Akowuah*
Kwaku A. Akowuah
**SIDLEY AUSTIN LLP**
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8379
kakowuah@sidley.com

*Counsel for Amicus Curiae
the Coalition for Healthcare
Communication*