IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Civil Action No. 1:23-cv-06188-ER |
| Plaintiff, | |
| v. | Hon. Edgardo Ramos |
| IQVIA HOLDINGS INC., | |
| and | **MEMO ENDORSED** |
| PROPEL MEDIA, INC., | |
| Defendants. | |

## NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

PLEASE TAKE NOTICE that upon the accompanying Declaration of Kwaku A. Akowuah and the proposed amicus curiae brief attached thereto, and upon the accompanying Memorandum of Law, the Coalition for Healthcare Communication shall move this Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for leave to file the attached amicus curiae brief and granting such further relief as the Court deems just and proper.

> The request for leave to file the attached amicus curiae brief is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 12, 2023
> New York, New York

Dated:  December 7, 2023

                        Respectfully submitted,

                        **SIDLEY AUSTIN LLP**

                        By:*/s/ Kwaku A. Akowuah*

                            Michael D. Mann
                            mdmann@sidley.com
                            Benjamin R. Nagin
                            bnagin@sidley.com
                            787 7th Avenue
                            New York, NY 10019
                            Tel: (212) 839-5300

                            Carrie C. Mahan*
                            carrie.mahan@sidley.com
                            Kwaku A. Akowuah
                            kakowuah@sidley.com
                            Alaric R. Smith**
                            alaric.smith@sidley.com
                            1501 K Street N.W.
                            Washington, D.C. 20005
                            Tel: (202) 736-8000

                            *Counsel for Amicus Curiae the Coalition for Healthcare Communication*

*\* Application for admission pro hac vice forthcoming*
*\*\* Application for admission forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I filed the foregoing via ECF, which will electronically notify all counsel of record:

/s/ *Kwaku A. Akowuah*