NBL5fed1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   FEDERAL TRADE COMMISSION,

 4                  Plaintiff,

 5          v.                          23 Civ. 6188 (ER)

 6   IQVIA HOLDINGS INC., et al.,
                                        Trial
 7
                  Defendants.
 8
     ------------------------------x
 9                                      New York, N.Y.
                                        November 21, 2023
10                                      9:00 a.m.

11   Before:

12                       HON. EDGARDO RAMOS,

13                                      District Judge

14

15                         APPEARANCES

16   FEDERAL TRADE COMMISSION
            Attorneys for Plaintiff
17   BY:  JENNIFER FLEURY
            VARNITHA SIVA
18          MICHELE SEO
            WADE LIPPARD
19          STEPHEN MOHR
            JESSICA MOY
20       CORY GORDON

21   WEIL GOTSHAL & MANGES LLP
            Attorneys for Defendant IQVIA HOLDINGS INC.
22   BY:  CHANTALE FIEBIG
            MARK ANDREW PERRY
23          SARAH M. STERNLIEB
            LUKE SULLIVAN
24            -and-
     CLEARY GOTTLIEB
25   BY:  RAHUL MUKHI
            CLOTILDE LE ROY
```

NBL5fed1

1

2                                APPEARANCES (Cont'd)

3

4    MORRISON & FOERSTER LLP
          Attorneys for Defendant PROPEL MEDIA, INC.
5    BY:  ALEXANDER P. OKULIAR
          DAVID J. SHAW

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NBL5fed1

1                (Trial resumed)

2            THE COURT:  Good morning, everyone.  It is not quite

3    9:00 but I think that everyone is here.  Is it OK if we start

4    just a minute early?  OK.

5            FTC, please call your next witness.

6            MS. FLEURY:  Good morning, your Honor.  The FTC calls

7    David Leitner from Klick.

8            MS. FIEBIG:  Your Honor, if I may, before the FTC

9    begins questioning -- this is Chantale Fiebig for IQVIA -- our

10   understanding is that the third-party that will be testifying

11   this morning has designated everything confidential and the

12   parties have agreed to defer to that third-party's designation

13   of their materials as confidential.  But, as a consequence, we

14   will have to ask the representatives from both defendants to

15   now leave the courtroom, and so we will do that.  I just wanted

16   to make it clear that they were leaving now.

17           THE COURT:  This is the third witness to be called at

18   this hearing or the third witness that is going to be called

19   today?

20           MS. FIEBIG:  The gentleman that just took the stand.

21           THE COURT:  Good morning.

22           THE WITNESS:  Good morning.

23           MS. FLEURY:  Your Honor, I do believe there is a small

24   portion that is public.  My colleague is going to is address

25   that first, but we are open to whatever makes sense for the

NBL5fed1

1    Court.

2            THE COURT:  OK.  So why don't we start with the public

3    part.  And do remind me of your name.

4            MS. SEO:  Michele Seo, your Honor, for the Federal

5    Trade Commission.

6            THE COURT:  OK.  Please swear the witness.

7    DAVID LEITNER,

8        called as a witness by the Plaintiff,

9        having been duly sworn, testified as follows:

10            THE COURT:  Sir, you may be seated.  Please bring your

11    chair up to the microphone and please speak directly into the

12    microphone.  Please begin by stating and spelling your first

13    name and your last name.

14            THE WITNESS:  Good morning.  I AM David Leitner.

15    D-A-V-I-D, L-E-I-T-N-E-R.

16            THE COURT:  Thank you.

17        Ms. Seo.

18            MS. SEO:  Thank you, your Honor.  I would also like to

19    introduce counsel for Mr. Leitner who is attending the hearing

20    donned, Daniel Schnapp of Dentons.

21            THE COURT:  Good morning.

22            MR. SCHNAPP:  Good morning, your Honor.

23            MS. SEO:  I also have a blinder for the witness.  May

24    I approach?

25            THE COURT:  You may.

1              Ms. Seo.

2    DIRECT EXAMINATION

3    BY MS. SEO:

4    Q.  Good morning, Mr. Leitner.

5    A.  Good morning.

6    Q.  Before we proceed, I want to remind you that we are in a

7    public session so I will do my best to stick to questions that

8    relate to information that is not confidential.  However, if I

9    ask a question for which your response would touch on

10   confidential information, please let me know and I will try to

11   rephrase or save it for a closed session.

12              Is that OK?

13   A.  That's good.

14   Q.  Mr. Leitner, did you formerly work for Klick?

15   A.  Yes.

16   Q.  And how long were you with Klick Health?

17   A.  Approximately four and a half years.

18   Q.  When did you join Klick?

19   A.  I believe it was May of 2019.

20   Q.  And when did you leave Klick?

21   A.  The end of September, 2023.

22   Q.  So, about less than two months ago?

23   A.  Yes.

24   Q.  And what was the last position you held at Klick?

25   A.  Managing director, head of media.

NBL5fed1                    Leitner - Direct

Q.  As managing director, head of media, what were you

responsible for?

A.  I was responsible for the work put out by the planning

department that was a part of Klick Health.  That planning

department provided media strategy, planning, buying, and

reporting functions.

Q.  And did you hold any other position titles while at Klick?

A.  The titles changed over time.  I think when I got there in

2019 it was senior vice president of media, it may have changed

to something else, but the responsibilities pretty much stayed

the same over the time.

Q.  Now, could you briefly describe your professional

background prior to joining Klick?

A.  Sure.  I have been in the advertising and media side of the

advertising business for 30 years or so.  Most of that has been

on the advertising agency side, a few years have been on the

client side, a couple years on the sales side, but it has all

been focused pretty much on taking clients' media budgets and

trying to effectively put them in market to get a positive

return on investment.  I have done that here in the U.S.,

worked overseas for a variety of different clients.

Q.  Mr. Leitner, do you understand that I will be asking you

questions based on your experience at Klick and your experience

in the advertising industry?

A.  Yes, I do.

NBL5fed1                        Leitner - Direct

1    Q.  Now, I would like to ask you some questions about Klick.

2    At a high level, could you please describe Klick's business?

3    A.  Sure.  Klick is a full service healthcare marketing agency.

4    So, as clients develop products, namely drugs to help people

5    with a variety of conditions, those companies, the marketers

6    are looking for agencies to help them bring to market.  That

7    might be the naming of the product that would be building a

8    website as they bring their product to market, advertising,

9    creative that we all see, and in my area of responsibility,

10   that was again taking those media dollars and effectively

11   investing them to gain a return on investment.  There would be

12   analytics teams and other services as a part of that offering

13   from Klick.

14   Q.  So is all of Klick's business in healthcare marketing?

15   A.  Yes.

16   Q.  And does Klick help pharmaceutical companies advertise

17   their products?

18   A.  Yes.

19   Q.  And were you head of Klick media?

20   A.  Yes.

21   Q.  I would like to ask you next about some questions on HCP

22   programmatic advertising.  Are you familiar with programmatic

23   advertising?

24   A.  Yes.

25   Q.  What is programmatic advertising?

1    A.   Programmatic advertising, I would say, is probably most

2    coined defined as the automation of the media planning and

3    buying process.

4    Q.   And are you familiar with HCP programmatic advertising?

5    A.   Yes.

6    Q.   And what is HCP programmatic advertising?

7    A.   So it's using programmatic technology, again the automated

8    ability to plan and buy to reach audiences specific to HCPs or

9    healthcare professionals.

10             MS. SEO:  Your Honor, that concludes the public

11   portion of my questioning.  The remainder of my questions touch

12   upon topics for which Klick has requested, and the parties have

13   agreed, to provide confidential treatment.  At this time, I

14   would ask that the courtroom be sealed so that I can continue

15   my questioning without publicly divulging confidential

16   information.

17             THE COURT:  Very well.  I put on the record yesterday

18   the reasons why we will be occasionally sealing the courtroom

19   in this matter.  I am further advised that the parties will be

20   reviewing the transcripts to determine whether or not any

21   sealed sections may be unsealed, but at this time I would ask

22   that anyone not affiliated with the FTC, Morrison & Foerster,

23   Weil Gotshal, please leave the courtroom.

24             (Pages 213-242 SEALED by order of the Court)

25

NBL5fed1                           Colarossi – Direct

1              (In open court)

2              THE COURT:  Do you want to call the next witness?

3              MS. FLEURY:  The FTC calls Michael Colarossi of IQVIA.

4    MICHAEL COLAROSSI,

5         called as a witness by the Plaintiff,

6         having been duly sworn, testified as follows:

7              THE COURT:  Sir, you may be seated.  When you speak,

8    please speak directly into the microphone, please keep your

9    voice up, and begin by stating and spelling your first name and

10   your last name.

11             THE WITNESS:  Can you hear me OK?

12             THE COURT:  Yes.

13             THE WITNESS:  My name is Michael Colarossi.

14             THE COURT:  Can you spell those, please?

15             THE WITNESS:  M-I-C-H-A-E-L, C-O-L-A-R-O-S-S-I.

16             THE COURT:  Mr. Gordon.

17             MR. GORDON:  May we approach the bench?  My colleague

18   has a binder for the witness.

19             THE COURT:  Very well.

20   DIRECT EXAMINATION

21   BY MR. GORDON:

22   Q.  Good morning, Mr. Colarossi.

23   A.  Good morning.

24   Q.  Mr. Colarossi, where do you work?

25   A.  IQVIA.

NBL5fed1                        Colarossi - Direct

1    Q.  I want to start today with a few questions about your role

2    at IQVIA.  You have worked there since December of 2021; is

3    that right?

4    A.  Yes.  Correct.

5    Q.  And your title is director of solution sales; right?

6    A.  Yes.

7    Q.  And in your role you manage a team of sales people in the

8    IQVIA digital enablement division; do I have that right?

9    A.  Correct.

10   Q.  You are also involved in selling IQVIA's Lasso; right?

11   A.  That's part of my responsibilities; yes.

12   Q.  And Lasso is owned by IQVIA; right?

13   A.  Yes.  It's now called the IQVIA Operating System.

14   Q.  Got it.

15       Mr. Colarossi, would you say that knowing who your key

16   competitors are is an important part of your job at IQVIA?

17   A.  Yes.

18   Q.  And does one part of your job include understanding the

19   competitive landscape?

20   A.  Yes.

21   Q.  And one part of your job involves gathering information

22   about IQVIA's competitors?

23   A.  Yes.

24   Q.  And then you take that information and you can share it

25   with IQVIA product leads; is that right?

NBL5fed1                              Colarossi - Direct

 1  A.  Correct.

 2  Q.  And your goal is for those product leads to take that

 3  information and use it to enhance IQVIA products in some way;

 4  is that fair to say?

 5  A.  Yes.

 6  Q.  You share that information that you learn about IQVIA

 7  competitors with your manager Clare O'Brien, right?

 8  A.  Yes.

 9  Q.  And you may also communicate with other senior IQVIA

10  executives like Dave Escalante; is that correct?

11  A.  Yes.

12  Q.  And one other part of your job is to educate advertising

13  agencies like Klick, who we just heard from, about IQVIA's

14  product offerings; right?

15  A.  Yes.

16  Q.  I want to talk now for a minute about how you describe

17  IQVIA's data offerings to those ad agency customers.  Please

18  turn your binder or look on the screen to PX- 1901.  Just let

19  me know when you are there.

20  A.  Yes.  I see it.

21  Q.  This document is an e-mail that you sent Sarah Bast at

22  Publicis Health Media on October 17 of 2022; right?

23  A.  Yes.

24  Q.  And Publicis is an ad agency customer of IQVIA; right?

25  A.  Yes.

1    Q.  Please look at the second sentence of the second paragraph,

2    the sentence beginning with:  I'm now leading the agency sales

3    team at a newly formed division of IQVIA...

4        Do you see that?

5    A.  Yes.

6    Q.  And the rest of that sentence you are describing the

7    digital media solutions division as based on IQVIA's

8    acquisition of two leading HCP data solution providers; right?

9    A.  Yes.

10   Q.  And the two leading HCP data solution providers you

11   identify here are DMD and MedData group; is that right?

12   A.  Yes.

13   Q.  And you describe DMD as the leader in HCP e-mail

14   deployment; correct?

15   A.  Yes.

16   Q.  And you also describe MedData group as the leading data

17   provider for HCP programmatic and social?

18   A.  Yes.

19   Q.  In the next sentence, the sentence beginning with

20   "together," you tell Sarah Bast at Publicis that IQVIA offers

21   the, quote, largest, fully-consented, first-party HCP dataset

22   for omni channel media planning, activation, and reporting

23   (over 1.5 million HCPs).

24       Do you see that?

25   A.  Yes.

NBL5fed1                    Colarossi - Direct

1    Q.  And when you wrote "fully consented," consent refers to

2    consents given by the HCPs; right?

3    A.  Correct.

4    Q.  And fully consented, does that mean that all of IQVIA's HCP

5    data is consented?

6    A.  It means just what it says there.  There are 1.5 million

7    healthcare providers that have provided their consent for us to

8    allow us to engage them with omni channel media activation and

9    reporting.

10   Q.  Got it.  That's helpful.  Thank you.

11       And you also used the phrase first party.  When you wrote

12   that IQVIA uses a first-party HCP dataset, that means that

13   IQVIA's HCP data came directly from the doctors.  Is that what

14   first-party means?

15   A.  To be clear, we define first-party as that we have a

16   product called the HCN -- the Healthcare Communications

17   Network -- which is a consortium of over 60 publishers but we

18   have strategic partnerships publishers like the New England

19   Journal of Medicine, Haymarket Media, GoodRX, and what unites

20   them, even though in some cases they're competitors, is the HCN

21   and they all share their data with the HCN.  We consider that

22   to be first-party data.

23   Q.  Got it.  Let's go back to consent for a minute.  You

24   believe that IQVIA has the best in class consent framework;

25   right?

NBL5fed1                    Colarossi - Direct

1   A.  I think so.

2   Q.  And IQVIA has a 17-step process to gain the consent of each

3   healthcare provider.  Do I have that right?

4   A.  Yes.

5   Q.  I won't quiz you on all 17 steps.

6   A.  Thank you.

7   Q.  In IQVIA's view, or your view, IQVIA has the strongest

8   consent methodology in the industry.  Do I have that right?

9   A.  I think so.

10  Q.  And you mentioned this consent framework in your pitches to

11  customers like in this e-mail to Sarah Bast at Publicis; right?

12  A.  Yes.

13  Q.  Thank you.

14      Let's talk for just a minute now about IQVIA's HCP

15  programmatic offering --

16          THE COURT:  Before we do that, can I ask -- I'm not

17  going to ask about the 17 steps, but if I am a doctor and I am

18  giving consent, what am I consenting to and how am I doing

19  that?

20          THE WITNESS:  Sure.  So, I mentioned before we have

21  the partnerships, we source data primarily from medical

22  publishers, and one of them I mentioned is the New England

23  Journal of Medicine.  Let's say you are a doctor and you want

24  to receive a weekly e-mail newsletter from the New England

25  Journal of Medicine.  When you agree to that, you probably

1   receive -- you have probably opted in to receive a weekly

2   newsletter before, right, at some point?  Usually when you do

3   that, you have to agree to the terms and conditions of the

4   privacy policy.  Within there, there is an excerpt from IQVIA

5   that says that's done, put there in partnership with the

6   publication -- in this case New England Journal of Medicine --

7   that says when you agree to receive that weekly newsletter on,

8   let's say, oncology, you not only agree to receive an e-mail

9   communication from the New England Journal of Medicine but also

10  IQVIA and our partners.

11              That's what we mean by consent.

12              THE COURT:  OK.

13              THE WITNESS:  And I should also mention that, legally,

14  in the United States, you don't need the consent of a

15  healthcare provider, right now, to engage them with the

16  programmatic message but we feel at IQVIA we go above the

17  standard.

18              THE COURT:  Thank you.

19  BY MR. GORDON:

20  Q.  Let's talk for a quick minute about the HCP programmatic

21  offering at IQVIA.  It's important to IQVIA's customers that

22  HCP programmatic offering advertising be done on a one-to-one

23  basis; correct?

24  A.  Yes.

25  Q.  And one-to-one, in the context of HCP programmatic

NBL5fed1                         Colarossi - Direct

1    advertising, means targeting and reporting on an individual HCP

2    basis; right?

3    A.   Yes.  We usually say at the NPI level.

4    Q.   Got it.

5    A.   Because each HC -- well, yes.

6    Q.   Thank you.  I appreciate the clarification.

7         The overwhelming majority of IQVIA's HCP programmatic

8    advertisements are done one-to-one; right?

9    A.   Correct.

10   Q.   And PulsePoint is a competitor to IQVIA's Lasso; right?

11   A.   One of the competitors.  They're also a partner but, yeah,

12   one of the competitors.  Yeah.

13   Q.   Right.

14        Do you believe that IQVIA offers a better product than

15   PulsePoint?  Do I have that right?

16   A.   I think so.

17   Q.   And specifically you think it's IQVIA's Lasso that offers a

18   better product than PulsePoint; right?

19   A.   Not necessarily, no, because just to be clear, Lasso

20   competes with IQVIA, both as a programmatic platform as well as

21   a data provider.

22   Q.   Did you mean Lasso competes with PulsePoint?

23   A.   Sorry.  Forgive me.  Sorry.

24        PulsePoint -- IQVIA competes with PulsePoint both as a

25   media platform as well as a data provider, so we compete in two

NBL5fed1                        Colarossi - Direct

1    different areas.

2    Q.  Got it.

3        I now want to discuss how you described some of IQVIA's

4    competitors to your team earlier this year.  Please turn in

5    your binder or look up on the screen to PX- 1628.  Let me know

6    when you are there.

7    A.  Thank you for zooming in.

8    Q.  Now, this document is a chat transcript dated June 6, 2023;

9    right?

10   A.  Yes.

11   Q.  And the participants of this chat listed there on the first

12   page include yourself, Michael Colarossi, and various IQVIA

13   personnel; is that right?

14   A.  Yes.

15   Q.  Let's take a look a little further down on this document at

16   the first message.  The first message is from you sent at 9:38

17   on June 6.  Do you see that?

18   A.  Yes.

19   Q.  You wrote:  Morning team!  For this Thursday's weekly sales

20   meeting, I've been asked to lead the discussion and putting

21   together some agenda items.

22       Do you see that?

23   A.  Yes.

24   Q.  In June 2023 you had weekly sales meetings; right?

25   A.  Yes.

NBL5fed1                        Colarossi - Direct

1    Q.  You still have weekly sales meetings; right?

2    A.  Yes.

3    Q.  The attendees for this weekly sales meeting that you are

4    referencing here are all the sellers and sales managers for the

5    digital enablement group; is that right?

6    A.  Just the agency team within the digital enablement group.

7    Q.  Got it.

8        And you were responsible for leading the weekly sales

9    meetings scheduled for the week of June 6, 2023; right?

10   A.  I was.

11   Q.  And so this chat that we are looking at was about getting

12   your team's thoughts on agenda items for the weekly call?

13   A.  Yes.

14   Q.  Let's look back at the chat, if you could turn to page --

15   the second page ending in -002, three quarters of the way down

16   you respond at 10:13 a.m.  Do you see that?

17   A.  Yes, I do.

18   Q.  You started by thanking the people who had responded for

19   their thoughts and then you wrote:  So what I am hearing so far

20   is a discussion about (1) our data story; and (2) triggers.

21       Do you see that?

22   A.  Yes.

23   Q.  And then you wrote:  Since the Lasso M&A -- Lasso M&A

24   refers to IQVIA's acquisition of Lasso in 2022; right?

25   A.  Yes.

NBL5fed1                              Colarossi - Direct

1              MR. GORDON:  You know, I think we have this quote

2      blown up on the board right there.  Your Honor, may I approach

3      and point that out to the witness?

4              THE COURT:  Sure.

5      Q.  Looking right here, so you wrote here --

6      A.  I see it.

7      Q.  -- since the Lasso M&A, we have been heavily focused on

8      the platform and what distinguishes it from the competition.

9      The challenge now is that our two key competitors (PulsePoint

10     and DeepIntent) also have a 3-in-1, so the feeling is that we

11     need to talk more and get educated on the data story, HCP, and

12     DTC, and how it is a main distinguisher versus the competition.

13         Do you see that?

14     A.  I do.

15     Q.  DTC refers to direct-to-consumer; right?

16     A.  Yes.

17     Q.  So, as noted here, Lasso has had direct-to-consumer

18     capabilities in June of 2023; is that right?

19     A.  Yes.

20     Q.  The only two key competitors that you identified in this

21     chat were PulsePoint and DeepIntent; correct?

22     A.  In this chat.  We have other competitors but in this chat.

23     Q.  Let's talk about 3-in-1 capabilities for a moment.  3-in-1

24     refers to three capabilities on one platform; is that right?

25     A.  Yes.

NBL5fed1                         Colarossi - Direct

1   Q.  And those three capabilities are audience creation,

2   activation, and measurement; is that right?

3   A.  Correct.

4   Q.  So, the idea of a 3-in-1 platform is that all three

5   capabilities are available for an advertiser to use all in one;

6   right?

7   A.  Correct.

8   Q.  One benefit of IQVIA's 3-in-1 is the fact that IQVIA has

9   the strongest audiences; is that right?

10  A.  I think so.

11  Q.  And another benefit with respect to activation is that

12  IQVIA has a very strong media activation product; right?

13  A.  Again, I think so.

14  Q.  And another benefit with respect to measurement is that

15  IQVIA has the most accurate measurement solution available;

16  right?

17  A.  Again, I think so.

18  Q.  And all of these IQVIA capabilities are turnkey ready all

19  under one roof; right?

20  A.  Correct.

21  Q.  So IQVIA's Lasso offers 3-in-1; right?

22  A.  Yes.

23  Q.  And DeepIntent offers 3-in-1; right?

24  A.  Yes.

25  Q.  And PulsePoint offers 3-in-1; is that also right?

NBL5fed1                         Colarossi - Direct

1    A.  Yes.  To the best of my knowledge.

2    Q.  I now want to turn to a different document and discuss how

3    you described IQVIA's competitors to your manager earlier this

4    year.  Please turn in the binder or look up on your screen to

5    PX- 1625.  PX- 1625 is an e-mail chain between yourself and

6    your manager Clare O'Brien; right?

7    A.  Yes.

8    Q.  And it looks like you sent this e-mail on June 7, 2023; is

9    that right?

10   A.  Yes.

11   Q.  The subject for this e-mail is my suggested agenda for

12   Thursday's weekly.  That's the same weekly sales meeting we

13   were discussing in the last document; right?

14   A.  Yes.

15   Q.  You start your e-mail with, if you could scroll down a bit,

16   the first e-mail in this chain on June 6, you start the chain

17   with an e-mail on June 6 and you write:  Clare, the people have

18   spoken.

19       Do you see that?

20   A.  Yes.

21   Q.  The people you are referring to are the sales team members

22   with whom you chatted in PX- 1628, the last document?

23   A.  Yes.

24   Q.  You continue, based on the feedback from the sellers, they

25   would like to use this week's sales call to talk a lot more

NBL5fed1                        Colarossi - Direct

1    (and learn more) about our data story and what is/isn't unique

2    about it (as opposed to say... our platform story).

3         Do you see that?

4    A.  Yes.

5              MR. GORDON:  Your Honor, may I approach again?  The

6    next quote is also on the board.

7              THE COURT:  OK.

8    Q.  I am looking right here.

9    A.  Yes, I see it.

10   Q.  You write:  With the big three (e.g., IQVIA OS, PulsePoint,

11   and DeepIntent) all offering the payment 3-in-1 story, the

12   feeling is we should be talking about what makes our data

13   unique versus the competition.

14   A.  Yes.

15   Q.  You said earlier that IQVIA OS refers to Lasso; right?

16   A.  In part, yes.

17   Q.  So in this e-mail to your manager on June 6, you described

18   Lasso, PulsePoint, and DeepIntent, as the big three; right?

19   A.  In that e-mail, yes.

20   Q.  So it's fair to say that as recently as June of 2023 you

21   referred to IQVIA, DeepIntent, and PulsePoint, as the big three

22   to your manager; right?

23   A.  Within that context, yes.  There is some context there that

24   I could -- but, yes, that's correct in that note but we do have

25   other competitors beyond those two.

NBL5fed1                        Colarossi - Cross

1          MR. GORDON:  Thank you.  Thank you, Mr. Colarossi.  I

2     have no further questions at this time.

3          THE COURT:  Cross-examination.

4          MR. MUKHI:  Thank you, your Honor.

5     CROSS-EXAMINATION

6     BY MR. MUKHI:

7     Q.  Mr. Colarossi, you recall being shown a Teams chat from

8     June 2023 where you refer to PulsePoint and DeepIntent as

9     Lasso's two key competitors?  Do you recall that?

10    A.  I do.

11    Q.  What did you mean by key competitors when you identified

12    PulsePoint and DeepIntent in that chat?

13    A.  The DSPs that historically are the most well known that

14    dedicate solely to pharma and healthcare.

15    Q.  And are PulsePoint and DeepIntent the only DSP platforms

16    that focus only on healthcare that Lasso competes against or

17    are there other such competitors who are not as historically

18    well known?

19    A.  There are other competitors as well.

20    Q.  And who are those other DSP competitors that are focused

21    solely on pharma and healthcare?

22    A.  A few examples we can say, like Real Chemistry, which has

23    acquired Swoop and TI Health.  I would say Doceree.  I would

24    say Optimize RX.  And, let's see -- which acquired Medicx, by

25    the way, just recently, and Healio, among others.

NBL5fed1                          Colarossi - Cross

Q.   And are there DSPs that are not focused solely on

healthcare that Lasso also competes with?

A.   Yes.

Q.   And who are those, for example?

A.   The ones that come to mind would be the bigger ones like

AdTheorent, the Trade Desk, VideoAmp, AcuityAds, Nativo, and

there are others.

Q.   Thank you, Mr. Colarossi.

             Now, Mr. Colarossi, is your sales team competing

against all the DSPs you just mentioned, both

healthcare-focused and not healthcare-focused, when it is

trying to sell Lasso to customers?

A.   Yes.

             (Continued on next page)

NblWftc2                    Colarossi - Cross

1    BY MR. MUKHI:

2    Q.   Now, are there any particular DSP competitors who have been

3    expanding further into HCP programmatic in the last six months,

4    since your June 2023 chat?

5    A.   Yes.

6    Q.   OK.   Which ones are those?

7    A.   Well, I mentioned a moment ago, but probably the most

8    well-known, the fastest growing would be, I'd say, AdTheorent

9    and The Trade Desk in particular.

10   Q.   OK.   Focusing on AdTheorent, did AdTheorent, did they just

11   start running HCP campaigns programmatically for customers?

12   A.   Well, I've been hearing them two years, and we've been

13   working with them for at least two years.

14   Q.   They've been doing it for at least two years?

15   A.   Yes.

16   Q.   And why do you consider AdTheorent as a DSP that's been

17   expanding even further into health care in the last six months?

18   A.   Well, we know they license our data.   They buy our data,

19   our HCP data, so we have -- we can see their investment growing

20   each and every month.

21   Q.   And for example, what was their position in the month of

22   October?

23   A.   Well, the month in October they were the fastest growing

24   and the largest of our external DSP partners.

25   Q.   All right.   And sitting here today, about six months since

NblWftc2                           Colarossi – Cross

1    your June 2023 chat, do you believe AdTheorent to be a key DSP

2    competitor in HCP advertising to Lasso?

3    A.   Yes.

4    Q.   Focusing on The Trade Desk, did they just begin running HCP

5    campaigns in the last six months?

6    A.   No.

7    Q.   How long have they been doing it, to your knowledge?

8    A.   As long as I've worked here, so I guess, approximately two

9    years, at least.

10   Q.   And why do you believe The Trade Desk has been expanding

11   even further into health care in the last six months?

12   A.    In part, because, like I said, they do license our HCP

13   data, so we see them growing.  Then beyond that, based on just

14   my industry knowledge, we see their presence at trade shows and

15   how they are positioning themselves in pharma -- also with

16   AdTheorent as well -- and they both, clearly see that they look

17   at the pharma, as a health care, as a growth area for both

18   DSPs.

19   Q.   Sitting here today, about six months after your June 2023

20   message, you believe The Trade Desk to be a key DSP competitor

21   to Lasso in HCP programmatic advertising.

22   A.   We do -- I do.

23   Q.   All right.  And are there other DSPs that have also been

24   expanding into health care in the past six months?

25   A.   Yes.

NblWftc2                        Colarossi - Cross

1    Q.  Like who?

2    A.  Let's see.  I mentioned a moment ago, but I'll say them

3    again, beyond the one -- the two I just mentioned, we have,

4    like, VideoAmp, Viant, AcuityAds, Yahoo, Nativo, and others.

5    There's over two different -- two dozen platforms that license

6    IQVIA data to varying degrees currently.

7    Q.  Some of those have been growing in the last six months?

8    A.  All of them, for the most part, are growing.

9    Q.  Now, based on your experience in the industry,

10   Mr. Colarossi, is six months a short time or a long time in the

11   ad tech world?

12   A.  Well, in the ad tech world, that can be -- it's like dog

13   years.  That can be a lifetime.

14   Q.  Why do you say that?

15   A.  Because it's a -- ad tech is all about innovation, and it's

16   a copycat league, so six months ago we might have certain --

17   one DSP might have certain unique features and benefits that

18   they don't believe any other one has and then those DSPs

19   quickly see what that profit in service is and then they

20   copycat it, and then six months later you no longer have a

21   competitive edge.

22   Q.  All right.  I want to turn to another topic outside of

23   DSPs.  Are there other channels that offer advertisers the

24   ability to display ads to HCP that your team competes against

25   when they're selling Lasso?

1  A.  Outside of programmatic?

2  Q.  Outside of DSPs.

3  A.  Outside of DSPs, yes.

4  Q.  And can you give examples of outside of DSPs, who is your

5  team competing against when they're trying to sell Lasso?

6  A.  OK.  So, you start with the traditional and endemic

7  healthcare players, such as Medscape, WebMD, Healthline,

8  Haymarket Media, PatientPoint.  **And** then within social you have

9  Doximity and Sermo.  And then traditional social you have Meta,

10  which is Facebook and Instagram, LinkedIn, TikTok.  Then in

11  connected TV, there's players like Hulu and Roku and Samsung.

12  There's also email competitors.  And I guess we shouldn't

13  forget linear TV, because the majority –– No. 1 spender with a

14  top pharma spender, media dollars is on linear TV.

15  Q.  OK.  Let's focus on social for a minute.  Does social, do

16  social media platforms offer the ability for advertisers to

17  display ads to HCPs programmatically?

18  A.  Can you repeat the question, please?

19  Q.  Yeah.  Are there social media platforms that offer the

20  ability for advertisers to display ads to particular HCPs?

21  A.  Yes.

22  Q.  And what platform has the highest usage of IQVIA data for

23  targeting HCPs?

24  A.  Which platform?  I would say Meta.

25  Q.  And you mentioned Doximity and Sermo.  Did you testify

NblWftc2                        Colarossi - Cross

1   those are social media platforms that are healthcare-focused?

2   A.  Yes.

3   Q.  Now, is your team competing against both the general social

4   media platforms, like Meta, as well as the healthcare-focused

5   social media platforms when you're trying to sell Lasso to

6   customers?

7   A.  Yes.

8   Q.  OK.  You mentioned endemic publishers.  Do those endemic

9   publishers offer the ability to target or display ads to HCP

10  for advertising?

11  A.  Yes.

12  Q.  And is an example of an endemic publisher Medscape?

13  A.  Yes.

14  Q.  And is your team competing against endemic publishers like

15  Medscape when you're trying to sell Lasso to ad agencies?

16  A.  Yes.

17  Q.  Do you consider social media companies, both the general

18  and the healthcare-focused, to be key competitors of Lasso?

19  A.  Yes.

20  Q.  Do you consider endemic publishers to be key competitors of

21  Lasso?

22  A.  Yes.

23  Q.  All right.  And you mentioned connected TV.  Does connected

24  TV also offer the ability for advertisers to display ads to

25  particular HCPs?

NblWftc2                    Colarossi - Cross

1   A.  Yes.

2   Q.  OK.  Do you consider connected TV platforms to be key

3   competitors to Lasso?

4   A.  Yes.

5   Q.  Now, the FTC also showed you a document from June 2023,

6   where you talked about the big three.  Do you recall that?  I

7   think it's on the board too.

8   A.  Yes.

9   Q.  Why did you refer to IQVIA, PulsePoint and DeepIntent as

10  the big three?

11  A.  As I mentioned before, because they're the most,

12  historically the most well-known DSPs with a focus, 100 percent

13  focus on pharma health care and also offer, I mean, one

14  solution.

15  Q.  Do you consider those three -- IQVIA, PulsePoint and

16  DeepIntent -- to be the big three ways that digital advertisers

17  can reach HCPs online?

18  A.  No.

19  Q.  Why not?

20  A.  Well, if you talk to a brand like Jardiance or Dupixent and

21  you ask them how are they spending their media dollars for HCP,

22  the largest spends will be for linear TV, Medscape, Doximity,

23  Google, probably Facebook.  Not necessarily in that order, but

24  those would be the, those are the go-to ones.

25  Q.  OK.

NblWftc2                          Colarossi - Cross

1    A.  At least to my knowledge, to the best of knowledge.

2    Q.  You mentioned 3-in-1, Mr. Colarossi.  Are there other

3    platforms that offer the 3-in-1 functionality that you

4    described during your testimony with FTC?

5    A.  There are.

6    Q.  Who are some of those other 3-in-1s?

7    A.  Some of the, some of the DSPs I mentioned previously, The

8    Trade Desk, AdTheorent, VideoAmp.  I mean they all have their

9    own version.  They're not cookie cutter.  They all have their

10   own varying degrees of product offerings, but they have their

11   own version of a solution like that.

12   Q.  Do you consider being a 3-in-1 a unique selling point for

13   Lasso?

14   A.  At one time I did, but no longer.

15   Q.  Why no longer?

16   A.  Because I've realized over time, as I've learned the DSP,

17   as I've learned the DSP competitive industry, that there are

18   many DSPs that essentially have their own 3-in-1 solution.

19   Q.  Now, turning away from 3-in-1, are there times when your

20   potential customers will choose to go to a platform that only

21   has one or two of the three functions you described?

22   A.  Yes.

23   Q.  OK.  And can you name some of the platforms that have one

24   or two of the 3-in-1 that you described?

25   A.  Let's see.  I'd say probably Google.  DV360 would be an

NblWftc2                          Colarossi - Cross

1   example.  Yahoo would be another example.

2   Q.  And based on your experience, why are there occasions when

3   customers will choose to go with a platform that doesn't

4   offer -- a DSP platform that doesn't offer 3-in-1?

5   A.  Well, it varies depending on, on the client.  I'd say, No.

6   1, some clients don't value the fact that there's, that we can

7   offer 3-in-1.  It's not that important to them.

8       What else?  I'd say in many cases the clients, the agencies

9   are embedded, already working with a particular DSP; they're

10  very comfortable with them.  And lastly, I'd say probably

11  because there's -- I imagine there's, perhaps, a financial gain

12  for them if they stick with one DSP and give all their business

13  to that DSP.

14  Q.  OK.  I want to turn to another topic.

15      You were asked about the data that your team sells.

16  Putting Lasso aside, but focusing on data.  One type of

17  offering your team sells is HCP audience data, is that right?

18  A.  Yes.

19  Q.  And that's the list of doctors by NPI number that

20  advertisers might want to display ads to online?

21  A.  Yes.

22  Q.  OK.  If customers buy HCP audience data from IQVIA, do you

23  require customers to use Lasso for their advertising?

24  A.  We do not.

25  Q.  And why not?

NblWftc2                          Colarossi - Cross

1    A.   Because our policy, IQVIA's policy is we're data

2    everywhere, we are platform agnostic.

3    Q.   Are you aware of any plans to change that philosophy,

4    strategy if this acquisition is completed?

5    A.   I am not.

6    Q.   All right.  Does IQVIA have competitors in selling HCP

7    audience data?

8    A.   We do.

9    Q.   Who are some of those competitors?

10   A.   Let's see.  In no particular order, I'd say PurpleLab,

11   Veeva Crossix, Healio, Medicx, among others.

12   Q.   OK.  And does IQVIA require ad agencies to only use IQVIA

13   HCP audience data on Lasso, or can a customer bring their

14   audience data from one of those other sources you mentioned?

15   A.   We welcome all sources of data.

16   Q.   Are you aware of any plans to change that if the DeepIntent

17   acquisition goes through?

18   A.   I am not.

19   Q.   OK.  I want to talk about PLD data.  Is PLD data, physician

20   level reporting, something that your team offers to customers?

21   A.   We do.

22   Q.   And does your team offer the PLD reporting to customers

23   even if they're not using Lasso to run their campaign?

24   A.   Yes.

25   Q.   How much does IQVIA charge for providing PLD reports to its

NblWftc2                        Colarossi - Cross

1   customers?

2   A.  We typically do not provide a charge.  It's complimentary.

3   Q.  OK.  And are you aware of any plans to change anything

4   around the provision of PLD reporting to customers if this

5   acquisition goes through?

6   A.  Not to my knowledge.

7   Q.  I want to talk about script lift or measurement,

8   prescription behavior reports.  Does your team also sell that

9   to customers?

10  A.  We do.

11  Q.  Does IQVIA have competitors for measurement services like

12  script lift?

13  A.  Yes.

14  Q.  And who are some of IQVIA's competitors in that area?

15  A.  I'd say Veeva Crossix, Symphony Health, PurpleLab.  Those

16  are the ones that come to mind.  I'm sure there are others, but

17  those are the ones that come to mind.

18  Q.  OK.  Do some customers run a campaign on Lasso and get

19  their measurement or their script lift data from one of those

20  other companies?

21  A.  Sometimes, yes.

22  Q.  OK.  And are you aware of any plans to prohibit that if

23  this DeepIntent acquisition goes through?

24  A.  No.

25  Q.  All right.  And you mentioned the different types of

NblWftc2                    Colarossi - Cross

services: the audience data, the activation part of it,

explaining the ads, and then the PLD and measurement.  Are you

aware of customers, advertising agencies ever mixing and

matching providers for the audience creation piece, the

activation piece and the measurement piece?

A.  Yes.

Q.  And how frequently does that occur?

A.  Relatively frequently.

Q.  And finally, Mr. Colarossi, you were asked some about, by

the FTC and the judge about consent.  Do you recall those

questions?

A.  Yes.

Q.  OK.  And I believe you mentioned that consent is not

something that is required, to your understanding, to run an

HCP programmatic campaign to your particular HCP, right?

A.  That is correct.

Q.  And you also mentioned in the FTC's questioning that

consent is something you discuss with IQVIA's customers as

something that the IQVIA offering has, right?

A.  Yes.

Q.  Based on your experience and your personal observation,

does that message around consent resonate with all customers or

some customers?

A.  Some customers.

Q.  OK.  And why does that message not resonate with some of

NblWftc2                    Lin - Direct

1   the customers?

2   A.   I'm not sure.  Just -- we all have clients and customers,

3   and certain features and benefits resonate more than others.

4   It's as simple as that.

5          MR. MUKHI:  I have no further questions at this time,

6   your Honor.

7          THE COURT:  Any redirect?

8          MR. GORDON:  No further questions, your Honor.

9          THE COURT:  OK.

10         Sir, you may step down.

11         (Witness excused)

12         THE COURT:  It's not 10:32.  We'll take our first

13  break; it will be 20 minutes, so be back at 10:50.

14         (Recess)

15         THE COURT:  FTC, call your next witness.

16         MS. MOY:  Your Honor, the FTC calls Mr. Frank Lin.

17         May my colleagues approach to pass the witness and the

18  judge a binder?

19         THE COURT:  Absolutely.

20  WEI HAN FRANK LIN,

21       called as a witness by the Plaintiff,

22       having been duly sworn, testified as follows:

23         THE COURT:  Ms. Moy, you may proceed.

24  DIRECT EXAMINATION

25  Q.   Good morning, Mr. Lin.

NblWftc2                      Lin - Direct

1    A.  Good morning.

2    Q.  Are you currently employed by IQVIA?

3    A.  Yes, I am.

4    Q.  Your current title is vice president and general manager of

5    digital media at IQVIA, is that right?

6    A.  That's correct.

7    Q.  And prior to your current role, you were general manager at

8    a company called DMD, is that right?

9    A.  That's right.

10   Q.  And DMD is a data provider?

11   A.  Yes.

12   Q.  And IQVIA bought DMD, is that right?

13   A.  That's right.

14   Q.  And you became vice president and general manager of

15   digital media at IQVIA when IQVIA acquired DMD, is that right?

16   A.  That's correct.

17   Q.  Mr. Lin, I'd like to discuss your responsibilities related

18   to IQVIA's merger and acquisition processes.

19   A.  OK.

20   Q.  Mr. Lin, you have supported the IQVIA mergers and

21   acquisitions process related to its digital media business, is

22   that right?

23   A.  Yes.

24   Q.  And you have advised and supported IQVIA's mergers and

25   acquisitions processes related to the Lasso acquisition, is

NblWftc2                          Lin - Direct

1    that right?

2    A.   That's correct.

3    Q.   And you have advised and supported IQVIA's mergers and

4    acquisitions processes related to IQVIA's current proposed

5    acquisition of DeepIntent, is that right?

6    A.   That's also correct.

7    Q.   And as part of your responsibilities, you have also

8    facilitated relationships based on your long relationships with

9    the founders of Lasso and DeepIntent, is that right?

10   A.   Lasso and DeepIntent were business partners with DMD for

11   long period of time.

12   Q.   Mr. Lin, who is Chris Paquette?

13   A.   Chris Paquette is the CEO of DeepIntent.

14   Q.   And you have worked closely with Mr. Paquette for a number

15   of years?

16   A.   We have.

17   Q.   And you worked with Mr. Paquette when you were at DMD?

18   A.   Yeah, when we were both young start-ups.

19   Q.   And you continued to work closely with Mr. Paquette after

20   DMD was acquired by IQVIA?

21   A.   Yes, because we are business partners.

22   Q.   And you communicate with Mr. Paquette fairly frequently?

23   A.   Yeah, you can say that.

24   Q.   And as we discussed, Mr. Lin, you joined IQVIA when IQVIA

25   acquired DMD, right?

NblWftc2                    Lin – Direct

1  A.  That's correct.

2  Q.  Was that around August 2021?

3  A.  Yes.

4  Q.  All right.  I want to look at an email from December 2021,

5  when you and Mr. Paquette discussed how much money you would

6  both make from an IQVIA-DMD-DeepIntent integration.  If you

7  could turn in your binder, Mr. Lin, to PX2779.

8  A.  2779?

9  Q.  Yes.

10            THE COURT:  It's the third one from the bottom.

11            THE WITNESS:  Oh.  Thank you.

12  A.  Yup.

13  Q.  At the end of 2021, you asked Mr. Paquette if he's ready to

14  dance in Q1.  Do you see that?

15  A.  I do see that.

16  Q.  And Mr. Paquette at the time was the DeepIntent CEO, is

17  that right?

18  A.  That's correct.

19  Q.  And you say to him, a few lines down:  "OK.  Are we

20  preparing a bag of cash right now?  I'm super involved"?

21  A.  I was referring to that I made some recommendations at

22  IQVIA that DeepIntent was a potential acquisition opportunity

23  for IQVIA.  And DeepIntent being my long-time DMD partner,

24  since we were little start-ups, obviously I was excited that

25  some of my recommendations were being considered seriously at

NblWftc2                        Lin - Direct

1    IQVIA.

2    Q.  And in relation to your recommendation when you were at

3    IQVIA, you wrote:  OK.  Are we preparing a bag of cash right

4    now?  I'm super involved."  Is that right?

5    A.  I wrote referring to that, hey, when you're going through

6    an M&A, there's an opportunity.  There's definitely evaluation

7    involved, and that's what we're referring to.

8    Q.  And after you mentioned bags of cash, Mr. Paquette said:

9    "How big?" winky face, "I think we have a reserve price,"

10   smiley face, right?

11   A.  I see that, and you also see that I did not really reply,

12   because that was not my place to negotiate or evaluate that

13   statement.

14   Q.  And Mr. Paquette follows that up with:  "BTW, the

15   integration between DMD and IQVIA is going to make us both so

16   much money," right?

17   A.  I see that he said that, but if you go to my next reply, I

18   was very quick to indicate to him that my recommendation to

19   IQVIA has no financial benefit to me.  And I believe the next

20   statement that I have to him is that, "you alone will benefit

21   from or the value creation that you have put in taking a risk

22   to start up DeepIntent."

23   Q.  So is it fair to say that you and Mr. Paquette were already

24   discussing how a DMD-IQVIA-DeepIntent combination and

25   integration was going to make you both bags of cash and so much

1  money before IQVIA proposed to acquire DeepIntent?

2  A.  As I indicate to you just now, I clearly called out to, to

3  Chris Paquette that I have no personal financial gain in this

4  transaction.  I'm merely a device in term to IQVIA for the

5  benefit of strategic importance of this potential acquisition.

6  I think Chris Paquette being entrepreneur, where we met early

7  on, he create a high-paying job and, to start up, took a risk

8  and I watch him build a company.  And I think that's

9  entrepreneurial story of the value he has created, and I will

10 perfectly happy for him to have good exit.

11 Q.  So around a month after this, you started having

12 conversations with Mr. Paquette about IQVIA buying DeepIntent,

13 right?

14 A.  Around that time frame, yes.

15 Q.  And around that time frame, in January 2022, you have

16 discussed with Mr. Paquette that it would be crazy how much you

17 both can take over if you do come together, right?

18 A.  I do that statement, and the context of that statement is

19 that, hey, we were little start-ups, right, DMD and DeepIntent,

20 in the context of a $14 billion marketplace.  This is really

21 two entrepreneur really excited with this potential, and we

22 would love to do more.  But I think deep inside, we both have

23 realization that in order to really, what you are asking about,

24 taking over is, hey, we'll love to get more because we know

25 that ultimately we're competing with Google.  We're competing

1   with Trade Desk, some giant public advertising in our industry.

2   Q.  I want to take a look at the exact context of the language,

3   if you can please turn in your binder to PX2775.

4   A.  OK.

5   Q.  And this is an email -- sorry.  This is a text from January

6   26, 2022, when you and Mr. Paquette are discussing how much --

7   Mr. Paquette writes to you:  "Great meeting today.  Very

8   excited for what we're going to do together.  Such an obvious

9   win-win for us," right?

10  A.  I see that statement.

11  Q.  And here you wrote back to Mr. Paquette:  "I know.  It

12  would be crazy how much we can take over if we do come

13  together"?

14  A.  Again.  My potential little bit exaggeration based on my

15  excitement of this potential of coming together is that, hey,

16  coming together to really gain more business in this

17  marketplace.  Again, this is a large, large market of at least

18  $14 billion, and we definitely want to make a dent in this

19  space.  But with the current makeup, at that time, in 2021, DMD

20  and Lasso was still very small.

21  Q.  And to be clear, when we're looking at the sentence about

22  how much you can take over, this was about how much you could

23  take over by IQVIA acquiring DeepIntent, right?

24  A.  I'm -- I don't recall the, exactly what I'm referring to.

25  Again, this is really Chris and I really just excited that this

1    is a potential.  In this sentence, I didn't talk about is this

2    a CP market that we're taking over.  In this sentence I'm not

3    describing if we are going to spend time on DTC market.  Again,

4    we just excited that, hey, we can do something together and we

5    can do more.

6    Q.  I'm simply asking you if this was about how much you could

7    take over by IQVIA acquiring DeepIntent.  That is my question.

8    A.  The intent of that is really about DeepIntent and DMD.  If

9    you look at the date of 2021, just being at IQVIA for a little

10   over three months, in my, my frame and the concept and the

11   relationship of Chris, still in that context of DMD and

12   DeepIntent.

13   Q.  And Mr. Paquette follows up in that text message by saying:

14   "Yes, this may preordain the marriage," right?

15   A.  He said that.

16   Q.  And the marriage here is between IQVIA and DeepIntent,

17   right?

18   A.  I don't know why he was referring to, but again, if I was

19   reading this, again, today, I would say this is really about

20   DMD and DeepIntent.

21   Q.  All right.  Let's look at a text message you and

22   Mr. Paquette actually exchanged on the same day.  If you could

23   flip in your binder to PX2780.  In this email on the same day,

24   on January 26, 2022, you and Mr. Paquette discuss whether you

25   and he can "back channel this whole deal to get it done."

1          Actually, if we can go to PX2780-002, Mr. Paquette says, at
2     the bottom of the page:  Yeah, I think you and I can probably
3     back channel this whole deal to get it done," winky face -- do
4     you see that -- "advocating to keep the bankers out of these
5     convos"?
6     A.   The truth is I'm not an IQVIA decision-maker, and if I
7     remember correctly and recall the facts, is that Chris also not
8     a shareholder or a decision-maker in this deal.  I think,
9     again, this is two guys really thinking about talking through
10    that, hey, we got to really hold the spirit of this merger and
11    acquisition.  If you look at actually what happened, banker
12    were involved.  They were deep due diligence from independent
13    consultants throughout the whole process.
14    Q.   So my question was in reference to "hey, I think you and I
15    can probably back channel this whole deal to get it done" was
16    referring to IQVIA's proposed acquisition of DeepIntent, right?
17    A.   That's what we were talking about, but the reality of back
18    channel is we facilitate the understanding of the deal, but
19    Chris and I never negotiate the actual deal.  That's done
20    through the bankers.
21    Q.   And you wrote -- Mr. Paquette wrote this text on the same
22    day as the text chain we just looked at, where you and he
23    discussed how much you could take over if you both came
24    together, right, January 26, 2022?
25    A.   Again, we would love to compete more in a very crowded

NblWftc2                          Lin - Direct

marketplace, and I think my definition of take over is to grow

our business together.  We're definitely fond of each other and

our work ethics and we both are entrepreneurs.  We're excited

that we can finally work together side by side.

Q.  My question was when Mr. Paquette talked about the

preordained marriage, that was a reference to IQVIA's proposed

acquisition of DeepIntent, right?

A.  I will give you the same answer.  My context at this point

in time still very DMD.  This is about someone I work side by

side as partners for many years, and now there's a potential

for us to be working side by side every day to build products,

to create innovations, to take care of our customers.  That's

why I'm more excited.

        MS. MOY:  We can actually flip back to a quote that

was on the screen a little bit earlier from Mr. Paquette.  It's

the quote that starts a little bit further up on the page that

starts with, "so the inside baseball," from Mr. Paquette.  If

we can pull that up again.

Q.  So to be clear about what this deal was, what was actually

happening in this conversation, Mr. Paquette texted you in the

same email chain:  "So the inside baseball, the guys on my end

are going in optimistic and looking forward to hearing more

about what IQVIA is thinking.  Economics and the speed of which

we can do this deal will be important mainly because we need to

decide whether the direction we're going in, sell or raise,"

1    right?

2    A.  I do recall that Propel and DeepIntent were trying to make

3    some decision in term of all the say available options in the

4    marketplace of DeepIntent.  This could be a P.  This could be

5    going IPO or an acquisition.

6    Q.  And in this statement, he is talking about a meeting

7    between the guys on his end, so guys at DeepIntent, and hearing

8    more about what IQVIA is thinking, right?

9    A.  Yes.

10   Q.  And he's referencing talking, DeepIntent talking to IQVIA

11   about a potential acquisition, is that right?

12   A.  Yes.

13   Q.  I want to move next to a period of time when IQVIA was

14   considering acquiring both Lasso and DeepIntent.

15       So, Mr. Lin, IQVIA acquired a company called Lasso in July

16   2022, is that right?

17   A.  That's correct.

18   Q.  And in July 2022, IQVIA also signed a merger agreement to

19   acquire DeepIntent, is that right?

20   A.  That's right, because we see them as complimentary.  One is

21   a multichannel marketing platform and the other one is a DSP.

22   Q.  Mr. Lin, my simple question was in July 2022, IQVIA also

23   signed a merger agreement to acquire DeepIntent, right?

24   A.  Yeah, that was our intention.

25   Q.  And Mr. Lin, as a partner advising and supporting IQVIA's

mergers and acquisitions efforts, you have participated in

various meetings related to IQVIA's digital media strategy,

right?

A.  Yes, I have.

Q.  And you did this during a period of time when IQVIA was

evaluating acquisitions of both Lasso and DeepIntent, right?

A.  That's correct.

Q.  All right.  Let's look at an email where you provide an

IQVIA executive about your thoughts about market penetration

related to both Lasso and DeepIntent during this time.  Mr.

Lin, if you could turn in your binder to PX1026, this was an

email that you wrote to Mr. Escalante and Mr. Margolis on March

10, 2022, right?

A.  Yes.

Q.  And Mr. Escalante is the vice president and general manager

of IQVIA's digital enablement group, right?

A.  Yes.  I report to Dave Escalante.

Q.  And Mr. Escalante reports to Mr. Margolis?

A.  Yes, at the time.

Q.  Mr. Margolis is vice president of information and solutions

at IQVIA, or he was at the time?

A.  Yeah, I think he was the senior vice president.

Q.  And on March 10, 2022, you wrote to Mr. Escalante and

Mr. Margolis:  "I would go stronger with market penetration.

Doe has the No. 1 position for healthcare platform; PP second

NblWftc2                          Lin - Direct

1    and London third.  We can hold that easily with IQV data,"

2    right?

3    A.  Yeah.  I think if you look at the content of this email, we

4    are in the midst of M&A considerations.  I don't think I was

5    trying to represent the full market in this email because we

6    were, as you mentioned earlier, we were in the process of

7    considering acquiring both DeepIntent and Lasso.  When doing

8    that considerations, part of my goal and my job in this email

9    was to compare and contrast.  How I rank Doe and London, being

10   the code name for DeepIntent and Lasso, was merely of their

11   revenue that were share with us as part of the due diligence.

12   And PulsePoint, which is recently being acquired by WebMD, and

13   from the sizing perspective was a good comparable for me to

14   share it with my managers.

15   Q.  And looking at the context of this email with DeepIntent

16   ranked as No. 1 and Lasso ranked as No. 3, if IQVIA acquires

17   DeepIntent, IQVIA would own both the No. 1 and No. 3 healthcare

18   platforms that you identified here in your email, right?

19   A.  I was comparing their revenues with each other but not

20   comparing to the overall market.

21   Q.  In the beginning of the sentence, you start the sentence

22   with, "I would go stronger with the market penetration."  Do

23   you see where you wrote that?

24   A.  Yes, but you have to also look at the totality of this

25   email.  Everything in here is really comparables between Doe

NblWftc2                        Lin - Direct

and London, their technologies, their strategy and comparisons.

Q.  But you didn't include that in this email, right?

A.  If you look at point No. 4, I was comparing the leadership between Doe and London.  If you look at the data strategies, hey, how do we compare to Doe?  And -- right?  And all the flexibility of the integration, I was making some high-level summaries for my managers.

Q.  Focusing on the first sentence, when you wrote, "Doe has the No. 1 position for healthcare platform, PP second and London third," you were writing that IQVIA could hold that market penetration easily with IQVIA data, is that right?  Just focusing on the first sentence, Mr. Lin.

A.  Which sentence do you want me to focus on?

Q.  Sure.  Doe has the No. 1 position --

A.  OK.

Q.  -- for healthcare platform; PP, which is PulsePoint, second and London third, and you wrote, "We can hold that easily with IQVIA data," is that right?

A.  I realize what that probably says, but the totality and the context of this email was that, if you look at the second point, data everywhere is part of that construct.  And my meaning for IQVIA data is ability to hold our data-everywhere strategy with acquisitions of DeepIntent and Lasso.

Q.  If you're linking this to the IQVIA data-everywhere strategy, is your testimony that IQVIA would hold that No. 1

NblWftc2                        Lin - Direct

1    DeepIntent and No. 3 Lasso position as related to having

2    IQVIA's data everywhere?

3    A.   I don't think that's what I was trying to say here.

4    Q.   After pretty extensive conversations about buying both

5    DeepIntent and Lasso, IQVIA decided to just buy both of them,

6    right?

7    A.   We just -- didn't just decide to buy both of them.  There's

8    definitely strategic rationale behind the complimentary

9    elements between the two companies.

10   Q.   Let's look at a text message a few months after the email

11   that we just looked at, in July 2022.  Let's turn to PX1254.

12   A.   OK.

13   Q.   This is a text message between Mr. Jon Resnick, you and

14   Mr. Dave Escalante, is that right?

15   A.   Yes.

16   Q.   And Mr. Resnick texts you and Mr. Escalante:  Let's buy

17   both.  Famous last words"?

18   A.   Yeah.  That was the strategic rationale between DeepIntent

19   and Lasso being complimentary.  We realized the importance of

20   data-everywhere strategy of a multichannel platform and also

21   the importance of owning DSP technology, and I think Jon

22   Resnick was referring to that, hey, those are complimentary,

23   it's definitely a big lift for IQVIA.  And so I believe he was

24   just really sharing that, hey, this is not an easy approach to

25   take.

1  Q.  So by buying both, looking back at the email, if we wanted

2  to look back at the email that we just looked at, you were

3  buying both Doe, which is DeepIntent, which had the No. 1

4  position in healthcare platform, and London, which was Lasso,

5  which had the No. 3 position in healthcare platforms, right?

6  A.  Ma'am, as I mentioned previously, and I answered this

7  question, is I was not trying to represent the market share in

8  this email.  I was merely comparing the dynamics of this deal

9  of Doe's revenue compared to London's revenue compared to

10  PulsePoint's revenue.

11  Q.  As related to market penetration, as you wrote in this

12  email, right?

13  A.  If I going to truly talk about market penetration, I

14  definitely would have included The Trade Desk.  I would have

15  included Viant Health.  I would have included Doceree and

16  Proclivities and many other DSPs in order to fully represent

17  that.

18  Q.  But you didn't -- I don't see any of those names on this

19  page, do you?

20  A.  Precisely, because I was trying to articulate the dynamic

21  of the deal, not about the market share dynamics.

22  Q.  Even though you wrote that this was about market

23  penetration?

24  A.  Again, the over email is really to compare the two.  It's

25  very consistent from one to two to three to four.

NblWftc2                      Lin - Direct

1    Q.  But the only three that you identified in this email were
2    DeepIntent, PulsePoint and Lasso, right?
3    A.  We're in the midst of acquiring DeepIntent and Lasso.  If I
4    need to compare the dynamic, obviously was DeepIntent and
5    Lasso.  And as I mentioned earlier, PulsePoint, which is
6    recently acquired by WebMD and that evaluation and that
7    comparable was being inserted there.
8    Q.  Mr. Lin, I want to take a step back to discuss IQVIA's
9    various acquisitions since 2019.  IQVIA acquired MedData Group
10   around November 2019, is that right?
11   A.  That's correct.
12   Q.  And MedData Group is sometimes referred to as MDG?
13   A.  Yes.
14   Q.  And MedData Group is an HCP data provider?
15   A.  In programmatic space, yes.
16   Q.  And after acquiring MDG, IQVIA acquired DMD, the company
17   you used to work at, around August 2021, is that right?
18   A.  Yes, and DMD were a majority email data company and print
19   circulation, and we did a little bit of programmatic.
20   Q.  And in fact, DMD and MDG were competing HCP data providers
21   before IQVIA acquired them, right?
22   A.  There's no question MedData Group and DMD competed with
23   each other, but independently DMD and MedData Group also
24   competed with many other data companies in the same space.
25   Q.  After acquiring DMD and MDG, IQVIA decided to acquire Lasso

NblWftc2                        Lin - Direct

1    and DeepIntent, right?

2    A.  Yes.

3    Q.  Mr. Lin, were you shocked and surprised by the prospect of

4    IQVIA owning all four companies?

5    A.  I think it's -- has been a strategic importance for IQVIA

6    to get new entry to this digital marketplace -- space.  Prior

7    to those acquisition, IQVIA was not participating in digital

8    media space at all.

9    Q.  And by all four companies, you mean DMD, MDG, Lasso and

10   DeepIntent, right?

11   A.  At least the first three has been completed.

12   Q.  And did you and other executives at IQVIA anticipate that

13   the industry would be shocked by IQVIA acquiring all four

14   companies?

15   A.  I think it is a bold move that, strategically that we can

16   bring some of the products together for our customers.  I was

17   personally surprised that some of my recommendation was taken

18   in by IQVIA leadership, and that drives some of my excitement.

19   Q.  Mr. Lin, I want to take a look at a document related to

20   your reaction.  So if we could please turn in your binder to

21   PX1284, and we're going to go to PX1284-004.

22   A.  OK.

23   Q.  At the bottom of the page, you wrote to Mr. Escalante, and

24   to be clear, Dad fish, the Dad fish in this text messaging,

25   that's Mr. Escalante?

NblWftc2                          Lin – Direct

1    A.   Yeah, that's correct.

2    Q.   So you tell Mr. Escalante:  MDG plus DMD plus Lasso plus

3    DI.  You are shitting me.  Timing is everything."  Did you text

4    that?

5    A.   Yeah, I did.  I was really excited that some of my

6    recommendation was being considered seriously, and I used some

7    language being really pleasantly welcome to IQVIA.  The context

8    here is really important.  If you look at this date, I barely

9    been to IQVIA for a little bit over a year, or even less than a

10   year.  And I'm just a new kid and a new big corporation.  And

11   when I made recommendation, when people take seriously, yeah, I

12   was definitely excited.

13   Q.   Mr. Lin, I'm simply asking you what you wrote in this text

14   exchange.  So you said:  MDG plus DMD plus Lasso plus DI.  You

15   are shitting me.  Timing is everything."  That's what you

16   texted, right?

17   A.   I did.

18   Q.   And you text later on, on the bottom of the page:  "I was

19   laughing to myself that if some of MDG's team members cannot

20   handle DMD's arrival to IQVIA, what we are going to do is going

21   to blow their mind."  You texted that, right?

22   A.   Yeah.  In the beginning it's hard.  Bringing people

23   together is hard.  Acquisition is not just bankers putting

24   companies together and that's just going to be automatically

25   successful.  There is a lot of culture elements.  There's a lot

1    of back end data integration, IT integration.  And this is

2    hard.  And what I'm really referring to is that, hey, sometime

3    a good team member really experience a lot of heartache on just

4    amount of integration for new company join, and I'm just

5    telling my, my boss that, wow, to bring two more in, that's a

6    lot of work coming up.

7    Q.  Well, Mr. Escalante seems to have a reaction to that.  He

8    has texted:  "Our team and industry are going to," poop emoji,

9    "themselves."  Do you see that on page PX1284-005?

10   A.  Yes, there's a lot of emojis and perfect conversation.

11   Again, this is not something that I personally feel like my

12   recommendation will be understood that easily because, hey,

13   this is a company never participated in digital media space,

14   and just the fact that my thoughts, my sharing of the strategy

15   was understood by IQVIA, hey, we're excited.

16   Q.  Mr. Lin, Mr. Escalante texted you "our team and industry

17   are going to," poop emoji, "themselves" in response to the text

18   message that you wrote:  "MDG plus DMD plus Lasso plus

19   DeepIntent.  You are shitting me.  Timing is everything."

20   Right; that was his response to your text?

21   A.  I can speak to my text in term of my share excitement and

22   the difficulty of company integration in a merger and

23   acquisition.  I won't be able to speak to Dave's behalf on what

24   he wrote.

25   Q.  My question was just that, that was his response to your

1    text?

2    A.  That was his response to my text.

3              MS. FIEBIG:  Objection.  I would just like the record

4    to reflect that there are several messages between those two.

5    That was not in direct response, and I just want the record to

6    be clear because those others were not read in.

7              THE COURT:  I believe that the exhibit is clear in

8    that regard.

9    BY MS. MOY:

10   Q.  Mr. Lin, I would like to circle back to the sentence that

11   you wrote.  Let's focus on "MDG plus DMD plus Lasso plus DI."

12   A.  OK.

13   Q.  So this sentence reflects the acquisitions that IQVIA has

14   considered and that we have discussed during the course of your

15   testimony, right?

16   A.  That's correct.

17   Q.  And the acquisition that is at issue in this litigation

18   today is IQVIA's proposed acquisition of DeepIntent, right?

19   A.  Yes.

20   Q.  And in looking at the sentence, if this transaction goes

21   through, IQVIA would own both DMD and DeepIntent, right?

22   A.  Sure.

23   Q.  And you have been considering IQVIA owning a DeepIntent

24   plus DMD combination since 2020, is that right?

25   A.  I think in early days, as part of the DMD exit thinking, I

NblWftc2                         Lin - Direct

1  have speculated that, yes.

2  Q.  And you've also been considering the possibility that IQVIA

3  would lock up the 1-to-1 programmatic advertising market since

4  2020, is that right?

5  A.  In 2020, and really in 2019, this whole concept of 1-to-1,

6  I can tell you that it was a novelty.  It was something heavily

7  represented by PulsePoint, DeepIntent at the time.  The

8  industry were really gravitate towards that new solution, that

9  innovation.  But if you look at 2023, there's no way to lock up

10  that 1-to-1.  There are many data companies, many identity

11  companies and many DSPs that is openly offering 1-to-1.

12  Q.  I want to look at a statement that you wrote in 2020, if we

13  could turn to PX1126.

14  A.  Sure.  Can you repeat the number again?

15  Q.  It is 1126.

16  A.  OK.

17  Q.  And so in an email that you wrote on July 5, 2020, I want

18  to turn to a sentence that you wrote.  You wrote that "another

19  play would be for IQVIA is to lock up the 1-to-1 programmatic

20  market with an exclusive DI-DMD combination," right?

21  A.  You got to remember that this was 2020.  I was not an IQVIA

22  employee.  You need to imagine a data company out of Rosemont,

23  Illinois.  We are fairly small company, less than a hundred

24  people.  And Roger Korman and Denis Martineau, in this email,

25  were owner of DMD.  And in this series email threads, we were

NblWftc2                          Lin - Direct

1    talking and thinking about what is the potential sales

2    proposition for DMD.  And my various reply, including other

3    speculations, this was one of them.

4    Q.  You wrote -- I just want to focus you, Mr. Lin, on the

5    sentence that you wrote on this page.  You wrote the words,

6    "another play would be for IQVIA is lock up the 1-to-1

7    programmatic market with an exclusive DI-DMD combination"; just

8    that sentence.  You wrote that, right?

9    A.  Yes, and as I mentioned to you earlier, that 1-to-1

10   offering in 2020 or 2019 was a novelty and I was referring to

11   that technology and that offering the marketplace being unique.

12   But if you look at 2023, 1-to-1 programmatic is now a

13   commodity.

14   Q.  I just wanted to look at -- I'm just focusing on the words

15   that you wrote on the page.  You wrote, "another play would be

16   for IQVIA is lock up the 1-to-1 programmatic market with an

17   exclusive DI-DMD combination"; that was the sentence that you

18   wrote, right?

19   A.  I wrote this when DMD was independent, small start-up, and

20   this was one of many speculations of -- fantasizing,

21   speculating, dreaming about what an exit for DMD will look

22   like.

23              MS. MOY:  I have no further questions at this time.

24              THE COURT:  Cross-examination.

25              MS. FIEBIG:  Thank you, your Honor.

1          Just before we begin, we were hoping to exchange the

2     demonstrative that is displayed there.

3          THE COURT:  Sure.

4          MS. FIEBIG:  And replace it with another.

5     CROSS-EXAMINATION

6     BY MS. FIEBIG:

7     Q.  Mr. Lin, do you have a new binder in front of you?

8     A.  Yes, I do.

9     Q.  OK.  Well, good morning.  Thank you very much for being

10    here today.

11    A.  Good morning.

12    Q.  We appreciate that you've already provided some testimony,

13    but I was hoping that you could just introduce yourself to the

14    Court on a personal level.

15    A.  Sure.

16          THE WITNESS:  Your Honor, I was born in Taiwan and

17    immigrated to Canada when I was pretty young and educated in

18    Canada.  As I enter here, then start getting into tech product

19    development.  Got really passionate about product development,

20    bringing people together, building a business.  Along the way,

21    I got my MBA degree and start pursuing general management.

22          THE COURT:  Thank you.

23    BY MS. FIEBIG:

24    Q.  And what brought you to the United States?

25    A.  It was actually a DMD opportunity that was offered to me.

NblWftc2                          Lin - Cross

1    Pick up my young family from Montreal, Canada, and moved to

2    Chicago seven years ago.

3    Q.  And we talked a little bit about DMD, but could you say

4    more about what kind of company DMD was while you were there?

5    A.  Sure.  DMD is an HCP data and identity company.

6    Q.  HCP data and identity, does that just mean that DMD had

7    information about who doctors are in the United States?

8    A.  Yes.

9    Q.  And how did DMD obtain that data?

10   A.  We source from public available data, including sites like

11   CMS, and we also work with medical publishers, where doctors

12   visit those medical websites.  Sometimes we call them the

13   endemic website, and we partner with those publishers to

14   authenticate that data and source that data.

15   Q.  And was DMD created for the programmatic advertising

16   industry to provide that doctor-identifying data for

17   programmatic advertising?

18   A.  Some of the DMD data is available for programmatic.

19   Q.  But is that why DMD started?

20   A.  No.  DMD started out as a print circulation company,

21   meaning that the magazines that you see in hospitals or

22   doctors' waiting room, or we also facilitate medical publishers

23   that, such as --

24              THE COURT:  Can you get closer to the microphone.

25              THE WITNESS:  Yes.

NblWftc2                    Lin - Cross

A.   -- internal medicine to deliver those articles and

magazines to physicians' offices.  You can imagine that those

magazines are specialty-based, and we work with the publisher,

using our data, to make sure that we deliver those publications

at the right physician's office at the right time.

Q.   Right.  Deliver magazines to doctors' offices using HCP

identity data?

A.   That's right.  That's how we started the business.

Q.   And what would be included in that sort of HCP identity

data?  What sort of fields would you need to deliver a magazine

to the right doctor?

A.   Very much the same thing that you see when you receive a

magazine.  In a little sticker that you see, it's your first

name, last name, postal address.  Now, in our database, we

definitely also have knowledge of what specialty that specific

physician is belonging to, and we eventually also have access

to email addresses.

Q.   And how did DMD evolve from just delivering magazines to

also having email addresses?

A.   Yeah.  This is definitely a transformation of innovation

story, that the print publishers need to evolve into digital

space.  They are realizing that the doctors need to do their

research, need to do their patient care on digital properties.

And so medical publishers start shifting from prints to online

publishing, and this is where DMD also partner with publishers

NblWftc2                    Lin - Cross

1   in the digital space.

2   Q.  OK.  So you mentioned that DMD had some identity

3   information, like name and address and specialization, and you

4   mentioned that some of that you got publicly.  Is that correct?

5   A.  That's correct.

6   Q.  Now, where can that sort of public information be found

7   today?

8   A.  Yeah.  Out of all the data points that I just described --

9   from first name, last name, postal, email address -- there's

10  one single ID that unites all the physician data.  It's called

11  the NPI number.  NPI number stand for national provider ID.

12  And this ID has been mandated by this governmental agency, CMS,

13  center for Medicaid and Medicaid services.  And as part of the

14  HIPAA and electronic record, in order for physician to make

15  actual claims, they have to refer to this NPI number.

16  Q.  And is that NPI number publicly displayed on CMS.gov?

17  A.  Yes, it is.

18  Q.  Did you help us prepare a demonstrative to show the Court

19  where it might be available on CMS.gov?

20  A.  Yes.

21         MS. FIEBIG:  Could we please pull up D Lin demo 1.

22  Q.  Is this just a screenshot of the federal government's

23  website at CMS.gov?

24  A.  Yes.

25  Q.  And do you see the reference to an NPI downloadable file?

NblWftc2                     Lin - Cross

1   A.  Yes.

2          MS. FIEBIG:  Could we see demo 2, please.

3   Q.  Mr. Lin, could you describe the fields that are displayed

4   on this public website?

5   A.  Sure.  So the first field, which is this unifying

6   identifier, is the NPI number, followed by first name --

7   actually, last name, first name, email address, postal address.

8   And the last comment there with the taxonomy code is

9   representative of physician's specialty.

10  Q.  So the specialty under this last column, the taxonomy code,

11  would that include something like oncology versus dermatology

12  versus pediatrics?

13  A.  Yeah, and that is only at the high level.  Right?  You can

14  be a colon oncologist, and then in this, taxonomy allows

15  physician during the application for this NPI number to

16  articulate what type of specialty they belong to.

17  Q.  OK.  So if someone accessed this list publicly, would they

18  have a list of NPIs that could be used to direct email

19  advertising to these doctors?

20  A.  On the last time I look up CMS.gov represent about 3.7

21  million NPI physicians.

22  Q.  But I'm just wondering, if I take this information off of

23  the government website, can I use this to direct email

24  advertising to these doctors?

25  A.  Yes, you can.

NblWftc2                    Lin - Cross

1    Q.  OK.  And is this essentially just a list of NPI numbers?

2    A.  Yes.

3    Q.  And if I had a list of NPI numbers like this, could I also

4    use that to target programmatic advertising to these doctors?

5    A.  Yes, you can.

6    Q.  So how did DMD evolve from just having email addresses to

7    providing this sort of HCP identity data to programmatic

8    advertising companies?

9    A.  Yeah.  If you look at the history of DMD prior to being

10   acquired by IQVIA, we had publicly totality of two and two and

11   a half years into this programmatic space.  The first partner

12   that actually approached DMD was PulsePoint.  They were a

13   general PSP, meaning that they weren't just focused on health

14   care.  They were targeting every single industry, and they

15   start to have some healthcare campaigns.  And they needed to

16   understand their targeting better, programmatically.  And so

17   they partner with DMD to start licensing data from DMD.  And

18   not very far after that, this is where DeepIntent and DMD also

19   start a similar relationship.

20   Q.  OK.  And is this, what we're looking at on the screen, is

21   this the kind of information that DMD provided to PulsePoint

22   and to Lasso for programmatic advertising?

23   A.  Yes.

24   Q.  Was it anything other than this?

25   A.  No.

NblWftc2                         Lin - Cross

1   Q.  So we've also heard reference to a company called MedData

2   Group?

3   A.  Yes.

4   Q.  Are you familiar with MedData Group?

5   A.  Yes.

6   Q.  What kind of data did MedData Group have that could be used

7   for programmatic advertising?

8   A.  Very similar data.

9   Q.  Same fields?  First name, last name, email address, NPI

10  number?

11  A.  Yes.

12  Q.  Is that what we're talking about when we're talking about

13  HCP identity data?

14  A.  Yes.

15  Q.  All right.  Mr. Lin, so you mentioned that PulsePoint and

16  Lasso were recipients -- I'm sorry.  I think you mentioned that

17  PulsePoint and DeepIntent were recipients --

18  A.  Yes.

19  Q.  -- of DMD's data for programmatic advertising, right?

20  A.  Yes.

21  Q.  Was Lasso also?

22  A.  Yes.

23  Q.  OK.  And were those just DMDs, like, only three customers

24  for programmatic advertising at the time?

25  A.  You know, that's the journey that DMD took.  We got

NblWftc2                      Lin - Cross

approached by PulsePoint.  We start to learn about this space

and, as I mentioned earlier, quickly followed by DeepIntent.

And that was in a hot moment for us to look beyond what is this

space all about.  Right?  When we look around the horizon, when

we start working with agencies, we quickly learn that a lot of

agency actually using multiple DSPs, and when we asked them and

our partners, hey, what DSP are you using, then we start to

learn about Google, The Trade Desk, Amobee, MediaMath at the

time.  And when we did additional research, we realized that

obviously giants, right?  Google and Amazon.  And so we start

to have much bigger aspiration in this programmatic space from

our print circulation days.

     And so our thinking at the time was, hey, those PulsePoint,

DeepIntent -- and I don't think Lasso came on board yet -- they

were actually quite small players.  For DMD to be even

relevant, we really have to work with LiveRamp.  We really have

to work with The Trade Desk and Google and Amazon.  And those

are where the real dollars are.

Q.  Did you help us prepare a demonstrative to sort of show the

early partners that DMD had before it was acquired by IQVIA?

A.  Yes, I did.

          MS. FIEBIG:  Can we pull up demo 3.

Q.  Fair to say that before the acquisition by IQVIA, DMD was

providing HCP --

     Is it fair to say that before DMD joined IQVIA, DMD was

NblWftc2                    Lin - Cross

1  only providing HCP identity data to these three companies?

2  A.  Yes.

3  Q.  And has that changed since DMD joined IQVIA?

4  A.  Absolutely.  As I mentioned to you, our aspiration of

5  really letting our data being available everywhere, especially

6  some of the giant players in the digital marketplace, one of

7  the best thing arriving at IQVIA for DMD is the liberation of

8  the DMD data into many, many DSPs.

9        MS. FIEBIG:  OK.  Why don't we take a look at demo 4.

10 Q.  Are those all of the DSPs or some of the DSPs that

11 currently have access to the HCP identity data that we just

12 discussed?

13 A.  Every single logos being represented here are currently

14 doing a HCP programmatic.

15 Q.  I understand that they're doing HCP programmatic

16 advertising; I agree with that.  But my question is do they

17 have access today to the same HCP DMD identity data that was

18 only available to Lasso, DeepIntent and PulsePoint before the

19 acquisition?

20 A.  Yes, they all have access to our data.

21 Q.  Including The Trade Desk?

22 A.  Including Trade Desk.

23 Q.  Including Google?

24 A.  Absolutely.

25        MS. FIEBIG:  Can we look at DX0583.

NblWftc2                         Lin - Cross

Q.   Mr. Lin, are you familiar with this document?

A.   Yes, I am.

Q.   This is an email from July of 2020, right?

A.   Yes.

Q.   OK.  And you had mentioned earlier a company called
LiveRamp.  Could you explain to the judge what LiveRamp does?

A.   Yes.  LiveRamp is something called an identity company.
They are on the same category as companies such as Experian
that we all know when we apply for credit card, that credit
card checks.  And they do own that identity data of everybody
pretty much in this room.  And their function is really to
translate some of the physician data that I demonstrated
earlier, and you have to go through LiveRamp and they do a
match from, hey, I am Frank Lin of the LiveRamp platform, and I
may be Dr. Lin.  And so it's coming together of HCP data with
LiveRamp data so that this data would be available digitally.

     Another way to say to this is this is a convergence from
offline data to online digital data.

          (Continued on next page)

NBL5fed3                       Lin - Cross

1  BY MS. FIEBIG:   (Continuing)

2  Q.  Right.  So Mr. Lin, in the real world, becomes Mr. Lin with

3  a digital ID?

4  A.  That's correct.

5  Q.  Let's scroll down to the bottom of this e-mail.  Can you

6  explain why you were in contact with LiveRamp in July of 2020

7  in the early days of programmatic, from your perspective?

8  A.  Yeah.  We wanted to go beyond PulsePoint, DeepIntent, and

9  Lasso.  As I mentioned earlier, we realized that there are some

10  amazing players and we saw LiveRamp as a path to liberate our

11  data, and so we were working with LiveRamp for them to tell us

12  what DSPs should our data be available.  And during this many

13  meetings and conversation, we learned that there are many DSPs

14  that are actually currently transacting HCP data and we should

15  make our data available on those platforms to.

16  Q.  This e-mail from LiveRamp, did they suggest that those HCP

17  audiences could be made available to DSPs like Google?

18  A.  Yes.

19  Q.  And the Trade Desk?  Is that TTD?

20  A.  Yes.

21  Q.  And Amobee?

22  A.  Yes.

23  Q.  And Adobe?

24  A.  Yes.

25  Q.  And we have "Verison" Media.  Do you think that might be a

NBL5fed3                        Lin - Cross

1    typo?

2    A.  Yes, that's a typo.  That's Verizon Media.

3    Q.  So Verizon Media might be able to target advertising if

4    they had HCP identity data way back in July of 2020?

5    A.  Yes.

6           MS. FIEBIG:  We can take that down.  Thank you.

7    Q.  I would like to just talk a little bit about how

8    programmatic advertising works, to see whether we can just go

9    through some of the steps that are involved.

10   A.  Sure.

11   Q.  OK.  What did the term programmatic advertising mean to

12   you, Mr. Lin?

13   A.  Speaking as an engineer, the technical definition I would

14   give it is that it's a technology-enabled delivery of ads to

15   direct audience.  Another way to say that is how do you deliver

16   personalized content by combining technology and data so that

17   advertising is relevant to the audience.

18   Q.  OK.  And I have often heard that there are maybe different

19   steps within the programmatic advertising process.  Can we just

20   go through those quickly for the Court's benefit?

21   A.  Sure.

22   Q.  OK.  Let's look at demo 5.  Mr. Lin, is the first step

23   in -- well, let me go back a step.

24        You just discussed programmatic advertising.  Can you

25   discuss any differences between programmatic advertising as you

NBL5fed3                     Lin - Cross

1  understand it, and programmatic advertising that could be

2  characterized as HCP programmatic advertising?

3  A.  There is no difference in steps other than the ultimate

4  audience that is a physician.

5  Q.  So in the audience creation stage for HCP programmatic

6  advertising, what happens there?

7  A.  The first stage is to define an audience.  If you think

8  about a pharmaceutical company who wants to promote a specific

9  type of drug for type II diabetes, or this could be a hospital

10  that is trying to recruit physicians, or this could be a

11  medical device company that wants to promote surgery equipment

12  to orthopedic physicians that you are able to create a list of

13  NPI -- target list -- that we looked at earlier to define the

14  audience from the offline perspective.

15  Q.  And is IQVIA the only company that provides HCP identity

16  data for this audience creation stage?

17  A.  Absolutely not.  There are dozens and dozens of

18  competitions out there.

19          MS. FIEBIG:  OK.  Can you click?

20  Q.  Mr. Lin, are those examples of the companies that provide

21  HCP identity data for audience creation today?

22  A.  Yeah.  This is a short list of various categories of data

23  providers.  You have from the governmental agencies CMS.gov to

24  traditional HCP data companies, and you also have publishers.

25  If you think about publishers that have doctors on their

NBL5fed3                     Lin - Cross

1   website, they also have the ability to create an audience.  You

2   also have companies such as Facebook or Twitter that has

3   physicians joining their network that they can provide category

4   of audience.

5   Q.  And there is companies like Doximity and Sermo.  Are those

6   healthcare-specific social networks?

7   A.  Yes.  They represent more like a LinkedIn for physicians.

8   Q.  And they have their own audience creation capabilities?

9   A.  Yes.

10  Q.  There is also an identity stage listed here.  Could you

11  touch on that?

12  A.  Sure.  As we talked about LiveRamp earlier, there is

13  categories of identity providers and their job is to translate

14  between that offline data to online IDs.  And those online IDs,

15  sometimes you might know them as cookies.  You might know them

16  as device IDs.

17  Q.  Does IQVIA participate in this identity stage?

18  A.  We do not have any technology or data do that, we have to

19  partner or license data to do so.

20  Q.  Can we see whether there are any companies that are

21  involved in the identity stage?  Oh, are all of these companies

22  able to provide identity information for programmatic

23  advertising?

24  A.  Yes.

25  Q.  You mentioned Experian earlier I thought.  That's like the

NBL5fed3                         Lin - Cross

1    credit reporting agency that we all know of?

2    A.  Yes.

3    Q.  Is that also true of TransUnion?

4    A.  Yes.

5    Q.  And LiveRamp is here that you mentioned before, too?

6    A.  That's correct.

7    Q.  All of these can provide digital IDs that match to a list

8    of NPIs for HCP programmatic advertising; is that correct?

9    A.  Yes.

10   Q.  What is the activation stage?

11   A.  Activation is now how do you translate those audiences to

12   make them available on a platform such as a DSP or a social

13   network.

14   Q.  And what types of companies participate in the activation

15   stage?

16   A.  Lots and lots of companies in this space.

17   Q.  Mr. Lin, is this a list of the companies that you are aware

18   of that currently activate HCP programmatic advertising

19   campaigns?

20   A.  Yes, and definitely there are many logos missing from this

21   slide.  There are many, many companies.  I think there are

22   combinations of multi vertical-focused such as Meta, such as

23   Google, The Trade Desk, but there are also healthcare-focused

24   DSPs such as Proclivity, AdTheorent, EHS, which is the

25   eHealthcare Solutions logo there.  And so, there are many, many

NBL5fed3                          Lin - Cross

1    different types of different platforms that enable programmatic

2    advertising.

3    Q.   What about the measurement stage; what does that involve?

4    A.   Measurement is really to understand the engagement rate and

5    to understand the effectiveness of a campaign for an

6    advertiser.

7    Q.   Are you familiar with the term PLD reporting?

8    A.   Yes, I am.

9    Q.   What does that mean?

10   A.   PLD reporting stands for physician-level reporting.

11   Q.   And does it tell you whether a physician has viewed an ad

12   or received an ad?

13   A.   Yes.  It is just really a count of this NPI number

14   physicians have seen this particular ad.

15   Q.   Is the information about whether a doctor has seen an ad

16   enough to determine whether or not there will be more

17   prescriptions if that ad is for a pharmaceutical drug?

18   A.   Absolutely not.  If you think about programmatic

19   advertising, a banner that you see on the website, to measure

20   that directly into script lift, there is no way for anybody to

21   believe that a little banner advertising can change physician's

22   prescription behavior.  The ultimate measurement is to really

23   understand all the different efforts to influence that

24   potential education of a particular drug.  This can be a sales

25   rep visit out in the field, this could be a conference they

NBL5fed3                        Lin - Cross

1    attended, this could be an ad that they see on connected TV, or

2    some education material that they see on Facebook or on ESPN,

3    and the totality of that measurement is the true measurement

4    for the potential impact for script lift.

5    Q.  Is IQVIA the only company that provides measurement

6    services relating to programmatic advertising?

7    A.  No.  We actually play a small part.

8    Q.  Are all of these examples of companies that can provide

9    measurement services for programmatic advertising campaigns?

10   A.  Yes.  There are many, many companies and there are probably

11   many more.  We also start seeing that agencies start to

12   participate in the measurement for programmatic campaign.

13   Q.  Like the advertising agencies you mean?

14   A.  That's correct.

15   Q.  They can do their own measurement of programmatic

16   advertising campaigns?

17   A.  Yes.  For example, some of the agencies will actually

18   license data from Symphony, from PurpleLab, from Komodo, and

19   bring that data in to do data measurement.

20   Q.  Now, if there are all of these stages of programmatic

21   advertising, do some customers like to receive these services

22   like audience activation and measurement all on one platform?

23   A.  It's really difficult to do that.  I think there is a

24   potential desire to do that.  I think it's really important to

25   step back on thinking why an agency will want to have more DSPs

NBL5fed3                    Lin - Cross

or want to do Facebook and do different channels.

          If you think about in daily life of how we wake up
every morning and decide which app to use to check our weather,
which website to check online our sport scores, we are all
making various different choices.  I might use ESPN, someone
else might use CNN, and different ways.  And the brands really
want to fulfill this objective of reaching the right message at
the right place and at the right time.  And if our collective
behavior in digital space is sporadic, right, I might choose
Facebook, you might choose Instagram, and someone might pick
TikTok, it is really important to have multiple platforms
available to reach the totality and addressable physician
targets that we are hoping to reach.  And so, the data
consistency or the need to have the same platform across this,
in my opinion, is not able to be fulfilled with a single
platform.

Q.  You have mentioned Facebook a couple of times and that's
owned by Meta; is that right?

A.  That's correct.

Q.  In your opinion, does HCP programmatic advertising occur on
Facebook?

A.  Sometimes in our industry we have this tendency of
separating out programmatic and social and connected TV and I
think it is worth it to kind of go back to the history of how
programmatic really started.  Right?

1    If you think about web 1.0, it is really the advent of

2    internet.  Advertising during that time was static, it was not

3    personalized.  What programmatic technology -- which is this

4    combination of technology and data to bring personalized

5    advertising to the internet invented programmatic -- if you

6    look at web 2.0, this is where social network and mobile apps

7    get introduced.  Well, guess what social network did?  They

8    applied programmatic technology and principles into the social

9    environment.  Nobody in this room ever paid for social network.

10   We just signed up and we utilize it and sometimes we take it

11   for granted.  And the reason why is that social network is a

12   hundred percent supported by advertising.

13   Q.  Well, could I invite you to demonstrate to the Court how

14   advertising might work within Facebook?

15   A.  Sure.  Happy to demo that.

16   Q.  Would you be able to do that today?

17   A.  If I can have my laptop I would love to demo that.

18        MS. FIEBIG:  Your Honor, may we approach the witness

19   and provide him with his laptop for a demonstration?

20        THE COURT:  Sure.

21        MS. MOY:  Your Honor, we would like to ask if we are

22   also going to be able to see the demonstration.

23        MS. FIEBIG:  Yes.  Absolutely.

24        THE COURT:  OK.

25        THE WITNESS:  I am connected to HDMI.  Can everybody

NBL5fed3                          Lin - Cross

1    see it?

2               THE COURT:  No.

3               MS. FIEBIG:  No -- yes.  There we go.

4               THE WITNESS:  Perfect.

5               Your Honor, what you are seeing here is Meta, which is

6    Facebook's ads manager.

7    BY MS. FIEBIG:

8    Q.  Mr. Lin, so that I am sure I am understanding, it looks

9    like we are logged into Facebook somehow.  Why is that?

10   A.  This is my personal Facebook account.

11   Q.  Like just you personally, anyone can just log into Facebook

12   ad manager?

13   A.  Yes.  This is a combination of a personal account which I

14   added in connection to the DMD data account.

15   Q.  Please proceed.

16   A.  Someone like a brand or advertiser can come to the ads

17   manager really to create a campaign.  As we mentioned, there

18   are really four stages to programmatic advertising.  The first

19   stage is to create an audience so I'm going to go ahead and try

20   to create an audience.  I have the ability to create a custom

21   audience and I can upload a customer list so I'm going to go

22   ahead and do that.

23   Q.  And if you upload a customer list, for purposes of this

24   demonstration, will that list include the same fields that we

25   looked at earlier that is the HCP identity data?

A.  Yes.  And as this screen demonstrates by Facebook's

interface:  First name, last name, e-mail, city, state, zip

code.  And those are the fields that you need to upload your

customer list to Facebook.

Now, I previously uploaded a couple audience so I won't

upload the list live here.  So let's pretend that we are doing

our cardiology outreach and I have previously created a

cardiology target list.

Q.  So a list of NPIs for cardiologists?

A.  That's correct.  And I'm going to go ahead and create an

ad.

Q.  And can you create any type of ad?

A.  Yes.

Q.  And does that include pharmaceutical ads?

A.  Could be pharmaceutical ads, it could be ads for a mom and

pop shop, or this could be for a medical device, hospital,

universities of teaching hospitals use a lot of Facebook to

promote their own Facebook pages.

So I am going to do a quick demo, give it a campaign

name.  So there are a couple options that Facebook will provide

me on what I want to cover, would I want to drive traffic to my

website, would I want to drive traffic to an app?  We also know

that Facebook owns WhatsApp and Instagram so do you want to

have advertising showing up on your messages?  For the purpose

of this demo I'm going to stay with website.  And the next

1    thing that it is going to ask me is performance goals which is

2    all programmatic DSPs will also provide.  I can have the

3    objective of number of landing pages.  I might have objective

4    of daily reach.  For this demo I'm going to maximize my number

5    of impressions.

6    Q.  You can maximize the number of impressions for your target

7    audience seeing your ad?

8    A.  Right, but I do have to put in a bid, this is an

9    auction-based programmatic.  Just like DSP, Facebook does not

10   act differently.  For this demo I'm going to put $50 and

11   hopefully there has been -- and throughout this week there is

12   going to be a lot of mention on this term -- CPM, which is cost

13   per mile, which means the cost per thousand impressions.  So,

14   Facebook clearly also offers bid options at CPM level.

15   Q.  And you control your price; is that right?

16   A.  That's right.

17          Now, I am also given the option of daily budget or a

18   lifetime budget and I'm going to put, let's say, $20,000 daily

19   budget

20   Q.  Generous demonstration.

21   A.  Obviously it gives me a warning that this is much higher

22   than my personal account average.  So, the start date and end

23   date, you can set that.  And the next is refinement of

24   audience.

25   Q.  You can refine your audience on Facebook?

NBL5fed3                         Lin - Cross

1   A.  Yes.  There are many options.

2           So the first one is that you see I uploaded that

3   segment and that's how I started this campaign, it's a list of

4   cardiologists.  But, within Facebook you also give the

5   advertisers the option to do so.  So, here I can type

6   healthcare services and I'm going to go ahead and click on

7   healthcare services, and if you look at the description, the

8   size of the audience that I just typed in that Facebook is

9   providing me directly is 8 to 9 million U.S. population and the

10  demographic is healthcare and medical services with a

11  description of:  People enrolled in healthcare and medical

12  services.  Examples include:  Physician, dentist, and

13  cardiologists.

14  Q.  And those are all HCPs?

15  A.  Yes.  And since my goal was to target cardiologists, I'm

16  going to clear this up, and I am actually going to try to see

17  if I can find cardiologists.  So, I define one, and Facebook

18  has offered me that people who list their job title as

19  cardiologist in their Facebook profile.

20          THE COURT:  Can I ask you, these are people who

21  self-report their profession and their speciality?

22          THE WITNESS:  That's correct.

23  Q.  But this is in addition to the NPI upload list that you

24  already provided for your advertising campaign; right?

25  A.  That's right.  That's if advertisers don't want to use one

NBL5fed3                        Lin - Cross

1   of the many data companies, they can come directly to the

2   Facebook account.

3   Q.  And find cardiologists that way?

4   A.  That's right.  And it is not just limited to this audience,

5   you can also apply geolocations and different zip codes as part

6   of the audience creation.

7   Q.  Using data that is provided by Facebook?

8   A.  That's right.  Now I'm ready to upload some content.

9   Q.  OK.

10  A.  I'm going to go ahead and select my personal Facebook

11  account to advertise this demo, and I'm going to add a piece of

12  media.

13  Q.  So this is an advertisement you might want to target those

14  cardiologists with?

15  A.  Yes.  Agencies will typically upload this creative, upload

16  it to Facebook, and I think it's surprising how convenient and

17  powerful Facebook's platform is.  You can see that I uploaded

18  the content, Facebook has created the Facebook feeds, Instagram

19  feeds, different profile feeds, different file formats and

20  different displacements.  And at this stage I am ready to

21  publish this ad.  It's asking for my payment information,

22  obviously I won't enter it here for the purposes of today's

23  demonstration.

24  Q.  Thank you.  But would that effectively being the activation

25  stage?

1    A.  Yes.

2    Q.  You just hit "print" or "next" and it pushes out that

3    advertisement to all of those HCPs?

4    A.  Now this campaign is active.

5    Q.  Automatically.

6    A.  That's right.

7    Q.  OK.

8    A.  So when Dr. Lin, potential cardiologist, logs into Facebook

9    or Instagram or WhatsApp, this ad will show up.

10   Q.  They would see your ad.  OK.

11       Well, let's say that you wanted to understand whether in

12   fact they had seen your ad.  Does Facebook provide any data

13   about impressions or other terms that could be used to measure

14   your campaign?

15   A.  Yeah.  Unfortunately, I don't have any active campaigns

16   running on my platform, but I definitely can go to their

17   measurement interface to demonstrate.  I'm going to zoom in

18   here and to ask your Honor to focus on the right-hand side of

19   this measurement tool.  Those are the matrix that Facebook

20   provides and they are, if not the same, similar to any DSPs

21   provided from amount spent, to impressions, to result, to cost

22   per click, and many, many others.  I can scroll this list for

23   quite a while, I believe there are hundreds and hundreds of

24   measurement points available on Facebook.

25   Q.  OK.  Well, I just want to understand, what data is driving

1    Facebook's measurement reporting?  Is it IQVIA data?

2    A.  No.  It's Facebook's, its own impression data.

3    Q.  Thank you very much, Mr. Lin.

4        Now, the FTC has contended that what you just showed us

5    does not constitute programmatic advertising.  Do you agree

6    with that?

7    A.  No, I disagree with that.

8    Q.  Let's look at -- will you have to unplug your laptop if we

9    look at a demonstrative?  Could we see demonstrative 6?

10       OK, Mr. Lin --

11   A.  I don't see it in front of me.  I can see it from this

12   screen here.

13   Q.  My question for you is just is this an ample of the exact

14   same ad being placed programmatically on CNN and being placed

15   programmatically on Meta?

16   A.  Yes.

17   Q.  Have you ever heard of a walled garden?

18   A.  Yes, I have.

19   Q.  Can you share with us your definition of a walled garden?

20   A.  A walled garden is a digital property that requires

21   registration and login and they don't typically interact with

22   the outside world.  Some good examples of that would be

23   Facebook, Twitter is another example.  You can also put WebMD

24   and Medscape in that category.  Earlier we talked about some of

25   the physician social networks such as Doximity or Sermo.  Those

1  are considered walled gardens.

2  Q.  And if a company operates a walled garden, does that mean

3  that it is not a company that's engaged in programmatic

4  advertising?

5  A.  Absolutely not.  The idea of having a walled garden is to

6  control programmatic within their four walls.  As I

7  demonstrated to you on Facebook, that is technically exact

8  operations of programmatic.

9  Q.  So thank you very much for the demonstration of how it all

10  works on Meta.  You started that demonstration by uploading an

11  NPI list that you already had access to, correct?

12  A.  Yes.

13  Q.  If I wanted to go to Meta and activate a campaign, is there

14  a place where I could get my own audiences to use for HCP

15  programmatic advertising?

16  A.  Yes.  I think the one that you mentioned or coming to this

17  digital advertising space is the creation of data marketplaces.

18  Q.  There are data marketplaces where people or companies can

19  just buy lists of NPIs?

20  A.  You can think of the data marketplace as almost like an

21  Amazon virtual store where data companies come together to

22  upload their data, display it virtually for potential

23  advertisers, and it's supporting all different industry

24  verticals including healthcare.

25  Q.  And is LiveRamp an example of a company that operates that

NBL5fed3                    Lin – Cross

1    kind of data marketplace?

2    A.   LiveRamp is one of the data marketplaces available in our

3    industry.

4    Q.   Would you be able to show us how we could access an HCP

5    audience through LiveRamp?

6    A.   Yes.  Happy to do that.

7    Q.   Please do.

8    A.   So what I am showing here is LiveRamp's online product

9    called LiveRamp Connect.

10   Q.   Do you have special access to this because you're Mr. Lin

11   or because you are with IQVIA?

12   A.   We do have special access but not that special, meaning

13   that we are a data company.  All data companies that, when

14   required and is requested by LiveRamp will have access to this.

15   So as DSPs.  And, most importantly, this platform is available

16   to advertisers and brands.

17   Q.   How could an advertiser obtain a list of HCPs through

18   LiveRamp?

19   A.   I would love to do a demonstration.

20   Q.   Please do.

21   A.   I think the true demonstration I could do today is how do

22   you buy data as an advertiser, and if you are a data company,

23   how do you push this data to various DSPs.

24   Q.   OK.

25   A.   So, the first icon I am going to click on is "buy data."

NBL5fed3                          Lin - Cross

1    Q.  I'm sorry.  Just before you begin, is this only going to

2    allow you to buy IQVIA data?

3    A.  No.  You actually can buy many different type of data.  You

4    can type in a search here for legal services, you can search

5    for weather-specific data, and you also can type in, for

6    example, HCP for data.

7         So, the first thing that I would do is to make sure that we

8    filter this just for United States.

9    Q.  OK.

10   A.  And I'm going to type in HCP as our initial search word.

11   Q.  Very good.

12   A.  And you will see that there are this company called 180 by

13   2 data available on LiveRamp with different doctors and

14   physician personas available here.  Here is oncology, here is

15   pediatric care available.  I can also search by different data

16   companies.  So if I am going to go ahead here and start with,

17   let's say, Ad Prime Health or Acxiom Health -- there are many

18   of them -- let's Pick Ad Prime to start with.  They have a list

19   of available classification of physicians, again pain medicine,

20   urology, and so on and so forth.  So, for example, in this

21   search they have 878 available segments available.

22   Q.  And is any of that being made available by IQVIA or are you

23   saying that is being made available by Ad Prime Health with

24   their own data?

25   A.  Ad Prime Health with their own data.

NBL5fed3                      Lin - Cross

1   Q.  OK.

2   A.  The last company that I will just do a quick last demo

3   before we look at distribution, let's say look at the audience

4   health here and let's scroll down to physicians.  Let's just

5   pick allergy specialist and let's look at the details of this

6   data segment or this audience.

7       We know that this is provided by Audience Synergy in

8   partnership with Data360, it's two of the logos.

9   Q.  Two of the logos that were on our early demonstrative for

10  the audience category?

11  A.  That's right.

12  Q.  OK.

13  A.  And if you look, there are segment name, it indicates it is

14  a speciality for allergy and the description earlier we talked

15  about taxonomy code, 207KA0200X is referring to the allergy

16  speciality in this segments.

17  Q.  OK.

18  A.  Furthermore, as you can tell, that Data360 is an opt-in

19  datasets.

20  Q.  There are other opted-in datasets?

21  A.  Yes.  Absolutely.  And this also includes NPI as part of

22  this list.  Again, this is not DMD data, not data group nor

23  IQVIA data, this is audience data with Data360.

24  Q.  This is one example of another company that has provided

25  opted in NPI target lists for purchase for HCP programmatic

NBL5fed3                    Lin - Cross

1    advertising?

2    A.  I think they are a minimum 30 to 50 companies here that

3    provide level of data for healthcare.

4    Q.  Thank you.

5        What would we do next?

6    A.  I would love to think that once I pick this audience, how

7    do I make this audience available, right, to think about how do

8    we go from this offline data to this online data.  How you do

9    that is -- let me go back to the dashboard.  I'm going to click

10   on how to send our data.  Apologies that this screen takes a

11   little bit long to load because I am actually using our IQVIA's

12   production account to do this demonstration.

13   Q.  And what we are going to see is where advertisers are using

14   the HCP identity lists to send them out to DSPs for

15   programmatic advertising; correct?

16   A.  Yes.  What you will see is all the list of like campaigns

17   who are currently providing HCP programmatic.

18   Q.  Is that on the screen right now?

19   A.  I think it is fully loaded so let me scroll through.  The

20   first chunk here is all the Google campaigns that we are

21   currently supporting.

22   Q.  I'm sorry.  These are all HCP programmatic advertising

23   campaigns currently being run through Google?

24   A.  That's correct.

25   Q.  This all related to search?

NBL5fed3                           Lin - Cross

1    A.  No.  This is related to HCP audience available on Data360

2    which is Google's DSP.

3    Q.  OK.

4    A.  OK.  Sorry.  Let me scroll through the Googles.  And then

5    you will see various other logos of the DSPs such as basis, you

6    actually see DeepIntent here, Xandr, Teads, Beeswax, Theorem,

7    Samsung, Valassis, Facebook; as you can tell we have a campaign

8    there.  And earlier when I demonstrated that I can upload the

9    audience also you can use the Facebook's audience another way,

10   is to use LiveRamp to push your audience onto Facebook.  And

11   let me just scroll, here is Viant, Yahoo, Nativo, Simplify.

12   Those are all unique DSPs that we work with.

13   Q.  I would just of ask my colleague, Mr. Nadratowski, to

14   display to you and to the Court the demonstrative that we have

15   there closer to you, and while he approaches to do that let me

16   ask, I see a lot of company names here.  I don't see Lasso.

17   Why isn't Lasso listed here?

18   A.  Yeah.  I think this will be the last step of the demo I

19   would like to complete.  So if one asked us to say that, hey,

20   IQVIA, can you push your data to a new DSP?  How is that

21   process being done?

22   Q.  Before you show us that let me ask you, of all of the

23   companies that are displayed here, are many of these on that

24   chart --

25   A.  Yes.

NBL5fed3                          Lin - Cross

1   Q.  -- that we talked about earlier?

2   A.  Yes?

3   Q.  Because those are all doing HCP programmatic advertising;

4   correct?

5   A.  Absolutely.

6   Q.  OK.  I'm sorry.  Please go on.

7   A.  Let's say a newcomer, a new DSP or an agency decided to

8   license a new DSP.  You will see it on the right-hand corner

9   there how I can add a new designation, and a full list.  This

10  has media properties, Amazon and many others, I think there are

11  about 350 different designations available on LiveRamp because

12  as agencies and our customers change their DSP selection, their

13  channel preferences, we will be able to continue adopt working

14  with someone like LiveRamp.

15  Q.  Mr. Lin, this has been very helpful.  We did talk earlier

16  about opted-in data being available through LiveRamp and

17  elsewhere.  How is it that you know that other companies also

18  have opted in data?

19  A.  We definitely see many other companies marketing claims

20  because we also get our opt-in from working with medical

21  publishers.  We definitely also know that medical publishers

22  have first-party opt-in.

23          MS. FIEBIG:  Can we take a first look at demo 7?

24          THE COURT:  Actually, we are at 12:20, so we will take

25  our next break.  It will be until 12:40.  Please be on time.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

NBL5fed3                        Lin - Cross

1        (Recess)

2            MS. FLEURY:  I do think that -- I have no idea how

3    much more defense counsel has for this witness, but I do think

4    that we will have a small amount of further questions for this

5    witness and I think that those questions, the answers to those

6    might touch upon confidential information as defendants have

7    indicated it to us, so I was going to say if it makes more

8    sense to seal the courtroom, now but I defer to you and to

9    defense counsel on that.

10           THE COURT:  Let me ask Ms. Fiebig.  How much more do

11   you have?

12           MS. FIEBIG:  Probably five minutes.

13           THE COURT:  So let's finish up, then we can seal the

14   courtroom after.  I did want to ask, I do have a little bit of

15   flexibility this afternoon so, if need be, we can go to 2:30.

16   And I want to talk about tomorrow because I know a lot of you

17   are from out of town.  I'm happy to end a little earlier, if

18   that works for people, but let me -- what do you want to do,

19   Ms. Fleury.

20           MS. FLEURY:  Your Honor, we are happy to go later

21   today.  We are ready to call our next witness after Mr. Lin and

22   we also have something else we might be able to get through

23   today, time allowing.  And then, for tomorrow, my understanding

24   is that we are happy to end early.  I am sure everyone on both

25   teams would appreciate that.  I think the only constraint, as I

NBL5fed3                          Lin - Cross

1    understand it as we discussed in a hearing before the hearing,

2    there are two witnesses who are scheduled and slated to come

3    that would be difficult to get back at other times.

4            THE COURT:  So we have to get those two on and off.

5            MS. FLEURY:  And we don't anticipate having

6    particularly long exams for either one -- you may be sensing a

7    trend -- so we are happy to do our part to get them on and off

8    so everyone can end at a reasonable time.

9            THE COURT:  That's fine with me.  I'm local, so I'm

10   just trying to be nice.

11           MS. FLEURY:  We appreciate that, your Honor.  And

12   pre-Happy Thanksgiving.

13           THE COURT:  Is Mr. Lin here?  Do you want to step back

14   up?

15           Ms. Fiebig.

16   BY MS. FIEBIG:

17   Q.  Hello, Mr. Lin.

18   A.  Hi.

19   Q.  Before the break we were discussing opted-in data and

20   whether there were other companies that have opted-in data

21   available.  Do you recall that?

22   A.  Yes.

23   Q.  I was hoping we could take a quick look at Demonstrative 7.

24   Mr. Lin, are these examples of companies that publicly

25   advertise that they have fully opted-in datasets available for

NBL5fed3                    Lin - Cross

1  HCP programmatic advertising?

2  A.  Yes.  And during my demo Data360 was one of the companies

3  that put their data on LiveRamp's data store and also declare

4  that they are a hundred percent opt-in.

5  Q.  Thank you.

6          THE COURT:  Can I ask a question about that?  In this

7  context, what is so special about opted-in data?  Do doctors

8  care, necessarily, if they see an ad whether they opted in via

9  New England Journal of Medicine or opted in via just the

10 general terms and conditions of a Facebook account?

11         THE WITNESS:  Under U.S. law today, there are no

12 requirements for opt-in data for digital marketing.  Most

13 publishers do ask for opt-in when we sign up for Facebook, when

14 we sign up for New England Journal of Medicine, in the privacy

15 policy they do offer a level of transparency in building their

16 relationship with their membership to say that, hey, your data

17 might be used for digital marketing.

18         THE COURT:  OK.

19 BY MS. FIEBIG:

20 Q.  If there is a list of NPIs taken from CMS, would that be

21 opted in?

22 A.  Those physicians has been, I guess, opted in to the

23 government's database.

24 Q.  But they haven't necessarily agreed to advertising or

25 marketing; correct?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

NBL5fed3                          Lin - Cross

A.  I personally have never seen the privacy policy and the

registration process so I don't think I'm the best person to

comment on that.

Q.  Is it possible that some advertisers advertise to doctors

just through the e-mail address that they receive from CMS.gov

even if that has not reflected the doctor's explicit consent to

being advertised to?

A.  Yes.

Q.  Just a few more questions for you, Mr. Lin.  Do you have

any personal financial interest in the transaction between

IQVIA and DeepIntent?

A.  No.

Q.  The government has suggested that this if the transaction

closes, IQVIA might foreclose its customers from using IQVIA's

data if the customer selects to work with a different DSP.  Do

you have a reaction to that?

A.  Yeah, I have a strong reaction to it.  I think this is

opposing the commercial and reality of consumer marketing.  If

you think about all the different digital properties that we

interact with every day, some of the examples I use is that,

hey, some might pick Hulu versus Roku, some might pick Netflix

or HBOMax.  And we make those decisions many times a day and it

allows the brand to really thinking about how to reach the

right physician at the right place at the right time.

     If we do execute on this theory of data foreclosure what

NBL5fed3                        Lin - Cross

1    would happen is that, one, the brands will recognize that IQVIA

2    is not recognizing this consumer behavior in the digital space

3    of traveling around all these different digital properties on

4    various different platforms.  Then our cohort of programmatic

5    will be extremely small.  Second, you saw the list of

6    competitions in data.  Pharmaceutical companies, healthcare

7    agencies will naturally go to other third-party data to enable

8    their campaigns.

9    Q.  And are those reasons why IQVIA has taken a position that

10   it will make its data available on other DSP platforms?

11   A.  Yes.  That's how we will best serve our customers.

12   Q.  And is that sort of reflected in IQVIA's data everywhere

13   strategy?

14   A.  Yes.

15   Q.  And have you made any public statements about IQVIA

16   remaining willing to share its data on other DSP platforms?

17   A.  I have.

18   Q.  Could you give us an example of where you publicly made

19   that representation?

20   A.  In 2022 there was an industry event called Digital Pharma

21   East.  It is attended by, I believe last year was over 2,000

22   marketers, marketers from pharmaceutical brands, agencies, data

23   providers, different DSP platforms, and data providers.  And I

24   presented the keynote speech for the conference.

25   Q.  OK.  Let's take a look at what you said.  This will just be

NBL5fed3                        Lin - Redirect

1    a short video clip.

2        (Video played)

3    Q.  Mr. Lin, do you have any reason to believe that the

4    commitment that IQVIA has made to remain platform agnostic and

5    share its data on other DSP platforms will change if IQVIA's

6    transaction with DeepIntent closes?

7    A.  Absolutely not.

8            MS. FIEBIG:  Thank you, Mr. Lin.  No further

9    questions.

10           THE COURT:  Redirect.

11   REDIRECT EXAMINATION

12   BY MS. MOY:

13   Q.  Just a few points on redirect.  Mr. Lin, you testified that

14   you helped create these demonstration slides that your counsel

15   showed you; right?

16   A.  That's correct.

17   Q.  And these slides were created for this litigation?

18   A.  Yes.

19   Q.  You also did a demonstration for us on Facebook; right?

20   A.  Yes.

21   Q.  And you told IQVIA's counsel that the ad that you

22   demonstrated would show up for hypothetical Dr. Lin when he

23   logs into Facebook; right?

24   A.  Or Instagram, or WhatsApp.

25   Q.  And you testified that this ad could be placed

1    programmatically, and I quote, within the four walls of

2    Facebook; right?

3    A.   Again, the definition of programmatic is

4    technology-assisted delivering of an ad to your desired

5    audience, meaning that technology and data are being utilized

6    to personalize this ad.

7    Q.   My question, Mr. Lin, was that you had testified that this

8    ad could be placed within, and I am quoting from your testimony

9    from earlier, within the four walls of Facebook; right?

10   A.   Sure.  A very, very large one, right?  I mean, Facebook

11   is -- globally has 2 billion users.  I believe that Facebook

12   has 70 percent of the U.S. population.  And we don't just use

13   single Facebook platform, the demonstration is a single social

14   platform but we provide our data to multiple social platforms.

15   Q.   And so, for the Facebook ad, that means that the ad does

16   not show up anywhere outside of the four walls of Facebook;

17   right?

18   A.   Again, it is a very, very large wall.

19   Q.   Mr. Lin, you testified about IQVIA's data everywhere

20   philosophy; right?

21   A.   Yes.

22   Q.   But when you were at DMD before you joined IQVIA, "data

23   everywhere" was a motto that you used; right?

24   A.   Yes.

25   Q.   And let's take a look at some of your work from DMD related

1  to data everywhere.  Please turn your binder to PX- 1981.

2  A.  OK.

3  Q.  And I want to turn to page PX- 1981-031.  This is a slide

4  that says:  Data Everywhere 2.0 DMD Healthcare Identity

5  Company.

6  A.  Yes.

7  Q.  Please turn to the next page, PX- 1981-032, title of the

8  page is Data Everywhere 2.0-7 principles.  One of the

9  principles of data everywhere listed on this page, no. 7, is:

10  Competition:  We are not here to compete but to dominate.

11          Right?

12  A.  So this is, if I recall this presentation, this was part of

13  our 2021 Q1 planning.  Let me just set the context.  DMD just

14  finished 2020 with about $4 million to $5 million of

15  programmatic revenue and, yes, I did read -- I am reading what

16  you said I wrote.  Hey, we are not here to compete but to do

17  domination, but you have to remember this was a very small data

18  company just starting to participate and I think this language

19  is more of an overzealous statement of, hey, we are growing in

20  programmatic.

21  Q.  And is one of the seven principles of data everywhere;

22  right?

23  A.  This was the DMD version on the second year of our company

24  that we have envisioned.  Now, this is not the seven principles

25  of IQVIA, to be clear.

NBL5fed3                        Lin - Redirect

1    Q.  I want to look at another document that's PX- 1962, and I

2    want to turn to a slide in 1962-041.

3    A.  OK.

4    Q.  This is a slide that is titled competition.  Do you see

5    that?

6    A.  I do.

7    Q.  There are a couple of interesting things on this

8    competition slide.  I want to go to the fourth bullet up from

9    the bottom on this competition slide.  It says:  Market

10   matching to MDG, but not to other cheapo vendors.

11       Do you see that?

12   A.  I see that.

13   Q.  That is a reference to DMD Market matching to MDG but not

14   other cheapo vendors; right?

15   A.  And there are also other competition that I didn't call out

16   on this slide.

17   Q.  And written on the last line of this slide is:  Our data

18   everywhere strategy with agencies to combat competition entry.

19   A.  Really, that statement is not possible in our industry,

20   especially in HCP data.  As I just demonstrated, this data is

21   publicly available.  Second, our data everywhere strategy, we

22   are not the only one who is deploying this data everywhere

23   strategy.  So you can tell from my LiveRamp demo there were

24   many, many data companies also executing the same strategy.

25   Q.  Mr. Lin, I am asking you about a statement on this slide,

1    this slide, is says:  Our data everywhere strategy with

2    agencies to combat competition entry.

3            Right?

4    A.  That's what I wrote but also sharing the reality of,

5    through LiveRamp, there is no way to combat competitive

6    entries.

7    Q.  And so there is a picture of the Death Star on this slide,

8    right?

9    A.  Yes.

10   Q.  And IQVIA owns DMD; right?

11   A.  Today, yeah.  Not in 2020.

12   Q.  And so is it fair to say IQVIA owns the Death Star?

13   A.  I don't think so.

14           MS. MOY:  This is the section of our redirect that we

15   ask for the courtroom to be sealed.

16           THE COURT:  OK.  So, if you are not part of either the

17   FTC, Weil Gotshal, Morrison & Foerster, or Cleary Gottlieb

18   teams, please leave the courtroom.

19           Did I miss any entity?

20           (Pages 336-337 SEALED by order of the Court)

21

22

23

24

25

NBL5fed3                          Sandler – Direct

1              (In open court)

2              THE COURT:  FTC, want to call your next witness?

3              MR. TYMKOVICH:  The FTC calls Ross Sandler.

4   ROSS SANDLER,

5        called as a witness by the Plaintiff,

6        having been duly sworn, testified as follows:

7              THE COURT:  Speak directly into the microphone, keep

8   your voice up, and please begin by stating and spelling your

9   first name and your last name.

10             THE WITNESS:  Ross Sandler.  That is R-O-S-S,

11  S-A-N-D-L-E-R.

12             THE COURT:  Mr. Tymkovich, is it?

13             MR. TYMKOVICH:  That's right.

14             THE COURT:  Please proceed.

15             MR. TYMKOVICH:  First, can my colleague approach the

16  bench and the witness with a binder?

17             THE COURT:  Absolutely.

18  DIRECT EXAMINATION

19  BY MR. TYMKOVICH:

20  Q.  Good afternoon, Mr. Sandler.  My name is Jay Tymkovich and

21  I represent the FTC.  You are currently employed by DeepIntent,

22  Inc.; correct?

23  A.  Yes.

24  Q.  Your current title at DeepIntent is head of agency

25  partnerships?

NBL5fed3                          Sandler - Direct

1    A.  That's correct.

2    Q.  And the agencies your title refers to are advertising

3    agencies?

4    A.  Yes.

5    Q.  You have been DeepIntent's head of agency partnerships

6    since approximately July of 2023; correct?

7    A.  I am one of three heads of agency partnerships since that

8    time.

9    Q.  And prior to becoming head of agency partnerships you were

10   vice president of agency partnerships?

11   A.  That's correct.

12   Q.  And you joined DeepIntent on July 6, 2021?

13   A.  Yes.

14   Q.  I would like to discuss your responsibilities as head of

15   agency partnerships at DeepIntent.  You report to DeepIntent's

16   Chief Operating Officer Ahmed Chaturvedi; is that correct?

17   A.  That's correct.

18   Q.  And he reports to DeepIntent CEO Christopher Paquette?

19   A.  Yes.

20   Q.  As head of agency partnerships, you oversee DeepIntent's

21   relationships with ad agencies; right?

22   A.  That's correct.

23   Q.  And these ad agencies are customers of DeepIntent?

24   A.  Yes.

25   Q.  And the ad agencies typically work on behalf of

NBL5fed3                          Sandler - Direct

1   pharmaceutical companies?

2   A.  Yes.

3   Q.  Your role is to obtain agency business for DeepIntent;

4   right?

5   A.  Yes.

6          MR. TYMKOVICH:  Your Honor, at this point I'm going to

7   start touching on subjects and documents that have been

8   designated confidential by defendants, so again, I guess I was

9   hoping we could seal the courtroom at this time?

10         THE COURT:  Very well.  Again, if you are not a member

11  of any of the litigation teams, please leave the courtroom.

12         MS. FIEBIG:  Your Honor, would it be OK if our clients

13  stayed?

14         THE COURT:  I believe that there is agreement about

15  that, correct?

16         MR. TYMKOVICH:  Yes.

17         (Pages 341-359 SEALED by order of the Court)

18

19

20

21

22

23

24

25

1          THE COURT:  Do you want to call your next witness?

2          MS. FLEURY:  Your Honor, at this time -- that was much

3    more efficient than we expected, but we have collaborated with

4    defendants for designations and cross-designations by a witness

5    both sides agreed we could call by video.

6          THE COURT:  OK.

7          MS. FLEURY:  And it's a 16-minute video, not long.

8          THE COURT:  OK.

9          MS. FLEURY:  So we would propose that we play that

10   video, though I need some guide guidance from one of my

11   colleagues on whether or not it's *in camera*.  I think that it

12   can be played publicly.

13         THE COURT:  OK.  And how many witnesses will it be?

14         MS. FLEURY:  Just one witness that we have prepared.

15   We are still working with defendants on designations.

16         THE COURT:  OK.

17         MS. FLEURY:  I guess we should do this formally.  The

18   FTC calls Ms. Carolina Korotkova of EMD Serono.

19         THE COURT:  OK.

20         (Media played)

21         MS. FLEURY:  Thank you, your Honor.

22         We did not anticipate getting through more than five

23   witnesses today, and we haven't exchanged witness lists beyond

24   that with defendants.  So we're happy to meet and confer and

25   see if there's more we could accomplish today, if that's your

1    Honor's preference, or we can conclude today, and I'll make

2    sure I -- this is thrilling to me because I want to get through

3    our whole slate of witnesses next week, and we'll make sure

4    we're prepared and continue to operate efficiently.

5         THE COURT:  OK.  We're 15 minutes away from the end of

6    the day, so we can finish today and we meet again tomorrow.

7    Tomorrow we're expecting at least two witnesses, correct?

8         MS. FLEURY:  We have slated and exchanged for two

9    witnesses.  You'll see first in the morning the FTC will call a

10   witness from PurpleLab, and then second, I think we already had

11   discussion about Jay Margolis, a former IQVIA executive.

12        THE COURT:  OK.  So I guess we'll call it a day.  Have

13   a good night, everyone.  Please don't be late tomorrow.  We'll

14   start at nine.  And you can go about your business.

15             (Adjourned to November 22, 2023, at 9:00 a.m.)

16

17

18

19

20

21

22

23

24

25

1                         INDEX OF EXAMINATION

2   Examination of:                                Page

3   DAVID LEITNER

4   Direct By Ms. Seo  . . . . . . . . . . . . . 209

5   Cross By Mr. Mukhi . . . . . . . . . . . . . 227

6   Redirect By Ms. Seo  . . . . . . . . . . . . 239

7   MICHAEL COLAROSSI

8   Direct By Mr. Gordon . . . . . . . . . . . . 243

9   Cross By Mr. Mukhi . . . . . . . . . . . . . 257

10  WEI HAN FRANK LIN

11  Direct By Ms. Moy  . . . . . . . . . . . . . 270

12  Cross By Ms. Fiebig  . . . . . . . . . . . . 293

13  Redirect By Ms. Moy  . . . . . . . . . . . . 331

14  ROSS SANDLER

15  Direct By Mr. Tymkovich  . . . . . . . . . . 338

16  Cross By Mr. Okuliar . . . . . . . . . . . . 352

17

18

19

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300