NBM6FTC1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  FEDERAL TRADE COMMISSION,

4                  Plaintiff,

5         v.                              23 Civ. 6188 (ER)

6  IQVIA HOLDINGS, INC. and
   PROPEL MEDIA, INC.,
7
                   Defendants.
8                                        Trial
   ------------------------------x
9                                        New York, N.Y.
                                         November 22, 2023
10                                       8:50 a.m.

11  Before:

12                      HON. EDGARDO RAMOS,

13                                          District Judge

14

15                      APPEARANCES

16

17      JENNIFER FLEURY
        STEPHANIE BOVEE
18      LISA DeMARCHI SLEIGH
        MICHELE SEO
19      STEPHEN MOHR
        JESSICA MOY
20      JORDAN ANDREW
        Attorneys for Plaintiff Federal Trade Commission
21

22

23

24

25

NBM6FTC1

APPEARANCES CONTINUED


WEIL, GOTSHAL & MANGES, LLP
      Attorneys for Defendant IQVIA Holdings, Inc.
BY:  CHANTALE FIEBIG
      ELIZABETH RYAN
      ANDREW S. TULUMELLO
      JOE EHRENKRANTZ


MORRISON & FOERSTER, LLP
      Attorneys for Defendant Propel Media, Inc.
BY:  ALEXANDER P. OKULIAR
      DAVID J. SHAW

ALSO PRESENT:  COZEN O'CONNOR
                  Ivory Bishop

NBM6FTC1

1          (Trial resumed)

2          THE COURT:  Good morning, everyone.  It's just before

3     9:00 o'clock.  Everyone appears to be here.  Is there anything

4     that anyone wishes to raise before we call our first witness?

5          MS. FLEURY:  Good morning, your Honor.  This is

6     Jennifer Fleury for the Federal Trade Commission.

7          Yes, sir, we have one housekeeping matter, which is

8     that we filed on the docket a motion to quash.

9          THE COURT:  Yes.

10          MS. FLEURY:  We are in contact with counsel for that

11     witness, and I think we may be able to resolve this without

12     Court intervention.  So I'm happy to provide more detail.  But

13     I think --

14          THE COURT:  I'm happy not to get involved.  We're both

15     talking about the Real Chemistry witness.

16          MS. FLEURY:  That is correct, your Honor.

17          THE COURT:  If you need me to intervene, I'll be happy

18     to intervene at the appropriate time, but it doesn't look like

19     I need to.

20          MS. FLEURY:  No, I think -- it is a difficult time

21     slot over the holidays, so we're just going to focus on getting

22     that witness for the merits proceeding.

23          THE COURT:  Very well.  Okay.  Are we ready to

24     proceed?

25          MS. FLEURY:  Your Honor, it is my understanding my

NBM6FTC1

1    colleague went out, the witness has been in the building, he

2    might be slightly lost in the building, so I think he should be

3    here any moment.

4                THE COURT:  Okay.

5                MS. FLEURY:  But we are trying to track him down in

6    the hallway.

7                THE COURT:  What is this person's name?

8                MS. FLEURY:  This is Mark Brosso of PurpleLab.

9                THE COURT:  G-R-O?

10               MS. FLEURY:  B-R-O-S-S-O.

11               THE COURT:  And how are we doing with respect to your

12   anticipated schedule?  Are we on track?

13               MS. BOVEE:  I think, your Honor, I think we are on

14   track in terms of we're making -- our goal is obviously to get

15   through as many witnesses as possible for short examinations

16   and I think the parties are roughly equal.  I think what we're

17   anticipating is we should have no problem getting through both

18   sides' witnesses in the time allotted by the end of next

19   Friday.

20               THE COURT:  Okay.

21               MS. BOVEE:  For today, we have, as you know, two live

22   witnesses, and we'll see how long that takes.  I think both

23   sides have sort of an understanding that we will be able to

24   finish early today to allow everyone to leave for the holidays,

25   but we should have time to get through both witnesses fully on

NBM6FTC1

and off.

THE COURT:  Okay.  Did we find Mr. Brosso?

MS. BOVEE:  He said he was in the elevator.  We have not yet located him.  If it is possible to take a five-minute break, and if we cannot locate him in that five minutes, we are happy to proceed with the defense witness who is on for today.

THE COURT:  Ms. Fiebig?

MS. FIEBIG:  I was just going to add two notes to that.  The first is that our witness, Mr. Margolis, is not intending to arrive until 9:15 because we had coordinated with the Federal Trade Commission, and they really insisted that PurpleLabs be called first this morning.  So our witness is not yet here, but he will be here shortly.

The second note that I wanted to add is it would be our preference to use whatever time your Honor is willing to give the parties.  And so we've worked with the Federal Trade Commission to prepare at least one deposition video that could be played today.  That would be an IQVIA.  That would be played out of time in order to take advantage of the time, rather than simply finish early.  But it's obviously your Honor's preference.

THE COURT:  I'm happy to be here the entire scheduled day, so I'll leave it up to you.  I can leave earlier if you folks need to peel out earlier.  But I'll be here anyway, so I'm happy to see videos.

NBM6FTC1

1                MS. FIEBIG:  Thank you, your Honor.

2                THE COURT:  We can take five minutes, but I'm going to

3       just sit here, if you don't mind, unless it's going to make the

4       entire room uncomfortable.

5                MS. BOVEE:  Thank you, your Honor.  We're going to see

6       if we can track down our witness in the building.

7                THE COURT:  Okay.

8                MS. BOVEE:  Thank you.

9                (Recess)

10               MS. BOVEE:  Good morning, your Honor, Stephanie Bovee

11      on behalf of the FTC.

12               THE COURT:  Good morning.  I'm sorry.  And your last

13      name.

14               MS. BOVEE:  Bovee.

15               THE COURT:  How do you spell that?

16               MS. BOVEE:  B-O-V-E-E.

17               THE COURT:  Is Mr. Brosso here?

18               MS. BOVEE:  Yes, he is.

19               THE COURT:  Okay.  Let's call him to the stand.

20               MS. BOVEE:  The FTC would like to call Mr. Brosso of

21      PurpleLab.

22               THE COURT:  Sir, please step all the way forward.

23      Come up into the witness stand and remain standing.

24       MARK BROSSO,

25           called as a witness by the Plaintiff,

1    having been duly sworn, testified as follows:

2            THE COURT:  Sir, you may be seated, please pull your

3    chair up to the microphone, when you speak, please speak

4    directly into the microphone, keep your voice up and please

5    begin by stating and spelling your first name and your last

6    name.

7            THE WITNESS:  Mark Brosso, M-A-R-K, B-R-O-S-S-O.

8            THE COURT:  Ms. Bovee.

9    DIRECT EXAMINATION

10   BY MS. BOVEE:

11   Q.  Good morning.

12           MS. BOVEE:  And I'd also like to introduce counsel

13   from PurpleLab for Mr. Brosso, who is attending here today.

14   His name is Ivory Bishop from Cozen O'Connor.  He's in the

15   seating area.

16           May I proceed?

17           THE COURT:  You may.

18   BY MS. BOVEE:

19   Q.  Good morning, Mr. Brosso.

20   A.  Good morning.

21   Q.  And before we proceed, I want to remind you that we are in

22   a public session right now.  I will do my best to stick to

23   questions that relate to information that is not confidential.

24   However, if I ask a question for which your response would

25   touch on confidential information, please let me know and I

NBM6FTC1                        Brosso – Direct

1    will try and rephrase or save it for a closed session.

2    A.   Thank you.

3    Q.   Are you the chief executive officer of PurpleLab?

4    A.   I am.

5    Q.   Are you also the founder of PurpleLab?

6    A.   Yes, I am.

7    Q.   And when was PurpleLab founded?

8    A.   In 2017, it was founded as an LLC.

9    Q.   At a high level, how do you describe the business of

10   PurpleLab today?

11   A.   We're in the -- the industry refers to as the real world

12   data business.

13          THE COURT:  I'm sorry, sir.  Can you keep your voice

14   up and get closer to the microphone, if you could?

15          THE WITNESS:  Sure.  How is this?

16          THE COURT:  Better.

17          THE WITNESS:  Thank you.

18   BY MS. BOVEE:

19   Q.   Can you describe what a real-world data business is?

20   A.   Basically we take in healthcare observations and they are

21   anonymized to protect the individual patients -- patients'

22   protected health information or personally identifiable

23   information is encrypted using a variety of encryption software

24   systems and then the -- but the diagnosis, medication,

25   procedure information, dates of service, all the encounter

1    information, the identifiers that would identify providers and

2    payers are still embedded within those healthcare observations.

3              THE COURT:  Sir, you're going to have to keep your

4    voice up.  I'm sorry.

5    BY MS. BOVEE:

6    Q.  So is that what is known as data aggregation?

7    A.  Yes, so data aggregation is getting these healthcare

8    observations at scale from what is typically a variety of

9    disparate sources.

10   Q.  From what type of entities does PurpleLab acquire data?

11   A.  Technology companies that typically sit in between a

12   provider that performs services and a payer that is responsible

13   for paying for those that are insured, enrollees.  They could

14   be revenue cycle management companies, healthcare information

15   technology companies.  On the medical claims side, it could be

16   EHR, electronic health records, software companies.  On the

17   pharmacy side, it could be what is known as clearinghouses or

18   pharmacy benefit management companies, retail pharmacies.

19   Q.  Does that information include claims and prescription data?

20   A.  It does.

21   Q.  Does it also include data related to healthcare

22   professionals?

23   A.  It does.

24   Q.  Do you have to have a contract to acquire that data?

25   A.  Typically.

NBM6FTC1                          Brosso - Direct

1  Q.  And do you have to pay for that data?

2  A.  In my experience, yes.

3  Q.  And so it's not available for free generally?

4  A.  Correct.

5  Q.  Once PurpleLab acquires the data, is there processing to

6  turn it into something that is usable for customers?

7  A.  Generally, you have to transform the data.  It's coming

8  from disparate sources so it's going to be in unique table

9  structures with different field names, different coding

10  systems.  And in my experience, a data aggregator would write

11  what are called ETLs to transform that data into what we call

12  common data model and insert that into a warehouse in a Cloud

13  computing environment and build applications, offer

14  applications around it.

15  Q.  So is the process of compiling that data proprietary to

16  PurpleLab?

17  A.  Acquiring the data, no.  But transforming the data, yes.

18  Q.  Is an application for PurpleLabs data programmatic

19  advertising?

20  A.  It's one of the things that our data is used for.

21  Q.  And just so that we can help people understand how

22  PurpleLab fits into this industry, what type of entities are

23  PurpleLab's customers?

24  A.  It could be life science companies, that could span the

25  gamut from medical device companies, pharma, biotech,

NBM6FTC1                         Brosso - Direct

1    diagnostic companies.  It could be contract research

2    organizations that service life science companies.  On the

3    advertising side of the business, it could be publishers with

4    endemic websites, TSPs, ad agencies, and brands within life

5    science companies.

6    Q.  Is IQVIA a competitor to PurpleLab?

7    A.  They're both a competitor as well as a commercial partner.

8    Q.  And PurpleLab is not a DSP; is that right?

9    A.  We're not a DSP, correct.

10   Q.  What is the role of a DSP for PurpleLab?

11   A.  The role of the DSP is essentially to create, you know, an

12   auction processer, to essentially buy advertising placements on

13   behalf of an agency that wants to run a campaign.

14   Q.  So what would the relationship of a DSP be to a company

15   like PurpleLab?

16   A.  From us, they license in ACP and TDC audiences on the front

17   end of a campaign.  On the back end, they license in a variety

18   of measurement content to make some decisions about what the

19   return on investment was for that particular campaign spent.

20   Q.  So is a DSP an outlet for PurpleLab's data?

21   A.  It is.

22   Q.  As a DSP would DeepIntent be a potential outlet for

23   PurpleLab's data?

24   A.  It could be.

25   Q.  And does Lasso perform a similar role?

NBM6FTC1                          Brosso - Direct

1   A.  Yes.

2   Q.  Do you consider PurpleLab to be a small company?

3   A.  I do.

4   Q.  As a small company, do you -- what benefits do you see

5   PurpleLab providing to the industry?

6   A.  I think our customers would say that we're innovative, we

7   are rapid in terms of our technology builds, so we have very

8   quick product releases and new features.  You know, if you sum

9   that all up, we're pretty innovative.

10  Q.  So focusing on the services that PurpleLab offers for

11  programmatic advertising, can you just describe briefly what it

12  is that PurpleLab offers?

13  A.  So we offer content on the front-end of the campaign, the

14  development of custom HCP and DTC audiences, and on the back

15  end, it's the content to measure the effectiveness of the

16  campaign.

17  Q.  Can you, starting with HCP audiences, can you explain what

18  HCP audiences are?

19  A.  HCP is an acronym that stands for healthcare practitioner.

20  That could be a medical doctor, an osteopathic doctor, it could

21  also be allied health professionals.  Generally, it's anybody

22  that could prescribe a life science, you know, branded drug.

23  Q.  And an audience is what?

24  A.  An audience is a collection of HCPs that are generally --

25  they will have patients that fit the profile of the indication

NBM6FTC1                         Brosso - Direct

1   for the drugs used.

2   Q.  Of the types of data that PurpleLab aggregates, what types

3   of data feed into an HCP audience?

4   A.  So it would be the individually identifiable information

5   for a single HCP, which is generally their National Provider

6   Identifier number.  It could also be their geography, their

7   address, their specialty, their subspecialty.  And it could

8   also contain information on the number of prescriptions that

9   they have written within a therapeutic area for a particular

10  indication, the number of patients that they diagnose with that

11  indication, the number of procedures they performed, the number

12  of lab tests that they perform within a given look-back period.

13  Q.  Are there differences between HCP audiences and DTC or

14  consumer audiences?

15  A.  Yes.  So the DTC is direct to consumer, and those audiences

16  would not have the individually identifiable information.

17  Q.  Are there differences in how DTC and HCP audiences are

18  formed?

19  A.  In my experience, there are.

20  Q.  Can you describe those differences?

21  A.  An HCP audience is generally what we would call a

22  deterministic audience.  We know that that HCP has diagnosed

23  this many patients given the data that we see within this

24  look-back period.

25              In my experience, DTC audiences are model, they're --

NBM6FTC1                      Brosso - Direct

1    you know, terms of art that are thrown around in the industry

2    or lookalike audiences.  So they would be modeled -- depended

3    upon how the modeling is done, it could include or not include

4    observations within that anonymized patient's background about

5    their healthcare conditions, as well as things that have

6    nothing related to healthcare conditions such as, you know, the

7    consumer attributes of age, gender, race, ethnicity, income,

8    education, occupation, where they live, do they drive a

9    seven-passenger, three-seat SUV and have Progressive car

10   insurance.  All of that could go into developing a DTC

11   audience.

12   Q.  I believe you mentioned measurement services is a

13   programmatic service that PurpleLab offers?

14   A.  It does.

15   Q.  Can you describe what measurement services are?

16   A.  Measurement could be -- it could be a little bit different

17   for an HCP or DTC audience, but in general, a life science

18   company is looking for what they call script lift, what is the

19   lift in the script post the campaign execution.  If they target

20   an exposed group of HCPs, what does a control group look like

21   in terms of their prescribing behaviors after the campaign

22   versus those that were exposed to the advertisement.

23       What they're looking for is that the campaign was

24   persuasive and the exposed group wrote more new prescriptions

25   after seeing the campaign advertisement compared to the control

NBM6FTC1                        Brosso - Direct

1    group.  That's one example.

2    Q.  You said it can be a little bit different for HCP and DTC.

3    How so?

4    A.  Sometimes they are looking for whether or not a patient

5    that was exposed to the audience actually went to an HCP office

6    and had a visit with them after seeing the campaign.  Patients

7    can't write their own prescriptions, but they can schedule an

8    appointment with a doctor, tell them about their ailment and

9    mention that, you know, I saw this ad on Ozempic.

10   Q.  So specifically for PurpleLab's capabilities, what

11   measurement capabilities does PurpleLab have?

12   A.  Everything that we -- I just described.

13   Q.  And then the types of data that PurpleLab aggregates, what

14   type of data is used in PurpleLab's measurement services?

15   A.  It could be their medical encounter information, what

16   appears in a medical claim if it's -- did the patient go see an

17   HCP after they were exposed to the advertisement, or it could

18   be from the pharmacy claims.  Was the patient given a

19   prescription or did the HCP write the prescription.

20   Q.  So the claims and prescription data that PurpleLab

21   aggregates inform the measurement services?

22   A.  It does.

23   Q.  And we talked a bit about DTC versus HCP campaigns, how

24   much of PurpleLab's programmatic advertising revenue relates

25   to each, just generally.  Generally, how much of PurpleLab's

NBM6FTC1                        Brosso – Direct

1    programmatic advertising revenue relates to DTC or HCP

2    programmatic advertising campaigns?

3    A.  With the measurement, it would be about a third of our

4    revenue.

5    Q.  I'm sorry.  Can you explain what you mean, I believe my

6    question was, how much of PurpleLab's revenue derives from

7    either HCP or DTC campaigns, just rough ballpark estimate?

8    A.  20 percent.

9    Q.  From HCP or DTC?

10   A.  Sorry, are you asking, Stephanie, if it's the difference

11   between -- of all of the audience revenue that we generate, how

12   much is generated from DTC versus HCP?

13   Q.  Yes.

14   A.  Okay.  50/50.

15   Q.  Thank you.

16           MS. BOVEE:  Your Honor, that concludes the public

17   portion of my questioning.  The remainder of my questions touch

18   upon topics which PurpleLab has requested confidential

19   treatment.  And at this time, I'd ask that the courtroom be

20   sealed so I can continue my questioning without publicly

21   divulging confidential --

22           THE COURT:  Sure.  Let me just ask a couple questions,

23   if I may.

24           MS. BOVEE:  Sure.

25           THE COURT:  Mr. Brosso, so would it be accurate to say

NBM6FTC1                      Brosso - Direct

1    that a customer of yours would come to you and say I want to

2    direct a particular advertisement to a particular audience and

3    you provide them with that audience, whether it be

4    gynecologists or neurologists, et cetera?

5          THE WITNESS:  It's definitely their specialties.  It's

6    a typical ask.  But it's also how many patients they see.  So

7    it's not just an oncologist, but it's an oncologist who sees

8    non-small cell size lung cancer patients and they want to

9    target the guys that see the most.

10          THE COURT:  And you can drill down to that level of

11    particularity?

12          THE WITNESS:  Yes.

13          THE COURT:  Do you -- in connection with any

14    particular campaign, do you always create a control group for

15    measurement purposes?

16          THE WITNESS:  We don't.  Sometimes, it's up to,

17    really, the agency or the brand to request measurement.  And

18    then sometimes the DSP will ask us to create the control group

19    for them and sometimes they'll create the control groups.

20          THE COURT:  Thank you.

21          So if you are not with any of the litigating teams, I

22    would ask that you leave the courtroom now.

23          (Pause)

24          (Pages 380-423 SEALED by order of the Court)

25

1              MR. TULUMELLO:  Good morning, your Honor.  Drew

2     Tulumello for IQVIA.  By agreement of the parties, we will be

3     calling one of our witnesses out of order.  His name is Jay

4     Margolis.

5              THE COURT:  Very well.

6      JAY MARGOLIS,

7           called as a witness by the Defendant IQVIA,

8           having been duly sworn, testified as follows:

9              THE COURT:  Please begin by spelling your first name

10    and your last name.

11             THE WITNESS:  Jay Margolis.  J-A-Y.  M-A-R-G-O-L-I-S.

12             THE COURT:  Mr. Tulumello.

13             MR. TULUMELLO:  Thank you, your Honor.

14    DIRECT EXAMINATION

15    BY MR. TULUMELLO:

16    Q.  Mr. Margolis, where are you currently employed?

17    A.  SSPINS, LLC.

18    Q.  Can you describe what SSPINS LLC is?

19    A.  SSPINS is a data analytics company focused on CPG/grocery.

20    Q.  What is CPG?

21    A.  Consumer package goods.

22    Q.  What is your position at SSPINS?

23    A.  Chief executive officer.

24    Q.  When did you become CEO of SSPINS?

25    A.  July 17, 2023.

1  Q.  Before that, where did you work?

2  A.  IQVIA.

3  Q.  How long did you work at IQVIA?

4  A.  17 years.

5  Q.  Can you describe for the Court what your evolution inside

6  the company was from when you started to when you left?

7  A.  Sure.  So when I joined in 2006, I came in through

8  consulting as a senior consultant, graduated through the ranks

9  there to eventually become a principal in one of our practices.

10  And then in 2012 took on a sales position for our merging

11  biopharma business.  From there, I took on product management

12  for information assets in 2015, and then in -- sorry -- 2017.

13  And then in 2019 took on the role of leading information

14  solutions.

15  Q.  Thank you.

16         Now, a lot of these descriptions, if you are an IQVIA

17  outsider, are not very intuitive.  So can you describe the

18  IQVIA business, the whole business of the company?

19  A.  Sure.  So I tend to think about the IQVIA whole business in

20  two parts.  So one is the clinical research component, which is

21  helping pharmaceutical companies with clinical trial

22  outsourcing, so think about sort of moving drugs through the

23  various phases of clinical trials to eventually get them to

24  approval.  And the second part of the business is the

25  commercial side of the business where I spent all of my time

which was that leading up to a drug's approval or post

commercialization, IQVIA was a partner across a number

different aspects of the business to help pharmaceutical

companies commercialize their products.

Q.   Let's just double click on each of those two elements.

So on the clinical side, on the clinical research

side, can you describe in a little more detail what IQVIA does

in that aspect of its business?

A.   Sure.  I mean, I'm certainly not the expert in this space,

but essentially in order for a drug to reach approval for FDA

guidelines, it has to be managed through various phases of

clinical research.  That research can either be executed by the

pharmaceutical company themselves or that process can be

outsourced to a third party.  So essentially we took on the

third-party outsourcing of the clinical trial execution, so

that was about -- there's lots of components to it, right, but

sort of managing the trial protocol, helping to find patients

that match the trial protocol, recruiting patients, and then

obviously administering all the aspects to execute the trial

itself to monitor for, you know, drug efficacy, safety and the

like.

Q.   And then that's the clinical side.  Can you describe in a

little more detail or double click on the commercial side?

A.   Sure.  So if you think about what is needed for sort of

commercial readiness or actual launch of a product, right, a

```
 1   company needs to understand the overall size of the market,
 2   right.  So, for example, if you were launching a drug in
 3   diabetes, how many be diabetes patients are there?  What is the
 4   current treatment protocol for those patients today?  What are
 5   unmet needs in the market, et cetera.  So a lot of it is around
 6   sort of market sizing, patient journey, understanding sort of
 7   the current dynamics that exist in the market.  There's also
 8   the questions around sort of pricing, reimbursements,
 9   promotion, so promotion being whether it's off sales rep to
10   physician or online via digital advertising or the like.  There
11   is a number of promotional questions to be asked.  So really
12   everything that is needed to prepare the drug for launch or to
13   help manage through the life cycle of the drug itself.
14   Q.  And when you left IQVIA, what was your position?
15   A.  Senior vice-president of information solutions.
16   Q.  What were your responsibilities in that position?
17   A.  So I guess I'll answer it sort of two ways.  One is sort of
18   overall P&L management of the business itself.  So managing all
19   of the sort of financial and headcount particulars associated
20   with it.  And then the other part is the managing sort of the
21   overall strategy for the portfolio.
22   Q.  Is this on the clinical side of the business, the
23   commercial side of the business, or some other location?
24   A.  Commercial only.
25   Q.  Were you a principal executive sponsor of IQVIA's
```

NBMQfdc2                        Margolis - Direct

1   acquisition of DMD?

2   A.  Yes.

3           MR. TULUMELLO:  Your Honor, that would conclude the

4   open part of our testimony, and by agreement of the parties, we

5   would ask at this point to seal the courtroom.

6           THE COURT:  Very well.  Again, if you are not part of

7   the litigation teams, please remove yourselves from the

8   courtroom.

9           (Continued on next page)

10          (Sealed pages 429-496)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

NBMQfdc2                        Margolis - Direct

1          MS. FIEBIG:  Your Honor, you heard reference in that

2     testimony to a declaration.  That declaration is available to

3     the Court in a binder that was provided to you.  It's DX-0003,

4     in which Mr. Veltre submitted a declaration in this litigation

5     discussing, among other things, the DSPs that BMS can use for

6     HCP programmatic advertising.

7          THE COURT:  Thank you.

8          So does that do it for today, Ms. Fleury?

9          MS. FLEURY:  It does, your Honor.

10          THE COURT:  Ms. Fiebig.

11          MS. FIEBIG:  Nothing further.

12          THE COURT:  In that event, we are adjourned.

13          I hope you all have a safe and happy Thanksgiving

14     holiday.  For those of you who are traveling outside of the

15     tristate area, I wish you a stress-free commute.  For those of

16     you who are traveling within the tristate area, I wish you a

17     stress-free commute.  We will see each other Monday morning.

18     Don't be late.

19          (Continued November 27, 2023 at 9:00 a.m.)

20

21

22

23

24

25

1                          INDEX OF EXAMINATION

2     Examination of:                              Page

3      MARK BROSSO

4     Direct By Ms. Bovee  . . . . . . . . . . . . 369

5     Cross By Ms. Ryan  . . . . . . . . . . . . . 394

6      JAY MARGOLIS

7     Direct By Mr. Tulumello  . . . . . . . . . . 424

8     Cross By Ms. Demarchi Sleigh . . . . . . . . 475

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25