NBRIFTC1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

FEDERAL TRADE COMMISSION,

                    Plaintiff,

          v.                            23 Civ. 6188 (ER)

IQVIA HOLDINGS, INC. and
PROPEL MEDIA, INC.,

                    Defendants.         Trial
------------------------------x
                                        New York, N.Y.
                                        November 27, 2023
                                        9:00 a.m.

Before:

                    HON. EDGARDO RAMOS,

                                        District Judge


                         APPEARANCES


     JENNIFER FLEURY
     VARNITHA SIVA
     MICHELE SEO
     WADE LIPPARD
     STEPHEN MOHR
     JESSICA MOY
     CORY GORDON
     JORDAN ANDREW
     STEPHANIE BOVEE
     LISA DeMARCHI SLEIGH
     Attorneys for Plaintiff Federal Trade Commission

NBRIFTC1

1                                    APPEARANCES
                                    (continued)
2

3    WEIL, GOTSHAL & MANGES, LLP
          Attorneys for Defendant IQVIA Holdings, Inc.
4    BY:  CHANTALE FIEBIG
          MARK A. PERRY
5         SARAH M. STERNLIEB
          LUKE SULLIVAN
6         ELIZABETH RYAN
          ANDREW S. TULUMELLO
7         JOSEPH EHRENKRANTZ

8         -and-

9    CLEARY GOTTLIEB STEEN & HAMILTON, LLP
     BY:  RAHUL MUKHI
10        CLOTILDE LE ROY
          LEAH BRANNON
11

12   MORRISON & FOERSTER, LLP
          Attorneys for Defendant Propel Media, Inc.
13   BY:  ALEXANDER P. OKULIAR
          DAVID J. SHAW
14

15

16   Also Present:

17   Geoffrey R. Chepiga
     Joshua Soven
18        Paul Weiss, Rifkind, Wharton & Garrison, LLP
          Attorneys for Interested Party Veeva Systems, Inc.
19

20

21

22

23

24

25

NBRIFTC1

1          (Case called)

2          THE COURT:  Good morning everyone.  I hope you had a

3     wonderful weekend.  As happens in these matters.

4          But the fact we had three to four days, I received a

5     flurry of letters last night primarily involving nonparty

6     Veeva.  I understand that there was some issues concerning how

7     its confidential materials would be handled.  And I am happy to

8     hear apparently that there is an agreement that has been

9     reached.

10          Mr. Perry?

11          MR. PERRY:  Thank you, your Honor.  Mark Perry for

12     IQVIA.  Yes, your Honor.  There are two letters from Komodo and

13     Veeva.  The parties have an agreement as to both of those third

14     parties.  The Veeva exchange letters was instructive.  The

15     position stated in Veeva's rely letter this morning,

16     specifically that the tier designated as highly confidential

17     specific documents concerning its own business plans and data.

18     We agree that can be conducted in a sealed session and the rest

19     of it will be public.  We discussed that with the FTC and with

20     counsel for Veeva.  I believe all parties in are in agreement.

21          THE COURT:  Ms. Fleury?

22          MR. FLEURY:  That arrangement was for the FTC.  That

23     is how we are planning to proceed this morning, if the court

24     agrees.

25          THE COURT:  That is fine with me.

1          Mr. Chepiga?

2          MR. CHEPIGA:  Yes, your Honor.  That is good for

3     Veeva.

4          THE COURT:  Very good.  We are ready to call our next

5     witness.

6          MR. FLEURY:  The FTC calls Gregory Field of IQVIA for

7     its next witness and my Colleague, Mr. Gordon, will be handling

8     it.

9          THE COURT:  Very well.

10    Gregory Field,

11         called as a witness by the Plaintiff,

12         having been duly sworn, testified as follows:

13         MR. GORDON:  Cory Gordon.

14         May I proceed?

15         THE COURT:  You may.

16    DIRECT EXAMINATION

17    BY MR. GORDON:

18    Q.  Good morning, Mr. Field.

19    A.  Good morning.

20    Q.  Thank you for being here today.

21         Mr. Field, you work at IQVIA now, right?

22    A.  That's correct.

23    Q.  And you have worked at IQVIA since IQVIA acquired your

24    company, Lasso, in July of 2022; is that right?

25    A.  That's correct.

1    Q.  You were a founder and the CEO of Lasso before IQVIA

2    acquired it, right?

3    A.  That's correct.

4    Q.  Now, your title at IQVIA is Vice President and General

5    Manager.  Do I have that right?

6    A.  You do.

7    Q.  And in your current role, your responsibilities focus more

8    on product and engineering; is that right?

9    A.  That's correct.

10   Q.  And in your current role you report to Mr. Frank Lin of

11   IQVIA, is that correct?

12   A.  That is correct.

13   Q.  Thank you.  Let's talk about what you did when you were the

14   CEO of Lasso.  As CEO, you were the leader of Lasso's strategy,

15   right?

16   A.  Myself as well as the rest of the management team would all

17   participate in the strategy of the company that's correct.

18   Q.  But everyone on the Lasso management team ultimately

19   reported to you as the top of the organization, right?

20   A.  That's correct.

21   Q.  OK.  And as the CEO and leader of Lasso strategy, you were

22   generally aware of who Lasso's competitors were; is that right?

23   A.  I would be generally aware of our competitors and the

24   market, though commercial functions and sales operations was

25   not my primary responsibility.  That would have lived more with

1    our commercial departments.

2    Q.  But you are aware of what products generally that Lasso's

3    competitors were offering; right?

4    A.  Those that would be publicly available, I would have that

5    knowledge.

6    Q.  Mr. Field, you'd agree that Lasso competes with DeepIntent,

7    correct?

8    A.  DeepIntent would be one of our competitors in addition to

9    folks like the Trade Desk, Doximity, TI Health, Medicx, a long

10   list of companies.

11   Q.  Right.  And so as CEO, you were aware of what products

12   DeepIntent rolled out; is that right?

13   A.  I would be aware of products that they would put press out

14   about.  I wouldn't have any other intimate knowledge of things

15   they were working on or developing, but it may be internal in

16   nature.

17   Q.  If DeepIntent rolled out a product they had put press out

18   about, that product was similar to what Lasso offered, you

19   would know.  Is that fair to say?

20   A.  I wouldn't say it is certainly.  But it is likely.

21   Q.  OK.  Let's talk about how you describe Chris Paquette, the

22   CEO and founder of DeepIntent.  I believe he is sitting in the

23   courtroom here with us today.  If you could please turn in your

24   binder to PX1062.  This is a series of Slack messages between

25   yourself and Mr. DiNorscio in December of 2020; is that right?

1    A.  That's correct.

2    Q.  Mr. DiNorscio is another co-founder of Lasso, right?

3    A.  That's correct.

4    Q.  Halfway down the page at timestamp 12:19, you send

5    Mr. DiNorscio a PR newswire article about DeepIntent; is that

6    right?

7    A.  That appears to be correct.

8    Q.  At 12:20, right below, you quote the press release,

9    beginning with DeepIntent's health care marketing platform

10   enables us to run ultra efficient programmatic advertising

11   campaigns.  Do you see that?

12   A.  I do.

13   Q.  That press release is in your binder as PX5156 if you need

14   to refer to it.  But I have questions about this Slack chat for

15   now.  A bit further down, at the bottom of the page at 1239,

16   Mr. DiNorscio writes, I hate DeepIntent.  Do you see that?

17   A.  I do.

18   Q.  And then you respond on the next page, one minute later, I

19   hate those small dicks, we are going to take every one of the

20   clients on that list.  See that?

21   A.  I do.

22   Q.  Clients on that list.  That is referring to the DeepIntent

23   clients listed in the press release you sent Mr. DiNorscio,

24   PX5156; is that right?

25   A.  I believe that to be the case.

1   Q.  So, let's look back here at PX1062.  Mr. DiNorscio says, I

2   hate DeepIntent at 12:39, and you say at 12:40, I hate those

3   small dicks.  You are saying that Lasso will take every one of

4   DeepIntent's clients on that list, right?

5   A.  I was saying that more in, I think, jest and using colorful

6   language specifically to get a rise out of Mike who is my

7   co-founder but also a close personal friend.  He would know

8   that I wouldn't be speaking literally.  There would be, kind

9   of, no way for us to take every one of their clients.  We are

10  using colorful language bantering back and forth.

11  Q.  OK.  Let's talk about how you describe DeepIntent in your

12  documents.  Please turn in your binder to PX1064.  This is

13  another Slack chat between yourself and Mr. DiNorscio, right?

14  A.  That appears to be the case.

15  Q.  Please turn to the second page, the page ending in -002.

16  In the bottom middle, where you write at timestamp 20:20:14, a

17  sentence beginning with correct.  Do you see that sentence?

18  A.  I do, yes.

19  Q.  Your counsel has requested that part of that sentence be

20  redacted.  The public part reads, correct we make redacted so

21  it's just about making sure our clients are getting the best

22  redacted.  Then you write just below, in making sure DeepIntent

23  goes fucking upside down.  Do you see that?

24  A.  I do.

25  Q.  Mr. DiNorscio responds to you with I want to destroy them

1    so bad dude, copycats.  Mr. DiNorscio is referring to

2    DeepIntent as copycats here, right?

3    A.   Mike is referring to DeepIntent as copycats as part of an

4    ongoing joke we have between each other they would be copying

5    Mike's language.  When we were a small company, specifically in

6    our earliest days of 2020, we only had about four or five

7    employees.  So, Mike was responsible for all of the copy and

8    branding on our website.  And then I frequently joked with him

9    he did such a good job, that people would steal the punchlines

10   and copy that he wrote on the website.  That is a reference to

11   this ongoing joke we had between us.

12   Q.   I see.  Let's look at what you say just after

13   Mike DiNorscio writes copycats.  You say in response, they are

14   amateurs, and it's annoying as hell to see them doing as well

15   as they are, even more frustrating to see them copying and now

16   playing dirty.  Can we agree still that the "they" in this

17   sentence means DeepIntent?

18   A.   Yes, I believe it does.

19   Q.   Mr. DiNorscio responds, exactly, and then you write at the

20   first line of the next page, fortunately, we beat them

21   literally everywhere it counts.  Our business model is

22   fundamentally better and our product vision is years ahead of

23   them not to mention our partners and clients love us compared

24   to them.  Do you see that?

25   A.   I do.

NBRIFTC1                        Field - Direct

Q.  So, here you are saying that Lasso's business model is

fundamentally better, your product vision is years ahead, and

that partners and clients love Lasso compared to DeepIntent.

Do I have that right?

A.  You do.  The context of this chat, if you look above what

we are discussing is the fact that another DSP that is

competitive with Microsoft Xandr, who is our DSP partner, was

pitching us on their business.  So, the competitiveness of

those 2 DSPs was allowing us to lower the rates of our partners

and ultimately pass on potential cost savings to our customers.

So, we are making a reference to that fact that that is a

fundamentally different business and technology model than

DeepIntent has, which is advantageous to our partners and our

customers because those other DSPs are involved in our space

and competing for our business as well.

Q.  OK.  I want to ask another about another comparison between

Lasso and DeepIntent comparing the Lasso Vision product to the

DeepIntent Outcomes product.  Please turn in your binder to

PX1606.  It is a series of Slack messages between yourself and

Mr. DiNorscio.

A.  I apologize.  I don't think I have 1606 in my binder.  I

see it on the screen, but --

Q.  OK.  Well, it should be in your binder.  But if you need to

follow along on the screen, does that work for you?

            THE COURT:  It is fourth from the bottom.

NBRIFTC1                        Field – Direct

1          THE WITNESS:  Do I have the number right?  1606?

2          MR. GORDON:  1606, that's right.

3          THE WITNESS:  I don't appear to have it.  But I do

4     have it on the screen.  Thank you very much.

5     Q.  PX1606.  This is a series of Slack messages between

6     yourself and Mr. DiNorscio on May 16, and 17, right?

7     A.  That's correct.

8     Q.  At timestamp 20:44, you and Mr. DiNorscio are talking about

9     the Lasso Vision press release; right?

10    A.  That appears to be the case.

11    Q.  You discuss keeping a particular line in the press release.

12    At timestamp 21:40:55, you message Mr. DiNorscio, I want that

13    in there, if you don't have script reporting you are a joke and

14    have no business even responding to an RFP.  Do you see that?

15    A.  I do.

16    Q.  Please turn to the second page.  I am looking at timestamp

17    7:51:35 where Mr. DiNorscio messages you, also release looks

18    good, and then sends you a link about your press release about

19    a product called Lasso Vision.  Do you see that?

20    A.  I do.

21    Q.  So, at the time of this Slack chat, May 2022, Lasso offered

22    a product called Lasso Vision.  Is that fair?

23    A.  That's correct.

24    Q.  We will come back to this chat.  But for now, please turn

25    in your binder to PX5152.  It should be on the top right near

1   the back of the binder.

2   A.  I see it.

3   Q.  PX5152, that is the May 17, 2022 Lasso Vision press release

4   that Mr. DiNorscio sent knew the Slack chat we were just

5   looking at, right?

6   A.  It appears to be the case.

7   Q.  Please look down at the second paragraph of this press

8   release.  The second sentence beginning with now.  That

9   sentence reads the company, Lasso, is once again defining a new

10   health care marketing standard by offering vision which ensures

11   your marketing dollars are spent more intelligently maximizing

12   real-world behaviors on your campaign.  That is a fair

13   description of Lasso Vision, right?

14   A.  Those are words used by our marketing team to illustrate

15   what we think is an exciting new product that provides some

16   level of real world reporting for campaigns.

17   Q.  OK.  Lasso Vision is used for HPC programmatic advertising,

18   right?

19   A.  Both HPC and DTC programmatic advertising.

20   Q.  HPC and DTC.  So, Lasso Vision is a tool that can be used

21   for HPC programmatic advertising that helps clients ensure

22   their dollars are spent intelligently by maximizing real world

23   behaviors on every campaign, is that right?

24   A.  We would think that customers could use it to that end,

25   yes.

NBRIFTC1                          Field - Direct

1    Q.  Maximizing real world behaviors in this context, that means

2    things like helping clients understand how HPC are prescribing

3    drugs; right?

4    A.  That is probably a bit too strong of a way to describe it.

5    The way the Lasso Vision product works is to, in a relatively

6    unintelligent way, attribute a real-world activity, whether

7    that be a script written or a diagnosis that was performed

8    post-exposure of a particular individual.  So, there is no

9    intelligence to say that that is the result of that action,

10   whether it would have occurred you know without that media

11   exposure or not.  So, it doesn't necessarily maximize anything

12   on its own but by providing this reporting, it gives marketers

13   and customers the ability to understand are they reaching

14   qualified individuals and make smart decisions on where they

15   might want to test strategies or make additional investments.

16   Q.  That is very helpful.  The industry term for that is gross

17   metrics reporting; is that right?

18   A.  I wouldn't know that gross metrics is an industry term.  We

19   have used the term internally at Lasso to describe what

20   Lasso Vision does.

21   Q.  OK.  Thank you.  So, going back to this press release,

22   Lasso Vision was launched around May of 2020; is that right?

23   A.  That's correct.

24   Q.  And Lasso Vision is a similar product to DeepIntent's

25   Outcomes product, right?

NBRIFTC1                        Field - Direct

A.  We would generally draw a distinction between those two

offerings.  As I have understood it, the DeepIntent Outcomes,

at least in their press release, was always described as a

measurement offering which we take to mean specific to net

benefit.  The way we have described Lasso Vision, outside of

the headline of this release from our marketing team, is as a

reporting feature.  As I described in the way that product

works, there is no test versus control or statistical analysis

that goes along with this product.  It is merely a reporting

capability.  And so for that reason, we wouldn't describe it as

a measurement tool.

Q.  OK.  Would it be fair to describe DeepIntent Outcomes as

helping to provide insights into advertising campaign

performance?

A.  I think that is how they will have framed if in their press

releases.  I have no personal or firsthand knowledge of the

DeepIntent Outcomes product.

Q.  But based upon your public understanding of

DeepIntent Outcomes, is it fair to say Lasso Vision is similar

to DeepIntent Outcomes in the sense they both deliver insights

about campaign performance?

A.  I think that would be a pretty broad umbrella term.  I

think any type of reporting tool could provide intelligence on

a campaign.  I think we make a clear distinction in market that

the tool that we released as Lasso Vision is different and used

1   for different things than something like a measurement product,

2   which is what I understood DeepIntent outcomes to be.

3   Q.  Please turn to PX1606.  We were on the second page, looking

4   at the 7:51 a.m. message where Mr. DiNorscio sent you the

5   prerelease announcing Lasso Vision.

6           You respond to him at timestamp 7:52 with, can't wait

7   to see what DeepIntent posts, winking face.  Do you see that?

8   A.  I do.

9   Q.  Then you write below it, oh, shit, Outcomes is free now.

10  Do you see that?

11  A.  I do.

12  Q.  So you were saying here that DeepIntent Outcomes would

13  become free after Lasso offered the Vision product; right?

14  A.  This is very much an extension of the same joking manner

15  that I had referenced earlier with Mike DiNorscio, the fact

16  that he had written the copy for this press release lends

17  itself to the same kind of banter that we had that people would

18  be stealing his words and good branding ideas.  I certainly

19  think as such with the winking face.

20  Q.  You are joking here that DeepIntent Outcomes would become

21  free after Lasso offered the Vision product?

22  A.  The joke was more about them using Mike's language from the

23  press release.

24  Q.  OK.  Let's continue down.  At timestamp 8:08:41,

25  Mr. DiNorscio sends you another link, a PM360online.com

NBRIFTC1                          Field - Direct

1    article.  He writes above it our Pub Site announcement last

2    week was including in PM360 industry newsletter, and then he

3    sends you a link to a May 2022 industry brief.  Then he writes,

4    unfortunately, DeepIntent is included first on their list of

5    announcements.  Do you see that?

6    A.  I do.

7    Q.  Please turn your binder to PX5286, which should be the very

8    last document at the back.

9    A.  I see it.

10   Q.  That is the May 2022 industry brief that Mr. DiNorscio sent

11   you, right?

12   A.  I believe that is the case.

13   Q.  If you turn to the third page -003 at the bottom, you will

14   see a section titled Lasso launches new publisher suite.  That

15   is the Lasso announcement Mr. DiNorscio was referring to in the

16   Slack chat; right?

17   A.  I believe that is the case.

18   Q.  If you turn back to the first page, -001, at the top, there

19   is the DeepIntent announcement that Mr. DiNorscio says is

20   unfortunately, included first, right?

21   A.  I believe that is the case.

22   Q.  The first sentence of the third paragraph reads, the unique

23   offering is possible due to the company's patented technology,

24   DeepIntent Outcomes, which links real-world clinical data with

25   impression data to measure and optimize live campaigns.  Do you

1    see that?

2    A.  I do.

3    Q.  OK.  Let's take a step back.  Put this document aside.  I

4    want to ask you some general questions about whether customers

5    benefit when the pay less for a product.  Would you agree that

6    all else equal, customers prefer to pay less for a given

7    product?

8    A.  I would say that is a fair statement.

9    Q.  And customers like it when products are free?

10   A.  I would think so.

11   Q.  Please turn to PX1433.  This is a Slack chat between

12   yourself and a McLean Shaw.  From late January, 2022.  McLean

13   Shaw he was at the time the head of Lasso product management?

14   A.  That's correct.  His name is pronounced McLean.

15   Q.  Thank you.  I will call him Mr. Shaw.  Please turn to the

16   top of the third page, the page ending in -003.  Do you see the

17   first line where you say, dude, I had the most game-changing

18   idea yesterday, Mike is stoked about it too.  Mike refers to

19   Mr. DiNorscio; right?

20   A.  I believe that is the case.

21   Q.  And Mr. Shaw, responds with the ear emoji.  I assume

22   meaning he is listening?

23   A.  I think so.

24   Q.  You then write, we are going to offer gross metrics

25   Outcomes for free on everything.  By Outcomes, you are

1    referring to DeepIntent Outcomes; right?

2    A.  I'm most likely making a shorthand reference for McLean's

3    benefit, so that he would quickly be able to associate what the

4    concept was.  The idea that we had received came from our

5    financial advisers at Haveli investments that had made the

6    statement once our companies have access to data, they can't

7    live without it and really encouraged us to find novel data

8    sources that we can insert into our platform which ultimately

9    informed the idea of us providing script reporting which we

10   branded as Lasso Vision.  That is shortly after that meeting I

11   had with Haveli Investments where I am communicating about this

12   idea to McLean.

13   Q.  DeepIntent offered a product called Outcomes when this text

14   message was written in January of 2022, right?

15   A.  I don't know when Outcomes released, but because we are

16   referencing it, I believe that's likely.

17   Q.  You wrote, we are going to offer gross metrics outcomes for

18   free on everything.  Gross metrics, that is what we talked

19   about earlier.  That is one of the things that Lasso Vision

20   does, right?

21   A.  That's correct.

22   Q.  And when you write on everything, it is reasonable to

23   assume you are referring to all Lasso campaigns?

24   A.  The idea was to put this type of reporting on any

25   activation campaign run through the Lasso platform, both HPC

1   and DTC campaigns.

2   Q.  OK.  Mr. Shaw responds to you with the exploding head

3   emoji, I assume meaning the idea was mind blowing?

4   A.  I would think so.

5   Q.  He then writes below it, is this so we can juice up the

6   amount of data we have to train on.  And you write, that is

7   part of it, the other part is to say a huge fuck you to

8   DeepIntent.  Mr. Shaw responds with the middle finger emoji.

9   Do you see that?

10  A.  I do.

11  Q.  At the top of the fourth page, you write, we had a strategy

12  call with -- and let me pause here.  Your counsel has requested

13  confidential treatment of the name of this individual.  I won't

14  refer to the name.  Can we agree that this person referred to

15  is the CEO of a large investor in Lasso?

16  A.  That is fair.

17  Q.  So you write, we had a strategy call with the investor CEO

18  yesterday, and you continue -- I believe you referenced this

19  earlier -- you continue writing that, the investor CEO made the

20  comment that once the clients get a taste of the data, they

21  can't live without it.  I fell out of my seat.  Do you see

22  that?

23  A.  I do.

24  Q.  So, by taste of the data, you are referring to the Lasso

25  reporting data, right?

NBRIFTC1                         Field - Direct

1    A.  I was describing the general concept.  The advice had come

2    from a preeminent software investor.  So, it won't specific to

3    script reporting, what I am paraphrasing.  That is how we

4    translated the idea to our products and services.

5    Q.  Let's talk now about how you and Mr. DiNorscio reacted when

6    you first found out that IQVIA was acquiring DeepIntent.

7    Please turn to PX1439.  This is another Slack chat between

8    yourself and Mr. DiNorscio.  This one from August 17, 2022;

9    right?  August of 2022 was after IQVIA bought Lasso, right?

10   A.  That's correct.

11   Q.  Let's turn to the second page, about two thirds of the way

12   down at timestamp 16:19.  Mr. DiNorscio writes you, what the

13   fuck.  And you respond, lol, I thought that was the case.  And

14   then he asks, you think this area actually buying both of us?

15   Do you see that?

16   A.  I see that on my screen.  I am having trouble finding it in

17   the printed version.

18   Q.  Take your time until you have the printed version ahead of

19   you.  Or if you would like to proceed with the screen version,

20   whatever works best for you.

21   A.  I am there.  Thank you.

22   Q.  OK.  So, Mr. DiNorscio asks you, you think they are

23   actually buying both of us?  And you respond, I do; I don't

24   know why, but that was the body language I got from Dave.  And

25   Dave, that is Dave Escalante of IQVIA; right?

1    A.   That's right.

2    Q.   So, this is in with reference to IQVIA potentially

3    acquiring both Lasso and DeepIntent, right?

4    A.   That is the context of this chat, yes.

5    Q.   And then, Mr. DiNorscio asks just below that, just for the

6    client's/revenue like they would throw away the tech.  By throw

7    away the tech, that is a reference Mr. DiNorscio is making to

8    IQVIA not using the DeepIntent technology, right?

9    A.   I am not really sure what Mike is meaning in that scenario.

10   The context is, I think, he just found out some very surprising

11   news that he wasn't supposed to learn in an offhand way.  So,

12   he is obviously saying, you know, expressing his surprise.  And

13   then, kind of shooting from the hip, throwing out ideas.  I am

14   not sure exactly what he was suggesting with that.  I don't

15   think it was a fully formed idea.

16   Q.   OK.  You respond, maybe, acquire talents and clients but

17   then I hope there was a discount on their purchase price.  You

18   see that?

19   A.   I do.

20   Q.   Here, you are saying you hope DeepIntent got a lower

21   purchase price if IQVIA was just acquiring them for their

22   clients and then throwing away the tech, right?

23   A.   A joke for Mike, yes.

24   Q.   We will hear from Mr. DiNorscio later today.  But I want to

25   thank you, Mr. Field, because I have no further questions for

NBRIFTC1                        Field - Cross

1    you right now.

2    A.   Thank you.

3              THE COURT:  Cross-examination?

4              MS. BRANNON:  Leah Brannon on behalf of IQVIA.

5              THE COURT:  Ms. Brannon, proceed whenever you are

6    ready.

7    CROSS-EXAMINATION

8    BY MS. BRANNON:

9    Q.   Good morning, Mr. Field.

10   A.   Morning.

11   Q.   When did you found Lasso?

12   A.   Lasso was founded in December of 2019.

13   Q.   Did you take out a loan to help fund the company?

14   A.   We did.  We received a loan to help with our growth in our

15   first year of operations.

16   Q.   How much was that loan?

17   A.   The total value of the loan was about $750,000.

18   Q.   Did Lasso buy some intellectual property around the time of

19   its launch?

20   A.   We did.  We purchased IP from a distressed company by the

21   name of One Market in the spring of 2020.

22   Q.   How much did you spend on that IP?

23   A.   I believe we spent roughly $60,000 on that.

24   Q.   Was that IP necessary to launch Lasso?

25   A.   It was not.  At the time, we had already incorporated the

1    business.  We had our first customers, our first products, our

2    first revenue already.  So, we had launched prior to acquiring

3    that IP.

4    Q.  Around how many employees did Lasso have when it launched

5    its offering?

6    A.  Roughly four or five full-time employees.

7    Q.  After incorporation, how long did it take Lasso to launch

8    its platform?

9    A.  I believe we formally incorporated on December 6, 2019 and

10   we were live with our first activation campaigns in February of

11   2020.  So just about two and a half months.

12   Q.  Did Lasso offer programmatic advertising targeting health

13   care practitioners at launch in February 2020?

14   A.  We did.  That was our primary offering at that time.

15   Q.  In early 2020, when Lasso launched, were you aware of other

16   firms offering digital advertising targeting health care

17   professionals?

18   A.  We were.  The companies that we and future clients we were

19   pitching were very candid about the platforms they were already

20   working with.  Specifically, our first customers, we knew to

21   have relationships and significant investments with the Trade

22   Desk, Doximity, TI Health, Proclivity, Medicx was involved, and

23   I believe Doceree was also competing for those early agency as

24   well.

25   Q.  How much revenue did Lasso generate during its first two

1    years?

2    A.   In our first year of operation, we did about $6 million in

3    total revenue.  In our second year, we did roughly $24 million

4    in total revenue.

5    Q.   Since Lasso launched in 2020, have more firms launched or

6    expanded their health care professional digital advertising

7    offerings?

8    A.   Yes.  Since that time, we know that many other companies

9    are now active in this space.  We consistently run into folks

10   like AdTheorent, Ad Prime, Media IQ, Video Amp, Swoop and

11   Real Chemistry, Crossix from measurement perspective.  Medicx

12   was acquired recently by Optimizer X, so they are more

13   significant in the space.  And probably a long list of

14   companies I am forgetting.

15   Q.   Would it be you difficult to build a platform like Lasso

16   today?

17   A.   I don't believe so, no.

18   Q.   How would a company launch a platform like Lasso today?

19   A.   I believe they would employ many of the same strategies we

20   did.  We were able to start the business with very little

21   capital or expertise through, largely, partnerships.  We;

22   partnered with Microsoft Xandr as our DSP parter.  We partnered

23   with identity, in order to match physician records to digital

24   identifiers for targeting and reporting then the data we

25   actually used to identify physicians is publicly available so

1    the combination of those three things really couldn't have many

2    barriers to entry.

3    Q.   I would like to discuss Lasso competition for HPC

4    advertising revenue.  Does Lasso compete with publishers like

5    Doximity for HPC ad sales?

6    A.   We do.  We compete with folks like Doximity for HPC

7    business.  Publisher can be a broad term.  So, we would compete

8    with the likes of Facebook and Twitter and LinkedIn and Sermo

9    as other kind of publishers that are similar to Doximity as

10   well as direct publishers like Haymarket, Informa, HJF Life

11   Sciences and a long list as well.

12   Q.   Can advertisers show materially the same digital ad to the

13   same list of health care professionals using Doximity and

14   Lasso?

15   A.   Yes, they can.  In many cases, they are showing the exact

16   same image to the exact same physicians.  When we receive

17   campaign plans and media proposals from our agency customers,

18   they often come with a target list that has been provided by

19   the client or brand that they represent.  And that same target

20   list is being passed to all of their vendors as part of that

21   same campaign.

22   Q.   Do you consider Doximity to be a significant competitor to

23   Lasso for HPC advertising?

24   A.   Yes, I do.

25   Q.   Do you consider Medscape to be a significant competitor to

1    Lasso for HPC advertising?

2    A.  I do.

3    Q.  Do you consider Facebook to be a significant competitor to

4    Lasso for HPC advertising?

5    A.  I do.

6    Q.  Do you consider Sermo to be a significant competitor to

7    Lasso for HPC advertising?

8    A.  I do.

9    Q.  Are you aware of pharmaceutical companies shifting HPC

10   advertising budget away from Lasso to publishers like Doximity

11   and the other ones I just mentioned?

12   A.  Yes.  This is a fairly common practice within, I would say,

13   all of our agency customers.  It is fairly routine to shift

14   investment between those partners, either on an annual basis

15   through updating of campaign tactics as well as on an *ad hoc*

16   basis in the middle of campaign based off performance and

17   optimizations that would encourage the shifting of that

18   investment.

19   Q.  Do customers sometimes show you performance data for their

20   ads on publishers like Doximity?

21   A.  We can receive this data, yes.  It is not a customer

22   requirement to share any of this performance data.  But

23   anecdotally, our customers will share this as they want us to

24   participate in meeting different KPIs and performance metrics

25   for their success.  We are able to see this data through

NBRIFTC1                    Field - Cross

1    measurement vendors either ourselves or external parties where

2    those reports and deliverables have been shared with us.

3              THE COURT:  What is KPI?

4              THE WITNESS:  Key performance indicator.  Any kind of

5    success measure for a campaign.

6              THE COURT:  Did I also understand you to say that it

7    is sometimes the case a particular agency, I think you mean

8    advertising agency, will have different companies issue the

9    same advertisement?

10             THE WITNESS:  That's correct.  So, for example, one

11   brand may have a campaign for a new-to-market therapeutic.

12   They would want to work with a collection of platforms to run

13   their media showing one particular banner ad or video ad on

14   behalf of that brand and at the same time they might also do

15   direct placements with a publisher like Doximity or another

16   website.

17             THE COURT:  Ms. Brannon?

18             MS. BRANNON:  Thank you, your Honor.

19   Q.  Do you consider your competitors to be limited to companies

20   that show up in response to an ad agency request for proposal?

21   A.  No, we wouldn't.  We would think that a request for

22   proposal, or an RFP, process is generally run on an annual

23   basis.  Some of our customers employ this process, but many do

24   not for various reasons.  One, a large portion and growing

25   portion of our customers are self-service.  So, they don't send

NBRIFTC1                    Field - Cross

us any request for proposal because they operate our platform

independently of working with our account or sales teams.  When

we do receive requests for proposals, it is also usually on an

annual basis.  It doesn't take into account they might approach

us with incremental investment or optimizations or new requests

during the campaign.

Q.  If Lasso raised its pricing, would be concerned that

advertisers would shift advertising dollars to competitors like

Doximity?

A.  Absolutely.  If we were to raise prices, that would make

our all of our metrics for success look more inefficient.  If

any of our competitive set was outperforming us, that would

encourage our customers to shift dollars away from our

platforms and our services to our competitors.

Q.  Are customers price sensitive?

A.  They are.  Absolutely.

Q.  I would like to show you an exhibit.  Turn to DX0617 in

your binder.

A.  I am there.

Q.  What is this document?

A.  This appears to be meeting notes that was forwarded with

one of our early customers, Klick Health, one of the largest

independent health agencies in the space.

Q.  In the sixth bullet down, Ms. Leavenson wrote Symphony

dataset is reflective of the entire marketplace, bias with

1   Medscape, Doximity, etc.  Programmatic is only a fraction, one

2   third to one quarter of the overall buy.  Do you have an

3   understanding of what that means?

4   A.  Yes.  So, I believe in this case, she is referring to

5   Symphony Health.  Symphony Health sells clinical datasets

6   competitively to IQVIA or PurpleLab as some of the other

7   offerings.  So, this is communicating that our customer,

8   Klick Health, was licensing data from Symphony Health in order

9   for them to have a representative both audience set and

10  analytical understanding of what all of the media partners that

11  they are working with for any particular campaign or for their

12  business.  Then she proceeds to list out specific parties they

13  are working with which, in order, would be Medscape, Doximity

14  and she mentioned that programmatic in this case we take to

15  mean nonendemic open-web programmatic is only a small fraction

16  of their overall media investment.

17  Q.  Is Lasso competing against Medscape and Doximity for

18  Klick's HPC advertising budget?

19  A.  We are.  We are competing for the same budget and being

20  evaluated by the same datasets.

21  Q.  Let's look at another docket, DX0764.  Do you have it?

22  A.  I am there.  Thank you.

23  Q.  What is this document?

24  A.  This appears to be a group Slack channel for one of our

25  agency customers discussing a new SOW for that agency's client.

1    Q.  And, Ms. Lemniosz says the customer is trying to figure out

2    where to allocate the dollars, programmatic versus social.

3    What does social mean here?

4    A.  We would think in this case this is likely shorthand

5    referring to specifically social publishers like Facebook,

6    Twitter, LinkedIn, Snapchat, TikTok, and so forth.

7    Q.  What does programmatic mean here?

8    A.  Programmatic we would think -- I believe in nonendemic

9    open-web campaigns.

10             THE COURT:  What is SOW?

11             THE WITNESS:  SOW is statement of work.  This could be

12   the simple contract for one particular campaign.

13   Q.  Ms. Lemniosz says either way, it is with us.  Trying to

14   understand that.  Does Lasso sell social media inventory?

15   A.  Lasso supports social business through data distribution.

16   So when customers want to perform HPC activation on social,

17   what we do is distribute the audience into the social platform

18   of their choice for that activation.

19   Q.  So in that case, Lasso would be essentially selling data to

20   basically a list of health care professionals?

21   A.  We would be selling the data as well as some of the

22   reporting and operational services, but largely speaking, yes.

23   We wouldn't be doing the media buying in this case.

24   Q.  Who would make money from selling the ad inventory, the ad

25   space?

NBRIFTC1                    Field - Cross

A.   The social publisher.  So, in this case, Facebook Twitter,
LinkedIn, and so forth.

Q.   So Lasso is not actually selling the ad inventory for
social?

A.   That's correct.

Q.   I would like to discuss this document without revealing the
name of the particular ad agency or the drug involved.
Mr. Field, why did Lasso prepare this presentation?

A.   So, Lasso has several product areas which we can sell
independently to our customers.  Those would be audience
creation and selling capabilities.  Obviously, activation
capabilities which we have discussed today for both HPC and
DTC.  We have standalone measurement capabilities which we
compete against Crossix, Veeva, and Symphony, Komodo, Swoop,
and potentially others.  Then we also have a series of endemic
products and services which we market to publishers to help
them monetize that inventory.  This particular deliverable was
prepared because one of our agency customers had contracted us
for those measurement services to analyze the effectiveness of
campaigns run outside of the Lasso platform.

Q.   When you say activation, is that the same as selling the ad
space?

A.   It is not, no.

Q.   Could you explain for the Court what activation is when you
use that term?

1    A.  I think it could mean, you know, different things to

2    different people.  The way we have defined it internally is

3    that activation would be performing the actual targeting and in

4    many cases media buying for a particular campaign.  So, we

5    would be the ones handling and administering the campaign.

6    Q.  Please turn to slide 5.  Based on this analysis, which

7    platforms had the best performance for this particular

8    campaign?

9    A.  Of the half of a dozen partners listed in this particular

10   slide, the partners AdTheorent and Doximity appear to perform

11   best.

12   Q.  So, is this analysis comparing performance of a social

13   platform and a DSP?

14   A.  Absolutely.  Yes, it is.

15   Q.  Doximity is a health-care-specific social sight and

16   AdTheorent is a DSP?

17   A.  That's right.

18   Q.  Did it surprise you to see that a social publisher at a DSP

19   had very similar performance metrics for HPC programmatic

20   advertising?

21   A.  It did not, no.  I think, kind of, as we discussed, for a

22   particular campaign, either activation channel would be showing

23   materially the same creative to the same list of physicians.

24   The whole point of using a tool like this to evaluate their

25   performance is to optimize and try to get the best performance

NBRIFTC1                       Field - Cross

1    possible.  So these two activation partners, both ESP and

2    social, would be targeting the same users with the same

3    creatives and be optimized towards the same ends.  So, it

4    wouldn't be surprising at all they are performing similarly.

5    Q.  So, Lasso was engaged to conduct this study to help the

6    customer optimize its ad performance?

7    A.  Among other things, yes.

8    Q.  You can set that document aside.  I would like to focus on

9    DSPs for a moment.  Is the Trade Desk a significant competitor

10   to Lasso for HPC advertising?

11   A.  Yes, they are.  When we entered the market in 2020, most of

12   our would-be customers had very large relationships with the

13   Trade Desk and today they still do.  It is our belief that they

14   have a significant portion of activation investment, much more

15   so than we do.

16   Q.  In 2020, were those customers using the Trade Desk for HCP

17   targeted advertising?

18   A.  Yes, they were.

19   Q.  If you could turn to DX0103.  At the bottom of the first

20   paragraph of this email, you write I am confident we will be

21   taking every health care dollar away from TTD next year, winky

22   face.  Does TTD refer to the Trade Desk?

23   A.  It does, yes.

24   Q.  In September of 2021, the Trade Desk was still selling HCP

25   digital advertising?

NBRIFTC1                         Field - Cross

1    A.  Absolutely, yes.

2    Q.  What would you say if someone the Trade Desk first started

3    selling HCP in November of 2022?

4    A.  I would say that is demonstrably false.  We know that our

5    campaigns, campaigns from our customers when we entered the

6    market in 2020 were being run on the Trade Desk.  And we know

7    that folks like Crossix were measuring campaigns run on the

8    Trade Desk going back years prior.  So, they were absolutely

9    active in the space well before we got to market in 2020.

10   Q.  Why did you end this sentence with a winky face?

11   A.  I ended that with a winking face because in September of

12   2021, you know, we probably would have been less than 40

13   people, and only about a year and a half in operations.  So,

14   the idea of us being able to take every health care dollar from

15   a multi-billion dollar, multinational company is obviously a

16   bit farfetched.  Certainly, we were aspirational.

17   Q.  If you could set that aside and turn to DX0667.

18            On the bottom of the first page, you write that you

19   were thinking about Lasso branding and positioning compared to

20   competitors.  Which competitors did you reference here?

21   A.  The competitors I listed at in this chat were Proclivity,

22   DeepIntent, PulsePoint, TI Health.

23   Q.  In February of 2020, when you wrote this you said Lasso was

24   already in, quote, such a strong position to compete against

25   these established competitors.  Did you really believe that?

NBRIFTC1                    Field - Cross

A.   You know, I felt very positively about the team we had

assembled and the technology we had built that we would be able

to succeed in this marketplace.  In February of 2020, when I

wrote this, we were just launching our first campaigns and were

about four to five employees.  So, the idea we were going to

meaningfully compete with any of these in that given year, I

think, is a tall order, so to speak.  Absolutely, we were

excited and aspirational and thought we would do well in this

market.

Q.   Do you still consider these competitors including

Proclivity and TI Health to be significant competitors today?

A.   I do, yes.  In the case of TI Health they were recently

acquired by Real Chemistry.  So, if anything, they have now

been supercharged with that additional capital and resources

and scale from that acquisition.  And Proclivity, as far as we

know, is still the market leader and incumbent in what we think

of the programmatic endemic space.

Q.   Set that document aside.  Is Doceree a significant

competitor to Lasso for HCP advertising spend?

A.   They are.  Their focus was on that programmatic endemic

side, where they continued to outperform us in terms of demand

scale and product and innovation and announced this past year

they are now launching their own version of a health care DSP,

and so are now competing us meaningfully on the programmatic

nonendemic side of things as well.

Q.  Please turn to DX0677 in your binder.  In this chat, were
you asking about how Doceree was handling a technical issue
with one of your endemic publisher partners, GoodRX?

A.  I believe that is the case.

Q.  Towards the bottom of the first page, Mike Gelber writes
that GoodRX showed him, quote, in Doceree, the fill rate was in
the 90 to 59 percent range.  Is 90 to 95 percent fill a good
thing?

A.  Absolutely.  Having fill rates that high would be
reflective of having a broad set of demand meaning they work
with a lot of different agency customers that were running a
lot of campaigns with them.  So, a mature business.  But also
reflective of mature technology, they have the scale and
technology systems to fill all of that inventory and do all of
the ad surveying required as part of it.

Q.  At the top of the second page of this chat, did you direct
your team to gather more competitive intelligence related to
Doceree?

A.  I did, yes.

Q.  What did you want to learn about Doceree?

A.  Specifically, I wanted to learn who the customers they were
working with.  As we kind of were discussing earlier in that
chat, they seemed to have a lot of demand that were filling all
of these impression requests.  And so, we wanted to see who
their customers were we might go approach.

1    Q.  You can set that aside.  Do you view AdTheorent as a

2    significant competitor to Lasso for HCP digital advertising?

3    A.  I do.  We consistently run into them on an RFP process and

4    submit for the same awards and are at the same conferences as

5    well.

6    Q.  OK.  If you could turn to DX0660:  Is this chat discussing

7    an HCP advertising campaign?

8    A.  Yes.  This appears to be discussing an HCP campaign for one

9    of our agencies on behalf of for their client, Oyster Point.

10   Q.  What had the agency communicated to Lasso about its budget?

11   A.  As I understand it, they had a monthly budget for January

12   which they are then communicating that they want to shift some

13   of that budget into what Jeff describes as later flights, which

14   we take to mean later months in that case.

15   Q.  Was the agency comparing Lasso's performance to

16   AdTheorent's to determine where to allocate the remaining

17   year's spend?

18   A.  I believe that is the case.  Later on in the chat, Jeff

19   says, currently, we are in a head-to-head competition with

20   another partner who I believe is AdTheorent.

21   Q.  Was the customer suggesting it could shift spending in the

22   middle of a campaign based upon on performance?

23   A.  Yes, they were.  This is not an uncommon practice for any

24   of our customers.  But in this case specifically, we see this

25   message is coming in the middle of January after the campaign

NBRIFTC1                        Field - Cross

1    had already launched.  So that is specifically what is

2    happening here.

3    Q.  You can set that aside.  Do you consider Medicx to be a

4    significant competitor to Lasso for HCP advertising?

5    A.  We do.  And since their acquisition by OptimizeRx, we think

6    they will be an even stronger and more significant competitor

7    in this space.

8    Q.  If you could turn to DX2033.  At the top of the second page

9    of this chat, Matt Falcone lists a group of competitors.  What

10    is this group?

11    A.  So, Matt was participating in an RFP call lead by our

12    agency customer FingerPaint.  On that call, as I understand it,

13    would have been the other vendors that this RFP was sent to.

14    He lists out the group that he is able to identify though he

15    notes.  Later he is not able to identify all of the

16    participants.

17    Q.  Who is he able to identify?

18    A.  So, he identifies DeepIntent, TI Health, Dynamic,

19    AdTheorent, Programmatic Mechanics, Ovary, Doceree, Haymarket,

20    and PulsePoint.

21    Q.  At the bottom of the third page of the chat, there is a

22    reference to Medicx.  Did they join the RFP call as well?

23    A.  I believe they did.  Matt is looking people up on LinkedIn

24    in realtime to identify these people.  So, I think they had

25    either joined late or he is able to look them up after the

NBRIFTC1                    Field - Cross

1   fact.

2   Q.  Is it unusual to have ten or more competitors responding to

3   an RFP for an HCP advertising campaign?

4   A.  It is not, no.  I think even including dozens of potential

5   vendors and partners on an RFP process would be fairly

6   standard.

7   Q.  You also mentioned that Haymarket was one of the

8   competitors during this RFP call.  Is Haymarket an ad agency?

9   A.  Haymarket is an ad agency but they could also be classified

10  as a publisher as they own and operate a collection of medical

11  related websites.

12  Q.  Was Haymarket competing against Lasso for this RFP?

13  A.  They were, yes.

14  Q.  On the top of the third page of this chat, you ask about

15  Ben Lewis, a representative of one of the competitors on the

16  call.  A bit further down I also wanted to punch that guy in

17  the face.

18          Did you actually want to punch him in the face?

19  A.  I did not.  At no time, have I had any ill will toward Ben

20  Lewis.  This is me making a joke to Mike and Matt.  Ben Lewis

21  was a former colleague with us.  So, they would have gotten the

22  joke.

23  Q.  Does Mr. Lewis work for DeepIntent?

24  A.  No, he does not.

25  Q.  So, you can set that aside.  Is VideoAmp a significant

NBRIFTC1                        Field - Cross

1    competitor to Lasso in HCP digital advertising?

2    A.  They are.  They are a significant player in this space.

3    And we know that this past year they had other large activation

4    Ken Lyons innovation where they met with most of our top agency

5    customers.

6    Q.  Beyond the publishers and DSPs and platforms that we justed

7    discussed, are there other platforms that provide HCP campaign

8    activation?

9    A.  The list could be many.  I think any generalist DSP would

10   provide HCP activation.  These would be folks like the Trade

11   Desk, Basis, MediaMath, Viant, probably more than that I am

12   forgetting.  Then there would be, you know, more specific

13   solutions like, TI Health and Ad Prime, Ad Fire, AdTheorent,

14   Distillery.  Then any of the publishers themselves could also

15   provide this activation.  So, as we kind of just mentioned,

16   Haymarket competed on this RFP.  There are many publishers

17   using their own data and properties offer HCP activation as

18   well.

19   Q.  Are you familiar with the term generalist DSP?

20   A.  I am, yes.  This is something we would use internally to

21   describe the sort of major DSPs like Google, Trade Desk,

22   Microsoft Xandr and so forth.

23   Q.  The FTC has argued that most generalist DSPs aren't

24   competitors to Lasso because they aren't three-in-one platforms

25   with audience creation, activation, and measurement all inside

NBRIFTC1                        Field - Cross

of one platform.  We have been talking about the middle part of
that, activation.  I wanted to talk about the other two parts
for a moment.  Let's start with audience creation.  Do all of
Lasso's customers use Lasso's HCP audience creation tools?
A.  They do not, no.  In fact, I would say the majority of our
customers don't use these capabilities.
Q.  Roughly what percent of HCP activation spend on Lasso is
from campaigns that don't use any of Lasso's audience creation
tools?
A.  The last time I would have reviewed those numbers, I think
it would have been about two thirds of our activation revenue
was not tied to anything within our audience capabilities.
Q.  Does a generalist DSP need on-platform HCP audience
creation tools to compete for HCP advertising sales?
A.  No, they do not.
Q.  How would they handle -- or how would an agency who wants
to use a generalist DSP handle HCP audience creation?
A.  There are a number of different pathways.  If an agency had
first-party data, as in Haymarket, they could upload those HCP
audiences that they controlled directly into the DSP and manage
their own services end to end.  If an agency wanted to do this
with publicly available or third-party data, they could take
those datasets and run them through any identity provider that
does onboarding services.  There are many, but the biggest
names in the space are LiveRamp, Throtle, Liveintent, and a

1   couple of those providers which would ultimately distribute

2   those audiences into any DSP of their choice which they could

3   then target.  Or they would work with a vendor who already

4   completed that like Komodo or Symphony or Distillery or IQVIA

5   or many others that provide this HCP data readily available in

6   any of those platforms.

7   Q.  Can ad agencies help advertisers put together an HCP

8   audience to target the HCPs they want to show ads to?

9   A.  The question is can --

10  Q.  Can an agency also help the advertiser piece this together?

11  A.  Yes, absolutely.  Most agencies have, at least the larger

12  ones, have in-house tools for this.  So many of our largest

13  customers have their own customer data platforms and analytics

14  systems that are creating their own audiences and informing

15  their own strategies.  But anybody can frankly go license these

16  publicly available datasets from HCP reference data as well as

17  the clinical data provides like Komodo, PurpleLab, Symphony,

18  and many others.

19  Q.  Let's talk about the measurement part of the three-in-one

20  platform concept.  How many of Lasso's HCP advertising

21  customers actually use Lasso measurement services?

22  A.  Very few.  I think probably only a handful have used those

23  services over the years.

24  Q.  Do most Lasso customers prefer to use measurement tools

25  other than Lasso's?

1    A.  Yes, they do.  And generally for a couple of reasons.  One,

2    many of the pharma brands are the ones that are actually

3    choosing their measurement vendor, not the agency customers

4    which are primarily who we work with.  So, they are existing

5    partnerships and technologies in place that we work with rather

6    than selling against.  Then there is kind of a general belief

7    also that it is beneficial to have your activation partner and

8    your measurement partner be separate so that there's no

9    conflict of interest in the potential measurement results.

10   Q.  You spoke with Mr. Gordon about script reporting through

11   Lasso Vision.  Is that critical to Lasso customers?

12   A.  It is not, no.

13   Q.  Do you know how much customers use Lasso Vision?

14   A.  It would be very anecdotal.  I think this information is

15   not readily requested on RFPs.  I never heard of any customer

16   winning or losing a deal or a campaign because of this

17   reporting.  In many cases, our customers don't download it or

18   ask us about it.

19   Q.  Does Lasso offer HCP audience creation based on Purple Lab

20   data?

21   A.  Yes, we do.

22   Q.  Does Lasso offer measurement and script lift reporting

23   based upon PurpleLab data?

24   A.  We do, yes.

25   Q.  So if a customer wanted data consistency between audience

NBRIFTC1                         Field - Cross

1    creation and measurement, they could get that based upon

2    PurpleLab's data?

3    A.  They could, as well as other data providers we work with.

4    Q.  If Lasso is able to reduce its data costs from PurpleLabs,

5    do you expect that would translate to lower prices for your

6    customers?

7    A.  I would think so.  This has always been our business

8    practice as Lasso.  Whenever we have been able to achieve more

9    efficiencies, whether that be through contracts or technology

10   or otherwise, we have passed those cost savings on to our

11   customers.

12   Q.  The FTC suggest fundamental IQVIA buys DeepIntent, it might

13   stop selling HCP audience data to other DSPs so those DSPs

14   would have to buy from PurpleLab, Komodo, and other data

15   sellers.  Are you aware of any plan by IQVIA to stop selling

16   HCP audience data to other DSPs?

17   A.  No, I am not.

18   Q.  Are you aware of any plan by IQVIA to stop granting TPAs if

19   it buys DeepIntent?

20   A.  No, I am not.

21   Q.  I would like to shift away from data and ask about

22   inventory.  Does Lasso offer access to endemic inventory?

23   A.  We do, yes.

24   Q.  When did Lasso launch this offering?

25   A.  I believe we ran our first tests and launched this in early

NBRIFTC1                    Field - Cross

1    2022.

2    Q.  Do the lack of endemic inventory prevent Lasso's growth in

3    it's first two or so years in business?

4    A.  No, not at all.  We had two very successful years prior to

5    ever testing out this product.

6    Q.  Does the platform need endemic inventory to compete for HCP

7    advertising campaigns?

8    A.  No, it does not.

9    Q.  Do you consider generalist DSPs to be significant

10   competitors for HCP digital advertising spend?

11   A.  Yes, absolutely.

12   Q.  If you could turn to DX0753.  In the first message, an ad

13   agency is running a campaign targeting retail pharmacist and

14   will be comparing Lasso with a competitor, Adelphic, and the

15   winner will get more dollars.  Are retail pharmacists HCPs?

16   A.  Yes, they are.

17   Q.  Is Adelphic a generalist DSP?

18   A.  It is, yes.

19   Q.  Did it surprise you to see an agency comparing Lasso's

20   performance to a generalist DSP in deciding where to allocate

21   HCP advertising spend?

22   A.  No, not at all.  We are retained as are all vendors

23   compared against each other for performance.  And similar to

24   any social platform as we talked about previously.

25   Q.  Let's turn to DX0675.  At the bottom of the first page of

1    this chat, Mike Gelber writes he is going to, quote, get some

2    intel on the TTD's UI, what they do differently, and what ideas

3    we can steal/borrow.  TTD, again, is the Trade Desk?

4    A.  That's correct.

5    Q.  What is a UI?

6    A.  A UI would be a user interface.  It is basically the web

7    portal for a customer to log in and operate the platform

8    services.

9    Q.  Why would Lasso want intel on the Trade Desk's user

10   interface?

11   A.  We think very highly of them as a competitor and they have

12   got many years of operating history with many millions of

13   dollars of investment servicing the largest customers in the

14   world.  So obviously, you know, our product team including Mike

15   Gelber wanted to look to them for guidance and ideas on how we

16   can do platform and our UI.

17   Q.  On the top of this page 4 of this chat, Grace Young wrote

18   that, Greg OK'd further fact gathering regarding other DSP

19   platforms such as TTD, Verizon for competitive intelligence if

20   that is helpful for your research as you improve our own

21   platform.  Is Greg a reference to you?

22   A.  It is, yes.

23   Q.  Did you approve gathering intelligence on the Trade Desk,

24   and Verizon?

25   A.  Yes, and others.

NBRIFTC1                      Field - Cross

1    Q.  And then, Mike Gelber responds to her and says, that this

2    is, quote slightly overwhelming.  Do you have an understanding

3    of what that means?

4    A.  I believe Mike was overwhelmed because many of these DSPs,

5    as I mentioned, have years of development and millions of

6    dollars.  So doing competitive research on those can be

7    daunting with just the depth of services and capabilities they

8    have.  There is a very large landscape of DSPs.  So the number

9    of DSPs that you might go through this competitive intelligence

10   on is also significant.  So, a daunting task to say the least.

11   Q.  Did Lasso, in fact, improve its user interface based upon

12   learnings from the Trade Desk?

13   A.  We did.  We incorporated many design elements from them and

14   other DSPs from this effort which was factored into a formal

15   redesign of our activation workflows which has been a year-long

16   project and will be released next year.

17   Q.  Did Lasso also incorporate learnings from DeepIntent into

18   its UI redesign?

19   A.  We did not.

20   Q.  Has Lasso launched any innovation based upon learnings from

21   DeepIntent?

22   A.  Not to many knowledge, no.

23   Q.  Earlier, Mr. Gordon from the FTC asked you about

24   Lasso Vision and made references to DeepIntent Outcomes

25   product.  Was Lasso Vision an innovation based upon learnings

NBRIFTC1                        Field - Cross

1    from DeepIntent?

2    A.   It was not.  It was a product that was conceived based off

3    guidance from our financial advisers and board members.

4                (Continued on next page)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nbr2FTC2                    Field - Cross

1    BY MS. BANNON:

2    Q.  And did you offer Lasso Vision for free because of

3    DeepIntent?

4    A.  We did not.  We did that based on the same guidance from

5    those investors and board members.

6    Q.  And can you explain the guidance again?

7    A.  The guidance was that once customers get a taste of the

8    data, they can't live without it.  And so their suggestion

9    was—and this is a general suggestion for any software

10   company—that if we can provide new and novel data to our

11   customers that they will basically insist on this going

12   forward, and this will give us an edge in the market and a

13   benefit to our customers.

14   Q.  So was Lasso Vision essentially giving them a sample of

15   data so that they could then purchase some other product from

16   DeepIntent?

17   A.  Yeah --

18   Q.  I'm sorry, I'm sorry, from Lasso.

19   A.  Yes.  The idea was that this would be something that they

20   could experiment with and get a taste of this type of script

21   report and real world data, and that this would be a pathway

22   for them ultimately purchasing our measurement capabilities.

23   Q.  So you sell measurement capabilities separately?

24   A.  We do, yes.  All of our product areas can be bought

25   independently of the other.

Nbr2FTC2                          Field - Cross

Q.  Does Lasso view DeepIntent as a competitor for those

measurement tools that you sell?

A.  We do not, no.

Q.  And why do you not consider DeepIntent to be a competitor

for measurement?

A.  Our measurement offer, which we think of as what is

expected in the market, allows the ability to measure off

platform exposure from any source of where a campaign is being

activated, whether that be on The Trade Desk or on Doximity or

on any individual publisher or otherwise.  So my understanding

is that DeepIntent does not have a measurement offering that

can measure off platform exposure data.  We would think of our

competitors as Veeva Crossix, Swoop, and Doximity in this

space.

Q.  Let's turn to DX 0581.  Under "media specific points," the

second main bullet states, "This team is most interested in how

we compete with everyone, Swoop, Crossix, PulsePoint."

        Does Lasso can meet with Swoop, Crossix, and

PulsePoint?

A.  Yes, we do.

Q.  And do you compete with them both on audience creation and

measurement?

A.  Yes, we do.

Q.  Sticking with the topics of innovation, apart from

The Trade Desk inspired UI redesign that you mentioned a

1    minute ago, are there other innovations that Lasso has made

2    that were inspired by competitors?

3    A.  Most of our product innovation has been driven by our

4    customers, but in many -- in some cases, we have looked to

5    competitors for product inspiration based off of our customer

6    needs.  One example would be our customers asking for

7    additional endemic capabilities, and so we have looked to the

8    incumbents in that space—Proclivity, Doceree—and some of the

9    publishers directly for how we might support that business.

10   Q.  Do you also have an e-newsletter capability that was

11   inspired by Proclivity?

12   A.  Yes, we do.  Yes.  That's something that we have been

13   testing and will be releasing this year.  In addition to what

14   we call our direct sold campaign support, which was also

15   modeled off of Proclivity's capabilities.

16   Q.  You mentioned customer demand for new features.  I would

17   like to show you a document.  It's DX 0678.  In this chat, on

18   page 21 of 53, a Lasso employee says that "Klick asked if Lasso

19   was going to offer EHR inventory."  What is EHR inventory?

20   A.  EHR stands for electronic health records, and this would be

21   classified as a type of endemic inventory, which would be point

22   of care inventory.

23   Q.  Is -- can an advertiser show materially the same digital ad

24   to the same list of healthcare professionals on EHR inventory?

25   A.  Yes, they can.

1   Q.   And did Lasso secure access to EHR inventory in response to

2   customer demand?

3   A.   Yes, we have.

4   Q.   Who are the other competing sellers of digital ads to

5   healthcare professionals on EHR inventory?

6   A.   We know that Doceree supports this.  We believe that

7   Proclivity supports this as well, or providers sell this

8   directly like Veradigm and Optimize RX, and then we know

9   Phreesia is also very big vendor in this space as well.

10  Q.   Is Freesia an EHR vendor?

11  A.   I believe they are, yes.

12  Q.   I would like to switch gears and talk briefly about Lasso's

13  customers.  Which customer does Lasso do the most HCP

14  advertising business with?

15  A.   That would be with our agency customer CMI.

16  Q.   Is CMI around half of Lasso's business?

17  A.   That would be fair to say.

18  Q.   Which competitors do you believe Lasso is competing with

19  for CMI's HCP advertising spend?

20  A.   We know that CMI, and know this anecdotally because it's

21  been shared with us, but we know that they have considerable

22  investments on The Trade Desk, with Doximity, with Facebook,

23  with PulsePoint, and then routinely run tests with folks like

24  so AdTheorent and TI Health.

25  Q.   If CMI was unhappy with Lasso, could it take away roughly

Nbr2FTC2                          Field - Cross

1    half of Lasso's business very quickly?

2    A.  Yes.  That's the case.  None of our contracts with CMI are

3    guaranteed or commitments, so they have the ability to

4    reallocate that spend at any time based on performance.

5    Q.  When Lasso wins new HCP campaign activation business, are

6    you generally aware of which competitors you won the business

7    away from?

8    A.  We are not.  This information could be shared informally

9    from the customers conducting an RFP process, but there is no

10   formal mechanism for this data to be shared.  It's also not the

11   case that there are single winners and losers within an RFP

12   process.  Generally speaking, this would inform a campaign plan

13   that would include multiple different vendors and activation

14   partners.

15   Q.  I think you mentioned earlier that not all opportunities

16   come through RFPs in the first place.  But let's say there is

17   an RFP.  Does it always come with a defined dollar value at

18   stake?

19   A.  Not usually, no.  In some cases there can be a stated

20   budget in a campaign brief document that accompanies the RFP.

21   But generally speaking that's not the case and it's not

22   required.

23   Q.  And if an amount of money is stated in the campaign brief,

24   is that written in stone?

25   A.  Certainly not.  We -- those budgets are changed up to the

1   minute and then, even once the campaigns are contracted, can be

2   reallocated and adjusted there on the fly.

3   Q.  I think you mentioned there is not necessarily a single

4   winner.  So, in the example we saw earlier with ten competitors

5   responding to an RFP for an HCP advertising campaign, there

6   wouldn't just be one winner and nine losers?

7   A.  That's correct.  Generally we would expect at least several

8   partners to get some level of investment from the RFP process,

9   if not more than that.

10  Q.  Does Lasso track win/loss data on HCP advertising

11  campaigns?

12  A.  Not to my knowledge, no.

13  Q.  If Lasso lost an opportunity in an RFP and you wanted to

14  know who won that opportunity, what data would you need?

15  A.  The only way to have confident and accurate data would be

16  to actually look at the final campaign brief that was developed

17  out of that RFP process, which even the individual vendors that

18  were participating likely wouldn't have it, because they would

19  only see their portion of it.  So you have to go talk to the

20  customers and see that actual document.

21  Q.  If a customer tells Lasso that it has better return on

22  investment on a competitor's platform, might that affect

23  Lasso's pricing?

24  A.  Certainly.  You know, we would be reactive to any signal

25  that we get around performance or pricing, and if we were

Nbr2FTC2                      Field - Cross

underperforming, then we would take necessary measures to

improve whatever our products or services we could, which may

include pricing adjustments so that we are performing

competitively and to our client's best interest.

Q.  Does Lasso's willingness to negotiate pricing turn on

whether the competitor with better performance is The Trade

Desk, DeepIntent, Doximity, or someone else?

A.  It does not.  It doesn't matter who the competitor is.

Q.  Is DeepIntent the main competitor keeping you up at night?

A.  They are not.  We have four discrete product areas, so in

our audience capabilities we would think of our competitors as

Crossix and Swoop.  In activation, I'm much more worried about

The Trade Desk and Doximity.  In measurement, that's Crossix,

IQVIA, and Swoop, again, as well as direct data providers which

would be Komodo Health, PurpleLab, and Symphony Health.  And

then for our endemic suite of offerings, we compete mostly

against Proclivity, Doceree, and Optimize RX.

Q.  If IQVIA acquires DeepIntent, will that allow you to raise

prices to customers?

A.  No, absolutely not.

Q.  If IQVIA acquires DeepIntent, will that allow Lasso to stop

innovating?

A.  No, absolutely not.

          MS. BANNON:  Thank you, Mr. Field.  I have no further

questions.

Nbr2FTC2                        Field - Redirect

1          THE COURT:  Redirect.

2    REDIRECT EXAMINATION

3    BY MR. GORDON:

4    Q.  Mr. Field, I have a few questions for you about when Lasso

5    really entered the market and became competitively significant.

6    If you could please turn to PX 1450.  Please turn -- I'm

7    looking at the page -- the 13th page of this e-mail chain, the

8    page ending in -013.

9    A.  I see it.

10   Q.  You see it.  Thank you.

11         This appears to be an e-mail.  You sent a Travis

12   Scott, in September of 2018, and you write in the first

13   paragraph, "My name is Greg Field, and I am the manager and

14   founder of ProDataRX.  We are a technology and services company

15   in the programmatic media space specializing in advanced

16   technical projects and media campaigns."

17         And then the second paragraph reads, "Recently, we

18   have developed a product that we call 'micro-targeting'

19   allowing for the digital identification, targeting, and

20   reporting of professionals on a one-to-one basis within a

21   programmatic media campaign.  I believe this particular

22   solution, as well as some of our other programmatic

23   capabilities, might be particularly powerful for you and your

24   clients interested in programmatic HCP media."

25         Do you see that?

Nbr2FTC2                      Field - Redirect

1   A.  I do.

2   Q.  So as of this e-mail, September of 2018, a company you

3   founded called ProDataRx was in the programmatic HCP media

4   space, is that right?

5   A.  I don't know if that would be completely fair to say.  The

6   context is that I was providing consulting services as myself,

7   and so I formed the single-member LLC ProDataRX with which to

8   operate my own consulting services under.  So that's the

9   context of what ProDataRX is.

10  Q.  Please turn to PX 1069.  I am looking at the page -- the

11  14th page ending in -014.  This is an e-mail from Mike

12  DiNorscio on December 5, 2019, to yourself with a ProDataRx

13  e-mail and two other people with Xandr e-mails.

14          Mike writes -- looks like he was drafting a note to be

15  sent from someone named Brad.  Mike writes, "Hi, Brad.  Thanks

16  for the note.  ProDataRx, soon to be rebranded as Lasso, was

17  founded by two AppNexus alums, Greg Field and Mike DiNorscio,

18  both of whom I've worked closely with in the past."

19          So ProDataRx was rebranded as Lasso, correct?

20  A.  That is not correct.  These are Mike's words, and I think

21  he is drafting a cold e-mail for convenience.  Lasso --

22  ProDataRx was not founded by Mike nor was it rebranded as

23  Lasso.

24  Q.  ProDataRx was founded by you, correct?

25  A.  ProDataRx was a single-member LLC I incorporated, yes.

Nbr2FTC2                    Field - Redirect

1   Q.  And you were copied on this e-mail where Mr. DiNorscio says

2   "ProDataRx, soon to be rebranded as Lasso," correct?

3   A.  Yes, which is inaccurate.

4   Q.  Did you reply to this e-mail correcting Mr. DiNorscio?

5   A.  I did not.  I don't know if this e-mail was ever sent.

6   This is a draft e-mail that he is sending to someone named Alex

7   Chatfield, so I don't know if this -- whatever became of this.

8   Q.  Please turn to PX 1451.  I'm looking at the second page,

9   the e-mail you sent on Monday, January 27, 2020.  You are

10  sending it from a Lasso e-mail address, Greg@lassomarketing.io.

11  At the bottom of this e-mail, point six, you write "of these

12  accounts redacted is an existing client of ProDataRx.  It is

13  likely we also migrate redacted from ProDataRx, which is one of

14  their biggest accounts."

15          So you are saying here in your e-mail from a Lasso

16  e-mail address that you might migrate clients from ProDataRx to

17  Lasso, is that right?

18  A.  So I'm communicating with our contact Maura at Throtle.

19  I'm making the -- intentionally making the ProDataRx business

20  sound more significant.  There is no "we."  As I mentioned,

21  it's just a single-member LLC, which is myself, providing

22  consulting services.  For the sake of convenience, I describe

23  moving an account that I had been consulting with to a

24  relationship with Lasso as needing to open up a new

25  relationship between the Lasso business and the Throtle

Nbr2FTC2                    Field - Redirect

1    business.

2    Q.  Okay.  So when Lasso appeared on the market in 2020, it was

3    in reality built in an earlier form as ProDataRx and grew with

4    clients earlier as ProDataRx as far back as 2018, right?

5    A.  That is not correct, no.

6    Q.  All right.  Let's look at an exhibit that defendants showed

7    you just now, DX 0675.  I'm looking at the page ending in 295.

8    That's the fourth page of the exhibit.

9         So you spoke about some competitive intelligence

10   regarding Verizon, The Trade Desk, and others in this document.

11   At the very bottom of this document, Mike Gerber writes, "Oh,

12   oh, got it.  So this is just for intel.  We have no plans of

13   integrating?"  Do you see that?

14   A.  I do.

15   Q.  On the next page, at the top, you respond, "Correct."  Do

16   you see that?

17   A.  Yes.

18   Q.  And a little bit further down, time stamp 7:26:21, Grace

19   Young sends a message, at McLean Shaw, "that's really exciting

20   about the DTC startups."  Do you see that?

21   A.  I do.

22   Q.  So this discussion is about intelligence gathering and

23   direct-to-consumer businesses, correct?

24   A.  I think this conversation has shifted.  Originally it was

25   discussing getting product intelligence from general DSPs, from

Nbr2FTC2                    Field - Redirect

1    our product team, and it seems that it has now shifted, later

2    in the day, to discussing the idea of going after digital

3    health companies as a customer segment.

4    Q.  Okay.  You can put that exhibit aside.  Please pull up a

5    different exhibit defendants showed you, DX 0581.

6            I am looking under the header "Media Specific Points."

7    The second bullet from the bottom, "The goal for Real

8    Chemistry," which reads, "The goal for Real Chemistry is to

9    have consistency with data usage across platforms."

10           So just to confirm, that means Real Chemistry's goal

11   was to have consistency with data usage across platforms, is

12   that right?

13   A.  I was not in this meeting and I didn't take these meeting

14   notes, so I can't say for sure.  I don't think I can speak to

15   that point specifically.

16   Q.  Okay.  You did discuss this document with defendants

17   earlier, correct?

18   A.  Yes.

19   Q.  Okay.  I just have one last question, Mr. Field.  You

20   testified with defendants that what Lasso can do can be easily

21   replicated.  How much did IQVIA pay for Lasso?

22   A.  Our purchase price, I believe, was about XXXXXXXXXXX with

23   an additional allotment allocated to retention for the

24   employees of Lasso.

25           MR. GORDON:  Okay.  Thank you, Mr. Field.  No further

Nbr2FTC2                          Field - Redirect

1   questions.

2              THE WITNESS:  Thank you.

3              THE COURT:  Ms. Bannon, are you going to have recross?

4              MS. BANNON:  No, your Honor.

5              THE COURT:  In that event -- I'm sorry, your name

6   again?

7              THE WITNESS:  Field.

8              THE COURT:  Mr. Field, you may step down.

9              We will take our break.  You can get back together in

10  20 minutes.

11             (Recess)

12             THE COURT:  Is there anything that we need to discuss

13  or can we call the next witness?

14             MS. FIEBIG:  Just one item for IQVIA, your Honor.

15             At the conclusion of the questioning of the last

16  witness, the government elicited the purchase price for Lasso.

17  That is nonpublic and competitively sensitive information.  We

18  would ask that that be sealed and not publicly disseminated by

19  anyone who was exposed to that information during this

20  proceeding in this courtroom.

21             THE COURT:  Any objection?

22             MS. FLEURY:  No objection, your Honor.

23             THE COURT:  Okay.  Next witness.

24             MS. BOVEE:  Your Honor, the FTC called Asaf Evenhaim

25  from Veeva Crossix.

Nbr2FTC2                      Evenhaim - Direct

1              THE COURT:  And you are Ms. Bovee, is that correct?

2              MS. BOVEE:  Yes, your Honor.

3    ASAF EVENHAIM,

4         called as a witness by the plaintiff,

5         having been duly sworn, testified as follows:

6              MS. BOVEE:  Before we begin I have some binders, and

7    may we approach?

8              THE COURT:  You may.

9              MS. BOVEE:  And I would also like to introduce counsel

10   from Veeva Crossix who is sitting here today, Josh Soven and

11   Geoffrey Chepiga, from Paul Weiss.

12             THE COURT:  Good morning.

13             COUNSEL:  Good morning, your Honor.

14   DIRECT EXAMINATION

15   BY MS. BOVEE:

16   Q.  Good morning, Mr. Evenhaim.

17             Before we proceed, I want to remind you that we are in

18   a public session, so I will do my best to stick to questions

19   that relate to information that is not confidential.  However,

20   if I ask a question for which your response would touch on

21   confidential information, please let me know and I will try and

22   rephrase or save it for a closed session.

23             Are you the CEO of Crossix?

24   A.  Yes, I'm the CEO of Crossix, part of Veeva.

25   Q.  Are you also a founder of Crossix?

1    A.  Yes.  I cofounded Crossix before the acquisition, yes.

2    Q.  And when was Crossix founded?

3    A.  Crossix was founded in 2005, Crossix Solutions, Inc.

4    Q.  So you have been running Crossix for almost 19 years?

5    A.  Yes.

6    Q.  You mentioned Veeva acquired Crossix?

7    A.  Yes.

8    Q.  When did that occur?

9    A.  2019.  It closed on November 1 of 2019.

10   Q.  At a high level can you describe Crossix's business?

11   A.  Yes.  Crossix is in the marketing analytics business, and

12   it has mainly two large businesses——the measurement and

13   optimization business and an audiences business.

14   Q.  To support those businesses, does Crossix aggregate

15   healthcare data?

16   A.  Yes.

17   Q.  And from what type of entities does Crossix acquire data?

18   A.  It's a range of entities, such as, pharmacies, health

19   plans, clearinghouses, and other healthcare companies that, in

20   the processing -- in their business, they process claims,

21   prescription claims and medical claims.

22   Q.  And does that data include -- so that data would include

23   claims and prescription data?

24   A.  Yes.

25   Q.  Would it also include data around healthcare practitioners?

Nbr2FTC2                        Evenhaim – Direct

1   A.  Yes.  In those medical claims, there will be identification

2   of the healthcare provider.

3   Q.  And does Crossix have to purchase that data?

4   A.  Yes.

5   Q.  And once the data is acquired, what does Crossix add to

6   make it usable for customers?

7   A.  So we use the healthcare data that we license in

8   combination of other data to be able to essentially enable the

9   measurement business and the audiences business.

10  Q.  So the measurement and audience businesses that you

11  referenced, are they used in programmatic advertising?

12  A.  Yes.

13  Q.  At a high level, can you describe what are measurement

14  services?

15  A.  So measurement, as we refer to as measurement and

16  optimization, that's essentially the part of our business where

17  we link exposure to media to marketing campaigns with

18  healthcare data in a privacy-safe way to produce metrics that

19  are valuable for our customers to decide how to optimize the

20  media campaigns and also understand the return on investment or

21  the impact of those campaigns.

22  Q.  You mentioned optimize.  Is optimization a different

23  service than measurement?

24  A.  They are highly related but different in the activity

25  itself.  In optimization, the focus is on using data in --

1  granularly and near realtime to be able to make decisions into

2  doing more of what's working for the campaign and then shifting

3  investments away from part of the marketing that isn't working.

4  An example of that would be whether the campaign is reaching

5  audiences that are diagnosed with a condition.

6  Q.  You mentioned audiences.  Can you describe at a high level

7  what are audiences?

8  A.  Audiences is the part of our business where we use the

9  combination of healthcare data and consumer data in a

10  privacy-safe way to link the two and understand patterns.  Then

11  those patterns, we use those to score the consumer data and be

12  able to identify a large group of consumers typically that have

13  a higher likelihood of being relevant to a specific medical

14  condition.  Those audiences then are used in marketing

15  campaigns to increase the likelihood of reaching the target

16  audience.  So it's really a form of targeting.

17  Q.  Between measurement and audiences, what is the larger

18  source of revenue for Crossix?

19  A.  The measurement is the larger source.

20  Q.  For Crossix, what is the function of a DSP?

21  A.  So we often work with DSPs in the two different businesses.

22        In measurement, we interact with the DSP in order to

23  be able to identify who was exposed to media so that we can

24  accomplish the analytics of combining that in a privacy-safe

25  way with the healthcare data.  So there are two ways in which,

Nbr2FTC2                          Evenhaim - Direct

1  in measurement, we get the exposure data.  One of those ways is

2  being able to tag media and the other way is to -- by having a

3  direct agreement with the DSP to receive the exposure data.

4          And then in audiences, in order for customers to use

5  our audiences, we need to make those audiences available at the

6  DSP.  So we have -- we need a way to essentially distribute our

7  audience to the DSP so that customer can use that when they buy

8  the media.

9  Q.  Is DeepIntent a DSP?

10 A.  Yes.

11 Q.  And does Lasso perform a similar function to DeepIntent?

12 A.  Yes.

13 Q.  Do you compete with IQVIA to provide data for programmatic

14 applications?

15 A.  We compete with IQVIA on the measurement side and we

16 compete with IQVIA as well on the audiences side.

17 Q.  And to your knowledge, is it also true that Crossix's

18 parent company, Veeva, also broadly competes with IQVIA?

19 A.  Yes.

20 Q.  So as a data competitor to IQVIA, do you have insight into

21 how customers use different types of data for programmatic

22 advertising?

23 A.  Yes.

24 Q.  And how so?

25 A.  So on different ways.

1        On the audiences side, because we have the measurement

2   business, we can see trends in the market of how our customers

3   use other audiences and how they use various DSPs and various

4   other publishers.  So we can look at those claims and

5   understand them broadly.

6        And then on the measurement side, by engaging and

7   discussing topics with customers, we get feedback all the time

8   about our product and our competitor's products and offerings.

9   Q.  And similarly, do you also have insight into how customers

10  use DSPs?

11  A.  We do.  Mainly through the measurement business we could

12  see which DSPs they use and to what extent.

13  Q.  I want to turn to asking some more specific questions about

14  Crossix's measurement business.  What is the scope of what

15  Crossix measures?

16  A.  So Crossix measures mostly consumer marketing campaigns and

17  also healthcare professional campaigns.

18  Q.  Does Crossix measure campaigns across an entire media plan?

19  A.  Yes.  In our measurement, the intent is to measure as close

20  as we can to the entire media plan.

21  Q.  And can you describe what a media plan is?

22  A.  A media plan would be for a particular pharmaceutical

23  customer and a particular brand within it.  The media plan

24  would be the sum of all media investments that make up the

25  marketing campaign.

1    Q.   And is a piece of that media plan programmatic advertising?

2    A.   Yes.

3    Q.   And also HCP programmatic advertising?

4    A.   Yes.

5    Q.   And for Crossix's measurement businesses broadly, how much

6    derives from measuring consumer campaigns versus HCP or

7    healthcare practitioner campaigns?

8    A.   The significant majority is on the consumer side.

9    Q.   For the business that Crossix does for HCP programmatic

10   campaigns, can Crossix measure script lift?

11   A.   Yes.

12   Q.   And what is script lift?

13   A.   Script lift is a term that describes the impact of a

14   marketing campaign.  So this is the ability to understand how

15   audiences that were exposed to the campaign started treating

16   with a given prescription the advertised brand relative to the

17   control group and the script lift is a measure of how effective

18   a campaign is in driving the desired outcome.

19   Q.   For -- do you understand what the concept of a PLD is for

20   the HCP programmatic campaigns?

21   A.   Yes.  It's a term used to describe receiving essentially

22   the physician-level data of individual physicians exposed to

23   the campaign.

24   Q.   For HCP programmatic advertising, does Crossix provide PLD

25   reporting?

A.  So we do not provide PLD reporting *per se*.  We get PLD as

an input on who was exposed to the campaign.  In our

measurement products, we report the performance of the campaign

at the group level, at the core group level.

Q.  So that would not be an individual physician level, is that

right?

A.  That's correct.

Q.  For its measurement business, what company does Crossix

consider to be its main competitor?

A.  IQVIA.

Q.  Would that be both for consumer and healthcare practitioner

campaigns?

A.  Yes.

Q.  Is there a difference between the type of measurement

provided by Crossix and measurement services provided by DSPs?

A.  DSPs offering measurement is a fairly relatively new -- a

new offering.  Historically, you know, if you go back a couple

of years, that wasn't the case.  In terms of what DSPs actually

offer, we -- I hear, we hear different perspectives on what

that includes and doesn't include, and it's the difference

being that historically measurement was done by measurement

companies like Veeva Crossix or IQVIA, so that's relatively

new.

Q.  Switching to audiences, does Crossix offer both DTC and HCP

audiences?

Nbr2FTC2                    Evenhaim - Direct

1   A.  Yes.

2   Q.  And can you describe what a DTC audience is?

3   A.  Yes.  A DTC audience would be a large group of consumers

4   that have a higher likelihood to be relevant to a certain brand

5   campaign.

6   Q.  And how would that differ from an HCP audience?

7   A.  HCP audience is typically identified as a group of specific

8   HCP that often in the case of our audience business on the HCP

9   side is identified typically by a specialty or other definition

10  along that line.  HCP audiences for us is very small business

11  relative to the consumer audience business.

12  Q.  That was going to be my next question.  Do you have a rough

13  estimate as to how much smaller it is than the consumer

14  business?

15  A.  The consumer business is over 95 percent of our audience

16  business.

17  Q.  For HCP audiences, what data do you see customers turning

18  to most often?

19  A.  Mostly on the HCP side, customers use other data to inform

20  their target list and frequently in -- they would use that

21  target list to then also target on DSPs.  The target list

22  itself is informed by different data inputs, including often

23  IQVIA data sets.

24  Q.  Can you describe what are target lists?

25  A.  A target list is a list of healthcare professionals that is

Nbr2FTC2                    Evenhaim - Direct

1    created with various inputs, and it is meant to be the list of

2    HCPs that a brand wants to focus on and target.

3    Q.  So who provides the target list?

4    A.  The target list is created often by a pharmaceutical

5    company based on multiple different inputs.  IQVIA data is

6    often an input into that.

7    Q.  Do you have, from your standpoint in the market, do you

8    have an idea of how often customers are turning to IQVIA data

9    for HCP audiences?

10   A.  We think of that as the vast majority of the cases IQVIA

11   data is being used on the -- creating the target list or

12   informing the target list together with other inputs and then

13   used, as well, as the target list in the DSP or programmatic

14   campaign.

15   Q.  And more specifically, what data sets do you see customers

16   turning to for a target list?

17   A.  Typically some inputs that would go into that would include

18   data about the prescription volume of healthcare professionals

19   as an input.  That's an IQVIA data set often used by customers.

20   And they would use additional data sets that might involve

21   their own additional inputs.  Some data sets would include

22   reference data about the healthcare professionals and their

23   affiliations to healthcare organizations, as well as

24   information about the brand-specific strategy, their own sales

25   force, access to be able to see physicians and so on.

1          MS. BOVEE:

2     Q.   What is your understanding of IQVIA's business with DMD?

3     A.   DMD started its business as from a standpoint of

4     emailing -- managing emails for medical publications and

5     through that, has created a way for health care professionals

6     to opt-in to be identified elsewhere on the internet.

7     Q.   What is DMD's applicability to HPC programmatic

8     advertising, from your understanding?

9     A.   From my understanding, using that opt-in mechanism in which

10    health care professionals agree to be identified, DMD enables

11    programmatic both targeting and measurement by being able to

12    identify health care professionals to present an ad to them as

13    well as, once presented, to be able to identify the specific

14    individual HCP that was exposed to media.

15    Q.   Is that a functionality that customers for HPC programmatic

16    advertising view as valuable?

17    A.   Yes.

18    Q.   Does Crossix have an alternative to DMD today?

19    A.   No.

20    Q.   I want to switch topics to TPAs.  What is your

21    understanding of a TPA?

22    A.   TPA, third-party agreement is essentially a mechanism in

23    which the data provider signs that agreement before agreeing to

24    share the data with that third party.

25    Q.   Does Crossix have a TPA program?

1  A.  Yes.

2  Q.  Does IQVIA?

3  A.  Yes.

4  Q.  In what context would a TPA arise in HPC programmatic

5  advertising?

6  A.  An example of that would be that if Crossix is engaged by a

7  customer to measure against their professional campaign.  The

8  customer part of that measurement, the customer would like to

9  share their target list with Crossix so that we can analyze how

10  the campaign is formed in terms of reaching that target list.

11  A TPA will be required, an IQVIA TPA will be required because

12  the target list had some components of IQVIA data potentially.

13  Q.  So, TPA could come into play in the customer wants to use

14  one of the target lists that we were just talking about?

15  A.  Yes.  And that is a very common input in almost all health

16  care professional measurement activities.

17  Q.  What have you personally observed by IQVIA's TPA program?

18  A.  TPAs have been challenging for our business.  They have

19  been often slow to be resolved.  And in certain cases, they

20  were not approved causing a customer delay, and in some other

21  cases, just reducing the value of our measurement offering

22  because that input cannot be incorporated into the analysis.

23  What we need in order to accomplish this is essentially the

24  list of the health care professionals that make up a certain

25  target list.  So, the NPIs of those health care professionals.

NBRIFTC3                    Evenhaim - Direct

1    And when we don't have that or when it takes a long time, that

2    creates a negative experience.  It reduces the value.

3    Q.  Are there any examples you can point to?

4    A.  Yes.  We have had a handful of cases in which the TPA was

5    not approved.  One such example would be a customer example

6    that signed an agreement with us, tried to provide the

7    information, and it took from submitting the TPA, it took about

8    four, five months.  Eventually it was rejected, and that was an

9    ongoing issue.  The customer did not renew that particular

10   measurement program.  And in part, the value of the offering

11   was reduced because we couldn't get the data incorporated into

12   the analysis.

13   Q.  Do you have an understanding as to why there might have

14   been delays or denials of TPAs?

15   A.  No.

16   Q.  OK.  You were not here for opening statements; right?

17   A.  I was not.

18   Q.  During opening statement, counsel represented that the

19   reason Veeva's TPAs have been denied because of a lawsuit

20   because IQVIA and Veeva.  She talked about IQVIA's allegations

21   against Veeva.  Do you have any understanding of that?

22   A.  Only high level.

23   Q.  OK.  I also understand that the underlying allegations in

24   the lawsuit predated your time at Veeva; is that right?

25   A.  Yes.  That's correct.

NBRIFTC3                        Evenhaim - Direct

1   Q.  So, I have just one very brief question about this

2   considering it predated your time.  I want to pull up PX0081.

3   If you turn to page 2, paragraph 2, it says, at the beginning,

4   this action addresses IQVIA's abusive of its monopoly power in

5   the markets for Life Science's reference data and sales data.

6   So, my only question for you, is to your knowledge, is this

7   monopolization lawsuit still ongoing?

8   A.  Yes.

9   Q.  OK.  We can move on.  I want to turn now to what Crossix

10  has observed in the market.  And particularly what it observed

11  in its measurement information.  I believe you testified

12  earlier that through its measurement business, Crossix has

13  insight into how its customers use various sources of

14  advertising, right?

15  A.  Yes.

16  Q.  So, how much of what Crossix measures is captured by

17  programmatic advertising?

18  A.  It is the majority of impressions, at this point are done

19  programmatically.  So, it is a significant amount of the

20  industry's business.

21  Q.  Based upon your understanding of the industry, what value

22  do customers see in programmatic advertising?

23  A.  They see significant value in terms of using programmatic

24  approaches to buying media, both on the consumer side and the

25  health care professional side.

NBRIFTC3                    Evenhaim - Direct

1   Q.  What trends has Crossix observed in its measurement about

2   programmatic advertising?

3   A.  So in general, over the last few years, the share of

4   programmatic has increased significantly.  And then within

5   programmatic, we have noticed relative consolidation of more

6   questions by relatively small number of larger players, that

7   emerge in the programmatic landscape.

8   Q.  Can you elaborate on what you mean?

9   A.  So, the industry started with what I would call horizontal

10  DSP players.  These are DSPs that operate across industries

11  where the pharmaceutical industry is just one part of the

12  business.  Over the last few years, we have seen the emergence

13  of what I could call vertical DSPs or health DSPs.  These

14  health DSPs have been increasing the amount or the share of

15  impressions that programmatic media will be going through,

16  especially on the health care professional side, that has been

17  a very significant acceleration of that consolidation into a

18  handful of vertical DSPs.

19  Q.  Just so that we get terminology right, when you are

20  referring to vertical DSPs, are you referring to DSPs that

21  specialize in a particular sector like the health care

22  industry?

23  A.  Yes.

24  Q.  A horizontal DSP would mean what for you?

25  A.  A DSP that operates across many different industries where

NBRIFTC3                        Evenhaim - Direct

1  the health care industry would be one.

2  Q.  So for the vertical DSPs, or health care DSPs, which DSPs

3  do you see customers using most frequently?

4  A.  We see three vertical DSPs that emerge as the significant

5  players.  It's DeepIntent, PulsePoint and Lasso.

6  Q.  Based off of Crossix's impression data, do you have a rough

7  idea of how much your customers are using those three DSPs for

8  HPC programmatic?

9  A.  We have seen that growth increase significantly over the

10  last even the last year in terms of HPC programmatic

11  impressions.  Essentially shifting to the three large vertical

12  DSPs.

13  Q.  I believe I can close the public portion of my questioning.

14  I have a handful of additional questions that touch upon topics

15  for which Veeva has requested confidential treatment.  At this

16  time I would ask the courtroom be sealed so I can finish my

17  questioning.

18          THE COURT:  Very well, if you are not affiliated with

19  the litigants or with Mr. Evenheim, please leave the courtroom.

20  That is to include the corporate executives, correct, of IQVIA,

21  and DeepIntent?

22          MR. FIEBIG:  It is to include the corporate

23  representatives, yes.

24          (Pages 576through 589 SEALED)

25

1                    (In open court)

2                    MR. FIEBIG:  Could I have the ELMO?

3                    THE COURT:  You may.

4      BY MR. FIEBIG:

5      Q.  Mr. Evenhaim, you were asked a couple of questions about a

6      litigation.  Do you recall that when the government asked you

7      some questions?

8      A.  Yes.

9      Q.  Are you aware that IQVIA sued Veeva in 2017 in a separate

10     litigation that is pending in the District of New Jersey?

11     A.  I am generally aware.  I am not close to it in any way, but

12     I am aware.

13     Q.  OK.  Well, let's look together as a decision rendered in

14     that case.  I hope you can see this.  It is a rather lengthy

15     decision.  You can see here that this is a case that was filed

16     in 2017 where IQVIA is the plaintiff that has sued Veeva.  Do

17     you see that?

18     A.  I do.

19     Q.  This is an order and opinion of the special master, right?

20     A.  I see what you are pointing to yes.

21     Q.  At the very end of this document, you can see that the

22     special master was Dennis M. Cavanaugh who is a retired federal

23     judge from the District of New Jersey.  Do you see that?

24     A.  I see what you are pointing to.  I see this.  I didn't look

25     at this before.  Yes.

NBRIFTC3                    Evenhaim - Cross

1    Q.  But this decision was issued in May of 2021, which is after

2    Veeva had acquired Crossix, correct?

3    A.  Yes, it is after.

4    Q.  So, this was during your time at the company that this

5    decision was issued, right?

6    A.  Yes.

7    Q.  And we can see, on page 25, that Judge Cavanaugh concluded

8    that IQVIA has made a *prima facie* showing that Veeva was

9    engaging or intended to engage in a crime or fraud at the time

10   the DataDestroyed spreadsheet was created and that the

11   DataDestroyed spreadsheet was used in furtherance of the

12   alleged crime or fraud, which in this case, was the spoliation

13   of evidence.  Do you see where the Court wrote that?

14   A.  I see where the Court create that.  My understanding is

15   very removed from that.  This case has been playing out since

16   before the acquisition.  And my understanding is that the

17   incident you are pointing to happened before the acquisition.

18   Q.  Well, in 2021, what the Court wrote was that Veeva was well

19   aware that it was misappropriating IQVIA data and that rather

20   than disclose the alleged minor incident to IQVIA, Veeva chose

21   to cover it up, deleting evidence and directing employees not

22   to create further evidence on the subject.  Do you see that?

23   A.  I see that.  As I said, this is to my -- this is not -- has

24   nothing to do with the business I am overseeing.  So, I don't

25   know the details of this.  My understanding is that this

NBRIFTC3                         Evenhaim - Cross

1    incident and case has happened prior to the acquisition of

2    Crossix.

3    Q.  Well, this decision was issued since you have been at

4    IQVIA -- I'm sorry.  This decision was issued since you have

5    been at Veeva.  And in this decision, the court granted IQVIA's

6    request the fraud motion and for sanctions against Veeva.  Do

7    you see that?

8    A.  I do.

9    Q.  That was just in 2021, right?  Correct?

10   A.  Based upon what you showed me, yes, it was in 2021.

11   Q.  You said that lawsuit predated your time, and that's

12   because IQVIA sued Veeva in 2017 before Crossix was acquired,

13   correct?

14   A.  Again, this all happened before the acquisition.  My

15   understanding is that Veeva sued IQVIA as well.

16   Q.  Right.  You saw that in the complaint that you are -- I'm

17   sorry, that counsel for the government showed you which was

18   dated 2019, correct?

19   A.  I didn't notice the dates.

20   Q.  You didn't notice the dates.

21   A.  No.

22   Q.  You mentioned that Veeva has audience services available

23   for programmatic advertising, correct?

24   A.  Yes.

25   Q.  Does Veeva currently license any audience building data

1  from IQVIA?

2  A.  No.

3  Q.  It does not, right?

4  A.  No.

5  Q.  Veeva doesn't license any HCP identity data from IQVIA?

6  A.  Yes.

7  Q.  Yes, I am correct?

8  A.  Yes.  You are correct.

9  Q.  Veeva doesn't license claims data from IQVIA does it?

10  A.  It does not.

11  Q.  Veeva doesn't license any prescription data from IQVIA does

12  it?

13  A.  That's correct.

14  Q.  It gets all of its data from other sellers in the industry,

15  right?

16  A.  Yes.  We license data directly from providers, yes.

17  Q.  And Veeva is growing its business very quickly, isn't it?

18  A.  In the data space, we have one data product that is in

19  market and are building additional data products that are

20  needed to compete.  And I wouldn't say, from a market share

21  standpoint, I wouldn't characterize it as growing extremely

22  rapidly.

23  Q.  Did you attend the recent investor day session that Veeva

24  held for its investors?

25  A.  I did not.

1  Q.  But there was an investor day conference just a couple of

2  weeks ago, right?

3  A.  Yes.

4  Q.  Where the CEO gave an overview of some of Veeva's data

5  products?

6  A.  Yes.

7  Q.  Why don't we look at that.  Look at Exhibit 2042.  Veeva is

8  a publicly traded company, correct?

9  A.  Yes.

10 Q.  So, at the investor day conference just a couple of weeks

11 ago -- let's look at slide ten -- Veeva estimated its

12 opportunity in providing technology solution to the life

13 sciences community at over $20 billion; right?

14 A.  Yes.

15 Q.  Let's look at slide 11.  This $20 billion opportunity,

16 includes services relating to regulatory and safety, to

17 quality, to clinical, and to commercial services, correct?

18 A.  Yes.  That is what it looks like.

19 Q.  Let's look at slide 16.  Here are some of the commercial

20 products that are available from Veeva.  You will see under

21 Crossix there is a reference to the consumer and HCP audiences

22 we have already discussed, correct?

23 A.  In this context, consumer and HCP are meant to represent

24 the measurement and audience is the third line.

25 Q.  I see.  So, there is measurement and audiences reflected in

1   the commercial opportunity for Veeva?

2   A.  Yes.  Measurement of consumer, measurement of HCP, and then

3   the audiences.

4   Q.  OK.  Let's look at slide 20.  Do you see here that for some

5   of the data products that the Veeva CEO publicly presented to

6   the investor community, one of the goals he presented was

7   building a better alternative to IQVIA?

8   A.  Yes.

9   Q.  And Veeva is doing really well, right, exceeding its own

10  financial goals?

11  A.  Not in terms of -- not due to the data products, no.  Veeva

12  is doing well as a company.  The Veeva Compass offering is a

13  new offering for Veeva.  At this point, the patient data is in

14  market and being licensed to customers.  So, it's early days

15  for that.  The prescriber data and the national data have not

16  yet been launched.  So, I would characterize the market -- the

17  Veeva work on the data side as early and one that the company

18  will need a lot of time to mature and acquire market share.

19  Q.  OK.  Let's look at slide 33.  So, as Veeva has worked to

20  introduce new products in the market, it started with fewer

21  than a billion dollars in revenue in 2019, right?

22  A.  Yes.

23  Q.  But it expects to more than triple those revenues by 2025?

24  A.  Yes.

25  Q.  And some of these financial results are reported in the

1  earnings calls the Veeva CEO participates in; right?

2  A.  Yes.

3  Q.  Did you listen to the Q1 2023 earnings call where the CEO

4  represented that Veeva's data products are a, quote, direct

5  replacement for IQVIA's data products?

6  A.  That is the intent of that.  It is not that today.

7  Q.  Did you listen to the Q2 2023 earnings call where the Veeva

8  CEO said that Veeva is, quote, setting out to be the leader in

9  life sciences data?

10  A.  Yes.  That is the vision.

11  Q.  Mr. Evenhaim, just a few more questions for you.  I want to

12  ask some follow-up questions about the TPA.  You have already

13  testified Veeva has a TPA program; correct?

14  A.  Yes.

15  Q.  And Crossix separately has a TPA program?

16  A.  It is part of the same program, yes.

17  Q.  Veeva participates in IQVIA's TPA program; right?

18  A.  Yes.

19  Q.  And, in fact, Veeva receives thousands of TPAs per year

20  from IQVIA, correct?

21  A.  I don't know the number.

22  Q.  Well, let me show you.  Let's look at DX0115.  In the last

23  five years, Veeva has received almost 9,000 TPAs from IQVIA.

24  Did you know that?

25  A.  I did not.

NBRIFTC3                        Evenhaim – Cross

1    Q.  Fewer than 100 applications have been denied for Veeva by

2    IQVIA.  Did you know that?

3    A.  No.  I did not know the number.

4    Q.  So, when you came here today complaining about a handful of

5    TPAs that had been denied, did you understand that Veeva is the

6    No. 3 participant in IQVIA's global TPA program?

7    A.  I did not know that.  But it was clear to me that

8    requesting the list of NPIs and only the list of NPIs in order

9    to accomplish the measurement engagement by a customer was very

10   harmful for the customer and for the business I oversee at

11   Crossix.

12   Q.  Can we click to the next slide, please?  98.9 percent of

13   all of the TPA applications made for Veeva have been granted by

14   IQVIA in the last five years, correct?

15   A.  Just to be clear, like, the way the IQVIA TPA program

16   works, it is multiple PTAs per customer depending upon the

17   engagement and period.  So, essentially you are counting here

18   multiple TPA requests for the same customer given different

19   times.  It may sound like a low percent.  When a TPA is not

20   granted, it is extremely disruptive for that customer and that

21   engagement creates a huge amount of uncertainty in terms of

22   being able to complete the analysis and being able to renew

23   that part of the business.

24   Q.  So, when you came here to testify this morning, you told

25   the government that you had no understanding why any TPAs had

1  been denied for Veeva, correct?

2  A.  Not for Veeva.  For the part of the business I am aware of,

3  I do not understand why it was denied.  Yes.

4  Q.  You also did not know how many TPAs Veeva receives from

5  IQVIA each year, correct?

6  A.  No, I did not know the number.

7  Q.  You also did not know what the federal court judge had

8  already found about Veeva misappropriation of data and the

9  sanctions order, correct?

10 A.  I knew, high level, about that because that was a back and

11 forth public communication.  I don't know the details of this

12 other than that had to do with before the acquisition and on

13 a different line of business.

14 Q.  Thank you Mr. Evenhaim.  We have no further questions for

15 you.

16         THE COURT:  Any redirect?

17         MS. BOVEE:  Yes, your Honor.  Briefly.

18         THE COURT:  Very well.

19         MS. BOVEE:  Can we pull up the last document please?

20 It was a DX that was pulled up?

21         THE COURT:  It was in the ELMO, I believe.  Am I

22 wrong?

23         MR. FIEBIG:  No.  It was a demonstrative.

24         MR. FLEURY:  I don't think we had a copy of it.  So,

25 we wanted to ask questions about the same thing.

1          MS. BOVEE:  Do we not have a copy of it?

2          THE COURT:  Well, I think you called it DX115.  I did

3     not see in the book.  What is in on the screen as DX115.  But I

4     have DX115, a 136-page document.

5          MR. FIEBIG:  Yes.  DX115 is the underlying data which

6     was produced to the government in the course of this

7     litigation.  And this demonstrative just summarizes the math.

8          THE COURT:  OK.

9     REDIRECT EXAMINATION

10    BY MS. BOVEE:

11    Q.  Mr. Evenhaim, have you seen this before?

12    A.  No.

13    Q.  You don't know where any of this information came from?

14    A.  No.

15    Q.  You have no context of knowing where defendants pulled this

16    information?

17    A.  No.

18    Q.  You testified earlier that in your experience, IQVIA's

19    denial of Crossix's TPAs has had a negative effect with your

20    customers, right?

21    A.  Yes.

22    Q.  Not only denial but delays?

23    A.  Yes.

24    Q.  I have just one question about -- turning back to PLD

25    reporting and what Crossix offers for its own measurement

NBRIFTC3                    Evenhaim – Redirect

1    services, right?  Do you remember defense counsel was asking
2    you what Crossix can provide for its own measurement and
3    optimization business?
4    A.  Yes.
5    Q.  Crossix cannot provide PLD reporting, is that right?
6    A.  That's right.  We do not provide PLD reporting.
7    Q.  So Crossix's measurement services are not comprehensive for
8    HCP programmatic advertising, is that right?
9    A.  They provide cohort-level analysis.  Sometimes, customers
10   would like to get person-level impact.
11   Q.  So customers for HCP programmatic advertising view that
12   one-to-one PLD level reporting as important?
13   A.  Yes.
14   Q.  OK.
15          THE COURT:  What is cohort-level?
16          THE WITNESS:  Cohort-level means that the reporting is
17   done on a group of health care professionals, not down to a
18   specific individual health care professional.
19          THE COURT:  Thank you.
20          MS. BOVEE:  That was it for my redirect.
21          THE COURT:  Anything more?
22          MR. FIEBIG:  Nothing further.  Thank you.
23          THE COURT:  Mr. Evenhaim, you may step down.
24          Next witness.
25          MR. FLEURY:  FTC calls Chris Paquette of DeepIntent.

1   Chris Paquette,

2        called as a witness by the Plaintiff,

3        having been duly sworn, testified as follows:

4   DIRECT EXAMINATION

5   BY MR. ANDREW:

6   Q.  Good afternoon, MR. Paquette.  Nice to see you again.

7   A.  Good morning.

8   Q.  I guess it's still morning for a couple of minutes.  You

9   are the founder and CEO of DeepIntent, correct?

10  A.  I am, yes.

11  Q.  You have been the CEO since 2016; is that right?

12  A.  Yes.

13  Q.  As CEO, you are responsible for day-to-day operations of

14  DeepIntent, is that correct?

15  A.  Part of it, yes.  I am also responsible for setting the

16  strategy for the company as well.

17  Q.  You are also responsible for understanding the marketplace

18  in which DeepIntent operates; is that right?

19  A.  Yes.

20  Q.  That includes understanding who DeepIntent's competitors

21  are; is that right?

22  A.  That's correct.

23  Q.  You frequently discuss matters related to DeepIntent's

24  business with your leadership team, correct?

25  A.  I do, yes.

NBRIFTC3                          Paquette - Direct

1   Q.  And these discussions include things like financial

2   performance, business strategy, DeepIntent's products, and

3   client feedback; is that accurate?

4   A.  Yes.

5   Q.  You consider yourself to be a hands-on CEO, right?

6   A.  I try to be as much as I can.

7   Q.  And members of your leadership team seek your guidance

8   regarding decisions being made in the business; is that right?

9   A.  On occasion, yes.

10  Q.  You also interact with people on your sales team; is that

11  right?

12  A.  On occasion, yes.

13  Q.  And you interact with DeepIntent customers as well, right?

14  A.  On occasion, yes.

15  Q.  Are you more likely to be involved with DeepIntent's

16  customers the larger the customer?

17  A.  Typically, yeah.  I am pulled into more of the larger

18  conversations, yes.

19  Q.  These include larger agency clients, right?

20  A.  Typically, yes.

21  Q.  Mr. Paquette, I would turn to some questions about

22  programmatic advertising.  Programmatic advertising is

23  different from direct buys, is that correct?

24  A.  Ultimately it is a form of transacting.  It is an indirect

25  way of buying the same inventory.  In this case, impressions on

1  publisher websites.

2  Q.  Right.  Programmatic advertising is a different way of

3  purchasing ads than direct buys; is that right?

4  A.  It is an indirect way of purchasing the same ad inventory,

5  that's correct.

6  Q.  And programmatic advertising is an automated way of placing

7  ads across many different publishers instead of going publisher

8  by publisher to buy those ads; right?

9  A.  Yes.

10  Q.  And programmatic advertising, in this way, offers an

11  advantage over direct buys because it is not feasible to

12  contract with hundreds of thousands of websites individually;

13  right?

14  A.  Yes.  There is a long tail of inventory that is typically

15  available.  This consolidates that into one place to buy it.

16  Q.  One of the purposes of HCP programmatic advertising is to

17  reach health care providers wherever they are on the internet

18  across multiple media properties, right?

19  A.  Yes.

20  Q.  Switching gears, you consider DeepIntent to be a health

21  care DSP; is that right?

22  A.  We are a DSP that focuses on health care, that is correct.

23  Q.  Health care DSPs like DeepIntent have built specific

24  capability for health care clients.  Is that fair?

25  A.  Yes.

NBRIFTC3                        Paquette - Direct

1    Q.   I would like to take a look at a blog post you wrote

2    related to health care DSPs that appears on DeepIntent's

3    website.   Turn to PX5174.   Just let me know when you have found

4    that.

5    A.   I see it, yes.

6    Q.   So, this is a blog post from the beginning of last year

7    dated January 5, 2022 that is called why 2022 will be the year

8    of the health care demand-side platform; is that right?

9    A.   That's correct.

10   Q.   You authored this blog post; correct?

11   A.   In conjunction with my content team, yes.

12   Q.   In the second paragraph of the post, you write, companies

13   like DeepIntent have correctly identified an important truth

14   about digital advertising as it relates to health care.

15   Generic demand-side platform serving a large verticals fail in

16   a big way to meet the complex needs of the health care

17   marketer.   Do you see that?

18   A.   I do.

19                (Continued on the next page)

20

21

22

23

24

25

Nbr2FTC4                       Paquette - Direct

1    BY MR. ANDREW:

2    Q.  Then you continue, about halfway down the page, "We built a

3    better alternative for marketers that many of our clients now

4    consider the new gold standard for healthcare advertising: the

5    healthcare demand-side platform.  The benefits, while numerous,

6    can be boiled down to a simple belief: better integration

7    between the tools used for planning, activation, measurement,

8    and optimization can create efficiencies in campaign cost,

9    scale, and performance.  The data suggests we've been wildly

10   successful."  Do you see that?

11   A.  I do.

12   Q.  Was part of what you were saying here that healthcare DSPs,

13   like DeepIntent, have the ability to run a campaign that used

14   to require multiple vendors to run?

15   A.  We had positioned ourselves to be a single-point solution,

16   but we have been competing historically against other DSPs that

17   use other-point solution providers, like audience data

18   providers and measurement providers.  So we offer a totality of

19   solutions in one offering.

20   Q.  So "single point" or "totality of solutions," is that

21   another way of saying an end-to-end solution?

22   A.  Yes, that's one way we describe it.

23   Q.  And so DeepIntent Solution covers planning, activation, and

24   measurement and optimization within one integrated DSP, is that

25   right?

1    A.   That's correct.

2    Q.   DeepIntent offers daily PLD reporting as well, is that

3    right?

4    A.   We do.

5    Q.   And daily PLD reporting is important to your customers?

6    A.   We find that our customers appreciate that, yes.

7    Q.   And it's informative -- it's important because daily PLD

8    reporting is informative about how a campaign is performing, is

9    that right?

10   A.   Yeah, we find our clients use it to measure the performance

11   of their campaigns or orchestrate additional capabilities in

12   interactions with their providers.

13   Q.   And DeepIntent is now fully integrated with IQVIA data, is

14   that right?

15   A.   Depending on the definition of "fully integrated," yes, we

16   say that.

17   Q.   Okay.  Well, let's take a look at another -- a screenshot

18   from the DeepIntent website related to HCP programmatic

19   advertising.  This is PX 5121 in your binder.  Just let me know

20   when you have that.

21   A.   I have it.  Thanks.

22   Q.   So in PX 5121, the screenshot depicted here still appears

23   on the DeepIntent website today, is that right?

24   A.   It does.

25   Q.   If you take a look at the bottom of PX 5121-002, so the

second page, it reads, "DeepIntent is the only DSP fully

integrated with IQVIA for end-to-end campaign activation with

authenticated opted-in reach to 95 percent plus of the

prescribing HCP universe."  Do you see that?

A.  I do.

Q.  And this is a way for healthcare advertisers to achieve

end-to-end data consistency, is that right?

A.  So we had wrote this because our former data provider,

which was a company called Dark Matter TBD, did not allow us to

share with the data provider what we were using and our clients

were demanding transparency --

            (Court reporter confers)

A.  The data provider we were using did not permit us to share

the name of who we were sourcing our data from and our clients

were requiring, and in fact demanding, that we were more

transparent with our data source methodologies.

Q.  Is IQVIA the only data source that DeepIntent is using?

A.  No.

Q.  But IQVIA is the only data source that appears listed on

this page, right?

A.  That's correct.

Q.  Going back to the question that I had before, what you

described here, that DeepIntent is the only DSP fully

integrated with IQVIA for end-to-end campaign activation with

authenticated opted-in reach to 95 percent plus of the

Nbr2FTC4                          Paquette - Direct

1    prescribing HCP universe, this is a way, again, for healthcare

2    advertisers to achieve end-to-end data consistency, is that

3    right?

4    A.   Yes.

5    Q.   And end-to-end data consistency is important for healthcare

6    advertisers, right?

7    A.   We have some clients that like that.  We also have many

8    clients that don't see the need to have the same data being

9    used for planning and audience creation and measurement.  So

10   it's really up to the client specifically as to what they need

11   to have.

12   Q.   And IQVIA data's also attractive because 85 percent of

13   pharma advertisers use IQVIA data to build NPI lists, right?

14   A.   I'm unaware of the actual percentage to how they do that.

15   I'm familiar with that statistic, but my understanding -- I

16   don't know how that's being used in the digital advertising

17   space.

18   Q.   Right.  But that statistic, again, that appears on your

19   website right now, right?

20   A.   It does, yeah.

21   Q.   And customers use IQVIA data to build NPI lists because

22   IQVIA is a trusted source of data, is that right?

23   A.   I believe so, yes.

24   Q.   Let's go back to the top of PX 5121 on the first page.  It

25   reads, "Create HCP audiences based on pharma's most trusted

Nbr2FTC4                        Paquette - Direct

1    data source," and that's referring to IQVIA data, correct?

2    A.  Yes.

3    Q.  IQVIA data powers the DeepIntent identity graph and also

4    DeepIntent's HCP planner product, is that right?

5    A.  It does, yes.

6    Q.  And "powered by IQVIA" is a phrase that DeepIntent uses

7    frequently to market itself.  Is that fair?

8    A.  Yes.

9    Q.  "Powered by IQVIA" means that you form audiences using

10   IQVIA data and then use DMD data to make connections to online

11   identifiers, is that right?

12   A.  That's correct.

13            MR. ANDREW:  Okay.  Your Honor, that concludes the

14   public portion of my questioning.  The remainder of my

15   questions touch upon topics for which DeepIntent has requested

16   confidential treatment, so I would ask at this time that the

17   courtroom be sealed.

18            THE COURT:  Very well.  Again, if you are not

19   affiliated with the litigants please remove yourself from the

20   courtroom.

21            (Pages 610 through 687 sealed)

22

23

24

25

<pre>
 1                    INDEX OF EXAMINATION

 2   Examination  of:                          Page

 3   Gregory Field

 4   Direct By Mr. Gordon . . . . . . . . . . . . . 502

 5   Cross By Ms. Brannon . . . . . . . . . . . . . 520

 6   Redirect By Mr. Gordon . . . . . . . . . . . 554

 7    ASAF EVENHAIM

 8   Direct By Ms. Bovee  . . . . . . . . . . . . 560

 9   Cross By Mr. Fiebig  . . . . . . . . . . . . 579

10   Redirect By Ms. Bovee  . . . . . . . . . . . 599

11   Chris Paquette

12   Direct By Mr. Andrew . . . . . . . . . . . . 601

13   Cross Mr. Okuliar  . . . . . . . . . . . . . 636

14   Redirect By Mr. Andrew . . . . . . . . . . . 683

15

16

17

18

19

20

21

22

23

24

25
</pre>