UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                Plaintiff,

– against –

IQVIA HOLDINGS INC. and PROPEL MEDIA, INC.,

                Defendants.

**ORDER**

23 Civ. 06188 (ER)

RAMOS, D.J.:

    On December 29, 2023, the Court issued an order preliminarily enjoining the proposed transaction in this matter pending the completion of an administrative proceeding before the Federal Trade Commission. Doc. 324. That proceeding has concluded. *See In re IQVIA Holdings Inc.*, No. 9416, 2024 WL 472745 (F.T.C. Feb. 2, 2024).

    Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    April 4, 2024
              New York, New York

                                            EDGARDO RAMOS, U.S.D.J.